# I IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| In re:<br><br>LIGADO NETWORKS LLC, *et al.*,[1]<br><br>          Debtors. | ) <br>) Chapter 11<br>) <br>) Case No. 25-10006 (TMH)<br>) <br>) (Joint Administration Requested)<br>) <br>) <br>) |
| LIGADO NETWORKS LLC, *et al.*,<br><br>          Plaintiffs,<br><br>          v.<br><br>INMARSAT GLOBAL LIMITED,<br><br>          Defendants. | ) <br>) <br>) <br>) <br>)  Adversary Pro. No. 25-<br>)  _____<br>) <br>) <br>) <br>) <br>) <br>) |

**DEBTORS' COMPLAINT AGAINST INMARSAT
<u>REGARDING THE COOPERATION AGREEMENT</u>**

**THIS COMPLAINT IS FILED UNDER SEAL**

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, as applicable, are: Ligado Networks LLC (3801); ATC Technologies, LLC (3432); Ligado Networks (Canada) Inc. (N/A); Ligado Networks Build LLC (1750); Ligado Networks Corp. (N/A); Ligado Networks Finance LLC (5937); Ligado Networks Holdings (Canada) Inc. (N/A); Ligado Networks Inc. of Virginia (9725); Ligado Networks Subsidiary LLC (9821); One Dot Six LLC (8763); and One Dot Six TVCC LLC (0040). The Debtors' headquarters is located at: 10802 Parkridge Boulevard, Reston, Virginia 20191.

RLF1 32179617v.1

Dated: January 7, 2025  
Wilmington, Delaware

Respectfully submitted,

By: */s/ Michael J. Merchant*
Mark D. Collins, Esq. (Bar No. 2981)
Michael J. Merchant, Esq. (Bar No. 3854)
Amanda R. Steele, Esq. (Bar No. 5530)
Emily R. Mathews, Esq. (Bar No. 6866)
**RICHARDS, LAYTON & FINGER, P.A.**
One Rodney Square
920 North King Street
Wilmington, DE 19801
Telephone: (302) 651-7700
Facsimile: (302) 651-7701
Email:  collins@rlf.com
  merchant@rlf.com
  steele@rlf.com
  mattews@rlf.com

-and-

Reginald R. Goeke (*pro hac vice* pending)
Niketa K. Patel (*pro hac vice* pending)
John M. Conlon (*pro hac vice* pending)
**MAYER BROWN LLP**
1221 Avenue of the Americas
New York, NY  10020
Telephone: (212) 506-2500
Facsimile: (212) 262-1910
Email:  rgoeke@mayerbrown.com
  npatel@mayerbrown.com
  jconlon@mayerbrown.com

*Proposed Attorneys for Plaintiffs Ligado Networks LLC and Ligado Networks (Canada) Inc.*