# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) ) | Chapter 11 |
| LIGADO NETWORKS LLC, *et al.*,[1] | ) ) | Case No. 25-10006 (TMH) |
| Debtors. | ) ) ) | (Jointly Administered) |

**NOTICE OF AGENDA OF MATTERS SCHEDULED FOR HEARING ON JANUARY 27, 2025 AT 1:00 P.M. (ET), BEFORE THE HONORABLE THOMAS M. HORAN, AT THE UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF DELAWARE, 3RD FLOOR, COURTROOM 7**

**This hearing will be conducted in-person in Courtroom # 7, 3rd floor. All parties, including witnesses, are expected to attend in person unless permitted to appear via Zoom. Participation at the in-person court proceeding using Zoom is allowed only in the following circumstances: (i) counsel for a party or a pro se litigant that files a responsive pleading and intends to make only a limited argument; (ii) a party or a representative of a party that has not submitted a pleading but is interested in observing the hearing; (iii) any party that is proceeding, in a claims allowance dispute, on a pro se basis; or (iv) extenuating circumstances that warrant remote participation as may be determined by the Court. the deadline to register for remote attendance is 4:00 p.m. (prevailing Eastern Time) the business day before the hearing unless otherwise noticed.**

**COURTCALL WILL NOT BE USED FOR THIS HEARING. to attend a hearing remotely, please register using the eCourtAppearance tool (available here) or on the Court's website at www.deb.uscourts.gov.**

I.  **MATTER GOING FORWARD:**

1.  Debtors' Motion for Entry of an Order Authorizing Payment of the AST Transaction Break-Up Fee and Break-Up Reimbursements (the "Motion") [Docket No. 61; filed January 6, 2025]

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, as applicable, are: Ligado Networks LLC (3801); ATC Technologies, LLC (N/A); Ligado Networks (Canada) Inc. (N/A); Ligado Networks Build LLC (N/A); Ligado Networks Corp. (N/A); Ligado Networks Finance LLC (N/A); Ligado Networks Holdings (Canada) Inc. (N/A); Ligado Networks Inc. of Virginia (9725); Ligado Networks Subsidiary LLC (N/A); One Dot Six LLC (8763); and One Dot Six TVCC LLC (N/A). The Debtors' headquarters is located at: 10802 Parkridge Boulevard, Reston, Virginia 20191.

<u>Objection / Response Deadline</u>: January 21, 2025 at 4:00 p.m. (ET); extended to January 24, 2025 at 12:00 p.m. (ET) for the Office of the United States Trustee (the "<u>U.S. Trustee</u>")2

<u>Objections / Responses Received</u>:

A. Informal Comments from the U.S. Trustee

<u>Related Documents</u>:

i. Declaration of Douglas Smith, Chief Executive Officer of Ligado Networks LLC, in Support of Chapter 11 Petitions and First Day Pleadings [Docket No. 2; filed January 6, 2025]

ii. Declaration of Bruce Mendelsohn in Support of Debtors' Motion for Entry of an Order Authorizing Payment of the AST Transaction Break-Up Fee and Break-Up Reimbursements [Docket No. 62; filed January 6, 2025]

iii. Debtors' Witness and Exhibit List for Hearing Scheduled for January 27, 2025 at 1:00 p.m. (Prevailing Eastern Time) [Docket No. 135 – filed January 23, 2025]

<u>Status</u>: The hearing on this matter is going forward. The Debtors received informal comments/questions from the U.S. Trustee with respect to the Motion. The Debtors and the U.S. Trustee have been working in good faith to resolve such concerns in advance of the hearing and will keep the Court apprised as to the status of such discussions.

---

2   The Debtors have a pending request to the Court to extend the U.S. Trustee's objection deadline beyond the deadline for filing this hearing agenda.

Dated:  January 23, 2025
Wilmington, Delaware

/s/ Emily R. Mathews
Mark D. Collins, Esq. (Bar No. 2981)
Michael J. Merchant, Esq. (Bar No. 3854)
Amanda R. Steele, Esq. (Bar No. 5530)
Emily R. Mathews, Esq. (Bar No. 6866)
**RICHARDS, LAYTON & FINGER, P.A.**
One Rodney Square
920 North King Street
Wilmington, DE 19801
Telephone:     (302) 651-7700
Facsimile:     (302) 651-7701
Email:          collins@rlf.com
                merchant@rlf.com
                steele@rlf.com
                steele@rlf.com
                mathews@rlf.com

-and-

Dennis F. Dunne, Esq. (admitted *pro hac vice*)
Matthew L. Brod, Esq. (admitted *pro hac vice*)
Lauren C. Doyle, Esq. (admitted *pro hac vice*)
**MILBANK LLP**
55 Hudson Yards
New York, New York 10001
Telephone:     (212) 530-5000
Facsimile:     (212) 530-5219
Email:          ddunne@milbank.com
                mbrod@milbank.com
                ldoyle@milbank.com

Andrew M. Leblanc, Esq. (admitted *pro hac vice*)
**MILBANK LLP**
1850 K Street, NW
Suite 1100
Washington DC 20006
Telephone:     (202) 835-7500
Facsimile:     (202) 263-7586
Email:          aleblanc@milbank.com

*Proposed Co-Counsel for Debtors in Possession*

RLF1 32196168v.2