# UNITED STATES BANKRUPTCY COURT
## District of Delaware
### 824 Market Street, 3rd Floor
### Wilmington, DE 19801

Una O'Boyle
*Clerk of Court*

**To: Richards, Layton & Finger**
**One Rodney Square**
**920 King Street**
**Wilmington, DE 19801**

**RE:** *25−10006 Ligado Networks LLC*

    Please be advised that the United States Trustee's Office has filed a "Request to Schedule Section 341 Meeting". The 341 Meeting for the above−mentioned case is to be scheduled on **Friday, February 14, 2025** at **11:00 a.m. (ET)**, J. Caleb Boggs Federal Building, 844 King Street, Wilmington DE 19801.

    Please prepare the "Notice of Commencement of Chapter 11 Bankruptcy Case, Meeting of Creditors, and Fixing of Certain Dates" (341 Notice). An electronic version of this form is available from the Court's website: www.deb.uscourts.gov/content/forms. Should you want to make changes to this notice, you must contact Una O'Boyle, Clerk of Court, for approval prior to mailing.

    Please mail the Notice to all creditors, in addition to the five (5) agencies listed below on or before January 24, 2025 and file the Notice and Certificate of Service with the Court no later than January 31, 2025.

Securities & Exchange Commission
100 F Street, NE
Washington, DC 20549

Securities & Exchange Commission
New York Regional Office
Attn: Andrew Calamari, Regional Director
Brookfield Place
200 Vesey Street, Suite 400
New York, NY 10281−1022

Internal Revenue Service
P.O. Box 7346
Philadelphia, PA 19101−7346

Secretary of State
Division of Corporations
Franchise Tax
P.O. Box 898
Dover, DE 19903

Delaware State Treasury
820 Silver Lake Blvd., Suite 100
Dover, DE 19904

Date: 1/21/25

*Una O'Boyle*

Una O'Boyle, *Clerk of Court*

(VAN−472)

United States Bankruptcy Court
District of Delaware

In re:             Case No. 25-10006-TMH
Ligado Networks LLC             Chapter 11
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0311-1      User: admin      Page 1 of 4
Date Rcvd: Jan 21, 2025      Form ID: van472      Total Noticed: 10

The following symbols are used throughout this certificate:
**Symbol     Definition**
+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 23, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Ligado Networks LLC, 10802 Parkridge Boulevard, Reston, VA 20191-4334 |
| aty | + | Abigail L. Debold, Milbank LLP, 55 Hudson Yards, New York, NY 10001-2163 |
| aty | + | Andrew M. Leblanc, Milbank LLP, 1850 K Street, NW, Suite 1100, Washington, DC 20006-2236 |
| aty | + | Danielle Lee Sauer, Milbank LLP, 1850 K Street, N.W., Suite 1100, Washington, DC 20006-2236 |
| aty | + | Dennis F Dunne, Milbank LLP, 55 Hudson Yards, New York, NY 10001-2163 |
| aty | + | Jordan Rosen, Milbank LLP, 55 Hudson Yards, New York, NY 10001-2163 |
| aty | + | Lauren C. Doyle, Milbank LLP, 55 Hudson Yards, New York, NY 10001, UNITED STATES 10001-2163 |
| aty | + | Mark Polishuk, Esq., Milbank LLP, 55 Hudson Yards, New York, NY 10001-2163 |
| aty | + | Tuvia Peretz, Milbank LLP, 55 Hudson Yards, New York, NY 10001-2163 |

TOTAL: 9

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| aty | Email/Text: mbrod@milbank.com | Jan 21 2025 21:15:00 | Matthew L. Brod, Milbank LLP, 55 Hudson Yards, New York, NY 10001 |

TOTAL: 1

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.
NONE

# NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Jan 23, 2025      Signature:      /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 21, 2025 at the address(es) listed below:

**Name**      **Email Address**

| | | |
|---|---|---|
| District/off: 0311-1 | User: admin | Page 2 of 4 |
| Date Rcvd: Jan 21, 2025 | Form ID: van472 | Total Noticed: 10 |

Amanda R. Steele
    on behalf of Plaintiff Ligado Networks LLC steele@rlf.com

Amanda R. Steele
    on behalf of Plaintiff Ligado Networks (Canada) Inc. steele@rlf.com

Amanda R. Steele
    on behalf of Debtor Ligado Networks LLC steele@rlf.com  rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com

Benjamin Finestone
    on behalf of Interested Party Inmarsat Global Limited benjaminfinestone@quinnemanuel.com

Brian Schartz
    on behalf of Interested Party Ad Hoc Cross-Holder Group bschartz@kirkland.com  brian-schartz-0999@ecf.pacerpro.com

Christopher M. Donnelly
    on behalf of Interested Party Wilmington Savings Fund Society  FSB cdonnelly@morrisjames.com, ddepta@morrisjames.com;slisko@morrisjames.com

