**Exhibit A**

RLF1 32280877v.1

# Break-Up Fee Precedents[1]

*($ in Millions)*

| Case | Case Number | Petition Date | Total Consideration / Purchase Price | Break-Up Fee | Break-Up Fee as % of Purchase Price | Expense Reimbursement Cap | Total Bid Protection as % of Purchase Price |
|---|---|---|---|---|---|---|---|
| OYA Renewables Development LLC | 24-12574-KBO | Nov-24 | $30.00 | $0.93 | 3.10% | $0.50 | 4.77% |
| Ultra Safe Nuclear Corp | 24-12443-KBO | Oct-24 | 28.00 | 1.40 | 5.00% | NA | 5.00% |
| True Value Co., L.L.C. | 24-12337-KBO | Oct-24 | 153.00 | 4.59 | 3.00% | 1.53 | 4.00% |
| Big Lots, Inc. | 24-11967-JKS | Sep-24 | 762.00 | 7.50 | 0.98% | 1.50 | 1.18% |
| Wheel Pros, LLC | 24-11939-JTD | Sep-24 | 30.00 | 0.50 | 1.67% | NA | 1.67% |
| SunPower Corporation | 24-11649-CTG | Aug-24 | 45.00 | 1.35 | 3.00% | 0.55 | 4.22% |
| Casa Systems, Inc. | 24-10695-KBO | Apr-24 | 20.00 | 0.60 | 3.00% | 0.38 | 4.88% |
| NanoString Technologies | 24-10160-CTG | Feb-24 | 220.00 | 6.60 | 3.00% | 3.30 | 4.50% |
| Unconditional Love Inc. | 23-11759-153 | Oct-23 | 66.81 | 2.00 | 3.00% | 0.65 | 3.97% |
| Williams Industrial Services Group Inc. | 23-10961-BLS | Jul-23 | 60.00 | 2.40 | 4.00% | 1.00 | 5.67% |
| Plastiq Inc. | 23-10671-BLS | May-23 | 27.50 | 0.83 | 3.00% | 0.55 | 5.00% |
| Structurlam Mass Timber U.S., Inc. | 23-10497-CTG | Apr-23 | 60.00 | 1.80 | 3.00% | 0.60 | 4.00% |
| Independent Pet Partners Holdings, LLC | 23-10153-LSS | Feb-23 | 60.00 | 0.75 | 1.25% | 0.75 | 2.50% |
| Nova Wildcat Shur-Line Holdings, Inc. a/k/a H2 Brands | 23-10114-CTG | Jan-23 | 27.10 | 0.81 | 3.00% | 0.28 | 4.01% |
| Clovis Oncology Inc. | 22-11292-JKS | Dec-22 | 110.00 | 6.00 | 5.45% | 2.00 | 7.27% |
| **Median** | | | **$60.00** | **$1.40** | **3.00%** | **$0.65** | **4.22%** |
| **Average** | | | **$113.29** | **$2.54** | **3.03%** | **$1.04** | **4.18%** |
| **High** | | | **$762.00** | **$7.50** | **5.45%** | **$3.30** | **7.27%** |
| **Low** | | | **$20.00** | **$0.50** | **0.98%** | **$0.28** | **1.18%** |

Note:    (1)    Delaware cases since 2022 with a purchase price of $20M or greater