# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) ) | Chapter 11 |
| LIGADO NETWORKS LLC, *et al.*,[1] | ) ) | Case No. 25-10006 (TMH) |
| Debtors. | ) ) ) ) | (Jointly Administered) |
| | ) | **Re: Docket Nos. 11, 91 & 103** |

## CERTIFICATION OF NO OBJECTION REGARDING DEBTORS' MOTION FOR ENTRY OF INTERIM AND FINAL ORDERS (I) AUTHORIZING THE PAYMENT OF CERTAIN TAXES AND FEES AND (II) GRANTING RELATED RELIEF

The undersigned hereby certifies that the above-captioned debtors and debtors-in-possession (collectively, the "Debtors") have received no answer, objection or any other responsive pleading with respect to the *Debtors' Motion for Entry of Interim and Final Orders (I) Authorizing the Payment of Certain Taxes and Fees and (II) Granting Related Relief* [Docket No. 11] (the "Motion") filed by the Debtors with the United States Bankruptcy Court for the District of Delaware (the "Court") on January 6, 2025.

The undersigned further certifies that no answer, objection, or other responsive pleading to the Motion has appeared on the Court's docket in the above-captioned chapter 11 cases. Pursuant to the *Notice of (A) Entry of Interim Order (I) Authorizing the Payment of Certain Taxes and Fees and (II) Granting Related Relief; and (B) Final Hearing Thereon* [Docket No. 103] filed

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, as applicable, are: Ligado Networks LLC (3801); ATC Technologies, LLC (N/A); Ligado Networks (Canada) Inc. (N/A); Ligado Networks Build LLC (N/A); Ligado Networks Corp. (N/A); Ligado Networks Finance LLC (N/A); Ligado Networks Holdings (Canada) Inc. (N/A); Ligado Networks Inc. of Virginia (9725); Ligado Networks Subsidiary LLC (N/A); One Dot Six LLC (8763); and One Dot Six TVCC LLC (N/A). The Debtors' headquarters is located at: 10802 Parkridge Boulevard, Reston, Virginia 20191.

on January 8, 2025, objections to the Motion were to be filed no later than January 29, 2025 at 4:00 p.m. (prevailing Eastern Time).

WHEREFORE, the Debtors respectfully request that an order, substantially in the form attached hereto as **Exhibit 1**, be entered at the earliest convenience of the Court.

[*Remainder of page intentionally left blank*]

Dated  January 31, 2025
Wilmington, Delaware

        /s/ Emily R. Mathews
        Mark D. Collins, Esq. (Bar No. 2981)
        Michael J. Merchant, Esq. (Bar No. 3854)
        Amanda R. Steele, Esq. (Bar No. 5530)
        Emily R. Mathews, Esq. (Bar No. 6866)
        **RICHARDS, LAYTON & FINGER, P.A.**
        One Rodney Square
        920 North King Street
        Wilmington, DE 19801
        Telephone:   (302) 651-7700
        Facsimile:    (302) 651-7701
        Email:         collins@rlf.com
                   merchant@rlf.com
                   steele@rlf.com
                   mathews@rlf.com

        -and-

        Dennis F. Dunne, Esq. (admitted *pro hac vice*)
        Matthew L. Brod, Esq. (admitted *pro hac vice*)
        Lauren C. Doyle, Esq. (admitted *pro hac vice*)
        **MILBANK LLP**
        55 Hudson Yards
        New York, New York 10001
        Telephone:   (212) 530-5000
        Facsimile:    (212) 530-5219
        Email:         ddunne@milbank.com
                   mbrod@milbank.com
                   ldoyle@milbank.com

        Andrew M. Leblanc, Esq. (admitted *pro hac vice*)
        **MILBANK LLP**
        1850 K Street, NW
        Suite 1100
        Washington DC 20006
        Telephone:   (202) 835-7500
        Facsimile:    (202) 263-7586
        Email:         aleblanc@milbank.com

        *Proposed Co-Counsel for Debtors in Possession*