IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) ) | Chapter 11 |
| LIGADO NETWORKS LLC, *et al.*,[1] | ) ) ) | Case No. 25-10006 (TMH) |
| Debtors. | ) ) ) ) ) | (Jointly Administered) **Re: Docket Nos. 13, 92 & 105** |

**CERTIFICATION OF NO OBJECTION REGARDING DEBTORS' MOTION FOR ENTRY OF INTERIM AND FINAL ORDERS (I) APPROVING THE PROPOSED ADEQUATE ASSURANCE OF PAYMENT FOR FUTURE UTILITY SERVICES AND RELATED PROCEDURES, (II) PROHIBITING UTILITY COMPANIES TO ALTER, REFUSE, OR DISCONTINUE SERVICES, AND (III) GRANTING RELATED RELIEF**

The undersigned hereby certifies that the above-captioned debtors and debtors-in-possession (collectively, the "Debtors") have received no answer, objection or any other responsive pleading with respect to the *Debtors' Motion for Entry of Interim and Final Orders (I) Approving the Proposed Adequate Assurance of Payment for Future Utility Services and Related Procedures, (II) Prohibiting Utility Companies to Alter, Refuse, or Discontinue Services, and (III) Granting Related Relief* [Docket No. 13] (the "Motion") filed by the Debtors with the United States Bankruptcy Court for the District of Delaware (the "Court") on January 6, 2025.

The undersigned further certifies that no answer, objection, or other responsive pleading to the Motion has appeared on the Court's docket in the above-captioned chapter 11 cases. Pursuant to the *Notice of (A) Entry of Interim Order (I) Approving the Proposed Adequate*

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, as applicable, are: Ligado Networks LLC (3801); ATC Technologies, LLC (N/A); Ligado Networks (Canada) Inc. (N/A); Ligado Networks Build LLC (N/A); Ligado Networks Corp. (N/A); Ligado Networks Finance LLC (N/A); Ligado Networks Holdings (Canada) Inc. (N/A); Ligado Networks Inc. of Virginia (9725); Ligado Networks Subsidiary LLC (N/A); One Dot Six LLC (8763); and One Dot Six TVCC LLC (N/A). The Debtors' headquarters is located at: 10802 Parkridge Boulevard, Reston, Virginia 20191.

*Assurance of Payment for Future Utility Services and Related Procedures, (II) Prohibiting Utility Companies to Alter, Refuse, or Discontinue Services, and (III) Granting Related Relief; and (B) Final Hearing Thereon* [Docket No. 105] filed on January 8, 2025, objections to the Motion were to be filed no later than January 29, 2025 at 4:00 p.m. (prevailing Eastern Time).

WHEREFORE, the Debtors respectfully request that an order, substantially in the form attached hereto as **Exhibit 1**, be entered at the earliest convenience of the Court.

[*Remainder of page intentionally left blank*]

Dated  January 31, 2025
Wilmington, Delaware

                */s/ Emily R. Mathews*
                Mark D. Collins, Esq. (Bar No. 2981)
                Michael J. Merchant, Esq. (Bar No. 3854)
                Amanda R. Steele, Esq. (Bar No. 5530)
                Emily R. Mathews, Esq. (Bar No. 6866)
                **RICHARDS, LAYTON & FINGER, P.A.**
                One Rodney Square
                920 North King Street
                Wilmington, DE 19801
                Telephone:    (302) 651-7700
                Facsimile:    (302) 651-7701
                Email:         collins@rlf.com
                              merchant@rlf.com
                              steele@rlf.com
                              mathews@rlf.com

                -and-

                Dennis F. Dunne, Esq. (admitted *pro hac vice*)
                Matthew L. Brod, Esq. (admitted *pro hac vice*)
                Lauren C. Doyle, Esq. (admitted *pro hac vice*)
                **MILBANK LLP**
                55 Hudson Yards
                New York, New York 10001
                Telephone:    (212) 530-5000
                Facsimile:    (212) 530-5219
                Email:         ddunne@milbank.com
                              mbrod@milbank.com
                              ldoyle@milbank.com

                Andrew M. Leblanc, Esq. (admitted *pro hac vice*)
                **MILBANK LLP**
                1850 K Street, NW
                Suite 1100
                Washington DC 20006
                Telephone:    (202) 835-7500
                Facsimile:    (202) 263-7586
                Email:         aleblanc@milbank.com

                *Proposed Co-Counsel for Debtors in Possession*