**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

|  |  |
|---|---|
| In re: | Chapter 11 |
| LIGADO NETWORKS LLC, *et al.*,[1] | Case No. 25-10006 (TMH) |
| Debtors. | (Jointly Administered) |

**NOTICE OF AGENDA OF MATTERS SCHEDULED FOR HEARING ON**
**FEBRUARY 5, 2025 AT 1:00 P.M. (ET), BEFORE THE HONORABLE**
**THOMAS M. HORAN, AT THE UNITED STATES BANKRUPTCY**
**COURT FOR THE DISTRICT OF DELAWARE, 5TH FLOOR, COURTROOM 6**

> **This hearing will be conducted in-person in Courtroom # 6, 5th floor. All parties, including witnesses, are expected to attend in person unless permitted to appear via Zoom. Participation at the in-person court proceeding using Zoom is allowed only in the following circumstances: (i) counsel for a party or a pro se litigant that files a responsive pleading and intends to make only a limited argument; (ii) a party or a representative of a party that has not submitted a pleading but is interested in observing the hearing; (iii) any party that is proceeding, in a claims allowance dispute, on a pro se basis; or (iv) extenuating circumstances that warrant remote participation as may be determined by the Court. the deadline to register for remote attendance is 4:00 p.m. (prevailing Eastern Time) the business day before the hearing unless otherwise noticed.**
>
> **COURTCALL WILL NOT BE USED FOR THIS HEARING. to attend a hearing remotely, please register using the eCourtAppearance tool ([available here](available here)) or on the Court's website at [www.deb.uscourts.gov](www.deb.uscourts.gov).**

I.      **RESOLVED MATTERS:**

1.      Debtors' Motion for Entry of Interim and Final Orders (I) Authorizing the Debtors to (A) Continue to Operate Their Cash Management System and Maintain Existing Bank Accounts, (B) Utilize Their Credit Cards, and (C) Engage in Intercompany Transactions, (II) Granting a Waiver of the Requirements of Section 345(b) of the

---

[1]     The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, as applicable, are:  Ligado Networks LLC (3801); ATC Technologies, LLC (N/A); Ligado Networks (Canada) Inc. (N/A); Ligado Networks Build LLC (N/A); Ligado Networks Corp. (N/A); Ligado Networks Finance LLC (N/A); Ligado Networks Holdings (Canada) Inc. (N/A); Ligado Networks Inc. of Virginia (9725); Ligado Networks Subsidiary LLC (N/A); One Dot Six LLC (8763); and One Dot Six TVCC LLC (N/A).  The Debtors' headquarters is located at: 10802 Parkridge Boulevard, Reston, Virginia 20191.

Bankruptcy Code and U.S. Trustee Guidelines, and (III) Granting Related Relief [Docket No. 7; filed January 6, 2025]

Objection / Response Deadline:        January 29, 2025 at 4:00 p.m. (ET)

Objections / Responses Received:

A.    Informal Comments from the Office of the United States Trustee (the "U.S. Trustee")

Related Documents:

i.    Declaration of Douglas Smith, Chief Executive Officer of Ligado Networks LLC, in Support of Chapter 11 Petitions and First Day Pleadings [Docket No. 2; filed January 6, 2025]

ii.    Interim Order (I) Authorizing the Debtors to (A) Continue to Operate Their Cash Management System and Maintain Existing Bank Accounts, (B) Utilize Their Credit Cards, and (C) Engage in Intercompany Transactions, (II) Granting a Waiver of the Requirements of Section 345(b) of the Bankruptcy Code and U.S. Trustee Guidelines, and (III) Granting Related Relief [Docket No. 90; entered January 7, 2025]

iii.    Notice of (A) Entry of Interim Order (I) Authorizing the Debtors to (A) Continue to Operate Their Cash Management System and Maintain Existing Bank Accounts, (B) Utilize Their Credit Cards, and (C) Engage in Intercompany Transactions, (II) Granting a Waiver of the Requirements of Section 345(b) of the Bankruptcy Code and U.S. Trustee Guidelines, and (III) Granting Related Relief; and (B) Final Hearing Thereon [Docket No. 102; filed January 7, 2025]

iv.    Certification of Counsel Regarding Debtors' Motion for Entry of Interim and Final Orders (I) Authorizing the Debtors to (A) Continue to Operate Their Cash Management System and Maintain Existing Bank Accounts, (B) Utilize Their Credit Cards, and (C) Engage in Intercompany Transactions, (II) Granting a Waiver of the Requirements of Section 345(b) of the Bankruptcy Code and U.S. Trustee Guidelines, and (III) Granting Related Relief [Docket No. 157; filed January 31, 2025]

v.    Final Order (I) Authorizing the Debtors to (A) Continue to Operate their Cash Management System and Maintain Existing Bank Accounts, (B) Utilize their Credit Cards, and (C) Engage in Intercompany Transactions, (II) Granting a Waiver of the Requirements of Section 345(b) of the Bankruptcy Code and U.S. Trustee Guidelines, and (III) Granting Related Relief [Docket No. 161; entered February 3, 2025]

Status:  On February 3, 2025, the Court entered an order regarding this matter. Accordingly, a hearing on this matter is no longer necessary.

