## Exhibit B

**Disclosure Statement Notice**

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

|  |  |
|---|---|
| In re: | ) ) | Chapter 11 |
| LIGADO NETWORKS LLC *et al.*,[1] | ) ) ) | Case No. 25-10006 (TMH) |
| Debtors. | ) ) ) | (Jointly Administered) |
|  | ) ) | **Obj. Deadline: April 18, 2025 at 4:00 p.m. (ET)** |
|  | ) | **Hearing Date: April 28, 2025 at 2:00 p.m. (ET)** |

**NOTICE OF HEARING TO CONSIDER
APPROVAL OF PROPOSED DISCLOSURE STATEMENT
FOR JOINT CHAPTER 11 PLAN OF LIGADO NETWORKS LLC
AND ITS AFFILIATED DEBTORS AND DEBTORS IN POSSESSION**

**TO ALL PARTIES IN INTEREST:**

      **PLEASE TAKE NOTICE THAT** on March 21, 2025, Ligado Networks LLC and certain of its subsidiaries, as debtors and debtors in possession in the above-captioned chapter 11 cases (collectively, the "Debtors"), filed the *Joint Chapter 11 Plan of Reorganization of Ligado Networks LLC and Its Affiliated Debtors and Debtors in Possession*, [Docket No. [●]] (as may be amended, modified, or supplemented, the "Proposed Plan")[2] and the proposed *Disclosure Statement for Joint Chapter 11 Plan of Reorganization of Ligado Networks LLC and Its Affiliated Debtors and Debtors in Possession* [Docket No. [●]] (as may be amended, modified, or supplemented, the "Proposed Disclosure Statement").

      **PLEASE TAKE FURTHER NOTICE THAT:**

      1.    A hearing (the "Hearing") will be held before the Honorable Thomas M. Horan, United States Bankruptcy Judge, in the United States Bankruptcy Court for the District of Delaware (the "Bankruptcy Court"), 824 North Market Street, 3rd Floor, Courtroom 7, Wilmington, Delaware 19801, on **April 28, 2025 at 2:00 p.m. (prevailing Eastern Time)**, to consider entry of an order determining, among other things, that the Proposed Disclosure

---

[1]    The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, as applicable, are: Ligado Networks LLC (3801); ATC Technologies, LLC (N/A); Ligado Networks (Canada) Inc. (N/A); Ligado Networks Build LLC (N/A); Ligado Networks Corp. (N/A); Ligado Networks Finance LLC (N/A); Ligado Networks Holdings (Canada) Inc. (N/A); Ligado Networks Inc. of Virginia (9725); Ligado Networks Subsidiary LLC (N/A); One Dot Six LLC (8763); and One Dot Six TVCC LLC (N/A). The Debtors' headquarters is located at: 10802 Parkridge Boulevard, Reston, Virginia 20191.

[2]    Capitalized terms used but not defined herein shall have the meanings ascribed to them in the Proposed Disclosure Statement or the Proposed Plan, applicable.

Statement contains "adequate information" within the meaning ascribed to such term in section 1125 of the Bankruptcy Code and approving the Proposed Disclosure Statement.

2.     Any party in interest wishing to obtain a copy of the Proposed Disclosure Statement and the Proposed Plan should contact Omni, the Debtors' voting and tabulation agent, Omni, by (i) writing: Ligado Networks, LLC Ballot Processing c/o Omni Agent Solutions, Inc. 5955 De Soto Ave., Suite 100 Woodland Hills, CA 91367, (ii) by email at LigadoInquiries@OmniAgnt.com, or (iii) at the following telephone numbers: (866) 956-2139 (domestic toll free) or (747) 288-6357 (international).  Interested parties may also review the Proposed Disclosure Statement and the Proposed Plan free of charge at https://omniagentsolutions.com/Ligado.  In addition, the Proposed Disclosure Statement and Proposed Plan are on file with the Bankruptcy Court and may be reviewed by accessing the Bankruptcy Court's website: www.deb.uscourts.gov.  Note that a PACER password and login are needed to access documents on the Bankruptcy Court's website.  A PACER password can be obtained at: www.pacer.psc.uscourts.gov.  Copies of the Proposed Disclosure Statement and Proposed Plan may also be examined by interested parties during normal business hours at the office of the Clerk of the Bankruptcy Court.

