**IN THE UNITED STATE BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| LIGADO NETWORKS LLC, *et al.*,[1] | Case No. 25-10006 (TMH) |
| Debtors. | (Jointly Administered) |
| | **Objection Deadline: April 14, 2025 at 4:00pm (ET)** |

**FIRST MONTHLY FEE APPLICATION OF SELENDY GAY PLLC FOR COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES AS SPECIAL LITIGATION COUNSEL FOR THE DEBTORS AND DEBTORS IN POSSESSION FOR THE PERIOD FROM JANUARY 5, 2025 THROUGH JANUARY 31, 2025**

| | |
|---|---|
| Name of Applicant: | Selendy Gay PLLC |
| Authorized to Provided Professional Services to: | Debtors and Debtors in Possession |
| Date of Retention: | February 20, 2025 (effective January 5, 2025) |
| Period for which compensation and reimbursement are sought: | January 5, 2025 through January 31, 2025 |
| Amount of compensation sought as actual, reasonable, and necessary: | $124,713.70 (80% of $155,892.15) |
| Amount of expense reimbursement sought as actual, reasonable, and necessary: | $179.83 |

This is a(n):  _X_ monthly ___ interim ___ final application

Prior Applications Filed: None.

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Ligado Networks LLC (3801); ATC Technologies, LLC (N/A); Ligado Networks (Canada) Inc.(N/A); Ligado Networks Build LLC (N/A); Ligado Networks Corp. (N/A); Ligado Networks Finance LLC (N/A);Ligado Networks Holdings (Canada) Inc. (N/A); Ligado Networks Inc. of Virginia (9725); Ligado Networks Subsidiary LLC (N/A); One Dot Six LLC (8763); and One Dot Six TVCC LLC (N/A). The Debtors' headquarters is located at: 10802 Parkridge Boulevard, Reston, Virginia 20191.

**COMPENSATION BY PROFESSIONAL**
**JANUARY 5, 2025 THROUGH JANUARY 31, 2025**

| Name of Professional | Position and Year of Admission | Hourly Billing Rate | Total Billed Hours | Total Compensation[2] |
|---|---|---|---|---|
| David Coon | Partner (2017) | $2,115.00 | 9.0 | $19,035.00 |
| Kelley A. Cornish | Partner (1984) | $2,115.00 | 2.9 | $6,133.50 |
| William Rathgeber | Partner (2018) | $2,115.00 | 17.9 | $37,858.50 |
| Phillipe Z. Selendy | Partner (1994) | $2,115.00 | 8.4 | $17,766.00 |
| Alvaro Mon Cureño | Associate (2019) | $1,515.00 | 35.7 | $54,085.50 |
| Sean Goldman-Hunt | Associate (2024) | $1,060.00 | 43.4 | $46,004.00 |
| Christopher Journey | Paralegal | $630.00 | 0.4 | $252.00 |
| Eddie Rivera | Paralegal | $630.00 | 3.6 | $2,268.00 |
| **TOTAL:** | | | 121.3 | $183,402.50 |
| **BLENDED RATE:** | | $1,511.97 | | |
| **ATTORNEY TOTAL:** | | | 117.3 | $180,882.50 |
| **ATTORNEY BLENDED RATE:** | | $1,524.05 | | |

**COMPENSATION BY PROJECT CATEGORY**
**JANUARY 5, 2025 THROUGH JANUARY 31, 2025**

| Project Category | Total Hours | Total Fees |
|---|---|---|
| Adversary Proceeding | 0.7 | $1,480.50 |
| Case Administration | 2.8 | $1,764.00 |
| Fee/Employment Applications | 13.5 | $22,750.50 |
| Litigation | 104.3 | $154,887.50 |

---

[2] As described in the *Debtors' Application for an Order Authorizing the Retention and Employment of Selendy Gay as Special Litigation Counsel for the Debtors and Debtors in Possession as of the Petition Date* [D.I. 180] (the "Retention Application"), Selendy Gay agreed to defer payment of certain Deferred Fees (as defined in the Retention Application), including 15% of its total fees incurred during the Compensation Period.

