# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | ) | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| LIGADO NETWORKS LLC, *et al.*,[1] | ) | Case No. 25-10006 (TMH) |
| | ) | |
| Debtors. | ) | (Jointly Administered) |
| | ) | |

**NOTICE OF AGENDA OF MATTERS SCHEDULED FOR HEARING ON APRIL 22, 2025 AT 11:00 A.M. (ET), BEFORE THE HONORABLE THOMAS M. HORAN, AT THE UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF DELAWARE, 3rd FLOOR, COURTROOM 7**

**This proceeding will be conducted remotely via Zoom. Please refer to Judge Horan's Chambers Procedures and the Court's website (https://www.deb.uscourts.gov/ecourt-appearances) for information on the method of allowed participation (video or audio), Judge Horan's expectations of remote participants, and the advance registration requirements. Registration is required by 4:00 p.m. (Eastern time) the business day before the hearing unless otherwise noticed using the eCourt Appearances tool available on the Court's website.**

### I.   ADJOURNED MATTER:

1. (SEALED) Debtors' Motion for Entry of an Order (I) Authorizing the Debtors to Enter Into the AST Definitive Documents and (II) Granting Related Relief [Docket No. 352; filed March 22, 2025]

    <u>Objection / Response Deadline</u>:   April 7, 2025 at 4:00 p.m. (ET); extended to April 11, 2025 at 4:00 p.m. (ET); extended for Inmarsat Global Limited to April 25, 2025

    <u>Objections / Responses Received</u>:   None.

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, as applicable, are: Ligado Networks LLC (3801); ATC Technologies, LLC (N/A); Ligado Networks (Canada) Inc. (N/A); Ligado Networks Build LLC (N/A); Ligado Networks Corp. (N/A); Ligado Networks Finance LLC (N/A); Ligado Networks Holdings (Canada) Inc. (N/A); Ligado Networks Inc. of Virginia (9725); Ligado Networks Subsidiary LLC (N/A); One Dot Six LLC (8763); and One Dot Six TVCC LLC (N/A). The Debtors' headquarters is located at: 10802 Parkridge Boulevard, Reston, Virginia 20191.

Related Documents:

i. Debtors' Motion to File Under Seal *Debtors' Motion for Entry of an Order (I) Authorizing the Debtors to Enter Into the AST Definitive Documents and (II) Granting Related Relief* [Docket No. 358; filed March 26, 2025]

ii. (REDACTED) Debtors' Motion for Entry of an Order (I) Authorizing the Debtors to Enter Into the AST Definitive Documents and (II) Granting Related Relief [Docket No. 359; filed March 26, 2025]

iii. Notice of Filing of Blackline of Exhibit to Debtors' Motion for Entry of an Order (I) Authorizing the Debtors to Enter Into the AST Definitive Documents and (II) Granting Related Relief [Docket No. 360; filed March 26, 2025]

iv. Order (I) Appointing a Mediator and (II) Granting Related Relief [Docket No. 384; entered March 31, 2025]

v. Notice of Rescheduled Hearing for (A) *Debtors' Motion for Entry of an Order (I) Authorizing the Debtors to Enter Into the AST Definitive Documents and (II) Granting Related Relief*; and (B) *Debtors' Motion to File Under Seal Debtors' Motion for Entry of an Order (I) Authorizing the Debtors to Enter Into the AST Definitive Documents and (II) Granting Related Relief* [Docket No. 387; filed March 31, 2025]

vi. Emergency Motion of Inmarsat Global Limited for Entry of an Order (I) Adjourning April 22 Hearing on Debtors' Motion for Authorization to Enter Into the AST Definitive Documents, (II) Extending the Deadline for Filing Objections Thereto, and (III) Staying Discovery [Docket No. 410; filed April 9, 2025]

vii. Notice of Rescheduled Hearing for *Debtors' Motion for Entry of an Order (I) Authorizing the Debtors to Enter Into the AST Definitive Documents and (II) Granting Related Relief* [Docket No. 421; filed April 11, 2025]

viii. Letter Motion Requesting Order Compelling Ligado Networks LLC to Produce Unredacted Documents, *In Re Ligado Networks LLC, et al.*, Case No. 25-10006-TMH (Bankr. D. Del.) [Docket No. 431; filed April 16, 2025]

Status:  The hearing on this matter has been continued to May 7, 2025 at 10:00 a.m. (ET).

