## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

|  |  |  |
|---|---|---|
| In re: | ) | Chapter 11 |
|  | ) |  |
| LIGADO NETWORKS LLC, *et al.*,[1] | ) | Case No. 25-10006 (TMH) |
|  | ) |  |
| Debtors. | ) | (Jointly Administered) |
|  | ) |  |
|  | ) | **Re: Docket No. 402** |
|  | ) |  |

**CERTIFICATE OF NO OBJECTION REGARDING SECOND
MONTHLY FEE APPLICATION OF PAUL, WEISS, RIFKIND,
WHARTON & GARRISON LLP FOR ALLOWANCE OF COMPENSATION
FOR SERVICES RENDERED AND REIMBURSEMENT OF
EXPENSES AS SPECIAL LITIGATION COUNSEL FOR THE DEBTORS
AND DEBTORS IN POSSESSION FOR THE PERIOD FROM
FEBRUARY 1, 2025 THROUGH FEBRUARY 28, 2025 (NO ORDER REQUIRED)**

The undersigned hereby certifies that, as of the date hereof, they have received no answer,
objection or other responsive pleading with respect to the *Second Monthly Fee Application of Paul,
Weiss, Rifkind, Wharton & Garrison LLP for Allowance of Compensation for Services Rendered
and Reimbursement of Expenses as Special Litigation Counsel for the Debtors and Debtors in
Possession for the Period from February 1, 2025 through February 28, 2025* [Docket No. 402]
(the "Application") of Paul, Weiss, Rifkind, Wharton & Garrison LLP (the "Applicant"), filed on
April 4, 2025 with the United States Bankruptcy Court for the District of Delaware (the "Court").

The undersigned further certifies that they have reviewed the Court's docket in the Debtors'
chapter 11 cases and no answer, objection or other responsive pleading to the Application appears
thereon.  Pursuant to the *Notice of Fee Application* that was attached to the Application, objections

---

[1]   The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, as applicable, are:  Ligado Networks LLC (3801); ATC Technologies, LLC (N/A); Ligado Networks (Canada) Inc. (N/A); Ligado Networks Build LLC (N/A); Ligado Networks Corp. (N/A); Ligado Networks Finance LLC (N/A); Ligado Networks Holdings (Canada) Inc. (N/A); Ligado Networks Inc. of Virginia (9725); Ligado Networks Subsidiary LLC (N/A); One Dot Six LLC (8763); and One Dot Six TVCC LLC (N/A).  The Debtors' headquarters is located at: 10802 Parkridge Boulevard, Reston, Virginia 20191.

to the Application, if any, were required to be filed and served no later than April 24, 2025 at 4:00 p.m. (ET).

The Application was filed and served in accordance with the *Order Establishing Procedures for Compensation and Reimbursement of Professionals*, dated February 7, 2025 [Docket No. 195] (the "Interim Compensation Order").  Pursuant to the Interim Compensation Order, the above-captioned Debtors are authorized to pay the Applicant eighty percent (80%) of the fees and one hundred percent (100%) of the expenses requested in the Application upon the filing of this certification without the need for a further order of the Court.  A summary of the fees and expenses sought by the Applicant is annexed hereto as **Exhibit A**.

*[Remainder of page intentionally left blank]*

Dated  April 25, 2025
Wilmington, Delaware

/s/ Emily R. Mathews
Mark D. Collins, Esq. (Bar No. 2981)
Michael J. Merchant, Esq. (Bar No. 3854)
Amanda R. Steele, Esq. (Bar No. 5530)
Emily R. Mathews, Esq. (Bar No. 6866)
**RICHARDS, LAYTON & FINGER, P.A.**
One Rodney Square
920 North King Street
Wilmington, DE 19801
Telephone:    (302) 651-7700
Facsimile:    (302) 651-7701
Email:        collins@rlf.com
              merchant@rlf.com
              steele@rlf.com
              mathews@rlf.com

-and-

Dennis F. Dunne, Esq. (admitted *pro hac vice*)
Matthew L. Brod, Esq. (admitted *pro hac vice*)
Lauren C. Doyle, Esq. (admitted *pro hac vice*)
**MILBANK LLP**
55 Hudson Yards
New York, New York 10001
Telephone:    (212) 530-5000
Facsimile:    (212) 530-5219
Email:        ddunne@milbank.com
              mbrod@milbank.com
              ldoyle@milbank.com

Andrew M. Leblanc, Esq. (admitted *pro hac vice*)
**MILBANK LLP**
1850 K Street, NW
Suite 1100
Washington DC 20006
Telephone:    (202) 835-7500
Facsimile:    (202) 263-7586
Email:        aleblanc@milbank.com

*Co-Counsel for Debtors in Possession*

3

**EXHIBIT A**

Professional Fees and Expenses
Monthly Fee Application

| Applicant | Fee Application Period, Filing Date, Docket No. | Total Fees Requested | Total Expenses Requested | Objection Deadline | Amount of Fees Authorized to be Paid @ 80% | Amount of Expenses Authorized to be Paid @ 100% | Amount of Holdback Fees |
|---|---|---|---|---|---|---|---|
| Paul, Weiss, Rifkind, Wharton & Garrison LLP<br><br>Special Litigation Counsel to Debtors | 2/1/25 - 2/28/25<br><br>4/4/25<br><br>Docket No. 402 | $168,327.20 | $0.00 | 4/24/25 | $134,661.76 | $0.00 | $33,665.44 |