IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| LIGADO NETWORKS LLC, *et al.*,[1] | Case No. 25-10006 (TMH) |
| Debtors. | (Jointly Administered) |
| | **Re: D.I. Nos. 352 & 359** |

NOTICE OF FILING OF AMENDMENT TO EXHIBIT TO DEBTORS'
MOTION FOR ENTRY OF AN ORDER (I) AUTHORIZING
THE DEBTORS TO ENTER INTO THE AST DEFINITIVE DOCUMENTS AND
(II) GRANTING RELATED RELIEF

PLEASE TAKE NOTICE that, on March 22, 2025, the above-captioned debtors and debtors-in-possession (the "Debtors") filed the *Debtors' Motion for Entry of an Order (I) Authorizing the Debtors to Enter Into the AST Definitive Documents and (II) Granting Related Relief* [Sealed Docket No. 352; Redacted Docket No. 359 (the "Motion")[2] with the United States Bankruptcy Court for the District of Delaware (the "Court"). Attached as **Exhibit B** to the Motion was the Framework Agreement and the exhibits thereto.

PLEASE TAKE FURTHER NOTICE that, attached as **Exhibit B** to the Framework Agreement was the Strategic Collaboration and Spectrum Usage Agreement (the "Collaboration Agreement").

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, as applicable, are: Ligado Networks LLC (3801); ATC Technologies, LLC (N/A); Ligado Networks (Canada) Inc. (N/A); Ligado Networks Build LLC (N/A); Ligado Networks Corp. (N/A); Ligado Networks Finance LLC (N/A); Ligado Networks Holdings (Canada) Inc. (N/A); Ligado Networks Inc. of Virginia (9725); Ligado Networks Subsidiary LLC (N/A); One Dot Six LLC (8763); and One Dot Six TVCC LLC (N/A). The Debtors' headquarters is located at: 10802 Parkridge Boulevard, Reston, Virginia 20191.

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Motion.

RLF1 33003662v.1

PLEASE TAKE FURTHER NOTICE that, the parties to the Collaboration Agreement have entered into an amendment to the Collaboration Agreement (the "<u>Amendment</u>").

PLEASE TAKE FURTHER NOTICE that, attached hereto as **<u>Exhibit 1</u>** is a copy of the Amendment.

| | |
|---|---|
| Dated: May 19, 2025<br>Wilmington, Delaware | */s/ Zachary J. Javorsky*<br>Mark D. Collins, Esq. (Bar No. 2981)<br>Michael J. Merchant, Esq. (Bar No. 3854)<br>Amanda R. Steele, Esq. (Bar No. 5530)<br>Emily R. Mathews, Esq. (Bar. No. 6866)<br>Zachary J. Javorsky, Esq (Bar No. 7069)<br>**RICHARDS, LAYTON & FINGER, P.A.**<br>One Rodney Square<br>920 North King Street<br>Wilmington, DE 19801<br>Telephone:   (302) 651-7700<br>Facsimile:    (302) 651-7701<br>Email:         collins@rlf.com<br>                    merchant@rlf.com<br>                    steele@rlf.com<br>                    mathews@rlf.com<br>                    javorsky@rlf.com<br><br>-and-<br><br>Dennis F. Dunne, Esq. (admitted *pro hac vice*)<br>Matthew L. Brod, Esq. (admitted *pro hac vice*)<br>Lauren C. Doyle, Esq. (admitted *pro hac vice*)<br>**MILBANK LLP**<br>55 Hudson Yards<br>New York, New York 10001<br>Telephone:   (212) 530-5000<br>Facsimile:    (212) 530-5219<br>Email:         ddunne@milbank.com<br>                    mbrod@milbank.com<br>                    ldoyle@milbank.com<br><br>Andrew M. Leblanc, Esq. (admitted *pro hac vice*)<br>**MILBANK LLP**<br>1850 K Street, NW,<br>Suite 1100<br>Washington DC 20006<br>Telephone:   (202) 835-7500<br>Facsimile:    (202) 263-7586<br>Email:         aleblanc@milbank.com<br><br>*Co-Counsel for Debtors in Possession* |