# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | ) | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| LIGADO NETWORKS LLC, *et al.*,[1] | ) | Case No. 25-10006 (TMH) |
| | ) | |
| Debtors. | ) | (Jointly Administered) |
| | ) | |

**NOTICE OF *AMENDED*[2] AGENDA OF MATTERS SCHEDULED FOR HEARING ON JUNE 9, 2025 AT 11:00 A.M. (ET), BEFORE THE HONORABLE THOMAS M. HORAN, AT THE UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF DELAWARE, 3rd FLOOR, COURTROOM 7**

*AS ALL MATTTERS ARE BEING ADJOURNED TO A DATE TO BE DETERMINED, THE DEBTORS ARE SEEKING PERMISSION FROM THE COURT TO CANCEL THE HEARING*

**This hearing will be conducted in-person in Courtroom # 7, 3rd floor. All parties, including witnesses, are expected to attend in person unless permitted to appear via Zoom. Participation at the in-person court proceeding using Zoom is allowed only in the following circumstances: (i) counsel for a party or a pro se litigant that files a responsive pleading and intends to make only a limited argument; (ii) a party or a representative of a party that has not submitted a pleading but is interested in observing the hearing; (iii) any party that is proceeding, in a claims allowance dispute, on a pro se basis; or (iv) extenuating circumstances that warrant remote participation as may be determined by the Court. The deadline to register for remote attendance is 4:00 p.m. (prevailing Eastern Time) the business day before the hearing unless otherwise noticed.**

**COURTCALL WILL NOT BE USED FOR THIS HEARING. to attend a hearing remotely, please register using the eCourtAppearance tool (available here) or on the Court's website at www.deb.uscourts.gov.**

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, as applicable, are: Ligado Networks LLC (3801); ATC Technologies, LLC (N/A); Ligado Networks (Canada) Inc. (N/A); Ligado Networks Build LLC (N/A); Ligado Networks Corp. (N/A); Ligado Networks Finance LLC (N/A); Ligado Networks Holdings (Canada) Inc. (N/A); Ligado Networks Inc. of Virginia (9725); Ligado Networks Subsidiary LLC (N/A); One Dot Six LLC (8763); and One Dot Six TVCC LLC (N/A). The Debtors' headquarters is located at: 10802 Parkridge Boulevard, Reston, Virginia 20191.

[2] **Amended agenda items appear in bold.**

**I.     MATTERS GOING FORWARD:**

1. Motion of Debtors for Entry of Order (I) Approving Proposed Disclosure Statement and Form and Manner of Notice of Disclosure Statement Hearing, (II) Establishing Solicitation and Voting Procedures, (III) Scheduling Confirmation Hearing, (IV) Establishing Notice and Objection Procedures for Confirmation, and (V) Granting Related Relief [Docket No. 350; filed March 22, 2025]

    Objection / Response Deadline:    April 18, 2025 at 4:00 p.m. (ET); extended for the United States Trustee to April 25, 2025

    Objections / Responses Received:

    A.   Objection of the United States Trustee to Approval of Disclosure Statement [Docket No. 463 – filed April 25, 2025]

    Related Documents:

    i.   Joint Chapter 11 Plan of Ligado Networks LLC and Its Affiliated Debtors and Debtors in Possession [Docket No. 348; filed March 22, 2025]

    ii.  Disclosure Statement for the Joint Chapter 11 Plan of Ligado Networks LLC and Its Affiliated Debtors and Debtors in Possession [Docket No. 349; filed March 22, 2025]

    iii. Notice of Hearing to Consider Approval of Proposed Disclosure Statement for the Joint Chapter 11 Plan of Ligado Networks LLC and Its Affiliated Debtors and Debtors in Possession [Docket No. 351; filed March 22, 2025]

    iv.  Notice of Rescheduled Hearing to Consider Approval of Disclosure Statement and Solicitation Procedures [Docket No. 420; filed April 11, 2025]

    v.   Notice of Filing of Exhibits C and D (Projections and Liquidation Analysis) to the *Disclosure Statement for Joint Chapter 11 Plan of Reorganization of Ligado Networks LLC and Its Affiliated Debtors and Debtors in Possession* [Docket No. 349] [Docket No. 424; filed April 11, 2025]

    vi.  Notice of Rescheduled Hearing to Consider Approval of Disclosure Statement and Solicitation Procedures [Docket No. 496; filed May 2, 2025]

    vii. Notice of Further Rescheduled Hearing to Consider Approval of Disclosure Statement and Solicitation Procedures [Docket No. 525; filed May 9, 2025]

    viii. Debtors' Reply to the U.S. Trustee's Objection to the Disclosure Statement Motion and in Further Support Thereof [Docket No. 560; filed May 19, 2025]

    ix.    Appendix to Debtors' Reply to the U.S. Trustee's Objection to the Disclosure Statement Motion and in Further Support Thereof [Docket No. 561; filed May 19, 2025]

    x.    The Debtors' Witness and Exhibit List for Hearing Scheduled for June 9, 2025 at 11:00 a.m. (Prevailing Eastern Time) [Docket No. 626; filed June 4, 2025]

    Status: **The hearing on this matter is being continued to a later date as settlement discussions between the parties continue. The Debtors have contacted the Court to seek permission to cancel the hearing and to request a continued hearing date on the Motion. Upon hearing from the Court, the Debtors will file a further amended agenda confirming cancellation of the hearing and noting the continued hearing date.**

