## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

|  |  |  |
|---|---|---|
| In re: | ) | Chapter 11 |
|  | ) |  |
| LIGADO NETWORKS LLC, *et al.*,[1] | ) | Case No. 25-10006 (TMH) |
|  | ) |  |
| Debtors. | ) | (Jointly Administered) |
|  | ) |  |
|  | ) | **Re: D.I. Nos. 352** |
|  | ) |  |
|  | ) |  |

### NOTICE OF FILING REVISED ORDER (I) AUTHORIZING THE DEBTORS TO ENTER INTO THE AST DEFINITIVE DOCUMENTS AND (II) GRANTING RELATED RELIEF

PLEASE TAKE NOTICE that, on March 22, 2025, the above-captioned debtors and debtors-in-possession (the "Debtors") filed the *Debtors' Motion for Entry of an Order (I) Authorizing the Debtors to Enter Into the AST Definitive Documents and (II) Granting Related Relief* [Docket No. 352] (the "AST Motion") with the United States Bankruptcy Court for the District of Delaware (the "Court").

PLEASE TAKE FURTHER NOTICE that, attached to the AST Motion as **Exhibit A** thereto was a proposed form of order granting the relief requested in the AST Motion (the "Proposed AST Order").

PLEASE TAKE FURTHER NOTICE that the Debtors hereby file a revised version of the Proposed AST Order (the "Revised Proposed AST Order"), and such Revised Proposed AST Order is attached hereto as **Exhibit 1**. For the convenience of the Court and all parties in interest,

---

[1]   The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, as applicable, are:  Ligado Networks LLC (3801); ATC Technologies, LLC (N/A); Ligado Networks (Canada) Inc. (N/A); Ligado Networks Build LLC (N/A); Ligado Networks Corp. (N/A); Ligado Networks Finance LLC (N/A); Ligado Networks Holdings (Canada) Inc. (N/A); Ligado Networks Inc. of Virginia (9725); Ligado Networks Subsidiary LLC (N/A); One Dot Six LLC (8763); and One Dot Six TVCC LLC (N/A).  The Debtors' headquarters is located at: 10802 Parkridge Boulevard, Reston, Virginia 20191.

a blackline comparison of the Revised Proposed AST Order marked against the Proposed AST Order is attached hereto as **Exhibit 2**.

PLEASE TAKE FURTHER NOTICE that a hearing (the "Hearing") to consider entry of the Revised Proposed AST Order is currently scheduled for **June 23, 2025 at 11:00 a.m. (prevailing Eastern Time)** before the Honorable Thomas M. Horan, United States Bankruptcy Judge, at the Court, 824 North Market Street, 3rd Floor, Courtroom 7, Wilmington, Delaware 19801.

PLEASE TAKE FURTHER NOTICE that to the extent the Debtors make further revisions to the Revised Proposed AST Order, the Debtors will either file or present a blacklined copy of such further revised order to the Court at or before the Hearing.

*[Remainder of page intentionally left blank]*

Dated: June 13, 2025          */s/ Zachary J. Javorsky*
Wilmington, Delaware          Mark D. Collins, Esq. (Bar No. 2981)
                              Michael J. Merchant, Esq. (Bar No. 3854)
                              Amanda R. Steele, Esq. (Bar No. 5530)
                              Emily R. Mathews, Esq. (Bar. No. 6866)
                              Zachary J. Javorsky, Esq. (Bar No. 7069)
                              Colin A. Meehan, Esq. (Bar No. 7237)
                              **RICHARDS, LAYTON & FINGER, P.A.**
                              One Rodney Square
                              920 North King Street
                              Wilmington, DE 19801
                              Telephone:    (302) 651-7700
                              Facsimile:    (302) 651-7701
                              Email:        collins@rlf.com
                                            merchant@rlf.com
                                            steele@rlf.com
                                            mathews@rlf.com
                                            javorsky@rlf.com
                                            meehan@rlf.com

                              -and-

                              Dennis F. Dunne, Esq. (admitted *pro hac vice*)
                              Matthew L. Brod, Esq. (admitted *pro hac vice*)
                              Lauren C. Doyle, Esq. (admitted *pro hac vice*)
                              **MILBANK LLP**
                              55 Hudson Yards
                              New York, New York 10001
                              Telephone:    (212) 530-5000
                              Facsimile:    (212) 530-5219
                              Email:        ddunne@milbank.com
                                            mbrod@milbank.com
                                            ldoyle@milbank.com

                              Andrew M. Leblanc, Esq. (admitted *pro hac vice*)
                              **MILBANK LLP**
                              1850 K Street, NW,
                              Suite 1100
                              Washington DC 20006
                              Telephone:    (202) 835-7500
                              Facsimile:    (202) 263-7586
                              Email:        aleblanc@milbank.com

                              *Co-Counsel for Debtors in Possession*

3