**Exhibit B**

**Corporate Organizational Chart**

# Debtors' Corporate Structure



**Unless otherwise noted, all entities are 100% owned.**

