## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| In re: | Chapter 11 |
| LIGADO NETWORKS LLC, *et al.*,[1] | Case No. 25-10006 (TMH) |
| Debtors. | (Jointly Administered) |
|  | **Re: D.I. Nos. 348 & 652** |

## NOTICE OF FILING OF BLACKLINE OF
## JOINT CHAPTER 11 PLAN OF LIGADO NETWORKS LLC AND
## ITS AFFILIATED DEBTORS AND DEBTORS IN POSSESSION

PLEASE TAKE NOTICE that, on March 22, 2025, the above-captioned debtors and debtors-in-possession (the "Debtors") filed the *Joint Chapter 11 Plan of Ligado Networks LLC and its Affiliated Debtors and Debtors in Possession* [Docket No. 348] (the "Plan")[2] with the United States Bankruptcy Court for the District of Delaware (the "Court").

PLEASE TAKE FURTHER NOTICE that, contemporaneously herewith, the Debtors filed a revised version of the Plan [Docket No. 652] (the "Revised Plan").

PLEASE TAKE FURTHER NOTICE that, for the convenience of the Court and all parties in interest, a blackline comparison of the Revised Plan marked against the Plan is attached hereto as **Exhibit 1**.

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, as applicable, are: Ligado Networks LLC (3801); ATC Technologies, LLC (N/A); Ligado Networks (Canada) Inc. (N/A); Ligado Networks Build LLC (N/A); Ligado Networks Corp. (N/A); Ligado Networks Finance LLC (N/A); Ligado Networks Holdings (Canada) Inc. (N/A); Ligado Networks Inc. of Virginia (9725); Ligado Networks Subsidiary LLC (N/A); One Dot Six LLC (8763); and One Dot Six TVCC LLC (N/A). The Debtors' headquarters is located at: 10802 Parkridge Boulevard, Reston, Virginia 20191.

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Revised Plan.

RLF1 33055424v.1

PLEASE TAKE FURTHER NOTICE that the Debtors reserve the right to amend, modify, or supplement the Revised Plan.  To the extent that the Debtors make further revisions to the Revised Plan, the Debtors will file a further revised copy of such document with the Court.

[*Remainder of page intentionally left blank*]

RLF1 33055424v.1

| | |
|---|---|
| Dated: June 13, 2025<br>Wilmington, Delaware | /s/ Colin A. Meehan<br>Mark D. Collins, Esq. (Bar No. 2981)<br>Michael J. Merchant, Esq. (Bar No. 3854)<br>Amanda R. Steele, Esq. (Bar No. 5530)<br>Emily R. Mathews, Esq. (Bar. No. 6866)<br>Zachary J. Javorsky, Esq. (Bar No. 7069)<br>Colin A. Meehan, Esq. (Bar No. 7237)<br>**RICHARDS, LAYTON & FINGER, P.A.**<br>One Rodney Square<br>920 North King Street<br>Wilmington, DE 19801<br>Telephone:   (302) 651-7700<br>Facsimile:   (302) 651-7701<br>Email:   collins@rlf.com<br>            merchant@rlf.com<br>            steele@rlf.com<br>            mathews@rlf.com<br>            meehan@rlf.com<br><br>-and-<br><br>Dennis F. Dunne, Esq. (admitted *pro hac vice*)<br>Matthew L. Brod, Esq. (admitted *pro hac vice*)<br>Lauren C. Doyle, Esq. (admitted *pro hac vice*)<br>**MILBANK LLP**<br>55 Hudson Yards<br>New York, New York 10001<br>Telephone:   (212) 530-5000<br>Facsimile:   (212) 530-5219<br>Email:   ddunne@milbank.com<br>            mbrod@milbank.com<br>            ldoyle@milbank.com<br><br>Andrew M. Leblanc, Esq. (admitted *pro hac vice*)<br>**MILBANK LLP**<br>1850 K Street, NW,<br>Suite 1100<br>Washington DC 20006<br>Telephone:   (202) 835-7500<br>Facsimile:   (202) 263-7586<br>Email:   aleblanc@milbank.com<br><br>*Co-Counsel for Debtors in Possession* |