**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

|  |  |  |
|---|---|---|
| In re: | ) | Chapter 11 |
|  | ) |  |
| LIGADO NETWORKS LLC, *et al.*,[1] | ) | Case No. 25-10006 (TMH) |
|  | ) |  |
| Debtors. | ) | (Jointly Administered) |
|  | ) |  |
|  | ) | **Re: D.I. No. 350** |

**NOTICE OF FILING OF REVISED ORDER**
**(I) APPROVING PROPOSED DISCLOSURE STATEMENT AND**
**FORM AND MANNER OF DISCLOSURE STATEMENT HEARING,**
**(II) ESTABLISHING SOLICITATION AND VOTING PROCEDURES,**
**(III) SCHEDULING CONFIRMATION HEARING, (IV) ESTABLISHING**
**NOTICE AND OBJECTION PROCEDURES FOR CONFIRMATION,**
**AND (V) GRANTING RELATED RELIEF**

PLEASE TAKE NOTICE that, on March 22, 2025, the above-captioned debtors and debtors-in-possession (the "Debtors") filed the *Motion of Debtors for Entry of Order (I) Approving Proposed Disclosure Statement and Form and Manner of Disclosure Statement Hearing, (II) Establishing Solicitation and Voting Procedures, (III) Scheduling Confirmation Hearing, (IV) Establishing Notice and Objection Procedures for Confirmation, and (V) Granting Related Relief* [Docket No. 350] (the "Solicitation Procedures Motion") with the United States Bankruptcy Court for the District of Delaware (the "Court").

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, as applicable, are: Ligado Networks LLC (3801); ATC Technologies, LLC (N/A); Ligado Networks (Canada) Inc. (N/A); Ligado Networks Build LLC (N/A); Ligado Networks Corp. (N/A); Ligado Networks Finance LLC (N/A); Ligado Networks Holdings (Canada) Inc. (N/A); Ligado Networks Inc. of Virginia (9725); Ligado Networks Subsidiary LLC (N/A); One Dot Six LLC (8763); and One Dot Six TVCC LLC (N/A). The Debtors' headquarters is located at: 10802 Parkridge Boulevard, Reston, Virginia 20191.

RLF1 33055995v.1

PLEASE TAKE FURTHER NOTICE that attached to the Solicitation Procedures Motion as **Exhibit A** thereto was a proposed form of order granting the relief requested in the Solicitation Procedures Motion (the "Proposed Solicitation Procedures Order").

PLEASE TAKE FURTHER NOTICE that the Debtors hereby file a revised version of the Proposed Solicitation Procedures Order (the "Revised Solicitation Procedures Order"), and such Revised Solicitation Procedures Order is attached hereto as **Exhibit 1**.  For the convenience of the Court and all parties in interest, a blackline comparison of the Revised Solicitation Procedures Order marked against the Proposed Solicitation Procedures Order is attached hereto as **Exhibit 2**.

PLEASE TAKE FURTHER NOTICE that a hearing (the "Hearing") to consider entry of the Revised Solicitation Procedures Order is currently scheduled for **June 23, 2025 at 11:00 a.m. (prevailing Eastern Time)** before the Honorable Thomas M. Horan, United States Bankruptcy Judge, at the Court, 824 North Market Street, 3rd Floor, Courtroom 7, Wilmington, Delaware 19801.

PLEASE TAKE FURTHER NOTICE that to the extent the Debtors make further revisions to the Revised Solicitation Procedures Order, the Debtors will either file or present a blacklined copy of such further revised order to the Court at or before the Hearing.

| | |
|---|---|
| Dated: June 13, 2025<br>Wilmington, Delaware | */s/ Zachary J. Javorsky*<br>Mark D. Collins, Esq. (Bar No. 2981)<br>Michael J. Merchant, Esq. (Bar No. 3854)<br>Amanda R. Steele, Esq. (Bar No. 5530)<br>Emily R. Mathews, Esq. (Bar. No. 6866)<br>Zachary J. Javorsky, Esq (Bar No. 7069)<br>Colin A. Meehan, Esq. (Bar No. 7237)<br>**RICHARDS, LAYTON & FINGER, P.A.**<br>One Rodney Square<br>920 North King Street<br>Wilmington, DE 19801<br>Telephone:   (302) 651-7700<br>Facsimile:   (302) 651-7701<br>Email:   collins@rlf.com<br>   merchant@rlf.com<br>   steele@rlf.com<br>   mathews@rlf.com<br>   javorsky@rlf.com<br>   meehan@rlf.com<br><br>-and-<br><br>Dennis F. Dunne, Esq. (admitted *pro hac vice*)<br>Matthew L. Brod, Esq. (admitted *pro hac vice*)<br>Lauren C. Doyle, Esq. (admitted *pro hac vice*)<br>**MILBANK LLP**<br>55 Hudson Yards<br>New York, New York 10001<br>Telephone:   (212) 530-5000<br>Facsimile:   (212) 530-5219<br>Email:   ddunne@milbank.com<br>   mbrod@milbank.com<br>   ldoyle@milbank.com<br><br>Andrew M. Leblanc, Esq. (admitted *pro hac vice*)<br>**MILBANK LLP**<br>1850 K Street, NW,<br>Suite 1100<br>Washington DC 20006<br>Telephone:   (202) 835-7500<br>Facsimile:   (202) 263-7586<br>Email:   aleblanc@milbank.com<br><br>*Co-Counsel for Debtors in Possession* |

3

RLF1 33055995v.1