IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) ) | Chapter 11 |
| LIGADO NETWORKS LLC, *et al.*,[1] | ) ) ) | Case No. 25-10006 (TMH) |
| Debtors. | ) ) ) ) ) | (Jointly Administered)<br><br>**Re: Docket Nos. 652, 653, 694, 696 & 697** |

**NOTICE OF BLACKLINES OF (I) JOINT CHAPTER 11 PLAN
OF LIGADO NETWORKS AND ITS AFFILIATED DEBTORS AND
DEBTORS IN POSSESSION AND (II) DISCLOSURE STATEMENT FOR
THE JOINT CHAPTER 11 PLAN OF LIGADO NETWORKS LLC AND ITS
AFFILIATED DEBTORS AND DEBTORS IN POSSESSION**

PLEASE TAKE NOTICE that on June 13, 2025, the Debtors filed the *Joint Chapter 11 Plan of Ligado Networks LLC and Its Affiliated Debtors and Debtors in Possession* [Docket No. 652] (the "Plan") and the *Disclosure Statement for the Joint Chapter 11 Plan of Ligado Networks LLC and Its Affiliated Debtors and Debtors in Possession* [Docket No. 653] (the "Disclosure Statement") with the United States Bankruptcy Court for the District of Delaware (the "Court").

PLEASE TAKE FURTHER NOTICE that, on June 24, 2025, the Court entered the *Order (I) Approving Proposed Disclosure Statement and Form and Manner of Disclosure Statement Hearing, (II) Establishing Solicitation and Voting Procedures, (III) Scheduling Confirmation Hearing, (IV) Establishing Notice and Objection Procedures for Confirmation, and*

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, as applicable, are: Ligado Networks LLC (3801); ATC Technologies, LLC (N/A); Ligado Networks (Canada) Inc. (N/A); Ligado Networks Build LLC (N/A); Ligado Networks Corp. (N/A); Ligado Networks Finance LLC (N/A); Ligado Networks Holdings (Canada) Inc. (N/A); Ligado Networks Inc. of Virginia (9725); Ligado Networks Subsidiary LLC (N/A); One Dot Six LLC (8763); and One Dot Six TVCC LLC (N/A). The Debtors' headquarters is located at: 10802 Parkridge Boulevard, Reston, Virginia 20191.

*(V) Granting Related Relief* [Docket No. 694] approving, among other things, the adequacy of the Disclosure Statement.

PLEASE TAKE FURTHER NOTICE that, contemporaneously herewith, the Debtors have filed the solicitation version of the Plan [Docket No. 696] (the "Solicitation Version Plan").

PLEASE TAKE FURTHER NOTICE that, for the convenience of the Court and all parties in interest, a changed pages only blackline comparison of the Solicitation Version Plan marked against the Initial Amended Plan is attached hereto as **Exhibit 1**.

PLEASE TAKE FURTHER NOTICE that, contemporaneously herewith, the Debtors have filed the solicitation version of the Disclosure Statement [Docket No. 697] (the "Solicitation Version Disclosure Statement").

PLEASE TAKE FURTHER NOTICE that, for the convenience of the Court and all parties in interest, a changed pages only blackline comparison of the Solicitation Version Disclosure Statement marked against the Disclosure Statement is attached hereto as **Exhibit 2**.

[*Signature page follows*]

Dated  June 24, 2025
Wilmington, Delaware

*/s/ Zachary J. Javorsky*
Mark D. Collins, Esq. (Bar No. 2981)
Michael J. Merchant, Esq. (Bar No. 3854)
Amanda R. Steele, Esq. (Bar No. 5530)
Emily R. Mathews, Esq. (Bar No. 6866)
Zachary J. Javorsky, Esq. (Bar No. 7069)
Colin A. Meehan (Bar No. 7237)
**RICHARDS, LAYTON & FINGER, P.A.**
One Rodney Square
920 North King Street
Wilmington, DE 19801
Telephone:    (302) 651-7700
Facsimile:     (302) 651-7701
Email:           collins@rlf.com
                     merchant@rlf.com
                     steele@rlf.com
                     mathews@rlf.com
                     javorsky@rlf.com
                     meehan@rlf.com

-and-

Dennis F. Dunne, Esq. (admitted *pro hac vice*)
Matthew L. Brod, Esq. (admitted *pro hac vice*)
Lauren C. Doyle, Esq. (admitted *pro hac vice*)
**MILBANK LLP**
55 Hudson Yards
New York, New York 10001
Telephone:    (212) 530-5000
Facsimile:     (212) 530-5219
Email:           ddunne@milbank.com
                     mbrod@milbank.com
                     ldoyle@milbank.com

Andrew M. Leblanc, Esq. (admitted *pro hac vice*)
**MILBANK LLP**
1850 K Street, NW
Suite 1100
Washington DC 20006
Telephone:    (202) 835-7500
Facsimile:     (202) 263-7586
Email:           aleblanc@milbank.com

*Co-Counsel for Debtors in Possession*