UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

|  |  |  |
|---|---|---|
| In re: | ) ) | Chapter 11 |
| LIGADO NETWORKS LLC, *et al.*,[1] | ) ) | Case No. 25-10006 (TMH) |
| Debtors. | ) ) ) | (Jointly Administered) |

**DECLARATION OF PATRICK S. CAMPBELL IN SUPPORT OF DEBTORS' MOTION FOR AN ORDER (I) ENFORCING THE AST ORDER AND MEDIATED AGREEMENT AND (II) GRANTING RELATED RELIEF**

I, Patrick S. Campbell, hereby declare and state as follows:

1. I am an attorney at the law firm of Milbank LLP and counsel for the above-captioned debtors and debtors in possession (the "Debtors" and, together with their non-Debtor affiliates, "Ligado").

2. I respectfully submit this declaration in support of *Debtors' Motion for an Order (I) Enforcing the AST Order and Mediated Agreement and (II) Granting Related Relief* (the "Motion"), filed contemporaneously herewith.

3. Attached hereto as Exhibit B is a true and correct copy of a compilation of redlines regarding footnote 7 to the Mediated Agreement, dated between May 21, 2025 and June 10, 2025.

4. Attached hereto as Exhibit C (filed under seal) is a true and correct copy of excerpts of the Amended and Restated Cooperation Agreement, dated August 6, 2010, by and among

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, as applicable, are: Ligado Networks LLC (3801); ATC Technologies, LLC (N/A); Ligado Networks (Canada) Inc. (N/A); Ligado Networks Build LLC (N/A); Ligado Networks Corp. (N/A); Ligado Networks Finance LLC (N/A); Ligado Networks Holdings (Canada) Inc. (N/A); Ligado Networks Inc. of Virginia (9725); Ligado Networks Subsidiary LLC (N/A); One Dot Six LLC (8763); and One Dot Six TVCC LLC (N/A). The Debtors' headquarters is located at: 10802 Parkridge Boulevard, Reston, Virginia 20191.

LightSquared LP, Skyterra (Canada), Inc., LightSquared Inc., and Inmarsat Global Limited, and Exhibits A and L thereto.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge, information, and belief.

Executed on: August 14, 2025                     */s/ Patrick S. Campbell*   
                                                 Patrick S. Campbell