**EXHIBIT B**

## Redlines of Negotiations Regarding Footnote 7 to the Mediated Agreement

**May 21, 2025 – Inmarsat's Version**:

[6] The Proposed NGSO System will operate in L-Band only in North America, and only within Ligado's Spectrum assignments in any then-operative Spectrum Plan. The Proposed NGSO System feeder links will not be in the Ku-band or the Ka-band. AST will coordinate the Proposed NGSO System feeder links with any Inmarsat or Viasat NGSO system.

**May 22, 2025 – Ligado's Version**:

[6] ~~The Proposed NGSO System will operate in L-Band only in North America, and only within Ligado's Spectrum assignments in any then-operative Spectrum Plan. The Proposed NGSO System feeder links will not be in the Ku-band or the Ka-band. AST will coordinate the Proposed NGSO System feeder links with any Inmarsat or Viasat NGSO system.~~

**May 23, 2025 – Inmarsat's Version**:

[7] The L-band operations of the Proposed NGSO System will be limited to North America, and to Ligado's Spectrum assignments in any then-operative Spectrum Plan. Any S-band operations of the Proposed NGSO System outside of North America will exclude the coverage area of Inmarsat/Viasat S-band network over Europe and North Africa. The Proposed NGSO System feeder links will not be in the Ku-band or the Ka-band. AST/Ligado and Inmarsat/Viasat will coordinate the Proposed NGSO System feeder links with any Inmarsat or Viasat NGSO system.

**May 24, 2025 – Ligado's Version**:

~~[7] The L-band operations~~ of the Proposed NGSO System ~~will be limited to North America, and to Ligado's Spectrum assignments in any then-operative Spectrum Plan. Any S-band operations of~~ [6] Use of the L-Band by the Proposed NGSO System **in North America will be consistent with the Amended Inmarsat Cooperation Agreement, and use** of the Proposed NGSO System outside of North America will ~~exclude the coverage area of Inmarsat/Viasat S-band network over Europe and North Africa~~**be subject to coordination with other parties and regulators**. The Proposed NGSO System feeder links will not be in the Ku-band or the Ka-band. AST/Ligado and Inmarsat/Viasat will coordinate the Proposed NGSO System feeder links with any Inmarsat or Viasat NGSO system**, provided that such Proposed NGSO System feeder links are in the same frequency band as Inmarsat/Viasat feeder links**.

**May 25, 2025 – Ligado's Interim Version**:

[6] Use of the L-Band by the Proposed NGSO System in North America will ~~be consistent~~**comply** with the Amended Inmarsat Cooperation Agreement, and use of the Proposed NGSO System outside of North America will be subject to **AST entering into voluntary commercial and/or** coordination ~~with other parties and regulators~~**agreements with existing operators**. The Proposed NGSO System feeder links will not be in the Ku-band or the Ka-band. AST/Ligado and Inmarsat/Viasat will coordinate the Proposed NGSO System feeder links with any Inmarsat or Viasat NGSO system, provided that such Proposed NGSO System feeder links are in the same frequency band as Inmarsat/Viasat feeder links.

### May 27, 2025 – Inmarsat's Version:

[6] ~~Use~~<ins>Consistent with Inmarsat's exclusive rights vis-à-vis Ligado under the existing Inmarsat Cooperation, use</ins> of the L-Band by the Proposed NGSO System ~~in North America~~ will comply with the Amended Inmarsat Cooperation Agreement, and ~~use of the Proposed NGSO System outside of North America will be subject to AST entering into voluntary commercial and/or coordination agreements with existing operators~~<ins>will be limited to Ligado's geographic coverage areas in North America specified in Exhibit L and Ligado's Spectrum assignments in the then-operative Spectrum Plan. Any S-band operations will exclude the coverage area of the Inmarsat S-band network over Europe and North Africa</ins>. The Proposed NGSO System feeder links will not be in the Ku-band or the Ka-band. AST/Ligado and Inmarsat/Viasat will coordinate the Proposed NGSO System feeder links with any Inmarsat or Viasat NGSO system, provided that such Proposed NGSO System feeder links are in the same frequency band as Inmarsat/Viasat feeder links.

### May 27, 2025 – Ligado's Version:

[6] ~~Consistent~~<ins>Solely with respect to the initial FCC and ISED applications for the Proposed NGSO System, such applications shall: (a) consistent</ins> with Inmarsat's exclusive rights vis-à-vis Ligado under the existing Inmarsat Cooperation~~,~~ <ins>Agreement, state that</ins> use of the L-Band by the Proposed NGSO System will comply with the Amended Inmarsat Cooperation Agreement, ~~and will~~<ins>(b)with respect to the L-Band,</ins> be limited to Ligado's geographic coverage areas in North America specified in Exhibit L and Ligado's Spectrum assignments in the then-operative Spectrum Plan~~. Any~~<ins>, (c) not include any</ins> S-band operations ~~will exclude~~<ins>in</ins> the coverage area of the Inmarsat S-band network over Europe and North Africa~~. The Proposed NGSO System~~<ins>, (d) not include service links or</ins> feeder links ~~will not be~~ in the Ku-band or the Ka-band~~.~~<ins>, and (e) provide that</ins> AST/Ligado and Inmarsat/Viasat will coordinate the Proposed NGSO System feeder links with any Inmarsat or Viasat NGSO system, provided that such Proposed NGSO System feeder links are in the same frequency band as Inmarsat/Viasat feeder links<ins>. For the avoidance of doubt, the foregoing does not prohibit the initial FCC and ISED applications from requesting authority for other MSS, IMT-terrestrial or feeder link frequency bands or international operations and provision of service</ins>.

### June 10, 2025 – Final Version:

[7] Solely with respect to the initial FCC and ISED applications for the Proposed NGSO System, such applications shall: (a) consistent with Inmarsat's exclusive rights vis-à-vis Ligado under the existing Inmarsat Cooperation Agreement, state that use of the L-Band by the Proposed NGSO System will comply with the Amended Inmarsat Cooperation Agreement, (b)with respect to the L-Band, be limited to Ligado's geographic coverage areas in North America specified in Exhibit L and Ligado's Spectrum assignments in the then-operative Spectrum Plan, (c) not include any S-band operations in the coverage area of the Inmarsat S-band network over Europe and North Africa, (d) not include service links or feeder links in the Ku-band or the Ka-band, and (e) provide that AST/Ligado and Inmarsat/Viasat will coordinate the Proposed NGSO System feeder links with any Inmarsat or Viasat NGSO system, provided that such Proposed NGSO System feeder links are in the same frequency band as Inmarsat/Viasat feeder links. For the avoidance of doubt, the foregoing does not prohibit the initial FCC and ISED applications from requesting authority for other MSS, IMT-terrestrial or feeder link frequency bands or international operations and provision of service <ins>in those other bands</ins>.