**EXHIBIT C**


