IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

|  |  |  |
|---|---|---|
| In re: | ) ) | Chapter 11 |
| LIGADO NETWORKS LLC, *et al.*,[1] | ) ) ) | Case No. 25-10006 (TMH) |
| Debtors. | ) ) ) ) | (Jointly Administered) |

**NOTICE OF AGENDA OF MATTERS SCHEDULED FOR HEARING ON AUGUST 21, 2025 AT 2:00 P.M. (ET), BEFORE THE HONORABLE THOMAS M. HORAN, AT THE UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF DELAWARE**

**This proceeding will be conducted remotely via Zoom. Please refer to Judge Horan's Chambers Procedures and the Court's website (http://www.deb.uscourts.gov/ecourt-appearances) for information on the method of allowed participation (video or audio), Judge Horan's expectations of remote participants, and the advance registration requirements. Registration is required by 4:00 p.m. (Eastern time) the business day before the hearing unless otherwise noticed using the eCourt Appearances tool available on the Court's website.**

**I.    STATUS CONFERENCE:**

1. Debtors' Motion for Entry of an Order Shortening the Notice and Objection Periods and Waiving Local Rule 9006-1(c)(ii) with Respect to the Debtors' Motion for an Order (I) Enforcing the AST Order and Mediated Agreement and (II) Granting Related Relief [Docket No. 832; filed August 14, 2025]

   Objections / Responses Received:

   A. Inmarsat Global Limited's Opposition to Ligado's Motion to Shorten the Notice and Objection Period for Its Motion to Enforce the Parties' Mediated Agreement [Docket No. 846; filed August 15, 2025]

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, as applicable, are: Ligado Networks LLC (3801); ATC Technologies, LLC (N/A); Ligado Networks (Canada) Inc. (N/A); Ligado Networks Build LLC (N/A); Ligado Networks Corp. (N/A); Ligado Networks Finance LLC (N/A); Ligado Networks Holdings (Canada) Inc. (N/A); Ligado Networks Inc. of Virginia (9725); Ligado Networks Subsidiary LLC (N/A); One Dot Six LLC (8763); and One Dot Six TVCC LLC (N/A). The Debtors' headquarters is located at: 10802 Parkridge Boulevard, Reston, Virginia 20191.

RLF1 33574070v.2

Debtors' Related Documents:

i. (SEALED) Debtors' Motion for an Order (I) Enforcing the AST Order and Mediated Agreement and (II) Granting Related Relief [Docket No. 826; filed August 14, 2025]

ii. (REDACTED) Debtors' Motion for an Order (I) Enforcing the AST Order and Mediated Agreement and (II) Granting Related Relief [Docket No. 827; filed August 14, 2025]

iii. Declaration of Douglas Smith in Support of Debtors' Motion for an Order (I) Enforcing the AST Order and Mediated Agreement and (II) Granting Related Relief [Docket No. 828; filed August 14, 2025]

iv. (SEALED) Declaration of Patrick S. Campbell in Support of Debtors' Motion for an Order (I) Enforcing the AST Order and Mediated Agreement and (II) Granting Related Relief [Docket No. 830; filed August 14, 2025]

v. (REDACTED) Declaration of Patrick S. Campbell in Support of Debtors' Motion for an Order (I) Enforcing the AST Order and Mediated Agreement and (II) Granting Related Relief [Docket No. 831; filed August 14, 2025]

vi. Debtors' Reply to Inmarsat Global Limited's Opposition to Ligado's Motion to Shorten the Notice and Objection Period for Its Motion to Enforce the Parties' Mediated Agreement [Docket No. 852; filed August 15, 2025]

Inmarsat Global Limited Related Documents:

vii. (SEALED) Motion of Inmarsat Global Limited for Entry of an Order Enforcing and Implementing the Mediated Agreement [Docket No. 824; filed August 14, 2025]

viii. (REDACTED) Motion of Inmarsat Global Limited for Entry of an Order Enforcing and Implementing the Mediated Agreement [Docket No. 825; filed August 14, 2025]

Status: A status conference regarding this matter is going forward.

RLF1 33574070v.2

Dated  August 19, 2025
Wilmington, Delaware

/s/ Zachary J. Javorsky
Mark D. Collins, Esq. (Bar No. 2981)
Michael J. Merchant, Esq. (Bar No. 3854)
Amanda R. Steele, Esq. (Bar No. 5530)
Emily R. Mathews, Esq. (Bar No. 6866)
Zachary J. Javorsky, Esq. (Bar No. 7069)
Colin A. Meehan (Bar No. 7237)
**RICHARDS, LAYTON & FINGER, P.A.**
One Rodney Square
920 North King Street
Wilmington, DE 19801
Telephone:    (302) 651-7700
Facsimile:    (302) 651-7701
Email:         collins@rlf.com
               merchant@rlf.com
               steele@rlf.com
               mathews@rlf.com
               javorsky@rlf.com
               meehan@rlf.com

-and-

Dennis F. Dunne, Esq. (admitted *pro hac vice*)
Matthew L. Brod, Esq. (admitted *pro hac vice*)
Lauren C. Doyle, Esq. (admitted *pro hac vice*)
**MILBANK LLP**
55 Hudson Yards
New York, New York 10001
Telephone:    (212) 530-5000
Facsimile:    (212) 530-5219
Email:         ddunne@milbank.com
               mbrod@milbank.com
               ldoyle@milbank.com

Andrew M. Leblanc, Esq. (admitted *pro hac vice*)
**MILBANK LLP**
1101 New York Avenue, NW
Washington DC 20005
Telephone:    (202) 835-7500
Facsimile:    (202) 263-7586
Email:         aleblanc@milbank.com

*Co-Counsel for Debtors in Possession*

3