**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | ) | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| LIGADO NETWORKS LLC, *et al.*,[1] | ) | Case No. 25-10006 (TMH) |
| | ) | |
| Debtors. | ) | (Jointly Administered) |
| | ) | |
| | ) | **Obj. Deadline: August 27, 2025 at 10:00 a.m. (ET)** |
| | ) | **Hearing Date: August 29, 2025 at 1:00 p.m. (ET)** |
| | ) | |
| | ) | **Re: Docket Nos. 826, 827 & 832** |
| | ) | |

**NOTICE OF HEARING REGARDING DEBTORS'**
**MOTION FOR AN ORDER (I) ENFORCING THE AST ORDER**
**AND MEDIATED AGREEMENT AND (II) GRANTING RELATED RELIEF**

PLEASE TAKE NOTICE that, on August 14, 2025, the above-captioned debtors and debtors in possession (the "Debtors"), filed the *(SEALED) Debtors' Motion for an Order (I) Enforcing the AST Order and Mediated Agreement and (II) Granting Related Relief* [Docket No. 826] (the "Sealed Motion") and the *(REDACTED) Debtors' Motion for an Order (I) Enforcing the AST Order and Mediated Agreement and (II) Granting Related Relief* [Docket No. 827] (the "Redacted Motion" and together with the Sealed Motion, the "Motion") with the United States Bankruptcy Court for the District of Delaware (the "Court"). **You were previously served with a copy of the Motion**.

PLEASE TAKE FURTHER NOTICE that contemporaneously with the filing of the Motion, the Debtors also filed a motion to shorten the notice and objection periods with respect to

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, as applicable, are: Ligado Networks LLC (3801); ATC Technologies, LLC (N/A); Ligado Networks (Canada) Inc. (N/A); Ligado Networks Build LLC (N/A); Ligado Networks Corp. (N/A); Ligado Networks Finance LLC (N/A); Ligado Networks Holdings (Canada) Inc. (N/A); Ligado Networks Inc. of Virginia (9725); Ligado Networks Subsidiary LLC (N/A); One Dot Six LLC (8763); and One Dot Six TVCC LLC (N/A). The Debtors' headquarters is located at: 10802 Parkridge Boulevard, Reston, Virginia 20191.

the Motion [Docket No. 832] (the "Motion to Shorten").  **You were previously served with a copy of the Motion to Shorten**.

PLEASE TAKE FURTHER NOTICE that, on August 21, 2025, the Court held a hearing (the "Hearing") on the Motion to Shorten.

PLEASE TAKE FURTHER NOTICE that, in accordance with the record made at the Hearing, (i) a hearing to consider the Motion will be held on **August 29, 2025 at 1:00 p.m. (ET)** before The Honorable Thomas M. Horan, United States Bankruptcy Judge for the District of Delaware, at the Court, 824 North Market Street, 3rd Floor, Courtroom 7, Wilmington, Delaware 19801, and (ii) any responses or objections to the Motion must be filed by **August 27, 2025 at 10:00 a.m. (ET).**

[Remainder of Page Intentionally Left Blank]

| | |
|---|---|
| Dated August 21, 2025<br>Wilmington, Delaware | */s/ Zachary J. Javorsky*<br>Mark D. Collins, Esq. (Bar No. 2981)<br>Michael J. Merchant, Esq. (Bar No. 3854)<br>Amanda R. Steele, Esq. (Bar No. 5530)<br>Colin A. Meehan, Esq. (Bar No. 7237)<br>**RICHARDS, LAYTON & FINGER, P.A.**<br>One Rodney Square<br>920 North King Street<br>Wilmington, DE 19801<br>Telephone:   (302) 651-7700<br>Facsimile:    (302) 651-7701<br>Email:           collins@rlf.com<br>                     merchant@rlf.com<br>                     steele@rlf.com<br>                     meehan@rlf.com<br><br>-and-<br><br>Dennis F. Dunne, Esq. (admitted *pro hac vice*)<br>Matthew L. Brod, Esq. (admitted *pro hac vice*)<br>Lauren C. Doyle, Esq. (admitted *pro hac vice*)<br>**MILBANK LLP**<br>55 Hudson Yards<br>New York, New York 10001<br>Telephone:   (212) 530-5000<br>Facsimile:    (212) 530-5219<br>Email:           ddunne@milbank.com<br>                     mbrod@milbank.com<br>                     ldoyle@milbank.com<br><br>Andrew M. Leblanc, Esq. (admitted *pro hac vice*)<br>**MILBANK LLP**<br>1101 New York Avenue, NW<br>Washington DC 20005<br>Telephone:   (202) 835-7500<br>Facsimile:    (202) 263-7586<br>Email:           aleblanc@milbank.com<br><br>*Co-Counsel for Debtors in Possession* |