UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: <br><br> LIGADO NETWORKS LLC, *et. al.*[1] <br><br> Debtors. | Chapter 11 <br><br> Case No. 25-10006-TMH <br><br> Jointly Administered <br><br> **Re: Docket Nos. 824, 825** |

Objection Deadline: August 27, 2025 at 10:00 a.m. (ET)
Hearing Date: August 29, 2025 at 1:00 p.m. (ET)

### AMENDED NOTICE OF MOTION OF INMARSAT GLOBAL LIMITED FOR ENTRY OF AN ORDER ENFORCING AND IMPLEMENTING THE MEDIATED AGREEMENT

**PLEASE TAKE NOTICE** that on August 14, 2025, Inmarsat Global Limited ("Inmarsat") filed the *Motion of Inmarsat Global Limited for Entry of an Order Enforcing and Implementing the Mediated Agreement* (the "Motion") [SEALED Docket No. 824] [REDACTED Docket No. 825] with the United States Bankruptcy Court for the District of Delaware (the "Bankruptcy Court"). A copy of the redacted version of the Motion and hearing notice was previously served upon you. This amended notice changes both the hearing date and objection deadline provided by the previous notice.

**PLEASE TAKE FURTHER NOTICE** that any response or objection with respect to the relief sought in the Motion must be filed with the Bankruptcy Court on or before **August 27, 2025 at 10:00 a.m. prevailing Eastern Time**.

**PLEASE TAKE FURTHER NOTICE** that at the same time, you must also serve a copy of the response or objection upon counsel to Inmarsat: (a) Quinn Emanuel Urquhart &

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, as applicable, are: Ligado Networks LLC (3801); ATC Technologies, LLC (N/A); Ligado Networks (Canada) Inc. (N/A); Ligado Networks Build LLC (N/A); Ligado Networks Corp. (N/A); Ligado Networks Finance LLC (N/A); Ligado Networks Holdings (Canada) Inc. (N/A); Ligado Networks Inc. of Virginia (9725); Ligado Networks Subsidiary LLC (N/A); One Dot Six LLC (8763); and One Dot Six TVCC LLC (N/A).

Sullivan, LLP, 295 5th Avenue, New York, New York 10016, Attn: Benjamin Finestone (benjaminfinestone@quinnemanuel.com), (b) Quinn Emanuel Urquhart & Sullivan, LLP, 300 West 6th St., Suite 2010, Austin, Texas 78701, Attn: Matthew Scheck (matthewscheck@quinnemanuel.com), (c) Steptoe LLP, 1114 Avenue of the Americas, New York, New York 10036, Attn: Jeffrey M. Reisner (jreisner@steptoe.com) and Charles Michael (cmichael@steptoe.com), (d) Steptoe LLP, 1330 Connecticut Avenue, NW, Washington, DC 20036, Attn: Alfred M. Mamlet (amamlet@steptoe.com) and Joshua R. Taylor (jrtaylor@steptoe.com), and (e) Pachulski Stang Ziehl & Jones LLP, 919 North Market Street, 17th Floor, P.O. Box 8705, Wilmington, Delaware 19899-8705 (Courier 19801), Attn.: Laura Davis Jones (ljones@pszjlaw.com) and Timothy P. Cairns (tcairns@pszjlaw.com).

**PLEASE TAKE FURTHER NOTICE** THAT IF YOU FAIL TO RESPOND IN ACCORDANCE WITH THIS NOTICE, THE COURT MAY GRANT THE RELIEF REQUESTED BY THE MOTION WITHOUT FURTHER NOTICE OR HEARING.

**PLEASE TAKE FURTHER NOTICE** THAT A HEARING TO CONSIDER THE RELIEF SOUGHT IN THE MOTION WILL BE HELD ON **AUGUST 29, 2025 AT 1:00 PM. EASTERN TIME** BEFORE THE HONORABLE THOMAS M. HORAN, UNITED STATES BANKRUPTCY COURT JUDGE, AT THE UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF DELAWARE, 824 MARKET STREET, 3RD FLOOR, COURTROOM NO. 7, WILMINGTON, DELAWARE 19801.

| | |
|---|---|
| Dated: August 22, 2025<br>Wilmington, Delaware | **PACHULSKI STANG ZIEHL & JONES LLP**<br><br>*/s/ Laura Davis Jones*<br>Laura Davis Jones (DE Bar No. 2436)<br>Timothy P. Cairns (DE Bar No. 4228)<br>919 N. Market Street, 17th Floor<br>P.O. Box 8705<br>Wilmington, DE  19899-8705 (Courier 19801)<br>Telephone: (302) 652-4100<br>Email: ljones@pszjlaw.com<br>         tcairns@pszjlaw.com<br><br>-and-<br><br>**QUINN EMANUEL URQUHART & SULLIVAN, LLP**<br>Benjamin Finestone<br>295 5th Avenue<br>New York, NY  10016<br>Telephone: (212) 849-7000<br>Email: benjaminfinestone@quinnemanuel.com<br><br>Matthew Scheck<br>300 West 6th St., Suite 2010<br>Austin, TX  78701<br>Telephone: (737) 667-6100<br>Email: matthewscheck@quinnemanuel.com<br><br>-and-<br><br>**STEPTOE LLP**<br>Jeffrey M. Reisner<br>Charles Michael<br>1114 Avenue of the Americas<br>New York, NY  10036<br>Telephone:  (212) 506-3900<br>Email: jreisner@steptoe.com<br>         cmichael@steptoe.com<br><br>Alfred M. Mamlet<br>Joshua R. Taylor<br>1330 Connecticut Avenue, NW<br>Washington, DC  20036<br>Telephone:  (202) 429-3000<br>Email: amamlet@steptoe.com<br>         jrtaylor@steptoe.com<br><br>*Counsel to Inmarsat Global Limited* |