# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| LIGADO NETWORKS LLC, *et al.*,[1] | Case No. 25-10006 (TMH) |
| Debtors. | (Jointly Administered) |

## THE DEBTORS' EXHIBIT LIST FOR HEARING
## SCHEDULED FOR AUGUST 29, 2025 AT 1:00 P.M. (PREVAILING EASTERN TIME)

The above-captioned debtors and debtors in possession (collectively, the "Debtors") respectfully file this exhibit list (the "Exhibit List") identifying the exhibits the Debtors may introduce as evidence at the hearing to be held on August 29, 2025 at 1:00 p.m. (ET) (the "Hearing") before the Honorable Thomas M. Horan, at the United States Bankruptcy Court for the District of Delaware, 824 N. Market Street, 5th Floor, Courtroom No. 6, Wilmington, Delaware 19801.

The Debtors reserve the right to amend and/or supplement this Exhibit List at any time prior to the Hearing. The Debtors further reserve the right to ask the Court to take judicial notice of pleadings, transcripts, and/or documents filed in or in connection with the above-captioned cases, to offer rebuttal exhibits, and to modify, supplement, or amend this Exhibit List at any time prior to or during the Hearing. Designation of any exhibit below does not waive any objections the Debtors may have to any exhibit listed on any party's exhibit list or introduced at the Hearing.

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, as applicable, are: Ligado Networks LLC (3801); ATC Technologies, LLC (N/A); Ligado Networks (Canada) Inc. (N/A); Ligado Networks Build LLC (N/A); Ligado Networks Corp. (N/A); Ligado Networks Finance LLC (N/A); Ligado Networks Holdings (Canada) Inc. (N/A); Ligado Networks Inc. of Virginia (9725); Ligado Networks Subsidiary LLC (N/A); One Dot Six LLC (8763); and One Dot Six TVCC LLC (N/A). The Debtors' headquarters is located at: 10802 Parkridge Boulevard, Reston, Virginia 20191.

**EXHIBITS**

| Ex. No. | Description | Docket No. (if available) |
|---|---|---|
| 1. | **[SEALED]** *Debtors' Motion for Entry of an Order (I) Authorizing the Debtors to Enter Into the AST Definitive Documents and (II) Granting Related Relief, including all exhibits attached thereto* | 352 |
| 2. | **[REDACTED]** *Debtors' Motion for Entry of an Order (I) Authorizing the Debtors to Enter Into the AST Definitive Documents and (II) Granting Related Relief, including all exhibits attached thereto* | 359 |
| 3. | *Notice of Filing of Blackline of Exhibit to Debtors' Motion for Entry of an Order (I) Authorizing the Debtors to Enter into the AST Definitive Documents and (II) Granting Related Relief, including all exhibits attached thereto* | 360 |
| 4. | *Notice of Filing of Amendment to Exhibit to Debtors' Motion for Entry of an Order (I) Authorizing the Debtors to Enter into the AST Definitive Documents and (II) Granting Related Relief* | 559 |
| 5. | *Inmarsat Global Limited's Objection to Debtors' Motion for Entry of an Order Authorizing the Debtors to Enter Into the AST Definitive Documents* | 462 |
| 6. | *Order (I) Authorizing the Debtors to Enter Into the AST Definitive Documents and (II) Granting Related Relief, including all exhibits attached thereto* | 692 |
| 7. | **[SEALED]** *Motion of Inmarsat Global Limited for Entry of an Order Enforcing and Implementing the Mediated Agreement, including all exhibits attached thereto* | 824 |
| 8. | **[REDACTED]** *Motion of Inmarsat Global Limited for Entry of an Order Enforcing and Implementing the Mediated Agreement, including all exhibits attached thereto* | 825 |
| 9. | **[SEALED]** *Debtors' Motion for an Order (I) Enforcing the AST Order and Mediated Agreement and (II) Granting Related Relief, including all exhibits attached thereto* | 826 |
| 10. | **[REDACTED]** *Debtors' Motion for an Order (I) Enforcing the AST Order and Mediated Agreement and (II) Granting Related Relief, including all exhibits attached thereto* | 827 |
| 11. | *Declaration of Douglas Smith in Support of Debtors' Motion for an Order (I) Enforcing the AST Order and Mediated Agreement and (II) Granting Related Relief* | 828 |

| | | |
|---|---|---|
| 12. | **[SEALED]** *Declaration of Patrick S. Campbell in Support of Debtors' Motion for an Order (I) Enforcing the AST Order and Mediated Agreement and (II) Granting Related Relief* | 830 |
| 13. | **[REDACTED]** *Declaration of Patrick S. Campbell in Support of Debtors' Motion for an Order (I) Enforcing the AST Order and Mediated Agreement and (II) Granting Related Relief* | 831 |
| 14. | *Inmarsat Global Limited's Opposition to Ligado's Motion to Enforce the Parties' Mediated Agreement* | 895 |
| 15. | **[SEALED]** *AST's (A) Objection to Inmarsat's Motion for Entry of Order Enforcing and Implementing the Mediated Agreement and (B) Joinder in Support of Debtors' Motion for Order Enforcing the AST Order and Mediated Agreement* | 896 |
| 16. | **[SEALED]** *Debtors' Objection to Inmarsat's Motion for an Order Enforcing and Implementing the Mediated Agreement* | 897 |
| 17. | **[REDACTED]** *Debtors' Objection to Inmarsat's Motion for an Order Enforcing and Implementing the Mediated Agreement* | 898 |
| | Any pleading or other document filed with the Court on the docket of the above-captioned chapter 11 cases or related adversary proceedings | |
| | Any exhibit necessary to rebut the evidence of testimony of any witness offered or designated by any other party | |
| | Any exhibit listed by any other party | |

| | |
|---|---|
| Dated: August 27, 2025<br>Wilmington, Delaware | */s/ Michael J. Merchant*<br>Mark D. Collins, Esq. (Bar No. 2981)<br>Michael J. Merchant, Esq. (Bar No. 3854)<br>Amanda R. Steele, Esq. (Bar No. 5530)<br>Zachary J. Javorsky, Esq. (Bar. No. 7069)<br>**RICHARDS, LAYTON & FINGER, P.A.**<br>One Rodney Square<br>920 North King Street<br>Wilmington, DE 19801<br>Telephone:   (302) 651-7700<br>Facsimile:    (302) 651-7701<br>Email:          collins@rlf.com<br>                    merchant@rlf.com<br>                    steele@rlf.com<br>                    javorsky@rlf.com<br><br>-and-<br><br>Dennis F. Dunne, Esq. (admitted *pro hac vice*)<br>Matthew L. Brod, Esq. (admitted *pro hac vice*)<br>Lauren C. Doyle, Esq. (admitted *pro hac vice*)<br>**MILBANK LLP**<br>55 Hudson Yards<br>New York, New York 10001<br>Telephone:   (212) 530-5000<br>Facsimile:    (212) 530-5219<br>Email:          ddunne@milbank.com<br>                    mbrod@milbank.com<br>                    ldoyle@milbank.com<br><br>Andrew M. Leblanc, Esq. (admitted *pro hac vice*)<br>Melanie Westover Yanez, Esq. (admitted *pro hac vice*)<br>**MILBANK LLP**<br>1101 New York Avenue, NW,<br>Washington, D.C. 20005<br>Telephone:   (202) 835-7500<br>Facsimile:    (202) 263-7586<br>Email:          aleblanc@milbank.com<br>                    mwyanez@milbank.com<br><br>*Co-Counsel for Debtors in Possession* |