**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

|  |  |  |
|---|---|---|
| In re: | ) | Chapter 11 |
|  | ) |  |
| LIGADO NETWORKS LLC, *et al.*,[1] | ) | Case No. 25-10006 (TMH) |
|  | ) |  |
| Debtors. | ) | (Jointly Administered) |
|  | ) |  |
|  | ) |  |

**NOTICE OF AGENDA OF MATTERS SCHEDULED FOR HEARING ON**
**AUGUST 29, 2025 AT 1:00 P.M. (ET), BEFORE THE HONORABLE**
**THOMAS M. HORAN, AT THE UNITED STATES BANKRUPTCY**
**COURT FOR THE DISTRICT OF DELAWARE, 3rd FLOOR, COURTROOM 7**

> **This hearing will be conducted in-person in Courtroom # 7, 3rd floor. All parties, including witnesses, are expected to attend in person unless permitted to appear via Zoom. Participation at the in-person court proceeding using Zoom is allowed only in the following circumstances: (i) counsel for a party or a pro se litigant that files a responsive pleading and intends to make only a limited argument; (ii) a party or a representative of a party that has not submitted a pleading but is interested in observing the hearing; (iii) any party that is proceeding, in a claims allowance dispute, on a pro se basis; or (iv) extenuating circumstances that warrant remote participation as may be determined by the Court. The deadline to register for remote attendance is 4:00 p.m. (prevailing Eastern Time) the business day before the hearing unless otherwise noticed.**
>
> **COURTCALL WILL NOT BE USED FOR THIS HEARING. to attend a hearing remotely, please register using the eCourtAppearance tool (available here) or on the Court's website at www.deb.uscourts.gov.**

I.    **RESOLVED MATTERS:**

1.    Debtors' First Omnibus Motion for Entry on an Order (I) Authorizing the Assumption of Certain Unexpired Leases of Nonresidential Real Property, (II) Further Extending the Time to Assume or Reject Certain Other Unexpired Leases of Nonresidential Real Property, and (III) Granting Related Relief [Docket No. 798; filed August 4, 2025]

      Objection / Response Deadline:          August 18, 2025 at 4:00 p.m. (ET)

---

[1]    The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, as applicable, are:  Ligado Networks LLC (3801); ATC Technologies, LLC (N/A); Ligado Networks (Canada) Inc. (N/A); Ligado Networks Build LLC (N/A); Ligado Networks Corp. (N/A); Ligado Networks Finance LLC (N/A); Ligado Networks Holdings (Canada) Inc. (N/A); Ligado Networks Inc. of Virginia (9725); Ligado Networks Subsidiary LLC (N/A); One Dot Six LLC (8763); and One Dot Six TVCC LLC (N/A).  The Debtors' headquarters is located at: 10802 Parkridge Boulevard, Reston, Virginia 20191.

Objections / Responses Received:    None.

Related Documents:

i.    Certification of No Objection Regarding Debtors' First Omnibus Motion for Entry on an Order (I) Authorizing the Assumption of Certain Unexpired Leases of Nonresidential Real Property, (II) Further Extending the Time to Assume or Reject Certain Other Unexpired Leases of Nonresidential Real Property, and (III) Granting Related Relief [Docket No. 854; filed August 19, 2025]

ii.    Order (I) Authorizing the Assumption of Certain Unexpired Leases of Nonresidential Real Property, (II) Further Extending the Time to Assume or Reject Certain Other Unexpired Leases of Nonresidential Real Property, and (III) Granting Related Relief [Docket No. 862; entered August 20, 2025]

Status: On August 20, 2025, the Court entered an order regarding this matter.  Accordingly, a hearing on this matter is no longer necessary.

2.    Debtors' Second Motion for Entry of an Order Extending Their Exclusive Periods to File a Chapter 11 Plan and Solicit Acceptances Thereof [Docket No. 800 ; filed August 4, 2025]

Objection / Response Deadline:    August 18, 2025 at 4:00 p.m. (ET)

Objections / Responses Received:    None.

Related Documents:

i.    Certification of No Objection Regarding Debtors' Second Motion for Entry of an Order Extending Their Exclusive Periods to File a Chapter 11 Plan and Solicit Acceptances Thereof [Docket No. 855; filed August 19, 2025]

ii.    Order Extending Their Exclusive Periods to File a Chapter 11 Plan and Solicit Acceptances Thereof [Docket No. 863; entered August 20, 2025]

Status: On August 20, 2025, the Court entered an order regarding this matter.  Accordingly, a hearing on this matter is no longer necessary.

3.    Debtors' Second Motion for Entry of an Order Extending Time Period Within Which They May File Notices to Remove Actions Pursuant to 28 U.S.C. § 1452 and Fed. R. Bankr. P. 9027 and 9006 [Docket No. 801; filed August 4, 2025]

Objection / Response Deadline:    August 18, 2025 at 4:00 p.m. (ET)

Objections / Responses Received:    None.

2

Related Documents:

i.      Certification of No Objection Regarding Debtors' Second Motion for Entry of an Order Extending Time Period Within Which They May File Notices to Remove Actions Pursuant to 28 U.S.C. § 1452 and Fed. R. Bankr. P. 9027 and 9006 [Docket No. 856; filed August 19, 2025]

ii.     Order Extending Time Period Within Which They May File Notices to Remove Actions Pursuant to 28 U.S.C. § 1452 and Fed. R. Bankr. P. 9027 and 9006 [Docket No. 864; entered August 20, 2025]

Status: On August 20, 2025, the Court entered an order regarding this matter.  Accordingly, a hearing on this matter is no longer necessary.

