# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| In re: | ) Chapter 11 |
|  | ) |
| LIGADO NETWORKS LLC, *et al.*,[1] | ) Case No. 25-10006 (TMH) |
|  | ) |
| Debtors. | ) (Jointly Administered) |
|  | ) |
|  | ) **Re: Dkt. No. 896** |

## NOTICE OF FILING OF PROPOSED REDACTED VERSION OF AST'S (A) OBJECTION TO INMARSAT'S MOTION FOR ENTRY OF ORDER ENFORCING AND IMPLEMENTING THE MEDIATED AGREEMENT AND (B) JOINDER IN SUPPORT OF DEBTORS' MOTION FOR ORDER ENFORCING THE AST ORDER AND MEDIATED AGREEMENT

**PLEASE TAKE NOTICE** that, on August 27, 2025, AST & Science LLC ("AST") filed *AST's (A) Objection to Inmarsat's Motion for Entry of Order Enforcing and Implementing the Mediated Agreement and (B) Joinder in the Support of Debtors' Motion for Order Enforcing the AST Order and Mediated Agreement (*the "Objection") under seal. *See* Docket No. 896.

**PLEASE TAKE FURTHER NOTICE** that AST hereby files the attached proposed redacted version of the Objection, attached hereto as **Exhibit 1**.

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, as applicable, are: Ligado Networks LLC (3801); ATC Technologies, LLC (N/A); Ligado Networks (Canada) Inc. (N/A); Ligado Networks Build LLC (N/A); Ligado Networks Corp. (N/A); Ligado Networks Finance LLC (N/A); Ligado Networks Holdings (Canada) Inc. (N/A); Ligado Networks Inc. of Virginia (9725); Ligado Networks Subsidiary LLC (N/A); One Dot Six LLC (8763); and One Dot Six TVCC LLC (N/A). The Debtors' headquarters is located at: 10802 Parkridge Boulevard, Reston, Virginia 20191.

| | |
|---|---|
| Dated: August 27, 2025<br>Wilmington, Delaware | */s/ Katelin A. Morales*<br>Jeremy W. Ryan (Bar No. 4057)<br>Katelin A. Morales (Bar No. 6683)<br>Sameen Rizvi (Bar No. 6902)<br>**POTTER ANDERSON & CORROON LLP**<br>1313 N. Market Street, 6th Floor<br>Wilmington, DE 19801<br>Telephone:   (302) 984-6000<br>Facsimile:    (302) 658-1192<br>Email:         jryan@potteranderson.com<br>                   kmorales@potteranderson.com<br>                   srizvi@potteranderson.com<br><br>-and-<br><br>Madlyn Gleich Primoff (admitted *pro hac vice*)<br>Henry Hutten (admitted *pro hac vice*)<br>Alexander Rich (admitted *pro hac vice*)<br>Sarah Margolis (admitted *pro hac vice*)<br>**FRESHFIELDS US LLP**<br>3 World Trade Center<br>174 Greenwich Street, 51st Floor<br>New York, New York 10007<br>Telephone:   (212) 277-4000<br>Facsimile:    (212) 277-4001<br>Email:         madlyn.primoff@freshfields.com<br>                   henry.hutten@freshfields.com<br>                   alexander.rich@freshfields.com<br>                   sarah.margolis@freshfields.com<br><br>*Counsel for AST & Science LLC* |

11601642