## **EXHIBIT C**

Exhibit 6 to the Collaboration Agreement

[Filed Under Seal]