**EXHIBIT F**

Table of Selective Inmarsat Quotations

| Contract Provision | Inmarsat Quotation(s) (Emphasis In Original) | Entire Provision (Emphasis Added To Critical Omitted Provision) |
|---|---|---|
| Collaboration Agreement § 2.1 | The Ligado-AST "Strategic Collaboration and Spectrum Usage Agreement" grants AST the "exclusive right to use the Ligado L-Band MSS Spectrum," subject to AST's "observance of the measures and actions deemed necessary by Ligado to remain in compliance in all material respects with . . . the applicable terms, conditions, limitations, operational requirements, and technical requirements . . . required to ensure Ligado remains in compliance with . . . the Cooperation Agreement."<br><br>Inmarsat Motion ¶ 30. | Beginning on the Effective Date, in consideration for SpectrumCo's payment of SpectrumCo Usage Right Payments and SpectrumCo Contributions, Ligado shall grant to SpectrumCo the exclusive right to use the Ligado L-band MSS Spectrum and the Ligado L-band MSS Assets, subject to SpectrumCo's observance of the measures and actions deemed necessary by Ligado to remain in compliance in all material respects with the Ligado L-band Licenses and the applicable terms, conditions, limitations, operational requirements, and technical requirements set forth in this Agreement, which include those required to ensure Ligado remains in compliance with the Ligado L-band Licenses and the Cooperation Agreement, **in each case, to the extent set forth in Exhibit 6** (*L-band Technical Requirements*) (the "*SpectrumCo Usage Right*"). |
| Mediated Agreement § 1, n.5 | [T]he Mediated Agreement provides that "AST and Inmarsat shall execute a separate binding agreement (the 'Inmarsat-AST Agreement') to give the parties the right to enforce directly against each other the commitments made to each other in Sections 2-3 hereof . . . ."<br><br>Inmarsat Motion ¶ 38. | AST and Inmarsat shall execute a separate binding agreement (the "Inmarsat-AST Agreement") to give the parties the right to enforce directly against each other the commitments made to each other in Sections 2-3 hereof **in connection with any Coordination Breach**, including the right to pursue injunctive relief, specific performance or other remedies directly against each other for any such Coordination Breach. |

| Contract Provision | Inmarsat Quotation(s) (Emphasis In Original) | Entire Provision (Emphasis Added To Critical Omitted Provision) |
|---|---|---|
| Mediated Agreement § 2 | Section 2, in turn, provides that the regulatory applications for AST's proposed NGSO system will "state that the operations of *all* AST and Ligado spacecraft, individually and taken as a whole, and regardless of orbit, *will be consistent with and remain within the technical, geographic and other limitations* in the Amended Inmarsat Cooperation Agreement."<br><br>Inmarsat Motion ¶ 39.<br><br>The Mediated Agreement requires AST to formally commit to the FCC (and to its Canadian counterpart) "that the operations of *all* AST and Ligado spacecraft, individually and taken as a whole, and regardless of orbit *will be consistent with and remain within the technical, geographic and other limitations* in the Amended Inmarsat Cooperation Agreement."<br><br>Inmarsat Motion ¶ 48. | Ligado and AST will provide Inmarsat with the redacted FCC and ISED **applications for a proposed non-geostationary satellite orbit satellite system to be operated in the L-Band in North America (the "Proposed NGSO System")** at the time of filing those applications, and unredacted versions of such applications will be provided to Inmarsat's outside regulatory counsel and external technical advisors pursuant to a non-disclosure agreement among the parties. The applications will expressly: (i) state that the operations of all AST and Ligado spacecraft, individually and taken as a whole, and regardless of orbit, will be consistent with and remain within the technical, geographic and other limitations in the Amended Inmarsat Cooperation Agreement and Ligado's other coordination agreements with various parties; and (ii) request that the FCC and ISED recognize that **the operations of the Proposed NGSO System have been coordinated subject to the terms of** the Amended Inmarsat Cooperation Agreement and **the Inmarsat-AST Agreement, and give effect to such agreements by licensing the Proposed NGSO System to operate in accordance with the terms of such agreements**. |

2

| Contract Provision | Inmarsat Quotation(s) (Emphasis In Original) | Entire Provision (Emphasis Added To Critical Omitted Provision) |
|---|---|---|
| Mediated Agreement § 3 | The Mediated Agreement defines a Coordination Breach to include one party "breach[ing] the technical and/or ***geographic limitations*** of the Amended Inmarsat Cooperation Agreement in ***Exhibit[] . . . L***." <br><br> Inmarsat Motion ¶ 48. | If, a Party is alleged to have breached the technical and/or geographic limitations of the Amended Inmarsat Cooperation Agreement in Exhibits B, C, L, M, N, T and U, (the "Cooperation Agreement Limits") **and such breach is alleged to** either (a) be caused by Inmarsat's operations, or (b) **be caused by the operations of the Proposed NGSO System** and/or the Ligado satellites (in either case, a "Coordination Breach," … |