**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| LIGADO NETWORKS LLC, *et al.*,[1] | ) Case No. 25-10006 (TMH) |
| | ) |
| Debtors. | ) (Jointly Administered) |
| | ) |
| | ) |
| | ) **Hearing Date: August 29, 2025 at 1:00 p.m. (EST)** |
| | ) **Objection Deadline: At the hearing** |

**NOTICE OF AST'S MOTION TO REDACT**
**AND FILE UNDER SEAL THE AST OBJECTION AND**
**JOINDER AND EXHIBITS THERETO AND (II) GRANT RELATED RELIEF**

**PLEASE TAKE NOTICE** that, on August 27, 2025, AST & Science LLC ("**AST**") filed *AST's Motion to Redact and File Under Seal the AST Objection and Joinder and Exhibits Thereto and (II) Grant Related Relief* (the "**Motion**") with the United States Bankruptcy Court for the District of Delaware (the "**Court**").

**PLEASE TAKE FURTHER NOTICE** that, any responses or objections to the Motion must be in writing and filed with the Clerk of the Court, 824 North Market Street, 3rd Floor, Wilmington, Delaware 19801, before or at the Hearing (as defined below) (the "**Objection Deadline**") and served upon and received by the undersigned counsel for AST.

**PLEASE TAKE FURTHER NOTICE** that, if any objections to the Motion are received, the Motion and such objections shall be considered at a hearing before the Honorable Thomas M. Horan, United States Bankruptcy Judge for the District of Delaware, at the Court, 824 North

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, as applicable, are: Ligado Networks LLC (3801); ATC Technologies, LLC (N/A); Ligado Networks (Canada) Inc. (N/A); Ligado Networks Build LLC (N/A); Ligado Networks Corp. (N/A); Ligado Networks Finance LLC (N/A); Ligado Networks Holdings (Canada) Inc. (N/A); Ligado Networks Inc. of Virginia (9725); Ligado Networks Subsidiary LLC (N/A); One Dot Six LLC (8763); and One Dot Six TVCC LLC (N/A). The Debtors' headquarters is located at: 10802 Parkridge Boulevard, Reston, Virginia 20191.

Market Street, 3rd Floor, Courtroom 7, Wilmington, Delaware 19801 on **August 29, 2025 at 1:00**

**p.m. (prevailing Eastern Time)** (the "**Hearing**").

IF NO OBJECTIONS TO THE MOTION ARE TIMELY FILED, SERVED, AND
RECEIVED IN ACCORDANCE WITH THIS NOTICE, THE COURT MAY GRANT THE
RELIEF REQUESTED IN THE MOTION WITHOUT FURTHER NOTICE OF
HEARING.

| | |
|---|---|
| Dated: August 27, 2025<br>Wilmington, Delaware | */s/ Katelin A. Morales*<br>Jeremy W. Ryan (No. 4057)<br>Katelin A. Morales (No. 6683)<br>Sameen Rizvi (No. 6902)<br>**POTTER ANDERSON & CORROON LLP**<br>1313 N. Market Street, 6th Floor<br>Wilmington, DE 19801<br>Telephone:    (302) 984-6000<br>Facsimile:    (302) 658-1192<br>Email:        jryan@potteranderson.com<br>                  kmorales@potteranderson.com<br>                  srizvi@potteranderson.com |

-and-

Madlyn Gleich Primoff (admitted *pro hac vice*)
Henry Hutten (admitted *pro hac vice*)
Alexander Rich (admitted *pro hac vice*)
Sarah Margolis (admitted *pro hac vice*)
**FRESHFIELDS US LLP**
3 World Trade Center
174 Greenwich Street, 51st Floor
New York, New York 10007
Telephone:    (212) 277-4000
Facsimile:    (212) 277-4001
Email:        madlyn.primoff@freshfields.com
                  henry.hutten@freshfields.com
                  alexander.rich@freshfields.com
                  sarah.margolis@freshfields.com

*Counsel for AST & Science LLC*