**EXHIBIT A**

**Proposed Order**

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| LIGADO NETWORKS LLC, *et al.*,[1] | ) Case No. 25-10006 (TMH) |
| | ) |
| Debtors. | ) (Jointly Administered) |
| | ) |
| | ) |
| | ) |
| | ) **Re Dkt. No.** ___ |

**ORDER (I) AUTHORIZING AST TO REDACT AND
FILE UNDER SEAL THE AST OBJECTION AND JOINDER AND
EXHIBITS THERETO AND (II) GRANTING RELATED RELIEF**

Upon the motion (the "**Motion**")[2] of AST for an order under sections 105(a) and 107(b) of the Bankruptcy Code, Bankruptcy Rule 9018, and Local Rule 9018-1, authorizing AST to redact and file under seal the AST Objection and Joinder and exhibits thereto; and this Court having reviewed the Motion; and this Court having jurisdiction to consider the Motion and the relief requested therein in accordance with 28 U.S.C. §§ 157 and 1334 and the *Amended Standing Order of Reference from the United States District Court for the District of Delaware*, dated February 29, 2012; and the Court having found that this is a core proceeding pursuant to 28 U.S.C. § 157(b)(2); and that this Court may enter an order consistent with Article III of the United States Constitution; and this Court having found that venue of this proceeding and the Motion in this district is proper pursuant to 28 U.S.C. §§ 1408 and 1409; and it appearing that proper and adequate notice of the Motion has been given

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, as applicable, are: Ligado Networks LLC (3801); ATC Technologies, LLC (N/A); Ligado Networks (Canada) Inc. (N/A); Ligado Networks Build LLC (N/A); Ligado Networks Corp. (N/A); Ligado Networks Finance LLC (N/A); Ligado Networks Holdings (Canada) Inc. (N/A); Ligado Networks Inc. of Virginia (9725); Ligado Networks Subsidiary LLC (N/A); One Dot Six LLC (8763); and One Dot Six TVCC LLC (N/A). The Debtors' headquarters is located at: 10802 Parkridge Boulevard, Reston, Virginia 20191.

[2] Capitalized terms used but not otherwise defined herein shall have the meaning ascribed to such terms in the Motion.

and that no other or further notice is necessary; and upon the record herein; and after due deliberation thereon; and this Court having determined that there is good and sufficient cause for the relief granted in this order:

**IT IS HEREBY ORDERED THAT:**

1. The Motion is granted as set forth herein.

2. AST is authorized to redact and file under seal those portions of the AST Objection and Joinder and the exhibits thereto containing Confidential Information.

3. The Confidential Information shall remain under seal and shall not be made available to anyone, expect AST shall provide unredacted copies of the AST Objection and Joinder and exhibits thereto to the Court, the U.S. Trustee, counsel to the Debtors, and counsel to Inmarsat. Inmarsat shall maintain such unredacted copies on an outside-attorneys-eyes-only basis.

4. The terms and conditions of this Order shall be immediately effective and enforceable upon its entry.

5. AST is authorized to take all actions necessary to effectuate the relief granted in this Order in accordance with the Motion.

6. This Court shall retain jurisdiction to hear and determine all matters arising from or related to the implementation, interpretation, or enforcement of this Order.