# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>LIGADO NETWORKS LLC, *et al.*,[1]<br><br>Debtors. | Chapter 11<br>Case No. 25-10006 (TMH)<br>Jointly Administered<br><br>Hearing Date: August 29, 2025, at 1:00 p.m. (ET) |

## INMARSAT GLOBAL LIMITED'S EXHIBIT LIST
## FOR HEARING ON AUGUST 29, 2025 AT 1:00 P.M. (ET)

Inmarsat Global Limited ("Inmarsat") hereby submits this exhibit list in connection with the hearing scheduled for **August 29, 2025, at 1:00 p.m. (ET)** before the Honorable Thomas M. Horan, at the United States Bankruptcy Court for the District of Delaware, located at 824 N. Market Street, 5th Floor, Courtroom No. 6, Wilmington, Delaware 19801 (the "Hearing").

### EXHIBITS

Inmarsat designates the following exhibits that may be used at the Hearing:

| Exhibit No. | Document Description | Docket No. |
|---|---|---|
| | Exhibits designated by any other party for use at the Hearing | |
| | Any exhibits necessary for rebuttal and impeachment purposes | |
| | Any pleading or other document filed with the Court on the docket of the above-captioned chapter 11 cases or related adversary proceedings | |

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, as applicable, are: Ligado Networks LLC (3801); ATC Technologies, LLC (N/A); Ligado Networks (Canada) Inc. (N/A); Ligado Networks Build LLC (N/A); Ligado Networks Corp. (N/A); Ligado Networks Finance LLC (N/A); Ligado Networks Holdings (Canada) Inc. (N/A); Ligado Networks Inc. of Virginia (9725); Ligado Networks Subsidiary LLC (N/A); One Dot Six LLC (8763); and One Dot Six TVCC LLC (N/A).

Inmarsat reserves the right to amend or supplement this exhibit list prior to the Hearing.

Dated: August 28, 2025

| STEPTOE LLP | PACHULSKI STANG ZIEHL & JONES LLP |
|---|---|
| By: */s/ Alfred M. Mamlet*<br>Alfred M. Mamlet (admitted *pro hac vice*)<br>1330 Connecticut Ave NW<br>Washington, DC 20036<br>(202) 429-3000<br>amamlet@steptoe.com<br><br>Charles Michael (admitted *pro hac vice*)<br>1114 Avenue of the Americas<br>New York, New York 10036<br>(212) 506-3900<br>cmichael@steptoe.com | By: */s/ Laura Davis Jones*<br>Laura Davis Jones (DE Bar No. 2436)<br>Timothy P. Cairns (DE Bar No. 4228)<br>919 N. Market Street, 17th Floor<br>P.O. Box 8705<br>Wilmington, DE 19899-8705<br>(302) 652-4100<br>ljones@pszjlaw.com<br>tcairns@pszjlaw.com |

QUINN EMANUEL URQUHART & SULLIVAN, LLP

By: */s/ Benjamin Finestone*
    Benjamin Finestone
    295 5th Avenue,
    New York, NY 10016
    (212) 849-7000
    benjaminfinestone@quinnemanuel.com

    Matthew Scheck
    300 West 6th St., Suite 2010
    Austin, TX 78701
    (737) 667-6100
    matthewscheck@quinnemanuel.com