# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | ) | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| LIGADO NETWORKS LLC, *et al.*,[1] | ) | Case No. 25-10006 (TMH) |
| | ) | |
| Debtors. | ) | (Jointly Administered) |
| | ) | |
| | ) | |
| | ) | |

## AST & SCIENCE LLC'S EXHIBIT LIST FOR HEARING ON AUGUST 29, 2025

AST & Science LLC ("AST") by and through its undersigned counsel, hereby submits this exhibit list (the "Exhibit List") for the hearing scheduled for **August 29, 2025 at 1:00 p.m. (Eastern Standard Time)** (the "Hearing") before the Honorable Thomas M. Horan at the United States Bankruptcy Court for the District of Delaware, located at 824 N. Market Street, 5th Floor, Courtroom No. 6, Wilmington, Delaware 19801.

## EXHIBITS

AST may, if necessary, seek to introduce some or all of the following exhibits at the Hearing.

| No. | Description | Docket No. (if available) |
|---|---|---|
| 1. | *[SEALED]* AST's (A) Objection to Inmarsat's Motion for Entry of Order Enforcing and Implementing the Mediated Agreement and (B) Joinder in Support of Debtors' Motion for Order Enforcing the AST Order and Mediated Agreement, including the exhibits appended thereto | 896 |
| 2. | Redacted Version of AST's (A) Objection to Inmarsat's Motion for Entry of Order Enforcing and Implementing the | 904 |

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, as applicable, are: Ligado Networks LLC (3801); ATC Technologies, LLC (N/A); Ligado Networks (Canada) Inc. (N/A); Ligado Networks Build LLC (N/A); Ligado Networks Corp. (N/A); Ligado Networks Finance LLC (N/A); Ligado Networks Holdings (Canada) Inc. (N/A); Ligado Networks Inc. of Virginia (9725); Ligado Networks Subsidiary LLC (N/A); One Dot Six LLC (8763); and One Dot Six TVCC LLC (N/A). The Debtors' headquarters is located at: 10802 Parkridge Boulevard, Reston, Virginia 20191.

IMPAC - 12401984v.1

|  | | |
|---|---|---|
|  | Mediated Agreement and (B) Joinder in Support of the Debtors' Motion for Order Enforcing the AST Order and Mediated Agreement, including the exhibits appended therto |  |
| 3. | AST's Motion to (I) Redact and File Under Seal the AST Objection and Joinder and Exhibits Thereto and (II) Grant Related Relief | 905 |
|  | Any pleading or other document filed with the Court on the docket of the above-captioned chapter 11 cases or related adversary proceedings |  |
|  | Any exhibit necessary to rebut the evidence of testimony of any witness offered or designated by any other party |  |
|  | Any exhibit listed by any other party |  |

## **RESERVATION OF RIGHTS**

AST reserves all rights, including but not limited to the right to amend, revise, supplement, or withdraw this Exhibit List at any time, to designate additional exhibits or introduce any document identified as an exhibit by any other party in interest, and to offer additional exhibits at the Hearing for purposes of impeachment or rebuttal, in response to witnesses and evidence offered by any other party, and for any other permissible purpose under the Federal Rules of Bankruptcy Procedure, the Federal Rules of Civil Procedure, and the Federal Rules of Evidence. AST also reserves the right to amend this Exhibit List at any time prior to the Hearing, including, without limitation, in the event of the filing of any objections, responses, replies, supplemental declarations, or other filings in connection with the Hearing.

IMPAC - 12401984v.1

| | |
|---|---|
| Dated: August 28, 2025<br>Wilmington, Delaware | */s/Sameen Rizvi*<br>Jeremy W. Ryan (Bar No. 4057)<br>Katelin A. Morales (Bar No. 6683)<br>Sameen Rizvi (Bar No. 6902)<br>**POTTER ANDERSON & CORROON LLP**<br>1313 N. Market Street, 6th Floor<br>Wilmington, DE 19801<br>Telephone:   (302) 984-6000<br>Facsimile:    (302) 658-1192<br>Email:          jryan@potteranderson.com<br>                    kmorales@potteranderson.com<br>                    srizvi@potteranderson.com<br><br>-and-<br><br>Madlyn Gleich Primoff (admitted *pro hac vice*)<br>Henry Hutten (admitted *pro hac vice*)<br>Alexander Rich (admitted *pro hac vice*)<br>Sarah Margolis (admitted *pro hac vice*)<br>**FRESHFIELDS US LLP**<br>3 World Trade Center<br>174 Greenwich Street, 51st Floor<br>New York, New York 10007<br>Telephone:   (212) 277-4000<br>Facsimile:    (212) 277-4001<br>Email:          madlyn.primoff@freshfields.com<br>                    henry.hutten@freshfields.com<br>                    alexander.rich@freshfields.com<br>                    sarah.margolis@freshfields.com<br><br>*Counsel for AST & Science LLC* |

IMPAC - 12401984v.1