**<u>Exhibit A</u>**

**Consolidated Ballot Report**

# Debtor: Ligado Networks LLC, et al.
## Case No. 25-10006
## Claims Ballot Detail Results
## Class 3 - First Lien Claims

### Class Summary    Voting Outcome: Accepted

|  | Total Received | Total Valid | Accepted | Rejected | Invalid |
|---|---|---|---|---|---|
| # Votes: | 237 | 237 | 236 | 1 | 0 |
| Vote %: |  |  | 99.58% | 0.42% |  |
| Amt: |  | $5,496,443,152.56 | $5,496,239,925.56 | $203,227.00 |  |
| Amt %: |  |  | 100.00% | 0.00% |  |

| Creditor | Ballot # | Clm Sch | Date Received | Printed Ballot Amount | Tabulated Vote Amount | Vote |  | Opt Out Election | Comment |
|---|---|---|---|---|---|---|---|---|---|
| ALTA FUNDAMENTAL ADVISERS MASTER L.P. | 1552 | S1990 | 7/21/2025 | $1,439,271.89 | $1,439,271.89 | Accept |  | ☐ |  |
| BARCLAYS CAPITAL | 1 |  | 7/22/2025 |  | $63,851,872.00 | Accept | 7 votes | ☐ | DTC 229 |
| BARCLAY'S CAPITAL | 23 |  | 7/23/2025 |  | $305,014,734.00 | Accept | 4 votes | ☐ | DTC 8455 |
| BARDIN HILL EVENT-DRIVEN MASTER FUND LP | 2003 | S2461 | 7/16/2025 | $1,599,101.36 | $1,599,101.36 | Accept |  | ☐ |  |
| BARDIN HILL NE FUND LP | 2004 | S2462 | 7/16/2025 | $1,537,622.50 | $1,537,622.50 | Accept |  | ☐ |  |
| BARDIN HILL OPPORTUNISTIC CREDIT MASTER (ECI) FUND LP | 2005 | S2463 | 7/16/2025 | $5,278,798.87 | $5,278,798.87 | Accept |  | ☐ |  |
| BEMAP RCM LLC | 2283 | S2367 | 7/22/2025 | $565,399.60 | $565,399.60 | Accept |  | ☐ |  |
| BEMAP RCM LLC | 1908 | S2367 | 7/22/2025 | $1,093,837.69 | $1,093,837.69 | Accept |  | ☐ |  |
| BLACKWELL PARTNERS LLC - SERIES A | 2006 | S2464 | 7/21/2025 | $3,887,419.05 | $3,887,419.05 | Accept |  | ☐ |  |
| BOFA SECURITIES, INC. / FIXED INCOME | 10 |  | 7/22/2025 |  | $1,343,612.00 | Accept | 2 votes | ☐ | DTC 773 |
| CCUR HOLDINGS, INC. | 2009 | S2467 | 7/15/2025 | $8,707,663.32 | $8,707,663.32 | Accept |  | ☐ |  |
| CERBERUS LIGADO HOLDINGS LLC | 1558 | S1995 | 7/22/2025 | $40,242,573.11 | $40,242,573.11 | Accept |  | ☐ |  |
| CERBERUS LIGADO HOLDINGS LLC | 2368 |  | 7/22/2025 | $2,175,274.68 | $2,175,274.68 | Accept |  | ☐ |  |
| CITIBANK NA | 36 |  | 7/24/2025 |  | $203,227.00 | Reject |  | ☐ | DTC 908 |
| CITIBANK, NA | 32 |  | 7/24/2025 |  | $7,684,211.00 | Accept | 2 votes | ☐ | DTC 908 |
| COOPERMAN FAMILY FUND | 1980 | S2438 | 7/9/2025 | $3,685,401.96 | $3,685,401.96 | Accept |  | ☐ |  |

Monday, July 28, 2025                                                                                                                                          Page 1 of 4

OMNI AGENT SOLUTIONS                               Visit us on the Web at www.omniagentsolutions.com                               PHONE: (818) 906-8300
5955 DE SOTO AVENUE, SUITE 100                                                                                                     FAX: (818) 783-2737
WOODLAND HILLS, CA 91367

**Debtor: Ligado Networks LLC, et al.**

**Case No. 25-10006**

**Claims Ballot Detail Results**

**Class 3 - First Lien Claims**

| Creditor | Ballot # | Clm Sch | Date Received | Printed Ballot Amount | Tabulated Vote Amount | Vote | Opt Out Election | Comment |
|---|---|---|---|---|---|---|---|---|
| EUROCLEAR BANK SA/NV | 39 | | 7/24/2025 | | $13,719.00 | Accept | ☐ | DTC 1970 |
| FMAP RCM LLC | 1911 | S2370 | 7/22/2025 | $2,284,775.23 | $2,284,775.23 | Accept | ☐ | |
| FMAP RCM LLC | 2286 | S2370 | 7/22/2025 | $529,415.36 | $529,415.36 | Accept | ☐ | |
| GOLDMAN SACHS INTERNATIONAL | 47 | | 7/24/2025 | | $10,831,807.00 | Accept | ☐ | DTC 5208 |
| GOLDMAN, SACHS & CO, LLC | 42 | | 7/24/2025 | | $1,203,499,030.00 | Accept  41 vote | ☐ | DTC 0005 |
| GOLDMAN, SACHS & CO. LLC | 52 | | 7/24/2025 | | $21,448,728.00 | Accept | ☐ | DTC 0005 |
| GWC INVESTMENT HOLDINGS, LLC - SERIES 1 | 2292 | S2379 | 7/22/2025 | $563,472.76 | $563,472.76 | Accept | ☐ | |
| HDML FUND II LLC | 2014 | S2472 | 7/16/2025 | $561,870.34 | $561,870.34 | Accept | ☐ | |
| JEFFERIES LEVERAGED CREDIT PRODUCTS, LLC | 1932 | S2390 | 7/21/2025 | $14,388,804.07 | $14,388,804.07 | Accept | ☐ | |
| JP MORGAN CHASE & CO. CUSTODIAL TRUST COMPANY | 24 | | 7/23/2025 | | $2,864,923.00 | Accept | ☐ | DTC 2424 |
| JP MORGAN CHASE BANK N.A | 41 | | 7/24/2025 | | $759,837.00 | Accept | ☐ | DTC 902 |
| JP MORGAN CHASE BANK N.A. | 34 | | 7/24/2025 | | $479,912,161.00 | Accept  19 vote | ☐ | DTC 902 |
| JP MORGAN SECURITIES LLC | 27 | | 7/23/2025 | | $1,564,583,243.00 | Accept  44 vote | ☐ | DTC 352 |
| JP MORGAN SECURITIES LLC | 19 | | 7/23/2025 | | $164,688,850.00 | Accept  5 votes | ☐ | DTC 187 |
| JPMORGAN CHASE BANK N.A. | 35 | | 7/24/2025 | | $897,983.00 | Accept  2 votes | ☐ | DTC 902 |
| JPMORGAN CHASE BANK, N.A./JPMORGAN CHASE FUNDING INC. | 49 | | 7/24/2025 | | $74,826,343.00 | Accept | ☐ | DTC 2668 |
| LIVE MICROSYSTEMS, INC | 1975 | S2433 | 7/15/2025 | $11,739,310.35 | $11,739,310.35 | Accept | ☐ | |
| LONG FOCUS CAPITAL MASTER, LTD | 2017 | S2475 | 7/22/2025 | $31,441,049.54 | $31,441,049.54 | Accept | ☐ | |
| LSQ ACQUISITION CO (SERIES IX) LLC | 1972 | S2430 | 7/22/2025 | $16,593,190.87 | $16,593,190.87 | Accept | ☐ | |
| LSQ ACQUISITION CO (SERIES VIII) LLC | 1953 | S2411 | 7/22/2025 | $16,911,547.95 | $16,911,547.95 | Accept | ☐ | |
| MANUFACTURERS AND TRADERS TRUST COMPANY | 17 | | 7/23/2025 | | $2,696,660.00 | Accept | ☐ | DTC 990 |
| MORGAN STANLEY & CO LLC | 8 | | 7/22/2025 | | $8,730,091.00 | Accept  3 votes | ☐ | DTC 50 |
| MSD EMPIRE FUND, LP | 1927 | S2386 | 7/23/2025 | $111,669.16 | $111,669.16 | Accept | ☐ | |

