## Exhibit B

**Consolidated Opt-Out Report**

# Debtor: Ligado Networks LLC, et al.
## Case No. 25-10006
## Opt Out Detail Results
## Non Voting Parties - Opt Out Form Results

| Creditor | Plan Class | Clm Sch | Date Received | Opt Out Election | Comment |
|---|---|---|---|---|---|
| BOEING SATELLITE SYSTEMS, INC. | GENERAL UNSECURED CLAIMS | C34 | 7/10/2025 | ☑ | |
| CALIAN LTD. | GENERAL UNSECURED CLAIMS | C1 | 7/15/2025 | ☑ | |

*Monday, July 28, 2025*

*Page 1 of 1*

**OMNI AGENT SOLUTIONS**
**5955 DE SOTO AVENUE, SUITE 100**
**WOODLAND HILLS, CA 91367**

Visit us on the Web at www.omniagentsolutions.com

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**