**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | ) | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| LIGADO NETWORKS LLC, *et al.*,[1] | ) | Case No. 25-10006 (TMH) |
| | ) | |
| Debtors. | ) | (Jointly Administered) |
| | ) | |
| | ) | **Hearing Date: September 22, 2025 at 2:00 p.m. (ET)** |
| | ) | |
| | ) | **Re: Docket Nos. 694, 696, 697, 700, 764, 799, 833 & 957** |
| | ) | |
| | ) | |

**NOTICE OF RESCHEDULED HEARING TO CONSIDER (I) CONFIRMATION OF THE JOINT CHAPTER 11 PLAN OF LIGADO NETWORKS LLC AND ITS AFFILIATED DEBTORS AND DEBTORS IN POSSESSION AND (II) APPROVAL OF DIP AMENDMENT MOTION**

PLEASE TAKE NOTICE that, on June 24, 2025, the United States Bankruptcy Court for the District of Delaware (the "Court") entered an order (Docket No. 694) (the "Disclosure Statement Order") approving the *Disclosure Statement for Joint Chapter 11 Plan of Ligado Networks LLC, and Its Affiliated Debtors and Debtors in Possession* (Docket No. 697) (the "Disclosure Statement") in the above-captioned chapter 11 cases. The Disclosure Statement Order, among other things, authorized the Debtors to solicit votes to accept or reject the *Joint Chapter 11 Plan of Ligado Networks LLC and Its Affiliated Debtors and Debtors in Possession*, filed on June 24, 2025 (Docket No. 696) (the "Plan").[2]

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, as applicable, are: Ligado Networks LLC (3801); ATC Technologies, LLC (N/A); Ligado Networks (Canada) Inc. (N/A); Ligado Networks Build LLC (N/A); Ligado Networks Corp. (N/A); Ligado Networks Finance LLC (N/A); Ligado Networks Holdings (Canada) Inc. (N/A); Ligado Networks Inc. of Virginia (9725); Ligado Networks Subsidiary LLC (N/A); One Dot Six LLC (8763); and One Dot Six TVCC LLC (N/A). The Debtors' headquarters is located at: 10802 Parkridge Boulevard, Reston, Virginia 20191.

[2] Capitalized terms used but not defined in this Notice have the meanings ascribed to them in the Disclosure Statement Order.

PLEASE TAKE FURTHER NOTICE that, on July 24, 2025, the Debtors filed the *Debtors' Motion for Entry of an Order (I) Approving the Amendment to the DIP Credit Agreement, (II) Approving the Letter Agreement and AST Power of Attorney, and (III) Granting Related Relief* (Docket No. 764) (the "DIP Amendment Motion").

PLEASE TAKE FURTHER NOTICE that a hearing to consider confirmation of the Plan and approval of the DIP Amendment Motion was previously scheduled for September 3, 2025 at 3:00 p.m. (prevailing Eastern Time). *See* Docket Nos. 700, 764, 799 and 833.

PLEASE TAKE FURTHER NOTICE that, on September 8, 2025, the Debtors filed an amended version of the Plan (Docket No. 957).

PLEASE TAKE FURTHER NOTICE that, the hearing to consider confirmation of the Plan and approval of the DIP Amendment Motion has been adjourned to **September 22, 2025 at 2:00 p.m. (prevailing Eastern Time)** (the "Hearing") and will be held before The Honorable Thomas M. Horan, United States Bankruptcy Judge for the District of Delaware, at the Court, 824 North Market Street, 5th Floor, Courtroom 5, Wilmington, Delaware 19801.

PLEASE TAKE FURTHER NOTICE that the Debtors reserve the right to further adjourn the Hearing and any other dates and deadlines relating to confirmation of the Plan consistent with the Disclosure Statement Order and the Local Rules.

[*Remainder of page intentionally left blank*]

RLF1 33750050V.1

Dated  September 9, 2025
Wilmington, Delaware

/s/ Emily R. Mathews
Mark D. Collins, Esq. (Bar No. 2981)
Michael J. Merchant, Esq. (Bar No. 3854)
Amanda R. Steele, Esq. (Bar No. 5530)
Emily R. Mathews, Esq. (Bar No. 6866)
Zachary J. Javorsky, Esq. (Bar No. 7069)
Colin A. Meehan, Esq. (Bar No. 7237)
**RICHARDS, LAYTON & FINGER, P.A.**
One Rodney Square
920 North King Street
Wilmington, DE 19801
Telephone:    (302) 651-7700
Facsimile:    (302) 651-7701
Email:    collins@rlf.com
    merchant@rlf.com
    steele@rlf.com
    javorsky@rlf.com
    meehan@rlf.com

-and-

Dennis F. Dunne, Esq. (admitted *pro hac vice*)
Matthew L. Brod, Esq. (admitted *pro hac vice*)
Lauren C. Doyle, Esq. (admitted *pro hac vice*)
**MILBANK LLP**
55 Hudson Yards
New York, New York 10001
Telephone:    (212) 530-5000
Facsimile:    (212) 530-5219
Email:    ddunne@milbank.com
    mbrod@milbank.com
    ldoyle@milbank.com

Andrew M. Leblanc, Esq. (admitted *pro hac vice*)
**MILBANK LLP**
1850 K Street, NW
Suite 1100
Washington DC 20006
Telephone:    (202) 835-7500
Facsimile:    (202) 263-7586
Email:    aleblanc@milbank.com

*Co-Counsel for Debtors in Possession*