## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| LIGADO NETWORKS LLC, *et al.*,[1] | Case No. 25-10006-TMH |
| Debtors. | (Jointly Administered) |

## <u>NOTICE OF SERVICE OF DISCOVERY</u>

**PLEASE TAKE NOTICE** that on September 15, 2025, a copy of the *Boeing Satellite Systems, Inc.'s Responses and Objections to the Debtors' First Set of Requests for Production* was served via electronic mail upon the parties listed below:

| EMAIL<br>**GREENBERG TRAURIG, LLP**<br>Robert "Woody" Angle<br>1750 Tysons Boulevard<br>Suite 1000<br>McLean, VA 22102<br>Email: anglew@gtlaw.com | EMAIL<br>**RICHARDS, LAYTON & FINGER, P.A.**<br>Mark D. Collins<br>Zachary J. Javorsky<br>Amanda R. Steele<br>Michael J. Merchant<br>Robert C. Maddox<br>Colin A. Meehan<br>One Rodney Square<br>920 North King Street<br>Wilmington, DE 19801<br>Email: collins@rlf.com<br>javorsky@rlf.com<br>steele@rlf.com<br>merchant@rlf.com<br>maddox@rlf.com<br>meehan@rlf.com |

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, as applicable, are:  Ligado Networks LLC (3801); ATC Technologies, LLC (N/A); Ligado Networks (Canada) Inc. (N/A); Ligado Networks Build LLC (N/A); Ligado Networks Corp. (N/A); Ligado Networks Finance LLC (N/A); Ligado Networks Holdings (Canada) Inc. (N/A); Ligado Networks Inc. of Virginia (9725); Ligado Networks Subsidiary LLC (N/A); One Dot Six LLC (8763); and One Dot Six TVCC LLC (N/A).  The Debtors' headquarters is located at 10802 Parkridge Boulevard, Reston, Virginia 20191.

{02135110;v1 }

| **EMAIL** | **EMAIL** |
|---|---|
| **GREENBERG TRAURIG, LLP** | **GREENBERG TRAURIG, LLP** |
| Richard A. Edlin | Gideon Albert Levy |
| Jennifer A. Surprenant | Juliana Laurello |
| One Vanderbilt Avenue | 2101 L Street, N.W., Suite 1000 |
| New York, NY 10017 | Washington, D.C. 20037 |
| Email: edlinr@gtlaw.com | Email: levyg@gtlaw.com |
| Jennifer.Surprenant@gtlaw.com | laurelloj@gtlaw.com |

Dated:   September 16, 2025

**ASHBY & GEDDES, P.A.**

*/s/ Michael D. DeBaecke*
Michael D. DeBaecke (No. 3186)
500 Delaware Avenue, 8th Floor
Wilmington, Delaware 19801
Telephone: (302) 654-1888
Email: mdebaecke@ashbygeddes.com

  -and-

**JONES DAY**
Heather Lennox (admitted *pro hac vice*)
Oliver S. Zeltner (admitted *pro hac vice*)
Nick Buchta (admitted *pro hac vice*)
901 Lakeside Avenue
Cleveland, OH  44114-1190
Tel:     (216) 586-7111
           (216) 586-7573
           (216) 586-1300
Email:  hlennox@jonesday.com
            ozeltner@jonesday.com
            nbuchta@jonesday.com

  -and-

Eric P. Stephens (*pro hac vice* forthcoming)
250 Vesey Street
New York, NY 10281
Tel: (212) 326-3916
Email:  epstephens@jonesday.com

*Counsel for The Boeing Company and Boeing Satellite
Systems, Inc.*