Derek C. Abbott
    on behalf of Interested Party AT&T Services  Inc. and its affiliates dabbott@mnat.com, derek-abbott-1155@ecf.pacerpro.com;jlawrence@morrisnichols.com;john-lawrence-0804@ecf.pacerpro.com;rebecca-weidman-3578@ecf.pacerpro.com

Don Stecker
    on behalf of Creditor Bexar County don.stecker@lgbs.com

Edmon L. Morton
    on behalf of Interested Party First Lien Ad Hoc Group bankfilings@ycst.com

Emily Rae Mathews
    on behalf of Plaintiff Ligado Networks (Canada) Inc. mathews@rlf.com rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com

Emily Rae Mathews
    on behalf of Plaintiff Ligado Networks LLC mathews@rlf.com  rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com

Emily Rae Mathews
    on behalf of Debtor Ligado Networks LLC mathews@rlf.com  rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com

Eric J. Monzo
    on behalf of Interested Party Wilmington Savings Fund Society  FSB emonzo@morrisjames.com, ddepta@morrisjames.com;slisko@morrisjames.com

Jason A. Starks
    on behalf of Creditor Travis County BKECF@traviscountytx.gov

Jason Loren Hufendick
    on behalf of Interested Party First Lien Ad Hoc Group jhufendick@sidley.com jason-hufendick-6610@ecf.pacerpro.com,efilingnotice@sidley.com,drakowski@sidley.com

Jason S. Levin
    on behalf of Interested Party Wilmington Savings Fund Society  FSB jlevin@morrisjames.com, ddepta@morrisjames.com;slisko@morrisjames.com

Jeremy W. Ryan
    on behalf of Interested Party AST & Science  LLC jryan@potteranderson.com, bankruptcy@potteranderson.com;lhuber@potteranderson.com;kmccloskey@potteranderson.com;tmistretta@potteranderson.com

Joaquin M C de Baca
    on behalf of Plaintiff Ligado Networks (Canada) Inc. jcdebaca@mayerbrown.com

John Kendrick Turner
    on behalf of Creditor Dallas County dallas.bankruptcyr@lgbs.com  Dora.Casiano-Perez@lgbs.com;Dallas.Bankruptcy@lgbs.com

John Kendrick Turner
    on behalf of Creditor Ellis county dallas.bankruptcyr@lgbs.com  Dora.Casiano-Perez@lgbs.com;Dallas.Bankruptcy@lgbs.com

John Kendrick Turner
    on behalf of Creditor Tarrant County dallas.bankruptcyr@lgbs.com  Dora.Casiano-Perez@lgbs.com;Dallas.Bankruptcy@lgbs.com

John Kendrick Turner
    on behalf of Creditor City of Carrollton dallas.bankruptcyr@lgbs.com Dora.Casiano-Perez@lgbs.com;Dallas.Bankruptcy@lgbs.com

John Kendrick Turner
    on behalf of Creditor Town of Fairview dallas.bankruptcyr@lgbs.com Dora.Casiano-Perez@lgbs.com;Dallas.Bankruptcy@lgbs.com

John Kendrick Turner
    on behalf of Creditor Smith County dallas.bankruptcyr@lgbs.com  Dora.Casiano-Perez@lgbs.com;Dallas.Bankruptcy@lgbs.com