2.      Debtors' Motion for Entry of Interim and Final Orders (I) Authorizing the Payment of Certain Taxes and Fees and (II) Granting Related Relief [Docket No. 11; filed January 6, 2025]

Objection / Response Deadline:        January 29, 2025 at 4:00 p.m. (ET)

Objections / Responses Received:      None.

Related Documents:

i.      Declaration of Douglas Smith, Chief Executive Officer of Ligado Networks LLC, in Support of Chapter 11 Petitions and First Day Pleadings [Docket No. 2; filed January 6, 2025]

ii.     Interim Order (I) Authorizing the Payment of Certain Taxes and Fees and (II) Granting Related Relief [Docket No. 91; entered January 7, 2025]

iii.    Notice of (A) Entry of Interim Order (I) Authorizing the Payment of Certain Taxes and Fees and (II) Granting Related Relief; and (B) Final Hearing Thereon [Docket No. 103; filed January 8, 2025]

iv.     Certificate of No Objection Regarding Debtors' Motion for Entry of Interim and Final Orders (I) Authorizing the Payment of Certain Taxes and Fees and (II) Granting Related Relief [Docket No. 154; filed January 31, 2025]

v.      Final Order (I) Authorizing the Payment of Certain Taxes and Fees and (II) Granting Related Relief [Docket No. 156; entered January 31, 2025]

Status:  On January 31, 2025, the Court entered an order regarding this matter. Accordingly, a hearing on this matter is no longer necessary.

3.      Debtors' Motion for Entry of Interim and Final Orders (I) Approving the Proposed Adequate Assurance of Payment for Future Utility Services and Related Procedures, (II) Prohibiting Utility Companies to Alter, Refuse, or Discontinue Services, and (III) Granting Related Relief [Docket No. 13; filed January 6, 2025]

Objection / Response Deadline:        January 29, 2025 at 4:00 p.m. (ET)

Objections / Responses Received:      None.

3

<u>Related Documents</u>:

i.      Declaration of Douglas Smith, Chief Executive Officer of Ligado Networks LLC, in Support of Chapter 11 Petitions and First Day Pleadings [<u>Docket No. 2</u>; filed January 6, 2025]

ii.     Interim Order (I) Approving the Proposed Adequate Assurance of Payment for Future Utility Services and Related Procedures, (II) Prohibiting Utility Companies to Alter, Refuse, or Discontinue Services, and (III) Granting Related Relief [<u>Docket No. 92</u>;entered January 7, 2025]

iii.    Notice of (A) Entry of Interim Order (I) Approving the Proposed Adequate Assurance of Payment for Future Utility Services and Related Procedures, (II) Prohibiting Utility Companies to Alter, Refuse, or Discontinue Services, and (III) Granting Related Relief; and (B) Final Hearing Thereon [<u>Docket No. 105</u>; filed January 8, 2025]

iv.     Certificate of No Objection Regarding Debtors' Motion for Entry of Interim and Final Orders (I) Approving the Proposed Adequate Assurance of Payment for Future Utility Services and Related Procedures, (II) Prohibiting Utility Companies to Alter, Refuse, or Discontinue Services, and (III) Granting Related Relief [<u>Docket No. 155</u>; filed January 31, 2025]

v.      Final Order (I) Approving the Proposed Adequate Assurance of Payment for Future Utility Services and Related Procedures, (II) Prohibiting Utility Companies to Alter, Refuse, or Discontinue Services, and (III) Granting Related Relief [<u>Docket No. 162</u>; entered February 3, 2025]

<u>Status</u>:  On February 3, 2025, the Court entered an order regarding this matter. Accordingly, a hearing on this matter is no longer necessary.