3.     Objections, if any, to approval of the Proposed Disclosure Statement must: (i) be in writing; (ii) conform to the Bankruptcy Rules and the Local Bankruptcy Rules; (iii) set forth the name of the objecting party and the nature and amount of Claims or Interests held or asserted by such party against the Debtors' estates or property; (iv) provide the basis for objection and specific grounds thereof, and provide proposed language that, if accepted and incorporated by the Debtors, would obviate such objection; and (v) be filed, together with proof of service, with the Bankruptcy Court and served so that they are **actually received** by the following parties no later than **April 18, 2025 at 4:00 p.m. (prevailing Eastern Time)**:

| **Debtors** | **Office of the U.S. Trustee** |
|---|---|
| Ligado Networks LLC | Office of the U.S. Trustee for |
| 10802 Parkridge Boulevard | the District of Delaware |
| Reston, VA 20191 | 844 King Street |
| Attn: Vicky McPherson | Suite 2207, Lockbox 35 |
| Email: vicky@ligado.com | Wilmington, Delaware 19801 |
| | Attn: Benjamin Hackman, Esq. |
| | Email: Benjamin.a.hackman@usdoj.gov |
| | |
| **Counsel to the Debtors** | **Co-Counsel to the Debtors** |
| Milbank LLP | Richards, Layton, & Finger, P.A. |
| 55 Hudson Yards | One Rodney Square |
| New York, New York 10001 | 920 North King Street |
| Attn: Dennis F. Dunne | Wilmington, Delaware 19801 |
| Matthew L. Brod | Attn: Mark D. Collins |
| Lauren C. Doyle | Michael J. Merchant |
| Telephone:   (212) 530-5000 | Amanda R. Steele |
| Facsimile:   (212) 530-5219 | Telephone: (302) 651-7700 |
| Email: ddune@milbank.com | Facsimile:   (302) 651-7701 |
| mbrod@milbank.com | |

ldoyle@milbank.com

Email: collins@rlf.com
merchant@rlf.com
steele@rlf.com

**Counsel to the Ad Hoc Crossholder Group**
Kirkland & Ellis LLP
601 Lexington Avenue
New York, NY 10022
Attn: Brian Schartz, P.C.
Derek I. Hunter
Email: brian.schartz@kirkland.com
derek.hunter@kirkland.com

-and-

Kirkland & Ellis LLP
300 North LaSalle
Chicago, IL 60654
Attn: Patrick J. Nash, Jr., P.C.
Alan McCormick
Email: patrick.nash@kirkland.com
alan.mccormick@kirkland.com

**Counsel to the Ad Hoc First Lien Group**
Sidley Austin LLP
One South Dearborn
Chicago, IL 60603
Attn: Jason L. Hufendick
Dennis Twomey
Email: jhufendick@sidley.com
dtwomey@sidley.com

4.      **IF AN OBJECTION TO THE PROPOSED DISCLOSURE STATEMENT IS NOT FILED AND SERVED STRICTLY AS PRESCRIBED HEREIN, THE OBJECTING PARTY MAY BE BARRED FROM OBJECTING TO THE PROPOSED DISCLOSURE STATEMENT OR THE ADEQUACY THEREOF AND MAY NOT BE HEARD AT THE HEARING.**

5.      The Hearing may be adjourned from time to time without further notice to parties in interest other than by an announcement in Bankruptcy Court of such adjournment on the date scheduled for the Hearing or as indicated in any notice of agenda of matters scheduled for hearing filed by the Debtors with the Bankruptcy Court.  The Debtors may modify the Proposed Disclosure Statement, if necessary, prior to, during, or as a result of the Hearing without further notice.

**<u>Additional Information</u>**

Interested parties may also review the Disclosure Statement and the Plan free of charge at https://omniagentsolutions.com/Ligado or by scanning the QR code below.



Dated _____, 2025
Wilmington, Delaware

/s/ DRAFT_____

Mark D. Collins, Esq. (Bar No. 2981)
Michael J. Merchant, Esq. (Bar No. 3854)
Amanda R. Steele, Esq. (Bar No. 5530)
Emily R. Mathews, Esq. (Bar No. 6866)
**RICHARDS, LAYTON & FINGER, P.A.**
One Rodney Square
920 North King Street
Wilmington, DE 19801
Telephone:    (302) 651-7700
Facsimile:    (302) 651-7701
Email:        collins@rlf.com
              merchant@rlf.com
              steele@rlf.com
              mathews@rlf.com

-and-

Dennis F. Dunne, Esq. (admitted *pro hac vice*)
Matthew L. Brod, Esq. (admitted *pro hac vice*)
Lauren C. Doyle, Esq. (admitted *pro hac vice*)
**MILBANK LLP**
55 Hudson Yards
New York, New York 10001
Telephone:    (212) 530-5000
Facsimile:    (212) 530-5219
Email:        ddunne@milbank.com
              mbrod@milbank.com
              ldoyle@milbank.com

Andrew M. Leblanc, Esq. (admitted *pro hac vice*)
**MILBANK LLP**
1850 K Street, NW, Suite 1100
Washington DC 20006
Telephone:    (202) 835-7500
Facsimile:    (202) 263-7586
Email:        aleblanc@milbank.com

*Co-Counsel for Debtors in Possession*