2

**EXPENSE SUMMARY**
**JANUARY 5, 2025 THROUGH JANUARY 31, 2025**

| Expense Category | Service Provider (if applicable) | Total Expenses |
| --- | --- | --- |
| Outside Research | WestLaw | $176.83 |
| Outside Research | PACER | $3.00 |

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| LIGADO NETWORKS LLC, *et al.*,[1] | Case No. 25-10006 (TMH) |
| Debtors. | (Jointly Administered) |
| | **Objection Deadline: April 14, 2025 at 4:00pm (ET)** |

**FIRST MONTHLY FEE APPLICATION OF SELENDY GAY PLLC FOR COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES AS SPECIAL LITIGATION COUNSEL FOR THE DBETORS AND DEBTORS IN POSSESSION FOR THE PERIOD FROM JANUARY 5, 2025 THROUGH JANUARY 31, 2025**

Pursuant to sections 330 and 331 of title 11 of the United States Code, 11 U.S.C. §§ 101 *et seq.* (the "Bankruptcy Code"), Rule 2016 of the Federal Rules of Bankruptcy Procedure, Rule 2016-1 of the Local Rules of Bankruptcy Practice and Procedure for the United States Bankruptcy Court for the District of Delaware (the "Local Rules"), and in accordance with that certain *Order Authorizing the Retention and Employment of Selendy Gay as Special Litigation Counsel for the Debtors and Debtors in Possession as of the Petition Date* [D.I. 256] (the "Retention Order") and that certain *Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses of Professionals* [D.I. 195] (the "Interim Compensation Order"), the law firm of Selendy Gay PLLC ("Selendy Gay") hereby submits this first monthly fee application (the "Application"), seeking compensation for services rendered and reimbursement of expenses incurred as special litigation counsel to the above-captioned debtors and debtors in possession (collectively, the "Debtors") for the period commencing January 5, 2025 through and including January 31, 2025

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Ligado Networks LLC (3801); ATC Technologies, LLC (N/A); Ligado Networks (Canada) Inc.(N/A); Ligado Networks Build LLC (N/A); Ligado Networks Corp. (N/A); Ligado Networks Finance LLC (N/A);Ligado Networks Holdings (Canada) Inc. (N/A); Ligado Networks Inc. of Virginia (9725); Ligado Networks Subsidiary LLC (N/A); One Dot Six LLC (8763); and One Dot Six TVCC LLC (N/A). The Debtors' headquarters is located at: 10802 Parkridge Boulevard, Reston, Virginia 20191.

(the "Compensation Period"). By this Application, Selendy Gay seeks a monthly allowance pursuant to the Interim Compensation Order with respect the sums of $155,892.15 (80% of which equals $124,713.70) as compensation and $179.83 for reimbursement of actual and necessary expenses, for a total of $156,071.98 for the Compensation Period, excluding all Deferred Fees (as defined below). In support of its Application, Selendy Gay respectfully represents as follows

## BACKGROUND

1.  On January 5, 2025 (the "Petition Date"), each of the Debtors filed a voluntary petition for relief under chapter 11 of the Bankruptcy Code. The Debtors are authorized to operate their business and manage their properties as debtors in possession pursuant to sections 1107 and 1108 of the Bankruptcy Code.

2.  On February 4, 2025, the Debtors filed the Debtors' Application for an Order Authorizing the Retention and Employment of Selendy Gay as Special Litigation Counsel for the Debtors and Debtors in Possession as of the Petition Date [D.I. 180] (the "Retention Application"). Pursuant to the Retention Order, Selendy Gay was retained as special litigation counsel to the Debtors in these chapter 11 cases effective as of the Petition Date. The Retention Order authorized Selendy Gay to be compensated on an hourly basis and to be reimbursed for certain actual and necessary out-of-pocket expenses.

3.  All services for which compensation is requested by Selendy Gay were performed for or on behalf of the Debtors.

## SERVICES RENDERED

4.  Attached hereto as **Exhibit A** is a detailed statement of fees incurred during the Compensation Period reflecting total fees of $155,892.15, which amount excludes all Deferred Fees (as defined in the Retention Application). As described in the Retention Application, Selendy

2

Gay agreed to defer payment of certain Deferred Fees, including 15% of its total fees incurred during the Compensation Period.

5.  The services rendered by Selendy Gay during the Compensation Period are grouped into the categories set forth in **Exhibit A**. The attorneys and paralegals who rendered services relating to each category are identified, along with the number of hours for each individual and the total compensation sought for each category.