II. **UNCONTESTED MATTER WITH CERTIFICATION OF NO OBJECTION:**

2. Debtors' Motion to File Under Seal *Debtors' Motion for Entry of an Order (I) Authorizing the Debtors to Enter Into the AST Definitive Documents and (II) Granting Related Relief* [Docket No. 358; filed March 26, 2025]

   Objection / Response Deadline:    April 9, 2025 at 4:00 p.m. (ET); extended to April 11, 2025 at 4:00 p.m. (ET)

Objections / Responses Received:    None.

Related Documents:

i. (SEALED) Debtors' Motion for Entry of an Order (I) Authorizing the Debtors to Enter Into the AST Definitive Documents and (II) Granting Related Relief [Docket No. 352; filed March 22, 2025]

ii. (REDACTED) Debtors' Motion for Entry of an Order (I) Authorizing the Debtors to Enter Into the AST Definitive Documents and (II) Granting Related Relief [Docket No. 359; filed March 26, 2025]

iii. Notice of Rescheduled Hearing for (A) D*ebtors' Motion for Entry of an Order (I) Authorizing the Debtors to Enter Into the AST Definitive Documents and (II) Granting Related Relief*; and (B) *Debtors' Motion to File Under Seal Debtors' Motion for Entry of an Order (I) Authorizing the Debtors to Enter Into the AST Definitive Documents and (II) Granting Related Relief* [Docket No. 387; filed March 31, 2025]

iv. Certification of No Objection Regarding Debtors' Motion to File Under Seal *Debtors' Motion for Entry of an Order (I) Authorizing the Debtors to Enter Into the AST Definitive Documents and (II) Granting Related Relief* [Docket No. 434; filed April 17, 2025]

Status:  On April 17, 2025, the Debtors filed a certification of no objection regarding this matter.  Accordingly, a hearing on this matter is only necessary to the extent the Court has questions or concerns.

### III. DISCOVERY MATTER GOING FORWARD:

3. Letter Motion Requesting Order Compelling Ligado Networks LLC to Produce Unredacted Documents, *In Re Ligado Networks LLC, et al.*, Case No. 25-10006-TMH (Bankr. D. Del.) [Docket No. 431; filed April 16, 2025]

Response Deadline:    April 21, 2025 at 4:00 p.m. (ET)

Related Documents:

i. (SEALED) Debtors' Motion for Entry of an Order (I) Authorizing the Debtors to Enter Into the AST Definitive Documents and (II) Granting Related Relief [Docket No. 352; filed March 22, 2025]

ii. (REDACTED) Debtors' Motion for Entry of an Order (I) Authorizing the Debtors to Enter Into the AST Definitive Documents and (II) Granting Related Relief [Docket No. 359; filed March 26, 2025]

Status:  The hearing on this matter is going forward.

Dated  April 17, 2025
Wilmington, Delaware

/s/ Michael J. Merchant
Mark D. Collins, Esq. (Bar No. 2981)
Michael J. Merchant, Esq. (Bar No. 3854)
Amanda R. Steele, Esq. (Bar No. 5530)
Emily R. Mathews, Esq. (Bar No. 6866)
**RICHARDS, LAYTON & FINGER, P.A.**
One Rodney Square
920 North King Street
Wilmington, DE 19801
Telephone:    (302) 651-7700
Facsimile:    (302) 651-7701
Email:        collins@rlf.com
              merchant@rlf.com
              steele@rlf.com
              mathews@rlf.com

-and-

Dennis F. Dunne, Esq. (admitted *pro hac vice*)
Matthew L. Brod, Esq. (admitted *pro hac vice*)
Lauren C. Doyle, Esq. (admitted *pro hac vice*)
**MILBANK LLP**
55 Hudson Yards
New York, New York 10001
Telephone:    (212) 530-5000
Facsimile:    (212) 530-5219
Email:        ddunne@milbank.com
              mbrod@milbank.com
              ldoyle@milbank.com

Andrew M. Leblanc, Esq. (admitted *pro hac vice*)
**MILBANK LLP**
1850 K Street, NW
Suite 1100
Washington DC 20006
Telephone:    (202) 835-7500
Facsimile:    (202) 263-7586
Email:        aleblanc@milbank.com

*Co-Counsel for Debtors in Possession*