2. (SEALED) Debtors' Motion for Entry of an Order (I) Authorizing the Debtors to Enter Into the AST Definitive Documents and (II) Granting Related Relief [Docket No. 352; filed March 22, 2025]

    Objection / Response Deadline:    April 7, 2025 at 4:00 p.m. (ET); extended to April 11, 2025 at 4:00 p.m. (ET); extended for Inmarsat Global Limited to April 25, 2025

    Objections / Responses Received:

    A.    Inmarsat Global Limited's Objection to Debtors' Motion for Entry of an Order Authorizing the Debtors to Enter Into the AST Definitive Documents [Docket No. 462 – filed April 25, 2025]

    Related Documents:

    i.    Debtors' Motion to File Under Seal Debtors Motion for Entry of an Order (I) Authorizing the Debtors to Enter Into the AST Definitive Documents and (II) Granting Related Relief [Docket No. 358; filed March 26, 2025]

    ii.    (REDACTED) Debtors' Motion for Entry of an Order (I) Authorizing the Debtors to Enter Into the AST Definitive Documents and (II) Granting Related Relief [Docket No. 359; filed March 26, 2025]

    iii.    Notice of Filing of Blackline of Exhibit to Debtors' Motion for Entry of an Order (I) Authorizing the Debtors to Enter Into the AST Definitive Documents and (II) Granting Related Relief [Docket No. 360; filed March 26, 2025]

    iv.    Order (I) Appointing a Mediator and (II) Granting Related Relief [Docket No. 384; entered March 31, 2025]

    v.    Notice of Rescheduled Hearing for (A) Debtors' Motion for Entry of an Order (I) Authorizing the Debtors to Enter Into the AST Definitive Documents and

      (II) Granting Related Relief; and (B) Debtors' Motion to File Under Seal Debtors' Motion for Entry of an Order (I) Authorizing the Debtors to Enter Into the AST Definitive Documents and (II) Granting Related Relief [Docket No. 387; filed March 31, 2025]

vi.   Emergency Motion of Inmarsat Global Limited for Entry of an Order (I) Adjourning April 22 Hearing on Debtors' Motion for Authorization to Enter Into the AST Definitive Documents, (II) Extending the Deadline for Filing Objections Thereto, and (III) Staying Discovery [Docket No. 410; filed April 9, 2025]

vii.   Notice of Rescheduled Hearing for *Debtors' Motion for Entry of an Order (I) Authorizing the Debtors to Enter Into the AST Definitive Documents and (II) Granting Related Relief* [Docket No. 421; filed April 11, 2025]

viii.   Order [Docket No. 456; entered April 23, 2025]

ix.   Notice of Rescheduled Hearing for *Debtors' Motion for Entry of an Order (I) Authorizing the Debtors to Enter Into the AST Definitive Documents and (II) Granting Related Relief* [Docket No. 497; filed May 2, 2025]

x.   Notice of Further Rescheduled Hearing for *Debtors' Motion for Entry of an Order (I) Authorizing the Debtors to Enter Into the AST Definitive Documents and (II) Granting Related Relief* [Docket No. 526; filed May 9, 2025]

xi.   Notice of Filing of Amendment to Exhibit to Debtors' Motion for Entry of an Order (I) Authorizing the Debtors to Enter into the AST Definitive Documents and (II) Granting Related Relief [Docket No. 559; filed May 19, 2025]

xii.   The Debtors' Witness and Exhibit List for Hearing Scheduled for June 9, 2025 at 11:00 a.m. (Prevailing Eastern Time) [Docket No. 626; filed June 4, 2025]

<u>Status</u>: **The hearing on this matter is being continued to a later date as settlement discussions between the parties continue. The Debtors have contacted the Court to seek permission to cancel the hearing and to request a continued hearing date on the Motion. Upon hearing from the Court, the Debtors will file a further amended agenda confirming cancellation of the hearing and noting the continued hearing date.**

Dated  June 8, 2025
Wilmington, Delaware

/s/  Michael J. Merchant
Mark D. Collins, Esq. (Bar No. 2981)
Michael J. Merchant, Esq. (Bar No. 3854)
Amanda R. Steele, Esq. (Bar No. 5530)
Emily R. Mathews, Esq. (Bar No. 6866)
Zachary J. Javorsky, Esq. (Bar No. 7069)
Colin A. Meehan, Esq. (Bar No. 7237)
**RICHARDS, LAYTON & FINGER, P.A.**
One Rodney Square
920 North King Street
Wilmington, DE 19801
Telephone:     (302) 651-7700
Facsimile:      (302) 651-7701
Email:           collins@rlf.com
                    merchant@rlf.com
                    steele@rlf.com
                    mathews@rlf.com
                    javorsky@rlf.com
                    meehan@rlf.com

-and-

Dennis F. Dunne, Esq. (admitted *pro hac vice*)
Matthew L. Brod, Esq. (admitted *pro hac vice*)
Lauren C. Doyle, Esq. (admitted *pro hac vice*)
**MILBANK LLP**
55 Hudson Yards
New York, New York 10001
Telephone:     (212) 530-5000
Facsimile:      (212) 530-5219
Email:           ddunne@milbank.com
                    mbrod@milbank.com
                    ldoyle@milbank.com

Andrew M. Leblanc, Esq. (admitted *pro hac vice*)
**MILBANK LLP**
1850 K Street, NW
Suite 1100
Washington DC 20006
Telephone:     (202) 835-7500
Facsimile:      (202) 263-7586
Email:           aleblanc@milbank.com

*Co-Counsel for Debtors in Possession*

5