## II.    **MATTERS GOING FORWARD:**

4.    (SEALED) Motion of Inmarsat Global Limited for Entry of an Order Enforcing and Implementing the Mediated Agreement [Docket No. 824; filed August 14, 2025]

Objection / Response Deadline:      August 27, 2025 at 10:00 a.m. (ET)

Objections / Responses Received:

A.      (SEALED) AST's (A) Objection to Inmarsat's Motion for Entry of Order Enforcing and Implementing the Mediated Agreement and (B) Joinder in Support of Debtors' Motion for Order Enforcing the AST Order and Mediated Agreement [Docket No. 896; filed August 27, 2025]

B.      (SEALED) Debtors' Objection to Inmarsat's Motion for an Order Enforcing and Implementing the Mediated Agreement [Docket No. 897; filed August 27, 2025]

C.      (REDACTED) Debtors' Objection to Inmarsat's Motion for an Order Enforcing and Implementing the Mediated Agreement [Docket No. 898; filed August 27, 2025]

Related Documents:

i.      (REDACTED) Motion of Inmarsat Global Limited for Entry of an Order Enforcing and Implementing the Mediated Agreement [Docket No. 825; filed August 14, 2025]

ii.     Amended Notice of Motion of Inmarsat Global Limited for Entry of an Order Enforcing and Implementing the Mediated Agreement [Docket No. 872; filed August 22, 2025]

iii.    The Debtors' Exhibit List for Hearing Scheduled for August 29, 2025 and 1:00 p.m. (Prevailing Eastern Time) [Docket No. 900; filed August 27, 2025]

3

Status: The hearing on this matter is going forward.

5.    (SEALED) Debtors' Motion for an Order (I) Enforcing the AST Order and Mediated Agreement and (II) Granting Related Relief [Docket No. 826; filed August 14, 2025]

Objection / Response Deadline:        August 27, 2025 at 10:00 a.m. (ET)

Objections / Responses Received:

A.    Inmarsat Global Limited's Opposition to Ligado's Motion to Enforce the Parties' Mediated Agreement [Docket No. 895; filed August 27, 2025]

Related Documents:

i.    (REDACTED) Debtors' Motion for an Order (I) Enforcing the AST Order and Mediated Agreement and (II) Granting Related Relief [Docket No. 827; filed August 14, 2025]

ii.    Declaration of Douglas Smith in Support of Debtors' Motion for an Order (I) Enforcing the AST Order and Mediated Agreement and (II) Granting Related Relief [Docket No. 828; filed August 14, 2025]

iii.    (SEALED) Declaration of Patrick S. Campbell in Support of Debtors' Motion for an Order (I) Enforcing the AST Order and Mediated Agreement and (II) Granting Related Relief [Docket No. 830; filed August 14, 2025]

iv.    (REDACTED) Declaration of Patrick S. Campbell in Support of Debtors' Motion for an Order (I) Enforcing the AST Order and Mediated Agreement and (II) Granting Related Relief [Docket No. 831; filed August 14, 2025]

v.    Debtors' Motion to File Under Seal (A) the Debtors' Motion for an Order (I) Enforcing the AST Order and Mediated Agreement and (II) Granting Related Relief and (B) the Declaration of Patrick S. Campbell in Support of Debtors' Motion for an Order (I) Enforcing the AST Order and Mediated Agreement and (II) Granting Related Relief [Docket No. 859; filed August 19, 2025]

vi.    Notice of Hearing Regarding Debtors' Motion for an Order (I) Enforcing the AST Order and Mediated Agreement and (II) Granting Related Relief [Docket No. 870; filed August 21, 2025]

vii.    The Debtors' Exhibit List for Hearing Scheduled for August 29, 2025 and 1:00 p.m. (Prevailing Eastern Time) [Docket No. 900; filed August 27, 2025]

Status: The hearing on this matter is going forward.

RLF1 33592597v.1

Dated  August 27, 2025
Wilmington, Delaware

/s/ Zachary J. Javorsky

Mark D. Collins, Esq. (Bar No. 2981)
Michael J. Merchant, Esq. (Bar No. 3854)
Amanda R. Steele, Esq. (Bar No. 5530)
Emily R. Mathews, Esq. (Bar No. 6866)
Zachary J. Javorsky, Esq. (Bar No. 7069)
Colin A. Meehan (Bar No. 7237)
**RICHARDS, LAYTON & FINGER, P.A.**
One Rodney Square
920 North King Street
Wilmington, DE 19801
Telephone:    (302) 651-7700
Facsimile:    (302) 651-7701
Email:          collins@rlf.com
                    merchant@rlf.com
                    steele@rlf.com
                    mathews@rlf.com
                    javorsky@rlf.com
                    meehan@rlf.com

-and-

Dennis F. Dunne, Esq. (admitted *pro hac vice*)
Matthew L. Brod, Esq. (admitted *pro hac vice*)
Lauren C. Doyle, Esq. (admitted *pro hac vice*)
**MILBANK LLP**
55 Hudson Yards
New York, New York 10001
Telephone:    (212) 530-5000
Facsimile:    (212) 530-5219
Email:          ddunne@milbank.com
                    mbrod@milbank.com
                    ldoyle@milbank.com

Andrew M. Leblanc, Esq. (admitted *pro hac vice*)
**MILBANK LLP**
1101 New York Avenue, NW
Washington DC 20005
Telephone:    (202) 835-7500
Facsimile:    (202) 263-7586
Email:          aleblanc@milbank.com

*Co-Counsel for Debtors in Possession*

5