**Debtor: Ligado Networks LLC, et al.**

**Case No. 25-10006**

**Claims Ballot Detail Results**

**Class 3 - First Lien Claims**

| Creditor | Ballot # | Clm Sch | Date Received | Printed Ballot Amount | Tabulated Vote Amount | Vote | Opt Out Election | Comment |
|---|---|---|---|---|---|---|---|---|
| MSD EMPIRE FUND, LP | 2370 | | 7/23/2025 | $89,106.77 | $89,106.77 | Accept | ☐ | |
| MSD PCOF1 - BC, LLC | 1937 | S2395 | 7/23/2025 | $137,172.85 | $137,172.85 | Accept | ☐ | |
| MSD PCOF1 - PC, LLC | 1938 | S2396 | 7/23/2025 | $109,457.52 | $109,457.52 | Accept | ☐ | |
| MSD PCOF1 - PC, LLC | 2371 | | 7/23/2025 | $41,620.20 | $41,620.20 | Accept | ☐ | |
| MSD PCOF1 - PC, LLC | 2372 | | 7/23/2025 | $33,210.96 | $33,210.96 | Accept | ☐ | |
| MSD PRIVATE CREDIT OPPORTUNITY MASTER FUND 2, LP | 1940 | S2398 | 7/23/2025 | $423,057.31 | $423,057.31 | Accept | ☐ | |
| MSD PRIVATE CREDIT OPPORTUNITY MASTER FUND 2, LP | 2373 | | 7/23/2025 | $337,579.97 | $337,579.97 | Accept | ☐ | |
| MSD PRIVATE CREDIT OPPORTUNITY MASTER FUND, LP | 1939 | S2397 | 7/23/2025 | $47,212.48 | $47,212.48 | Accept | ☐ | |
| MSD PRIVATE CREDIT OPPORTUNITY MASTER FUND, LP | 2374 | | 7/23/2025 | $37,673.34 | $37,673.34 | Accept | ☐ | |
| MSD SBAFLA FUND LP | 1928 | S2387 | 7/23/2025 | $74,930.00 | $74,930.00 | Accept | ☐ | |
| MSD SBAFLA FUND LP | 2375 | | 7/23/2025 | $59,790.64 | $59,790.64 | Accept | ☐ | |
| MSD SPECIAL INVESTMENTS FUND II, LP | 2376 | | 7/23/2025 | $3,126,041.62 | $3,126,041.62 | Accept | ☐ | |
| MSD SPECIAL INVESTMENTS FUND II, LP | 1929 | S2388 | 7/23/2025 | $3,917,574.83 | $3,917,574.83 | Accept | ☐ | |
| MSD SPECIAL INVESTMENTS FUND, LP | 1921 | S2380 | 7/23/2025 | $154,394.04 | $154,394.04 | Accept | ☐ | |
| MSD SPECIAL INVESTMENTS FUND, LP | 2377 | | 7/23/2025 | $168,946.14 | $168,946.14 | Accept | ☐ | |
| OAKTREE OPPORTUNITIES FUND XB HOLDINGS (DELAWARE) LP | 1966 | S2424 | 7/23/2025 | $18,517,428.71 | $18,517,428.71 | Accept | ☐ | |
| OAKTREE OPPORTUNITIES FUND XI HOLDINGS (DELAWARE), LP | 1965 | S2423 | 7/23/2025 | $30,690,058.26 | $30,690,058.26 | Accept | ☐ | |
| OAKTREE OPPS XI HOLDCO LTD. | 2023 | S2481 | 7/22/2025 | $23,390,688.59 | $23,390,688.59 | Accept | ☐ | |
| OAKTREE PHOENIX INVESTMENT FUND, LP | 1948 | S2406 | 7/23/2025 | $2,829,135.44 | $2,829,135.44 | Accept | ☐ | |
| OAKTREE VALUE OPPORTUNITIES FUND HOLDINGS, LP | 1949 | S2407 | 7/23/2025 | $25,321,315.05 | $25,321,315.05 | Accept | ☐ | |
| OCM TECHNOLOGY HOLDINGS CTB, LLC | 1962 | S2420 | 7/23/2025 | $10,625,648.70 | $10,625,648.70 | Accept | ☐ | |
| PERSHING LLC | 48 | | 7/24/2025 | | $16,392,943.00 | Accept  2 votes | ☐ | DTC 0443 |