John R. Ashmead

|  |  |
|---|---|
|  | on behalf of Interested Party Wilmington Savings Fund Society  FSB ashmead@sewkis.com, matott@sewkis.com;managingclerkoffice@sewkis.com |
| Joshua A Sussberg |  |
|  | on behalf of Interested Party Ad Hoc Cross-Holder Group ecf-9b7a1a52c6e8@ecf.pacerpro.com;ecf-00163ec7e7ea@ecf.pacerpro.com |
| Julie Anne Parsons |  |
|  | on behalf of Creditor The County of Denton  Texas jparsons@mvbalaw.com, kalexander@mvbalaw.com;julie.parsons@ecf.courtdrive.com |
| Julie Anne Parsons |  |
|  | on behalf of Creditor The County of Williamson  Texas jparsons@mvbalaw.com, kalexander@mvbalaw.com;julie.parsons@ecf.courtdrive.com |
| Julie Anne Parsons |  |
|  | on behalf of Creditor The County of Brazos  Texas jparsons@mvbalaw.com, kalexander@mvbalaw.com;julie.parsons@ecf.courtdrive.com |
| Justin R. Alberto |  |
|  | on behalf of Interested Party Ad Hoc Cross-Holder Group jalberto@coleschotz.com pratkowiak@coleschotz.com;jford@coleschotz.com;bankruptcy@coleschotz.com;lmorton@coleschotz.com |
| Katelin Ann Morales |  |
|  | on behalf of Interested Party AST & Science  LLC kmorales@potteranderson.com, lhuber@potteranderson.com;bankruptcy@potteranderson.com;kmccloskey@potteranderson.com;tmistretta@potteranderson.com |
| Laura Davis Jones |  |
|  | on behalf of Interested Party Inmarsat Global Limited ljones@pszjlaw.com efile1@pszjlaw.com |
| Mark D. Collins |  |
|  | on behalf of Debtor One Dot Six TVCC LLC rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com |
| Mark D. Collins |  |
|  | on behalf of Debtor Ligado Networks LLC rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com |
| Mark D. Collins |  |
|  | on behalf of Debtor Ligado Networks Finance LLC rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com |
| Mark D. Collins |  |
|  | on behalf of Debtor Ligado Networks Holdings (Canada) Inc. rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com |
| Mark D. Collins |  |
|  | on behalf of Debtor Ligado Networks (Canada) Inc. rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com |
| Mark D. Collins |  |
|  | on behalf of Debtor Ligado Networks Subsidiary LLC rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com |
| Mark D. Collins |  |
|  | on behalf of Debtor Ligado Networks Build LLC rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com |
| Mark D. Collins |  |
|  | on behalf of Debtor ATC Technologies  LLC rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com |
| Mark D. Collins |  |
|  | on behalf of Debtor Ligado Networks Corp. rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com |
| Mark D. Collins |  |
|  | on behalf of Plaintiff Ligado Networks LLC rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com |
| Mark D. Collins |  |
|  | on behalf of Debtor Ligado Networks Inc. of Virginia rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com |
| Mark D. Collins |  |
|  | on behalf of Debtor One Dot Six LLC rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com |
| Mark D. Collins |  |
|  | on behalf of Plaintiff Ligado Networks (Canada) Inc. rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com |
| Michael Joseph Merchant |  |
|  | on behalf of Debtor Ligado Networks Corp. merchant@rlf.com rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com |
| Michael Joseph Merchant |  |
|  | on behalf of Debtor One Dot Six TVCC LLC merchant@rlf.com rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com |
| Michael Joseph Merchant |  |
|  | on behalf of Debtor One Dot Six LLC merchant@rlf.com rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com |
| Michael Joseph Merchant |  |
|  | on behalf of Plaintiff Ligado Networks LLC merchant@rlf.com rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com |
| Michael Joseph Merchant |  |
|  | on behalf of Debtor Ligado Networks Subsidiary LLC merchant@rlf.com |

| | |
|---|---|
| | rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com |
| Michael Joseph Merchant | on behalf of Debtor Ligado Networks Finance LLC merchant@rlf.com rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com |
| Michael Joseph Merchant | on behalf of Debtor Ligado Networks Build LLC merchant@rlf.com  rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com |
| Michael Joseph Merchant | on behalf of Debtor Ligado Networks LLC merchant@rlf.com  rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com |
| Michael Joseph Merchant | on behalf of Debtor Ligado Networks (Canada) Inc. merchant@rlf.com rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com |
| Michael Joseph Merchant | on behalf of Plaintiff Ligado Networks (Canada) Inc. merchant@rlf.com rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com |
| Michael Joseph Merchant | on behalf of Debtor Ligado Networks Holdings (Canada) Inc. merchant@rlf.com rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com |
| Michael Joseph Merchant | on behalf of Debtor ATC Technologies  LLC merchant@rlf.com, rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com |
| Michael Joseph Merchant | on behalf of Debtor Ligado Networks Inc. of Virginia merchant@rlf.com rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com |
| Reliable Companies | gmatthews@reliable-co.com |
| Robert S. Brady | on behalf of Interested Party First Lien Ad Hoc Group bankfilings@ycst.com |
| Sameen Rizvi | on behalf of Interested Party AST & Science  LLC srizvi@potteranderson.com, lhuber@potteranderson.com;bankruptcy@potteranderson.com;tmistretta@potteranderson.com |
| Stacy L. Newman | on behalf of Interested Party Ad Hoc Cross-Holder Group snewman@coleschotz.com pratkowiak@coleschotz.com;lmorton@coleschotz.com;bankruptcy@coleschotz.com |
| Tamara K. Mann | on behalf of Interested Party AT&T Services  Inc. and its affiliates tmann@mnat.com, tamara-mann-9707@ecf.pacerpro.com;rebecca-weidman-3578@ecf.pacerpro.com;jlawrence@morrisnichols.com;john-lawrence-0804@ecf.pacerpro.com |
| Tara L. Grundemeier | on behalf of Creditor Lone Star College System houston_bankruptcy@lgbs.com |
| Tara L. Grundemeier | on behalf of Creditor Harris Co ESD #09 houston_bankruptcy@lgbs.com |
| Tara L. Grundemeier | on behalf of Creditor Cypress-Fairbanks ISD houston_bankruptcy@lgbs.com |
| Timothy P. Cairns | on behalf of Interested Party Inmarsat Global Limited tcairns@pszjlaw.com |
| U.S. Trustee | USTPRegion03.WL.ECF@USDOJ.GOV |

TOTAL: 68