4.      Debtors' Motion for Entry of Interim and Final Orders (I) Authorizing the Debtors to (A) Maintain Insurance Policies and Surety Bond Program and Honor Obligations Thereunder, and (B) Renew, Amend, Supplement, Extend, or Purchase Insurance Policies and Surety Bonds, and (II) Granting Related Relief [<u>Docket No. 14</u>; filed January 6, 2025]

<u>Objection / Response Deadline</u>:      January 29, 2025 at 4:00 p.m. (ET); extended for Chubb Companies to January 31, 2025 at 4:00 p.m. (ET)

<u>Objections / Responses Received</u>:

A.      Informal Comments from Chubb Companies

4

Related Documents:

i.    Declaration of Douglas Smith, Chief Executive Officer of Ligado Networks LLC, in Support of Chapter 11 Petitions and First Day Pleadings [Docket No. 2; filed January 6, 2025]

ii.    Interim Order (I) Authorizing the Debtors to (A) Maintain Insurance Policies and Surety Bond Program and Honor Obligations Thereunder, and (B) Renew, Amend, Supplement, Extend, or Purchase Insurance Policies and Surety Bonds, and (II) Granting Related Relief [Docket No. 93; entered January 7, 2025]

iii.    Notice of (A) Entry of Interim Order (I) Authorizing the Debtors to (A) Maintain Insurance Policies and Surety Bond Program and Honor Obligations Thereunder, and (B) Renew, Amend, Supplement, Extend, or Purchase Insurance Policies and Surety Bonds, and (II) Granting Related Relief; and (B) Final Hearing Thereon [Docket No. 106; filed January 8, 2025]

iv.    Certification of Counsel Regarding Debtors' Motion for Entry of Interim and Final Orders (I) Authorizing the Debtors to (A) Maintain Insurance Policies and Surety Bond Program and Honor Obligations Thereunder, and (B) Renew, Amend, Supplement, Extend, or Purchase Insurance Policies and Surety Bonds, and (II) Granting Related Relief [Docket No. 158; filed January 31, 2025]

v.    Final Order (I) Authorizing the Debtors to (A) Maintain Insurance Policies and Surety Bond Program and Honor Obligations Thereunder, and (B) Renew, Amend, Supplement, Extend, or Purchase Insurance Policies and Surety Bonds, and (II) Granting Related Relief [Docket No. 163; entered February 3, 2025]

Status:    On February 3, 2025, the Court entered an order regarding this matter. Accordingly, a hearing on this matter is no longer necessary.

5.    Debtors' Motion for Entry of Interim and Final Orders (I) Authorizing Them to (A) Satisfy Prepetition Obligations on Account of Compensation and Benefits Programs and (B) Continue Compensation and Benefits Programs, and (II) Granting Related Relief [Docket No. 15; filed January 6, 2025]

Objection / Response Deadline:    January 29, 2025 at 4:00 p.m. (ET); extended for Chubb Companies to January 31, 2025 at 4:00 p.m. (ET)

Objections / Responses Received:

A.    Informal Comments from Chubb Companies

5

Related Documents:

i. Declaration of Douglas Smith, Chief Executive Officer of Ligado Networks LLC, in Support of Chapter 11 Petitions and First Day Pleadings [Docket No. 2; filed January 6, 2025]

ii. Interim Order (I) Authorizing the Debtors to (A) Satisfy Prepetition Obligations on Account of Compensation and Benefits Programs and (B) Continue Compensation and Benefits Programs, and (II) Granting Related Relief [Docket No. 94; entered January 7, 2025]

iii. Notice of (A) Entry of Interim Order (I) Authorizing the Debtors to (A) Satisfy Prepetition Obligations on Account of Compensation and Benefits Programs and (B) Continue Compensation and Benefits Programs, and (II) Granting Related Relief; and (B) Final Hearing Thereon [Docket No. 107; filed January 8, 2025]

iv. Certification of Counsel Regarding Debtors' Motion for Entry of Interim and Final Orders (I) Authorizing Them to (A) Satisfy Prepetition Obligations on Account of Compensation and Benefits Programs and (B) Continue Compensation and Benefits Programs, and (II) Granting Related Relief [Docket No. 159; filed January 31, 2025]

v. Final Order (I) Authorizing them to (A) Satisfy Prepetition Obligations on Account of Compensation and Benefits Programs and (B) Continue Compensation and Benefits Programs, and (II) Granting Related Relief [Docket No. 164; entered February 3, 2025]

Status: On February 3, 2025, the Court entered an order regarding this matter. Accordingly, a hearing on this matter is no longer necessary.