6.  The following is a brief narrative summary of the services performed by Selendy Gay for or on behalf of the Debtors during the Compensation Period, organized by project category:

| No. | Category Name | Hours | Fees |
|---|---|---|---|
| 10 | **Retention/Fee Applications** | 13.5 | $22,705.50 |
| | Selendy Gay prepared and filed its retention application on February 4, 2025 [Docket No. 180] and a revised order authorizing the retention of Selendy Gay on February 19, 2025 [Docket No. 245]. This includes time spent working with Selendy Gay's billing department and with co-counsel to draft the application and revised order. | | |
| 20 | **Case Administration** | 2.8 | $1,746.00 |
| | Selendy Gay professionals were involved in administrative tasks, including attending to internal case and file management. | | |
| 30 | **Litigation** | 104.3 | $141,756.50 |
| | Selendy Gay performed various discovery tasks relating to the Takings Litigation (as defined in the Retention Application), including: (i) reviewing and analyzing the Rules of the United States Court of Federal Claims; (ii) preparing talking points for the early meeting of counsel in; (iii) identifying third-party discovery targets; (iv) discussing strategy internally, with co-counsel, and with the Debtors and developing an outreach strategy regarding the same; (v) drafting initial disclosures; and (vi) developing internal workstream timelines. This also includes time spent advising the Debtors regarding Defendants' appeal in the Takings Litigation, reviewing and analyzing filed pleadings, and providing comments and feedback on draft motions. | | |
| 40 | **Adversary Proceeding** | 0.7 | $1,480.50 |
| | Selendy Gay reviewed draft filings and advised the Debtors regarding the adversary proceeding filed against Inmarsat Global Ltd. | | |

**EXPENSE REIMBURSEMENT**

7. A summary of actual and necessary expenses incurred by Selendy Gay during the Compensation Period is attached hereto as **Exhibit B**. As reflected therein, the only expenses for which Selendy Gay requests reimbursement in this Application is for research expenses totaling $179.83 during the Compensation Period.

**VALUATION OF SERVICES**

8. Attorneys and paraprofessionals of Selendy Gay have expended a total of 121.3 hours in connection with this matter during the Compensation Period.

9. The amount of time spent by each of these persons providing services to the Debtors for the Compensation Period is fully set forth in detail in **Exhibit A** attached hereto. Excluding Deferred Fees, the reasonable value of the services rendered by Selendy Gay for the Compensation Period as counsel for the Debtors in these cases is $155,892.15.

10. Selendy Gay believes that the time entries included in **Exhibit A** attached hereto are in compliance with the requirements of Local Rule 2016-1.

11. In accordance with the factors enumerated in section 330 of the Bankruptcy Code, the amount requested is fair and reasonable given (a) the complexity of these cases, (b) the time expended, (c) the nature and extent of the services rendered, (d) the value of such services, and (e) the costs of comparable services other than in a case under chapter 11 of the Bankruptcy Code.

12. This Application covers the Compensation Period, Selendy Gay has performed and will continue to perform, additional necessary services subsequent to the Compensation Application, for which Selendy Gay will file subsequent fee applications.

## RESERVATION OF RIGHTS

13. Although Selendy Gay has made every effort to include all fees earned and expenses incurred during the Compensation Period, some fees and expenses might not be included in this Application due to delays caused by accounting and processing during the Compensation Period. Selendy Gay reserves the right to seek payment of such fees and expenses not included herein.

## CONCLUSION

WHEREFORE, Selendy Gay respectfully requests that the Court authorize that for the Compensation Period, an allowance be made to Selendy Gay, pursuant to the terms of the Interim Compensation Order, with respect to the sum of $155,892.15 as compensation for necessary professional services rendered (80% of which equals $124,713.70), and the sum of $179.83 as 100% reimbursement of actual and necessary costs and expenses, for a total of $156,071.98 and that such sums be authorized for payment and for such other further relief as this Court may deem just and proper.

Dated: March 25, 2025                     Respectfully submitted,

*/s/ Philippe Selendy*
**SELENDY GAY PLLC**
Philippe Selendy
1290 Avenue of the Americas
New York, New York 10104
Tel.: 212-390-9000
pselendy@selendygay.com

*Special Litigation Counsel for the Debtors and Debtors in Possession*

5

## **CERTIFICATION OF COMPLIANCE WITH DEL. BANKR. L.R. 2016-1**

I, Philippe Selendy, hereby certify as follows:

1.      I am a partner with the applicant law firm, Selendy Gay, and have been admitted to the bar of the Supreme Court of New York since 1994.

2.      I have personally performed many legal services for the Debtors and am thoroughly familiar with the other work performed on behalf of the Debtors by the lawyers and other professionals of Selendy Gay.

3.      I have reviewed the foregoing Application, and the facts set forth therein are true and correct to the best of my knowledge, information, and belief. Moreover, I have reviewed Local Rule 2016-1 and submit that the Application substantially complies with such rule.

Dated:   March 25, 2025                                       */s/   Philippe Selendy*
                                                                              Philippe Selendy