OMNI AGENT SOLUTIONS
5955 DE SOTO AVENUE, SUITE 100
WOODLAND HILLS, CA 91367

Visit us on the Web at www.omniagentsolutions.com

PHONE: (818) 906-8300
FAX: (818) 783-2737

**Debtor: Ligado Networks LLC, et al.**

**Case No. 25-10006**

**Claims Ballot Detail Results**

**Class 3 - First Lien Claims**

| Creditor | Ballot # | Clm Sch | Date Received | Printed Ballot Amount | Tabulated Vote Amount | Vote | | Opt Out Election | Comment |
|---|---|---|---|---|---|---|---|---|---|
| PERSHING LLC | 50 | | 7/24/2025 | | $1,241,825.00 | Accept | 3 votes | ☐ | DTC 0443 |
| RAYMOND JAMES & ASSOCIATES INC. | 14 | | 7/23/2025 | | $1,249,598.00 | Accept | | ☐ | DTC 725 |
| RUBRIC CAPITAL LGD LLC | 2369 | | 7/22/2025 | $5,838,347.35 | $5,838,347.35 | Accept | | ☐ | |
| RUBRIC CAPITAL LGD LLC | 1933 | S2391 | 7/22/2025 | $26,067,172.27 | $26,067,172.27 | Accept | | ☐ | |
| STATE STREET BANK & TRUST CO | 38 | | 7/24/2025 | | $24,592,129.00 | Accept | 13 vote | ☐ | DTC 0997 |
| STATE STREET BANK & TRUST CO | 37 | | 7/24/2025 | | $88,405,739.00 | Accept | 4 votes | ☐ | DTC 0997 |
| THE BANK OF NEW YORK MELLON | 22 | | 7/23/2025 | | $600,000.00 | Accept | | ☐ | DTC 2103 |
| THE BANK OF NEW YORK MELLON | 28 | | 7/23/2025 | | $1,040,051,322.00 | Accept | 20 vote | ☐ | DTC 0901 |
| THE LEON AND TOBY COOPERMAN FAMILY FOUNDATION | 1955 | S2413 | 7/9/2025 | $5,528,102.86 | $5,528,102.86 | Accept | | ☐ | |
| THE NORTHERN TRUST COMPANY | 40 | | 7/24/2025 | | $6,326,303.00 | Accept | 4 votes | ☐ | DTC 2669 |
| U.S. BANK N.A./WMIS | 51 | | 7/24/2025 | | $16,216,801.00 | Accept | | ☐ | DTC 3438 |
| UBS SECURITIES LLC | 25 | | 7/23/2025 | | $63,429,670.00 | Accept | 5 votes | ☐ | DTC 0642 |
| WELLS FARGO SECURITIES, LLC | 21 | | 7/23/2025 | | $1,182,656.00 | Accept | | ☐ | DTC 250 |

*Tuesday, July 29, 2025*                                                                                                                                                 *Page 4 of 4*

OMNI AGENT SOLUTIONS
5955 DE SOTO AVENUE, SUITE 100
WOODLAND HILLS, CA 91367

Visit us on the Web at www.omniagentsolutions.com

PHONE: (818) 906-8300
FAX: (818) 783-2737

**Debtor: Ligado Networks LLC, et al.**

**Case No. 25-10006**

**Claims Ballot Detail Results**

**Class 4 - 1.5 Lien Claims**

## Class Summary

**Voting Outcome:** Accepted

|  | Total Received | Total Valid | Accepted | Rejected | Invalid |
|---|---:|---:|---:|---:|---:|
| # Votes: | 113 | 113 | 113 | 0 | 0 |
| Vote %: |  |  | 100.00% | 0.00% |  |
| Amt: |  | $528,406,470.34 | $528,406,470.34 | $0.00 |  |
| Amt %: |  |  | 100.00% | 0.00% |  |

| Creditor | Ballot # | Clm Sch | Date Received | Printed Ballot Amount | Tabulated Vote Amount | Vote | Opt Out Election | Comment |
|---|---|---|---|---:|---:|---|---|---|
| BEMAP MASTER FUND LTD. | 1667 | S2102 | 7/22/2025 | $814,649.80 | $814,649.80 | Accept | ☐ | |
| BEMAP RCM, LLC | 1668 | S2103 | 7/22/2025 | $525,931.31 | $525,931.31 | Accept | ☐ | |
| BLACKSTONE CSP-MST FMAP FUND | 1555 | S1993 | 7/22/2025 | $921,047.18 | $921,047.18 | Accept | ☐ | |
| CCUR HOLDINGS, INC. | 1556 | S1994 | 7/15/2025 | $522,757.66 | $522,757.66 | Accept | ☐ | |
| CERBERUS LIGADO HOLDINGS LLC | 1557 | S1995 | 7/22/2025 | $34,122,035.98 | $34,122,035.98 | Accept | ☐ | |
| CF FC WINDSOR LLC | 1561 | S1998 | 7/22/2025 | $1,835,709.77 | $1,835,709.77 | Accept | ☐ | |
| CF L2 HOLDINGS LLC | 1562 | S1999 | 7/22/2025 | $2,213,577.25 | $2,213,577.25 | Accept | ☐ | |
| COOPERMAN FAMILY CHARITABLE FUND | 1666 | S2101 | 7/9/2025 | $3,428,138.72 | $3,428,138.72 | Accept | ☐ | |
| DBO LSQ HOLDINGS LTD. | 1564 | S2000 | 7/22/2025 | $321,115.01 | $321,115.01 | Accept | ☐ | |
| DBO TRG LS LLC | 1565 | S2001 | 7/22/2025 | $1,273,881.32 | $1,273,881.32 | Accept | ☐ | |
| DBSO TRG (A) SECURITIES LTD. | 1566 | S2002 | 7/22/2025 | $130,731.71 | $130,731.71 | Accept | ☐ | |
| DRAWBRIDGE SPECIAL OPPORTUNITIES FUND LP | 1567 | S2003 | 7/22/2025 | $12,204,339.84 | $12,204,339.84 | Accept | ☐ | |
| DRAWBRIDGE SPECIAL OPPORTUNITIES FUND LTD. | 1568 | S2004 | 7/22/2025 | $3,229,586.71 | $3,229,586.71 | Accept | ☐ | |
| FCO MA CENTRE STREET II (ER) LP | 1569 | S2005 | 7/22/2025 | $1,017,133.53 | $1,017,133.53 | Accept | ☐ | |
| FCO MA CENTRE STREET II (PF) LP | 1570 | S2006 | 7/22/2025 | $871,829.67 | $871,829.67 | Accept | ☐ | |
| FCO MA CENTRE STREET II (TR) LP | 1571 | S2007 | 7/22/2025 | $1,017,133.53 | $1,017,133.53 | Accept | ☐ | |