## II. **CONTESTED MATTER GOING FORWARD**:

6. Debtors' Motion for Entry of Interim and Final Orders (I) Authorizing the Debtors to (A) Obtain Postpetition Financing and (B) Use Cash Collateral; (II) Granting Liens and Superpriority Administrative Expense Claims; (III) Granting Adequate Protection; (IV) Modifying the Automatic Stay; (V) Scheduling a Final Hearing; and (VI) Granting Related Relief [Docket No. 4; filed January 6, 2025]

Objection / Response Deadline: January 29, 2025 at 4:00 p.m. (ET); extended for Boeing Satellite Systems, Inc. to January 31, 2025 at 12:00 p.m. (ET); extended for Chubb Companies to January 31, 2025 at 4:00 p.m. (ET)

Objections / Responses Received:

A.    Inmarsat Global Limited's Objection to Ligado's DIP Financing Motion [Docket No. 150; filed January 29, 2025]

B.    Informal Comments from Chubb Companies

C.    Informal Comments from Boeing Satellite Systems, Inc.

Related Documents:

i.    Declaration of Douglas Smith, Chief Executive Officer of Ligado Networks LLC, in Support of Chapter 11 Petitions and First Day Pleadings [Docket No. 2; filed January 6, 2025]

ii.    Declaration of Bruce Mendelsohn in Support of Debtors' Motion for Entry of Interim and Final Orders (I) Authorizing Them to (A) Obtain Postpetition Financing and (B) Use Cash Collateral, (II) Granting Liens and Superpriority Administrative Expense Claims, (III) Modifying the Automatic Stay, (IV) Granting Adequate Protection, (V) Scheduling a Final Hearing, and (VI) Granting Related Relief [Docket No. 6; filed January 6, 2025]

iii.    Interim Order (I) Authorizing the Debtors to (A) Obtain Postpetition Financing and (B) Use Cash Collateral; (II) Granting Liens and Superpriority Administrative Expense Claims; (III) Granting Adequate Protection; (IV) Modifying the Automatic Stay; (V) Scheduling a Final Hearing; and (VI) Granting Related Relief [Docket No. 104; entered January 8, 2025]

iv.    Notice of (A) Entry of Interim Order (I) Authorizing the Debtors to (A) Obtain Postpetition Financing and (B) Use Cash Collateral; (II) Granting Liens and Superpriority Administrative Expense Claims; (III) Granting Adequate Protection; (IV) Modifying the Automatic Stay; (V) Scheduling a Final Hearing; and (VI) Granting Related Relief; and (B) Final Hearing Thereon [Docket No. 108; filed January 8, 2025]

v.    Debtors' Reply to Inmarsat's DIP Objection [Docket No. 165; filed February 3, 2025]

vi.    Motion of the Debtors for Leave to File Debtors' Reply in Support of Final Approval of the DIP Motion [Docket No. 166; filed February 3, 2025]

vii.    Notice of Filing of Proposed Final DIP Order [Docket No. 167; filed February 3, 2025]

viii.   Debtors' Witness and Exhibit List for Hearing Scheduled for February 5, 2025 at 1:00 p.m. (Prevailing Eastern Time) [Docket No. 169; filed February 3, 2025]

Status: The hearing on this matter is going forward.  The informal comments received from the Chubb Companies and Boeing Satellite Systems, Inc. have been resolved through language that is included in the proposed form of Final DIP Order [Docket No. 167] that was filed with the Court on February 3, 2025.

Dated  February 3, 2025
Wilmington, Delaware

/s/ Michael J. Merchant
Mark D. Collins, Esq. (Bar No. 2981)
Michael J. Merchant, Esq. (Bar No. 3854)
Amanda R. Steele, Esq. (Bar No. 5530)
Emily R. Mathews, Esq. (Bar No. 6866)
**RICHARDS, LAYTON & FINGER, P.A.**
One Rodney Square
920 North King Street
Wilmington, DE 19801
Telephone:    (302) 651-7700
Facsimile:    (302) 651-7701
Email:        collins@rlf.com
              merchant@rlf.com
              steele@rlf.com
              mathews@rlf.com

-and-

Dennis F. Dunne, Esq. (admitted *pro hac vice*)
Matthew L. Brod, Esq. (admitted *pro hac vice*)
Lauren C. Doyle, Esq. (admitted *pro hac vice*)
**MILBANK LLP**
55 Hudson Yards
New York, New York 10001
Telephone:    (212) 530-5000
Facsimile:    (212) 530-5219
Email:        ddunne@milbank.com
              mbrod@milbank.com
              ldoyle@milbank.com

Andrew M. Leblanc, Esq. (admitted *pro hac vice*)
**MILBANK LLP**
1850 K Street, NW
Suite 1100
Washington DC 20006
Telephone:    (202) 835-7500
Facsimile:    (202) 263-7586
Email:        aleblanc@milbank.com

*Proposed Co-Counsel for Debtors in Possession*

9