**Debtor: Ligado Networks LLC, et al.**

**Case No. 25-10006**

**Claims Ballot Detail Results**

**Class 4 - 1.5 Lien Claims**

| Creditor | Ballot # | Clm Sch | Date Received | Printed Ballot Amount | Tabulated Vote Amount | Vote | Opt Out Election | Comment |
|---|---|---|---|---|---|---|---|---|
| FCO MA CENTRE STREET LP | 1572 | S2008 | 7/22/2025 | $3,389,807.17 | $3,389,807.17 | Accept | ☐ | |
| FCO MA II UB SECURITIES LLC | 1573 | S2009 | 7/22/2025 | $2,941,726.91 | $2,941,726.91 | Accept | ☐ | |
| FCO MA III LP DBA FCO MA III UB SECURITIES LLC | 1574 | S2010 | 7/22/2025 | $2,784,351.07 | $2,784,351.07 | Accept | ☐ | |
| FCO MA IV LP DBA FCO MA IV UB SECURITIES LLC | 1575 | S2011 | 7/22/2025 | $302,727.97 | $302,727.97 | Accept | ☐ | |
| FCO MA J5 SECURITIES LTD. | 1577 | S2013 | 7/22/2025 | $702,306.67 | $702,306.67 | Accept | ☐ | |
| FCO MA LSS LP | 1578 | S2014 | 7/22/2025 | $1,251,989.87 | $1,251,989.87 | Accept | ☐ | |
| FCO MA MAPLE LEAF LP | 1579 | S2015 | 7/22/2025 | $3,976,337.05 | $3,976,337.05 | Accept | ☐ | |
| FCO MA MI II L.P. | 1580 | S2016 | 7/22/2025 | $1,404,613.17 | $1,404,613.17 | Accept | ☐ | |
| FCO MA MI LP | 1581 | S2017 | 7/22/2025 | $292,637.07 | $292,637.07 | Accept | ☐ | |
| FCO MA ML INVESTMENTS II LLC | 1582 | S2018 | 7/22/2025 | $483,258.59 | $483,258.59 | Accept | ☐ | |
| FCO MA ML SECURITIES LTD. | 1583 | S2019 | 7/22/2025 | $455,626.20 | $455,626.20 | Accept | ☐ | |
| FCO MA SC II INVESTMENTS LLC | 1584 | S2020 | 7/22/2025 | $201,357.71 | $201,357.71 | Accept | ☐ | |
| FCO MA SC II LP | 1585 | S2021 | 7/22/2025 | $126,728.76 | $126,728.76 | Accept | ☐ | |
| FCO MA SC II SECURITIES LTD. | 1586 | S2022 | 7/22/2025 | $37,709.85 | $37,709.85 | Accept | ☐ | |
| FCO MA SC LP | 1587 | S2023 | 7/22/2025 | $1,101,654.30 | $1,101,654.30 | Accept | ☐ | |
| FCO MA SC SECURITIES LTD. | 1588 | S2024 | 7/22/2025 | $109,536.54 | $109,536.54 | Accept | ☐ | |
| FCO MA V UB SECURITIES LLC | 1589 | S2025 | 7/22/2025 | $1,453,048.15 | $1,453,048.15 | Accept | ☐ | |
| FCO V LSS SUBCO LP | 1590 | S2026 | 7/22/2025 | $702,306.69 | $702,306.69 | Accept | ☐ | |
| FCOF C LSQ HOLDINGS LTD. | 1591 | S2027 | 7/22/2025 | $470,081.68 | $470,081.68 | Accept | ☐ | |
| FCOF II CD LSQ HOLDINGS LTD. | 1592 | S2028 | 7/22/2025 | $339,397.05 | $339,397.05 | Accept | ☐ | |
| FCOF II UB HOLDINGS LTD. | 1593 | S2029 | 7/22/2025 | $4,151,304.47 | $4,151,304.47 | Accept | ☐ | |
| FCOF II UB SECURITIES LLC | 1594 | S2030 | 7/22/2025 | $2,305,507.22 | $2,305,507.22 | Accept | ☐ | |
| FCOF II UST LLC | 1595 | S2031 | 7/22/2025 | $34,916.70 | $34,916.70 | Accept | ☐ | |
| FCOF III CD LSQ HOLDINGS LTD. | 1596 | S2032 | 7/22/2025 | $765,467.72 | $765,467.72 | Accept | ☐ | |
| FCOF III UB HOLDINGS LTD. | 1597 | S2033 | 7/22/2025 | $8,990,798.07 | $8,990,798.07 | Accept | ☐ | |

**Debtor: Ligado Networks LLC, et al.**

**Case No. 25-10006**

**Claims Ballot Detail Results**

**Class 4 - 1.5 Lien Claims**

| Creditor | Ballot # | Clm Sch | Date Received | Printed Ballot Amount | Tabulated Vote Amount | Vote | Opt Out Election | Comment |
|---|---|---|---|---|---|---|---|---|
| FCOF III UB SECURITIES LLC | 1598 | S2034 | 7/22/2025 | $3,303,676.81 | $3,303,676.81 | Accept | ☐ | |
| FCOF IV CDG HOLDINGS LTD. | 1599 | S2035 | 7/22/2025 | $211,669.35 | $211,669.35 | Accept | ☐ | |
| FCOF IV UB INVESTMENTS LP | 1600 | S2036 | 7/22/2025 | $1,427,325.12 | $1,427,325.12 | Accept | ☐ | |
| FCOF IV UL INVESTMENTS LLC | 1601 | S2037 | 7/22/2025 | $2,267,859.51 | $2,267,859.51 | Accept | ☐ | |
| FCOF UB HOLDINGS LTD. | 1602 | S2038 | 7/22/2025 | $7,696,328.43 | $7,696,328.43 | Accept | ☐ | |
| FCOF UB SECURITIES LLC | 1603 | S2039 | 7/22/2025 | $3,780,212.07 | $3,780,212.07 | Accept | ☐ | |
| FCOF UST LLC | 1604 | S2040 | 7/22/2025 | $57,251.39 | $57,251.39 | Accept | ☐ | |
| FCOF V CDG LSQ HOLDINGS LTD. | 1605 | S2041 | 7/22/2025 | $1,439,049.81 | $1,439,049.81 | Accept | ☐ | |
| FCOF V UL INVESTMENTS LLC | 1606 | S2042 | 7/22/2025 | $24,774,571.73 | $24,774,571.73 | Accept | ☐ | |
| FGOY II INVESTMENTS LLC | 1607 | S2043 | 7/22/2025 | $67,201.51 | $67,201.51 | Accept | ☐ | |
| FGOY II SECURITIES LTD. | 1608 | S2044 | 7/22/2025 | $22,550.60 | $22,550.60 | Accept | ☐ | |
| FGOY SECURITIES LTD. | 1609 | S2045 | 7/22/2025 | $153,444.92 | $153,444.92 | Accept | ☐ | |
| FLR UST LP | 2011 | S2469 | 7/22/2025 | $40,242,573.09 | $40,242,573.09 | Accept | ☐ | |
| FMAP RCM, LLC | 1669 | S2104 | 7/22/2025 | $492,458.97 | $492,458.97 | Accept | ☐ | |
| FORTRESS CREDIT OPPORTUNITIES FUND (A) LP | 1611 | S2047 | 7/22/2025 | $3,639,241.67 | $3,639,241.67 | Accept | ☐ | |
| FORTRESS CREDIT OPPORTUNITIES FUND (B) LP | 1612 | S2048 | 7/22/2025 | $564,461.03 | $564,461.03 | Accept | ☐ | |
| FORTRESS CREDIT OPPORTUNITIES FUND II (A) LP | 1613 | S2049 | 7/22/2025 | $2,698,105.80 | $2,698,105.80 | Accept | ☐ | |
| FORTRESS CREDIT OPPORTUNITIES FUND II (B) LP | 1614 | S2050 | 7/22/2025 | $218,622.46 | $218,622.46 | Accept | ☐ | |
| FORTRESS CREDIT OPPORTUNITIES FUND II (E) LP | 1615 | S2051 | 7/22/2025 | $136,958.12 | $136,958.12 | Accept | ☐ | |
| FORTRESS CREDIT OPPORTUNITIES FUND III (A) LP | 1616 | S2052 | 7/22/2025 | $4,559,113.62 | $4,559,113.62 | Accept | ☐ | |
| FORTRESS CREDIT OPPORTUNITIES FUND III (B) LP | 1617 | S2053 | 7/22/2025 | $351,187.64 | $351,187.64 | Accept | ☐ | |

Monday, July 28, 2025                                                                                                                                        Page 3 of 6

OMNI AGENT SOLUTIONS                              Visit us on the Web at www.omniagentsolutions.com                              PHONE: (818) 906-8300
5955 DE SOTO AVENUE, SUITE 100                                                                                                              FAX: (818) 783-2737
WOODLAND HILLS, CA 91367

**Debtor: Ligado Networks LLC, et al.**

**Case No. 25-10006**

**Claims Ballot Detail Results**

**Class 4 - 1.5 Lien Claims**

| Creditor | Ballot # | Clm Sch | Date Received | Printed Ballot Amount | Tabulated Vote Amount | Vote | Opt Out Election | Comment |
|---|---|---|---|---|---|---|---|---|
| FORTRESS CREDIT OPPORTUNITIES FUND III (E) LP | 1618 | S2054 | 7/22/2025 | $241,352.21 | $241,352.21 | Accept | ☐ | |
| FORTRESS CREDIT OPPORTUNITIES FUND IV (A) LP | 1619 | S2055 | 7/22/2025 | $105,667.12 | $105,667.12 | Accept | ☐ | |
| FORTRESS CREDIT OPPORTUNITIES FUND IV (B) LP | 1620 | S2056 | 7/22/2025 | $101,578.91 | $101,578.91 | Accept | ☐ | |
| FORTRESS CREDIT OPPORTUNITIES FUND IV (E) LP | 1621 | S2057 | 7/22/2025 | $5,804.70 | $5,804.70 | Accept | ☐ | |
| FORTRESS CREDIT OPPORTUNITIES FUND V (A) L.P. | 1622 | S2058 | 7/22/2025 | $857,996.27 | $857,996.27 | Accept | ☐ | |
| FORTRESS CREDIT OPPORTUNITIES FUND V (B) L.P. | 1560 | S1997 | 7/22/2025 | $209,267.36 | $209,267.36 | Accept | ☐ | |
| FORTRESS CREDIT OPPORTUNITIES FUND V (E) LP | 1623 | S2059 | 7/22/2025 | $36,170.19 | $36,170.19 | Accept | ☐ | |
| FORTRESS GLOBAL OPPORTUNITIES (YEN) FUND II L.P. | 1624 | S2060 | 7/22/2025 | $113,688.02 | $113,688.02 | Accept | ☐ | |
| FORTRESS GLOBAL OPPORTUNITIES (YEN) FUND LP | 1625 | S2061 | 7/22/2025 | $1,543,259.07 | $1,543,259.07 | Accept | ☐ | |
| FORTRESS VINTAGE SECURITIES LTD. | 1626 | S2062 | 7/22/2025 | $231,186.37 | $231,186.37 | Accept | ☐ | |
| FTS SIP CORP. | 1627 | S2063 | 7/22/2025 | $5,141.90 | $5,141.90 | Accept | ☐ | |
| FTS SIP II INVESTMENTS V LLC | 1628 | S2064 | 7/22/2025 | $1,886,348.46 | $1,886,348.46 | Accept | ☐ | |
| FTS SIP II SECURITIES LTD | 1629 | S2065 | 7/22/2025 | $193,586.01 | $193,586.01 | Accept | ☐ | |
| FTS SIP INVESTMENTS II LLC | 1630 | S2066 | 7/22/2025 | $238,534.54 | $238,534.54 | Accept | ☐ | |
| FTS SIP L.P. | 1631 | S2067 | 7/22/2025 | $6,534,969.41 | $6,534,969.41 | Accept | ☐ | |
| FTS SIP SECURITIES LTD. | 1632 | S2068 | 7/22/2025 | $680,022.94 | $680,022.94 | Accept | ☐ | |
| GWC INVESTMENT HOLDINGS, LLC - SERIES 1 | 1645 | S2081 | 7/22/2025 | $661,515.98 | $661,515.98 | Accept | ☐ | |
| HALCYON LOAN TRADING FUND LLC | 1554 | S1992 | 7/16/2025 | $1,899,732.88 | $1,899,732.88 | Accept | ☐ | |
| HBC SPECIAL INTERESTS LLC | 1646 | S2082 | 7/22/2025 | $5,999,242.72 | $5,999,242.72 | Accept | ☐ | |
| JDS1, LLC | 1647 | S2083 | 7/15/2025 | $1,006,891.55 | $1,006,891.55 | Accept | ☐ | |

*Monday, July 28, 2025*    *Page 4 of 6*

OMNI AGENT SOLUTIONS  
5955 DE SOTO AVENUE, SUITE 100  
WOODLAND HILLS, CA 91367

Visit us on the Web at www.omniagentsolutions.com

PHONE: (818) 906-8300  
FAX: (818) 783-2737

**Debtor: Ligado Networks LLC, et al.**

**Case No. 25-10006**

**Claims Ballot Detail Results**

**Class 4 - 1.5 Lien Claims**

| Creditor | Ballot # | Clm Sch | Date Received | Printed Ballot Amount | Tabulated Vote Amount | Vote | Opt Out Election | Comment |
|---|---|---|---|---|---|---|---|---|
| JEFFERIES LEVERAGED CREDIT PRODUCTS, LLC | 1931 | S2390 | 7/21/2025 | $1,138,922.77 | $1,138,922.77 | Accept | ☐ | |
| KL SPECIAL OPPORTUNITIES MASTER FUND LTD | 1649 | S2085 | 7/15/2025 | $3,428,138.72 | $3,428,138.72 | Accept | ☐ | |
| LEON COOPERMAN | 1662 | S2098 | 7/9/2025 | $1,207,169.36 | $1,207,169.36 | Accept | ☐ | |
| LIVE MICROSYSTEMS INC. | 1650 | S2086 | 7/15/2025 | $2,571,103.96 | $2,571,103.96 | Accept | ☐ | |
| LSQ ACQUISITION CO (SERIES IX) LLC | 1633 | S2069 | 7/22/2025 | $13,061,838.34 | $13,061,838.34 | Accept | ☐ | |
| LSQ ACQUISITION CO (SERIES VIII) LLC | 1634 | S2070 | 7/22/2025 | $21,060,197.65 | $21,060,197.65 | Accept | ☐ | |
| MSD EMPIRE FUND, L.P. | 1651 | S2087 | 7/23/2025 | $82,886.60 | $82,886.60 | Accept | ☐ | |
| MSD PCOF1 - BC, LLC | 1652 | S2088 | 7/23/2025 | $101,816.72 | $101,816.72 | Accept | ☐ | |
| MSD PCOF1 - PC, LLC | 1653 | S2089 | 7/23/2025 | $30,892.64 | $30,892.64 | Accept | ☐ | |
| MSD PRIVATE CREDIT OPPORTUNITY MASTER FUND 2, L.P. | 1654 | S2090 | 7/23/2025 | $314,014.86 | $314,014.86 | Accept | ☐ | |
| MSD PRIVATE CREDIT OPPORTUNITY MASTER FUND, L.P. | 1655 | S2091 | 7/23/2025 | $35,043.52 | $35,043.52 | Accept | ☐ | |
| MSD SBAFLA FUND, L.P | 1656 | S2092 | 7/23/2025 | $55,616.87 | $55,616.87 | Accept | ☐ | |
| MSD SPECIAL INVESTMENTS FUND II, L.P. | 1657 | S2093 | 7/23/2025 | $2,907,825.13 | $2,907,825.13 | Accept | ☐ | |
| MSD SPECIAL INVESTMENTS FUND, L.P. | 1658 | S2094 | 7/23/2025 | $157,152.72 | $157,152.72 | Accept | ☐ | |
| OAKTREE OPPORTUNITIES FUND XB HOLDINGS (DELAWARE), L.P. | 1659 | S2095 | 7/22/2025 | $68,119.55 | $68,119.55 | Accept | ☐ | |
| OAKTREE VALUE OPPORTUNITIES FUND HOLDINGS, L.P. | 1660 | S2096 | 7/22/2025 | $5,168,338.89 | $5,168,338.89 | Accept | ☐ | |
| OCM TECHNOLOGY HOLDINGS CTB, LLC | 1661 | S2097 | 7/22/2025 | $5,377,892.61 | $5,377,892.61 | Accept | ☐ | |
| OMEGA CAPITAL PARTNERS, L.P. | 1663 | S2099 | 7/9/2025 | $196,785,866.47 | $196,785,866.47 | Accept | ☐ | |
| RUBRIC CAPITAL LGD LLC | 1670 | S2105 | 7/22/2025 | $5,430,795.64 | $5,430,795.64 | Accept | ☐ | |
| RUBRIC CAPITAL MASTER FUND LP | 1671 | S2106 | 7/22/2025 | $18,083,216.81 | $18,083,216.81 | Accept | ☐ | |
| SUP FCO MA II INVESTMENTS CORP | 1635 | S2071 | 7/22/2025 | $161,086.18 | $161,086.18 | Accept | ☐ | |
| SUP FCO MA II SECURITIES LTD. | 1636 | S2072 | 7/22/2025 | $30,167.89 | $30,167.89 | Accept | ☐ | |

*Monday, July 28, 2025*    *Page 5 of 6*

OMNI AGENT SOLUTIONS    Visit us on the Web at www.omniagentsolutions.com    PHONE: (818) 906-8300
5955 DE SOTO AVENUE, SUITE 100    FAX: (818) 783-2737
WOODLAND HILLS, CA 91367

**Debtor: Ligado Networks LLC, et al.**

**Case No. 25-10006**

**Claims Ballot Detail Results**

**Class 4 - 1.5 Lien Claims**

| Creditor | Ballot # | Clm Sch | Date Received | Printed Ballot Amount | Tabulated Vote Amount | Vote | Opt Out Election | Comment |
|---|---|---|---|---|---|---|---|---|
| SUP FCO MA II UB SECURITIES LLC | 1637 | S2073 | 7/22/2025 | $101,382.96 | $101,382.96 | Accept | ☐ | |
| SUP FCO MA III INVESTMENTS LLC | 1638 | S2074 | 7/22/2025 | $1,273,881.40 | $1,273,881.40 | Accept | ☐ | |
| SUP FCO MA III SECURITIES LTD. | 1639 | S2075 | 7/22/2025 | $130,731.71 | $130,731.71 | Accept | ☐ | |
| SUP FCO MA SECURITIES LTD. | 1640 | S2076 | 7/22/2025 | $121,707.29 | $121,707.29 | Accept | ☐ | |
| SUPER FCO MA LP DBA SUP FCO MA UB SECURITIES LLC | 1641 | S2077 | 7/22/2025 | $1,224,060.64 | $1,224,060.64 | Accept | ☐ | |
| THE LEON AND TOBY COOPERMAN FAMILY FOUNDATION | 1665 | S2100 | 7/9/2025 | $21,517,912.18 | $21,517,912.18 | Accept | ☐ | |
| VINTAGE LS LLC | 1642 | S2078 | 7/22/2025 | $2,325,136.62 | $2,325,136.62 | Accept | ☐ | |
| WORDEN CLIP LTD. | 1643 | S2079 | 7/22/2025 | $51,814.79 | $51,814.79 | Accept | ☐ | |
| WORDEN MASTER FUND LP | 1644 | S2080 | 7/22/2025 | $521,122.95 | $521,122.95 | Accept | ☐ | |

Monday, July 28, 2025                                                                                                                                                                Page 6 of 6

OMNI AGENT SOLUTIONS                                          Visit us on the Web at www.omniagentsolutions.com                                          PHONE: (818) 906-8300
5955 DE SOTO AVENUE, SUITE 100                                                                                                                                                   FAX: (818) 783-2737
WOODLAND HILLS, CA 91367

**Debtor: Ligado Networks LLC, et al.**

**Case No. 25-10006**

**Claims Ballot Detail Results**

**Class 5 - Second Lien Note Claims**

| Class Summary | Voting Outcome: | Accepted | | | |
|---|---|---|---|---|---|
| | **Total Received** | **Total Valid** | **Accepted** | **Rejected** | **Invalid** |
| # Votes: | 132 | 132 | 132 | 0 | 0 |
| Vote %: | | | 100.00% | 0.00% | |
| Amt: | | $2,040,981,762.00 | $2,040,981,762.00 | $0.00 | |
| Amt %: | | | 100.00% | 0.00% | |

| Creditor | Ballot # | Clm Sch | Date Received | Printed Ballot Amount | Tabulated Vote Amount | Vote | | Opt Out Election | Comment |
|---|---|---|---|---|---|---|---|---|---|
| BARCLAYS BANK PLC | 13 | | 7/22/2025 | | $106,594,115.00 | Accept | | ☐ | DTC 8455 |
| BARCLAYS CAPITAL | 2 | | 7/22/2025 | | $3,192,381.00 | Accept | | ☐ | DTC 229 |
| BOFA SECURITIES, INC. / FIXED INCOME | 12 | | 7/22/2025 | | $742,743.00 | Accept | | ☐ | DTC 773 |
| BOFA SECURITIES, INC. / FIXED INCOME | 11 | | 7/22/2025 | | $456,765.00 | Accept | | ☐ | DTC 773 |
| CITIBANK NA | 33 | | 7/24/2025 | | $8,731,235.00 | Accept | | ☐ | DTC 908 |
| GOLDMAN SACHS INTERNATIONAL | 45 | | 7/24/2025 | | $81,834,127.00 | Accept | 3 votes | ☐ | DTC 5208 |
| GOLDMAN, SACHS & CO, LLC | 43 | | 7/24/2025 | | $262,449,028.00 | Accept | 19 vote | ☐ | DTC 0005 |
| GOLDMAN, SACHS & CO. LLC | 53 | | 7/24/2025 | | $5,487,393.00 | Accept | | ☐ | DTC 0005 |
| J.P. MORGAN CHASE BANK N.A. | 30 | | 7/24/2025 | | $141,893,991.00 | Accept | 4 votes | ☐ | DTC 902 |
| JP MORGAN SECURITIES LLC | 20 | | 7/23/2025 | | $22,520,514.00 | Accept | | ☐ | DTC 187 |
| JPMORGAN SECURITIES LLC | 9 | | 7/22/2025 | | $678,573,942.00 | Accept | 23 vote | ☐ | DTC 352 |
| PERSHING, LLC | 44 | | 7/24/2025 | | $58,952,413.00 | Accept | | ☐ | DTC 0443 |
| THE BANK OF NEW YORK | 31 | | 7/24/2025 | | $82,697.00 | Accept | | ☐ | DTC 2196 |
| THE BANK OF NEW YORK | 29 | | 7/24/2025 | | $669,470,418.00 | Accept | 74 vote | ☐ | DTC 0901 |

Monday, July 28, 2025    Page 1 of 1

OMNI AGENT SOLUTIONS
5955 DE SOTO AVENUE, SUITE 100
WOODLAND HILLS, CA 91367

Visit us on the Web at www.omniagentsolutions.com

PHONE: (818) 906-8300
FAX: (818) 783-2737

**Debtor: Ligado Networks LLC, et al.**

**Case No. 25-10006**

**Claims Ballot Detail Results**

**Class 9 - Series A-0 Preferred Units**

## Class Summary

Voting Outcome: **Accepted**

|  | Total Received | Total Valid | Accepted | Rejected | Invalid |
|---|---|---|---|---|---|
| # Votes: | 31 | 31 | 31 | 0 | 0 |
| Vote %: |  |  | 100.00% | 0.00% |  |
| Amt: |  | $19,197,292.25 | $19,197,292.25 | $0.00 |  |
| Amt %: |  |  | 100.00% | 0.00% |  |

| Creditor | Ballot # | Clm Sch | Date Received | Printed Ballot Amount | Tabulated Vote Amount | Vote | Opt Out Election | Comment |
|---|---|---|---|---|---|---|---|---|
| BEMAP RCM LLC | 1811 | S2270 | 7/22/2025 | $89,289.91 | $89,289.91 | Accept | ☐ |  |
| BLUE PENINSULA FUND LP | 1853 | S2312 | 7/23/2025 | $19,844.43 | $19,844.43 | Accept | ☐ |  |
| CCUR HOLDINGS INC | 1885 | S2344 | 7/15/2025 | $24,300.10 | $24,300.10 | Accept | ☐ |  |
| CENTAURUS CAPITAL LP | 1896 | S2355 | 7/22/2025 | $157,571.38 | $157,571.38 | Accept | ☐ |  |
| CERBERUS LIGADO HOLDINGS LLC | 1819 | S2278 | 7/22/2025 | $6,492,659.78 | $6,492,659.78 | Accept | ☐ |  |
| COASTLINE FUND LP | 1855 | S2314 | 7/23/2025 | $25,787.83 | $25,787.83 | Accept | ☐ |  |
| CONDAGUA LLC | 1781 | S2240 | 7/22/2025 | $33,477.55 | $33,477.55 | Accept | ☐ |  |
| CORBIN ERISA OPPORTUNITY FUND LTD | 1829 | S2288 | 7/17/2025 | $20,335.81 | $20,335.81 | Accept | ☐ |  |
| CORBIN OPPORTUNITY FUND LP | 1831 | S2290 | 7/17/2025 | $20,335.81 | $20,335.81 | Accept | ☐ |  |
| CREDIT MARKETS HOLDINGS LLC | 1876 | S2335 | 7/24/2025 | $168,931.38 | $168,931.38 | Accept | ☐ | Claimant wrote claim amount of $0.00, tabulated at voting amount. |
| FMAP RCM LLC | 1809 | S2268 | 7/22/2025 | $94,073.67 | $94,073.67 | Accept | ☐ |  |
| GWC INVESTMENT HOLDINGS LLC SERIES 1 | 1875 | S2334 | 7/22/2025 | $661,413.55 | $661,413.55 | Accept | ☐ |  |
| JDS1 LLC | 1783 | S2242 | 7/15/2025 | $28,347.57 | $28,347.57 | Accept | ☐ |  |
| JEFFERIES LLC | 1784 | S2243 | 7/21/2025 | $288,375.03 | $288,375.03 | Accept | ☐ |  |
| LEON G COOPERMAN | 1886 | S2345 | 7/21/2025 | $63,737.69 | $63,737.69 | Accept | ☐ |  |
| LIGADO BLACKROCK HOLDINGS LLC | 1857 | S2316 | 7/23/2025 | $126,029.54 | $126,029.54 | Accept | ☐ |  |

OMNI AGENT SOLUTIONS  
5955 DE SOTO AVENUE, SUITE 100  
WOODLAND HILLS, CA 91367

Visit us on the Web at www.omniagentsolutions.com

PHONE: (818) 906-8300  
FAX: (818) 783-2737

**Debtor: Ligado Networks LLC, et al.**

**Case No. 25-10006**

## Claims Ballot Detail Results

### Class 9 - Series A-0 Preferred Units

| Creditor | Ballot # | Clm Sch | Date Received | Printed Ballot Amount | Tabulated Vote Amount | Vote | Opt Out Election | Comment |
|---|---|---|---|---|---|---|---|---|
| LIGADO FAIR LANE INVESTMENT PARTNERS LLC | 1861 | S2320 | 7/23/2025 | $21,022.61 | $21,022.61 | Accept | ☐ | |
| LONG FOCUS CAPITAL MASTER LTD | 1792 | S2251 | 7/22/2025 | $96,303.83 | $96,303.83 | Accept | ☐ | |
| LSQ ACQUISITION CO LLC SERIES IV | 1874 | S2333 | 7/22/2025 | $6,600,400.11 | $6,600,400.11 | Accept | ☐ | |
| MELODY CAPITAL PARTNERS OFFSHORE CREDIT MINI-MASTER FUND LP | 1793 | S2252 | 7/16/2025 | $112,095.53 | $112,095.53 | Accept | ☐ | |
| MELODY CAPITAL PARTNERS ONSHORE CREDIT FUND LP | 1794 | S2253 | 7/16/2025 | $100,585.13 | $100,585.13 | Accept | ☐ | |
| MELODY SPECIAL SITUATIONS OFFSHORE CREDIT MINI-MASTER FUND LP | 1795 | S2254 | 7/16/2025 | $327,441.42 | $327,441.42 | Accept | ☐ | |
| MSD CREDIT OPPORTUNITY FUND LP | 1840 | S2299 | 7/21/2025 | $438,072.15 | $438,072.15 | Accept | ☐ | |
| OCM TECHNOLOGY HOLDINGS CTB LLC | 1901 | S2360 | 7/22/2025 | $321,517.48 | $321,517.48 | Accept | ☐ | |
| OMEGA CAPITAL PARTNERS LP | 1887 | S2346 | 7/21/2025 | $1,179,630.80 | $1,179,630.80 | Accept | ☐ | |
| PORTMAN LIMITED | 1798 | S2257 | 7/23/2025 | $536,552.67 | $536,552.67 | Accept | ☐ | |
| RUBRIC CAPITAL LGD LLC | 1813 | S2272 | 7/22/2025 | $897,722.48 | $897,722.48 | Accept | ☐ | |
| THE LEON & TOBY COOPERMAN FAMILY FOUNDATION | 1888 | S2347 | 7/21/2025 | $230,115.84 | $230,115.84 | Accept | ☐ | |
| WARANA SP MASTER FUND SPC 2018 SEGREGATED PORTFOLIO | 1802 | S2261 | 7/17/2025 | $4,695.45 | $4,695.45 | Accept | ☐ | |
| WARANA SP MASTER FUND SPC 2019 SEGREGATED PORTFOLIO | 1803 | S2262 | 7/17/2025 | $2,045.66 | $2,045.66 | Accept | ☐ | |
| WARANA SP MASTER FUND SPC 2021 SEGREGATED PORTFOLIO | 1804 | S2263 | 7/17/2025 | $14,580.06 | $14,580.06 | Accept | ☐ | |

**OMNI AGENT SOLUTIONS**                         Visit us on the Web at www.omniagentsolutions.com                         **PHONE: (818) 906-8300**
**5955 DE SOTO AVENUE, SUITE 100**                                                                                                            **FAX: (818) 783-2737**
**WOODLAND HILLS, CA 91367**

**Debtor: Ligado Networks LLC, et al.**

**Case No. 25-10006**

**Claims Ballot Detail Results**

**Class 10 - Series A-1 Preferred Units**

## Class Summary

**Voting Outcome:** Accepted

|  | Total Received | Total Valid | Accepted | Rejected | Invalid |
|---|---|---|---|---|---|
| # Votes: | 14 | 14 | 14 | 0 | 0 |
| Vote %: |  |  | 100.00% | 0.00% |  |
| Amt: |  | $13,359,803.04 | $13,359,803.04 | $0.00 |  |
| Amt %: |  |  | 100.00% | 0.00% |  |

| Creditor | Ballot # | Clm Sch | Date Received | Printed Ballot Amount | Tabulated Vote Amount | Vote | Opt Out Election | Comment |
|---|---|---|---|---|---|---|---|---|
| BEMAP RCM LLC | 1812 | S2271 | 7/22/2025 | $39,554.00 | $39,554.00 | Accept | ☐ |  |
| CENTAURUS CAPITAL LP | 1998 | S2456 | 7/22/2025 | $184,569.14 | $184,569.14 | Accept | ☐ |  |
| CERBERUS LIGADO HOLDINGS LLC | 1820 | S2279 | 7/22/2025 | $61,876.64 | $61,876.64 | Accept | ☐ |  |
| CREDIT MARKETS HOLDINGS LLC | 1877 | S2336 | 7/24/2025 | $10,712,514.18 | $10,712,514.18 | Accept | ☐ | Claimant wrote claim amount of $0.00, tabulated at voting amount. |
| FMAP RCM LLC | 1810 | S2269 | 7/22/2025 | $35,272.00 | $35,272.00 | Accept | ☐ |  |
| JEFFERIES LLC | 1785 | S2244 | 7/21/2025 | $11,374.00 | $11,374.00 | Accept | ☐ |  |
| LSQ ACQUISITION CO LLC SERIES III | 1872 | S2331 | 7/22/2025 | $61,094.00 | $61,094.00 | Accept | ☐ |  |
| MSD FNBC INVESTORS LLC | 1842 | S2301 | 7/21/2025 | $1,367,952.88 | $1,367,952.88 | Accept | ☐ |  |
| MSS PREFERRED SANDS LLC | 1796 | S2255 | 7/17/2025 | $72,099.00 | $72,099.00 | Accept | ☐ |  |
| PORTMAN LIMITED | 1991 | S2449 | 7/23/2025 | $59,961.00 | $59,961.00 | Accept | ☐ |  |
| RUBRIC CAPITAL LGD LLC | 1814 | S2273 | 7/22/2025 | $356,118.00 | $356,118.00 | Accept | ☐ |  |
| WARANA SP MASTER FUND SPC | 1992 | S2450 | 7/17/2025 | $32,604.46 | $32,604.46 | Accept | ☐ |  |
| WARANA SP USA V LLC | 1805 | S2264 | 7/17/2025 | $349,905.54 | $349,905.54 | Accept | ☐ |  |
| WARBASSE67 LLC | 1851 | S2310 | 7/15/2025 | $14,908.20 | $14,908.20 | Accept | ☐ |  |

Monday, July 28, 2025                                                                                                                                Page 1 of 1

OMNI AGENT SOLUTIONS                                          Visit us on the Web at www.omniagentsolutions.com                          PHONE: (818) 906-8300
5955 DE SOTO AVENUE, SUITE 100                                                                                                            FAX: (818) 783-2737
WOODLAND HILLS, CA 91367