# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| LIGADO NETWORKS LLC, *et al.*,[1] | Case No. 25-10006 (TMH) |
| Debtors. | (Jointly Administered) |

## AFFIDAVIT OF SERVICE

I, Randy Lowry, am employed in the county of Los Angeles, State of California. I hereby certify that on September 9, 2025, at my direction and under my supervision, employees of Omni Agent Solutions, Inc. caused true and correct copies of the following documents to be served via the methods set forth on the Master Service List attached hereto as **Exhibit A**:

- **Joint Chapter 11 Plan of Ligado Networks LLC and Its Affiliated Debtors and Debtors In Possession [Docket No. 957]**

- **Notice of Blackline of Joint Chapter 11 Plan of Ligado Networks LLC and Its Affiliated Debtors and Debtors In Possession [Docket No. 958]**

Pursuant to Local Rule 5005-4(c)(ii) of the United States Bankruptcy Court – District of Delaware, notice of these filings was served on the following parties attached hereto as **Exhibit B** through the Court's Electronic Case Filing System and also received courtesy copies via e-mail. Parties may access this filing through the Court's system.

Dated: September 17, 2025

Randy Lowry
Omni Agent Solutions, Inc.
5955 De Soto Avenue, Suite 100
Woodland Hills, CA 91367
818-906-8300

{State of California     }
{                        } ss.
{County of Los Angeles   }

Subscribed and sworn to (or affirmed) before me on this 17th day of September, 20 25, by Randy Lowry, proved to me on the basis of satisfactory evidence to be the person(s) who appeared before me.

Notary Public

CAROLYN K. CASHMAN
Notary Public - California
Los Angeles County
Commission # 2396732
My Comm. Expires Mar 11, 2026

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, as applicable, are: Ligado Networks LLC (3801); ATC Technologies, LLC (N/A); Ligado Networks (Canada) Inc. (N/A); Ligado Networks Build LLC (N/A); Ligado Networks Corp. (N/A); Ligado Networks Finance LLC (N/A); Ligado Networks Holdings (Canada) Inc. (N/A); Ligado Networks Inc. of Virginia (9725); Ligado Networks Subsidiary LLC (N/A); One Dot Six LLC (8763); and One Dot Six TVCC LLC (N/A). The Debtors' headquarters is located at: 10802 Parkridge Boulevard, Reston, Virginia 20191.

# EXHIBIT A

**Exhibit A**
**Master Service List**

| Description | Name | Address | Email | Method of Service |
|---|---|---|---|---|
| *NOA - Counsel for Collin County Tax Assessor/Collector | Abernathy, Roeder, Boyd & Hullett, P.C | Attn: Paul M Lopez / Larry R Boyd<br>Attn: Emily M Hahn<br>1700 Redbud Blvd, Ste. 300<br>McKinney, TX 75069 | ehahn@abernathy-law.com;<br>lboyd@abernathy-law.com;<br>plopez@abernathy-law.com | Email |
| 30 Largest | American Towers LLC | Attn: David Flint<br>c/o American Tower Corp<br>Attn: Contracts Manager<br>1 Presidential Way<br>Woburn, MA 01801 | David.Flint@AmericanTower.com | Email<br>First Class Mail |
| Attorney General | Arizona Attorney General's Office – CSS | P.O. Box 6123, MD 7611<br>Phoenix, AZ 85005-6123 | | First Class Mail |
| *NOA - Counsel for The Boeing Company and Boeing Satellite Systems, Inc | Ashby & Geddes, PA | Attn: Michael D DeBaecke<br>500 Delaware Ave, 8th Fl<br>Wilmington, DE 19801 | mdebaecke@ashbygeddes.com | Email |
| *NOA - Counsel for AT&T Services, Inc. and Its Affiliates | AT&T Services, Inc. and Its Affiliates | Attn: James W Grudus/Karen A Cavagnaro<br>1425 Rte 206<br>Bedminster, NJ 07921 | jg5786@att.com;<br>km1426@att.com | Email |
| 30 Largest | Bell Mobility Inc | Attn: Cesar Amaya<br>P.O. Box 11095<br>Station Centre Ville<br>Montreal, QC H3C 5E7<br>Canada | cesar.amaya@bell.ca | Email<br>First Class Mail |
| 30 Largest | Boeing Satellite Systems Inc | Attn: Cori H Johnson<br>P.O. Box 92919<br>Los Angeles, CA 90009-2919 | cori.h.johnson@boeing.com | Email<br>First Class Mail |
| *NOA - Counsel for Oracle America, Inc | Buchalter, A Professional Corporation | Attn: Shawn M Christianson, Esq.<br>425 Market St, Ste 2900<br>San Francisco, CA 94105 | schristianson@buchalter.com | Email |
| *NOA - Counsel for the Ad Hoc Cross-Holder Group | Cole Schotz P.C. | Attn: Seth Van Aalten/Justin R Alberto<br>Attn: Stacy L Newman<br>500 Delaware Ave, Ste 1410<br>Wilmington, DE 19801 | jalberto@coleschotz.com;<br>snewman@coleschotz.com;<br>svanaalten@coleschotz.com | Email |
| Government Agencies | Delaware Secretary of State | Division of Corporations<br>Franchise Tax<br>P.O. Box 898<br>Dover, DE 19904 | | First Class Mail |
| Government Agencies | Delaware State Treasury | 820 Silver Lake Blvd, Ste 100<br>Dover, DE 19904 | | First Class Mail |
| LITIGATION - ALL ADVERSARIES, PENDING OR THREATENED | Department Of Commerce | Attn: Nathanael B Yale-Commercial Litigation Branch<br>US DOJ<br>P.O. Box 480<br>Ben Franklin Station<br>Washington, DC 20044 | NATHANAEL.B.YALE@USDOJ.GOV | Email<br>First Class Mail |
| LITIGATION - ALL ADVERSARIES, PENDING OR THREATENED | Department Of Defense | Attn: Nathanael B Yale-Commercial Litigation Branch<br>US DOJ<br>P.O. Box 480<br>Ben Franklin Station<br>Washington, DC 20044 | NATHANAEL.B.YALE@USDOJ.GOV | Email<br>First Class Mail |
| *NOA - Counsel for U.S. Bank Trust Company, National Association and U.S. Bank National Association, solely in their respective capacities as the DIP Agent, the 1L Loan Agents, the 1L Notes Trustee, the 1L Notes Collateral Trustee, the 1.5L Loan Collateral Agent, and the 2L Notes Collateral Trustee | Dorsey & Whitney (Delaware) LLP | Attn: Eric Lopez Schnabel, Esq/Alessandra Glorioso, Esq<br>300 Delaware Ave, Ste 1010<br>Wilmington, DE 19801 | schnabel.eric@dorsey.com;<br>glorioso.alessandra@dorsey.com | Email |
| Government Agencies | Federal Communication Commission | Office of the Secretary<br>45 L St NE<br>Washington, DC 20554 | | First Class Mail |
| *NOA - Counsel for U.S. Bank Trust Company, National Association and U.S. Bank National Association, solely in their respective capacities as the DIP Agent, the 1L Loan Agents, the 1L Notes Trustee, the 1L Notes Collateral Trustee, the 1.5L Loan Collateral Agent, and the 2L Notes Collateral Trustee | Foley & Lardner LLP | Attn: Mark L Radtke, Esq<br>321 N Clark St, Ste 3000<br>Chicago, IL 60654 | mradtke@foley.com | Email |
| *NOA - Counsel for U.S. Bank Trust Company, National Association and U.S. Bank National Association, solely in their respective capacities as the DIP Agent, the 1L Loan Agents, the 1L Notes Trustee, the 1L Notes Collateral Trustee, the 1.5L Loan Collateral Agent, and the 2L Notes Collateral Trustee | Foley & Lardner LLP | Attn: Jake W Gordon, Esq<br>500 Woodward Ave, Ste 2700<br>Detroit, MI 48226 | jake.gordon@foley.com | Email |
| *NOA - Counsel for AST & Science, LLC | FreshFields US LLP | Attn: Madlyn Gleich Primoff<br>Attn: Alexander Rich/Sarah Margolis<br>3 World Trade Ctr<br>175 Greenwich St, 51st Fl<br>New York, NY 10007 | alexander.rich@freshfields.com;<br>madlyn.primoff@freshfields.com;<br>sarah.margolis@freshfields.com | Email |
| *NOA - Counsel for Howard County, Maryland | Howard County Office of Law | Attn: Kristen Bowen Perry<br>3450 Courthouse Dr<br>Ellicott City, MD 21043 | kperry@howardcountymd.gov | Email |
| 30 Largest | Inmarsat Global Ltd | c/o Viasat<br>Attn: General Counsel<br>6155 El Camino Real<br>Carlsbad,CA 92009 | generalcounsel@viasat.com | Email<br>First Class Mail |
| Government Agencies | Internal Revenue Service | Attn: Centralized Insolvency Operation<br>P.O. Box 7346<br>Philadelphia, PA 19101-7346 | | First Class Mail |
| *NOA - Counsel for Travis County | Jason A Starks | P.O. Box 1748<br>Austin, TX 78767 | Jason.Starks@traviscountytx.gov | Email |

**Exhibit A**
**Master Service List**

| Description | Name | Address | Email | Method of Service |
|---|---|---|---|---|
| Counsel to Jefferies Finance LLC as Prepetition 1.5 Lien Administrative Agent, Senior Lien Representative, and Junior Lien Representative | Jefferies Finance LLC | c/o Jones Day LLP<br>Attn: Gary L Kaplan<br>Brickell World Plaza<br>600 Brickell Ave, Ste 3300<br>Miami, FL 33131 | gkaplan@jonesday.com | Email<br>First Class Mail |
| Counsel to Jefferies Finance LLC as Prepetition 1.5 Lien Administrative Agent, Senior Lien Representative, and Junior Lien Representative | Jefferies Finance LLC | c/o Jones Day LLP<br>Attn: Brian W Sullivan<br>500 Grant St, Ste 4500<br>Pittsburgh, PA 15219-2514 | bwsullivan@jonesday.com | Email<br>First Class Mail |
| Counsel to Jefferies Finance LLC as Prepetition 1.5 Lien Administrative Agent, Senior Lien Representative, and Junior Lien Representative | Jefferies Finance LLC | c/o Jones Day LLP<br>Attn: Brett P Barragate<br>250 Vesey St<br>New York, NY 10281-1047 | bpbarragate@jonesday.com | Email<br>First Class Mail |
| *NOA - Counsel for The Boeing Company and Boeing Satellite Systems, Inc | Jones Day | Attn: Heather Lennox / Oliver S Zeltner<br>Attn: Nick Buchta<br>901 Lakeside Ave<br>Cleveland, OH 44114-1190 | hlennox@jonesday.com;<br>ozeltner@jonesday.com;<br>nbuchta@jonesday.com | Email |
| *NOA - Counsel for The Boeing Company and Boeing Satellite Systems, Inc | Jones Day | Attn: Christopher DiPompeo<br>51 Louisiana Ave, NW<br>Washington, D.C. 20001-2113 | cdipompeo@jonesday.com | Email |
| *NOA - Counsel for the Ad Hoc Cross-Holder Group | Kirkland & Ellis LLP | Attn: Joshua A Sussberg/Brian Schartz<br>Attn: Derek I Hunter<br>601 Lexington Ave<br>New York, NY 10022 | brian.schartz@kirkland.com;<br>derek.hunter@kirkland.com;<br>joshua.sussberg@kirkland.com | Email |
| *NOA - Counsel for the Ad Hoc Cross-Holder Group | Kirkland & Ellis LLP | Attn: Patrick J Nash, Jr/Alan ET McCormick<br>333 W Wolf Point Plz<br>Chicago, IL 60654 | alan.mccormick@kirkland.com;<br>patrick.nash@kirkland.com | Email |
| *Counsel to an Ad Hoc Cross-Holder Group | Kirkland & Ellis LLP | Attn: Katie Taylor<br>555 California St<br>San Francisco, CA 94104 | katie.taylor@kirkland.com | Email |
| *Counsel to an Ad Hoc Cross-Holder Group | Kirkland & Ellis LLP | Attn: H.T. Flanagan, PC<br>4550 Travis St<br>Dallas, TX 75205 | ht.flanagan@kirkland.com | Email |
| *Counsel to an Ad Hoc Cross-Holder Group | Kirkland & Ellis LLP | Attn: David M Nemecek<br>4550 Travis St Dallas, TX 75205 | david.nemecek@kirkland.com | Email |
| *NOA - Counsel for Cypress-Fairbanks ISD, Lone Star College System, Harris Co ESD # 09 | Linebarger Goggan Blair & Sampson LLP | P.O. Box 3064<br>Houston, TX 77253-3064 | houston_bankruptcy@lgbs.com | Email |
| *NOA - Counsel for Nueces County, McLennan County, Hidalgo County | Linebarger Goggan Blair & Sampson LLP | P.O. Box 17428<br>Austin, TX 78760-7428 | austin.bankruptcy@lgbs.com | Email |
| *NOA - Counsel for Smith County, Town of Fairview, Tarrant County, Dallas County, City of Carrollton, Ellis County | Linebarger Goggan Blair & Sampson LLP | 3500 Maple Ave, Ste 800<br>Dallas, TX 75219 | dallas.bankruptcy@lgbs.com | Email |
| *NOA - Counsel for Bexar County | Linebarger Goggan Blair & Sampson, LLP | 112 E Pecan St, Ste 2200<br>San Antonio, TX 78205 | sanantonio.bankruptcy@lgbs.com | Email |
| *NOA - Counsel for Madison County, Alabama | Madison County, Alabama | Attn: J Jeffery Rich<br>100 Northside Sq, Ste 700<br>Huntsville, AL 35801 | jrich@madisoncountyal.gov | Email |
| *NOA - Counsel to The County of Brazos, Texas; The County of Denton, Texas; The County of Williamson, Texas | McCreary, Veselka, Bragg, & Allen, P.C. | Attn: Julie Ann Parsons<br>P.O. Box 1269<br>Round Rock, TX 78680-1269 | jparsons@mvbalaw.com | Email |
| *NOA - Counsel to Wilmington Savings Fund Society, FSB as Trustee for the 17.5% PIK Senior Secured Second Lien Notes | Morris James LLP | Attn: Eric J Monzo/Jason S Levin<br>Attn: Christopher M Donnelly<br>500 Delaware Ave, Ste 1500<br>Wilmington, DE 19801 | cdonnelly@morrisjames.com;<br>emonzo@morrisjames.com;<br>jlevin@morrisjames.com | Email |
| *NOA - Counsel for AT&T Services, Inc. and its Affiliates | Morris, Nichols, Arsht & Tunnell LLP | Attn: Derek C Abbott/Tamara K Mann<br>1201 N Market St, Ste 1600<br>Wilmington, DE 19801 | dabbott@morrisnichols.com;<br>tmann@morrisnichols.com | Email |
| LITIGATION - ALL ADVERSARIES, PENDING OR THREATENED | National Telecommunications And Information Administration | Attn: Nathanael B Yale-Commercial Litigation Branch US DOJ<br>P.O. Box 480<br>Ben Franklin Station<br>Washington, DC 20044 | NATHANAEL.B.YALE@USDOJ.GOV | Email<br>First Class Mail |
| Attorney General | Office of the Attorney General | Attn: Aaron D Ford<br>Old Supreme Court Bldg<br>100 N Carson St<br>Carson City, NV 89701 | aginfo@ag.nv.gov | Email<br>First Class Mail |
| Attorney General | Office of the Attorney General | Attn: Kris Mayes<br>2005 N Central Ave<br>Phoenix, AZ 85004 | AGInfo@azag.gov | Email<br>First Class Mail |
| Attorney General | Office of the Attorney General | Attn: Charity R Clark<br>109 State St<br>Montpelier, VT 05609-1001 | ago.info@vermont.gov | Email<br>First Class Mail |
| Attorney General | Office of the Attorney General | Attn: Andrea Campbell<br>1 Ashburton Pl, 20th Fl<br>Boston, MA 02108-1698 | ago@state.ma.us | Email<br>First Class Mail |
| Attorney General | Office of the Attorney General | Attn: Andrea Campbell<br>10 Mechanic St, Ste 301<br>Worcester, MA 01608 | ago@state.ma.us | Email<br>First Class Mail |
| Attorney General | Office of the Attorney General | Attn: Andrea Campbell<br>105 William St, 1st Fl<br>New Bedford, MA 02740 | ago@state.ma.us | Email<br>First Class Mail |
| Attorney General | Office of the Attorney General | Attn: Andrea Campbell<br>1441 Main St, 12th Fl<br>Springfield, MA 01103 | ago@state.ma.us | Email<br>First Class Mail |
| Attorney General | Office of the Attorney General | Attn: Raúl Labrador<br>700 W Jefferson St, Ste 210<br>P.O. Box 83720<br>Boise, ID 83720-1000 | AGWasden@ag.idaho.gov | Email<br>First Class Mail |

**Exhibit A**
**Master Service List**

| Description | Name | Address | Email | Method of Service |
|---|---|---|---|---|
| Attorney General | Office of the Attorney General | Attn: William Tong<br>165 Capitol Ave<br>Hartford, CT 06106 | attorney.general@ct.gov | Email<br>First Class Mail |
| Attorney General | Office of the Attorney General | Attn: Kathy Jennings<br>Carvel State Office Bldg<br>820 N French St<br>Wilmington, DE 19801 | attorney.general@delaware.gov | Email<br>First Class Mail |
| Attorney General | Office of the Attorney General | Attn: John Formella<br>33 Capitol St<br>Concord, NH 03301 | attorneygeneral@doj.nh.gov | Email<br>First Class Mail |
| Attorney General | Office of the Attorney General | Attn: Ellen F Rosenblum<br>Justice Bldg<br>1162 Court St NE<br>Salem, OR 97301 | attorneygeneral@doj.state.or.us | Email<br>First Class Mail |
| Attorney General | Office of the Attorney General | Attn: Brenna Bird<br>Hoover State Office Bldg<br>1305 E Walnut<br>Des Moines, IA 50319 | consumer@ag.iowa.gov | Email<br>First Class Mail |
| Attorney General | Office of the Attorney General | Attn: Jason Miyares<br>202 N 9th St<br>Richmond, VA 23219 | Contact@Virginia.gov | Email<br>First Class Mail |
| Attorney General | Office of the Attorney General | Attn: Austin Knudsen<br>Justice Bldg, 3rd Fl<br>215 N Sanders<br>Helena, MT 59620-1401 | contactdoj@mt.gov | Email<br>First Class Mail |
| Attorney General | Office of the Attorney General | Attn: Anne E Lopez<br>425 Queen St<br>Honolulu, HI 96813 | hawaiiag@hawaii.gov | Email<br>First Class Mail |
| Attorney General | Office of the Attorney General | Attn: Dana Nessel<br>P.O. Box 30212<br>525 W Ottawa St<br>Lansing, MI 48909-0212 | miag@michigan.gov | Email<br>First Class Mail |
| Attorney General | Office of the Attorney General | Attn: Dana Nessel<br>Cadillac Place, 10th Fl<br>3030 W Grand Blvd<br>Detroit, MI 48202 | miag@michigan.gov | Email<br>First Class Mail |
| Attorney General | Office of the Attorney General | Attn: Drew Wrigley<br>State Capital<br>600 E Boulevard Ave<br>Bismarck, ND 58505-0040 | ndag@nd.gov | Email<br>First Class Mail |
| Attorney General | Office of the Attorney General | 345 State Capitol<br>Lincoln, NE 68509 | nedoj@nebraska.gov | Email<br>First Class Mail |
| Attorney General | Office of the Attorney General | Attn: Tim Griffin<br>323 Center St, Ste 200<br>Little Rock, AR 72201-2610 | oag@ArkansasAG.gov | Email<br>First Class Mail |
| Attorney General | Office of the Attorney General | 441 4th St NW, Ste 1100 S<br>Washington, DC 20001 | oag@dc.gov | Email<br>First Class Mail |
| Attorney General | Office of the Attorney General | Attn: Brian Schwalb<br>400 6th St NW<br>Washington, DC 20001 | oag@dc.gov | Email<br>First Class Mail |
| Attorney General | Office of the Attorney General | 800 5th Ave, Ste 2000<br>Seattle, WA 98104 | serviceATG@atg.wa.gov | Email<br>First Class Mail |
| Attorney General | Office of the Attorney General | Attn: Bob Ferguson<br>1125 Washington St SE<br>P.O. Box 40100<br>Olympia, WA 98504-0100 | serviceATG@atg.wa.gov | Email<br>First Class Mail |
| Attorney General | Office of the Attorney General | Attn: Sean Reyes<br>State Capitol, Rm 236<br>Salt Lake City, UT 84114-0810 | uag@agutah.gov | Email<br>First Class Mail |
| Attorney General | Office of the Attorney General | Attn: Todd Rokita<br>Indiana Govt Ctr S<br>302 W Washington St, 5th Fl<br>Indianapolis, IN 46204 | | First Class Mail |
| Attorney General | Office of the Attorney General | Attn: Gentner Drummond<br>313 NE 21st St<br>Oklahoma City, OK 73105 | | First Class Mail |
| Attorney General | Office of the Attorney General | Attn: Hector Balderas<br>P.O. Drawer 1508<br>Santa Fe, NM 87504-1508 | | First Class Mail |
| Attorney General | Office of the Attorney General | Attn: Herbert H Slattery, III<br>P.O. Box 20207<br>Nashville, TN 37202-0207 | | First Class Mail |
| Attorney General | Office of the Attorney General | Attn: Jeff Landry<br>P.O. Box 94095<br>Baton Rouge, LA 70804-4095 | | First Class Mail |
| Attorney General | Office of the Attorney General | Attn: Jonathan Skrmetti<br>425 5th Ave N<br>Nashville, TN 37243 | | First Class Mail |
| Attorney General | Office of the Attorney General | Attn: Josh Kaul<br>Wisconsin Dept of Justice<br>State Capital, Rm 114 E<br>P.O. Box 7857<br>Madison, WI 53707-7857 | | First Class Mail |
| Attorney General | Office of the Attorney General | Attn: Josh Stein<br>Dept of Justice<br>P.O. Box 629<br>Raleigh, NC 27602-0629 | | First Class Mail |
| Attorney General | Office of the Attorney General | Attn: Keith Ellison<br>State Capital<br>75 Dr Martin Luther King Jr Blvd, Ste 102<br>St Paul, MN 55155 | | First Class Mail |

**Exhibit A**
Master Service List

| Description | Name | Address | Email | Method of Service |
|---|---|---|---|---|
| Attorney General | Office of the Attorney General | Attn: Ken Paxton<br>Capital Station<br>P.O. Box 12548<br>Austin, TX 78711-2548 | | First Class Mail |
| Attorney General | Office of the Attorney General | Attn: Kris Kobach<br>120 SW 10th Ave, 2nd Fl<br>Topeka, KS 66612-1597 | | First Class Mail |
| Attorney General | Office of the Attorney General | Attn: Kwame Raoul<br>James R Thompson Ctr<br>100 W Randolph St<br>Chicago, IL 60601 | | First Class Mail |
| Attorney General | Office of the Attorney General | Attn: Letitia A James<br>Dept of Law<br>The Capitol, 2nd Fl<br>Albany, NY 12224 | | First Class Mail |
| Attorney General | Office of the Attorney General | Attn: Lynn Fitch<br>Dept of Justice<br>P.O. Box 220<br>Jackson, MS 39205 | | First Class Mail |
| Attorney General | Office of the Attorney General | Attn: Marty Jackley<br>1302 E Hwy 14, Ste 1<br>Pierre, SD 57501-8501 | | First Class Mail |
| Attorney General | Office of the Attorney General | Attn: Mathew J Platkin<br>Richard J Hughes Justice Complex<br>25 Market St<br>P.O. Box 080<br>Trenton, NJ 08625 | | First Class Mail |
| Attorney General | Office of the Attorney General | Attn: Michelle A Henry<br>Strawberry Sq, 16th Fl<br>Harrisburg, PA 17120 | | First Class Mail |
| Attorney General | Office of the Attorney General | Attn: Mike Hilgers<br>State Capitol<br>P.O. Box 98920<br>Lincoln, NE 68509-8920 | | First Class Mail |
| Attorney General | Office of the Attorney General | Attn: Patrick Morrisey<br>State Capitol<br>1900 Kanawha Blvd E<br>Charleston, WV 25305 | | First Class Mail |
| Attorney General | Office of the Attorney General | Attn: Peter F Neronha<br>150 S Main St<br>Providence, RI 02903 | | First Class Mail |
| Attorney General | Office of the Attorney General | Attn: Phil Weiser<br>Ralph L Carr Colorado Judicial Ctr<br>1300 Broadway, 10th Fl<br>Denver, CO 80203 | | First Class Mail |
| Attorney General | Office of the Attorney General | Attn: Rob Bonta<br>1300 I St, Ste 1740<br>Sacramento, CA 95814 | | First Class Mail |
| Attorney General | Office of the Attorney General | California Dept of Justice<br>P.O. Box 944255<br>Sacramento, CA 94244-2550 | | First Class Mail |
| Attorney General | Office of the Attorney General | Consumer Law Section<br>Attn: Bankruptcy Notices<br>455 Golden Gate Ave, Ste 11000<br>San Francisco, CA 94102-7004 | | First Class Mail |
| Attorney General | Office of the Attorney General | State of Alabama<br>Attn: Steve Marshall<br>501 Washington Ave<br>P.O. Box 300152<br>Montgomery, AL 36130-0152 | | First Class Mail |
| Attorney General | Office of the Attorney General | Supreme Court Bldg<br>P.O. Box 899<br>Jefferson City, MO 65102 | | First Class Mail |
| Attorney General | Office of the Attorney General | Walter Sillers Bldg<br>550 High St, Ste 1200<br>Jackson, MS 39201 | | First Class Mail |
| Attorney General | Office of the Attorney General | 500 S 2nd St<br>Springfield, IL 62701 | | First Class Mail |
| Attorney General | Office of the Attorney General | 601 S University Ave<br>Carbondale, IL 62901 | | First Class Mail |
| Attorney General | Office of the Attorney General | Attn: Aaron Frey<br>State House, Stn 6<br>Augusta, ME 04333 | | First Class Mail |
| Attorney General | Office of the Attorney General | Attn: Alan Wilson<br>Rembert D Dennis Office Bldg<br>P.O. Box 11549<br>Columbia, SC 29211-1549 | | First Class Mail |
| Attorney General | Office of the Attorney General | Attn: Andrew Bailey<br>815 Olive St, Ste 200<br>St Louis, MO 63101 | | First Class Mail |
| Attorney General | Office of the Attorney General | Attn: Andrew Bailey<br>615 E 13th St, Ste 401<br>Kansas City, MO 64106 | | First Class Mail |
| Attorney General | Office of the Attorney General | Attn: Andrew Bailey<br>2311 Bloomfield St, Ste 106<br>Cape Girardeau, MO 63703 | | First Class Mail |
| Attorney General | Office of the Attorney General | Attn: Andrew Bailey<br>Supreme Court Bldg<br>207 W High St<br>Jefferson City, MO 65101 | | First Class Mail |

**Exhibit A**
**Master Service List**

| Description | Name | Address | Email | Method of Service |
|---|---|---|---|---|
| Attorney General | Office of the Attorney General | Attn: Anthony G Brown<br>200 St Paul Pl<br>Baltimore, MD 21202-2202 | | First Class Mail |
| Attorney General | Office of the Attorney General | Attn: Ashley Moody<br>The Capital, PL 01<br>Tallahassee, FL 32399-1050 | | First Class Mail |
| Attorney General | Office of the Attorney General | Attn: Bridget Hill<br>State Capitol Bldg<br>Cheyenne, WY 82002 | | First Class Mail |
| Attorney General | Office of the Attorney General | Attn: Chris Carr<br>40 Capital Sq SW<br>Atlanta, GA 30334-1300 | | First Class Mail |
| Attorney General | Office of the Attorney General | Attn: Daniel Cameron<br>700 Capitol Ave, Ste 118<br>Capitol Bldg<br>Frankfort, KY 40601 | | First Class Mail |
| Attorney General | Office of the Attorney General | Attn: Dave Yost<br>State Office Tower<br>30 E Broad St<br>Columbus, OH 43266-0410 | | First Class Mail |
| US Trustee | Office of the United States Trustee | Attn: Benjamin Hackman<br>844 King St, Ste 2207<br>Lockbox 35<br>Wilmington, DE 19801 | benjamin.a.hackman@usdoj.gov | Email |
| *NOA - Counsel for Inmarsat Global Limited | Pachulski Stang Ziehl & Jones LLP | Attn: Laura Davis Jones/Timothy P Cairns<br>919 N Market St, 17th Fl<br>P.O. Box 8705<br>Wilmington, DE 19899-8705 | ljones@pszjlaw.com;<br>tcairns@pszjlaw.com | Email |
| *NOA - Counsel for Brazoria County, et al. | Perdue, Brandon, Fielder, Collins & Mott, L.L.P. | Attn: Melissa E Valdez<br>1235 N Loop W, Ste 600<br>Houston, TX 77008 | mvaldez@pbfcm.com | Email |
| *NOA - Counsel for Carrollton-Farmers Branch ISD | Perdue, Brandon, Fielder, Collins and Mott, LLP | Attn: Linda D Reece<br>1919 S Shiloh Rd, Ste 640, LB 40<br>Garland, TX 75042 | lreece@pbfcm.com | Email |
| *NOA - Counsel for Taxing Districts Collected by Potter County, Lubbock Central Appraisal District, Andrews ISD and Andrews County Tax Office | Perdue, Brandon, Fielder, Collins and Mott, LLP | Attn: Alysia Cordova<br>P.O. Box 9132<br>Amarillo, TX 79105 | amabkr@pbfcm.com | Email |
| *NOA - Counsel for AST & Science, LLC | Potter Anderson & Corroon LLP | Attn: Jeremy W Ryan/Katelin A Morales<br>Attn: Sameen Rizvi<br>1313 N Market St, 6th Fl<br>Wilmington, DE 19801 | jryan@potteranderson.com;<br>kmorales@potteranderson.com;<br>srizvi@potteranderson.com | Email |
| *NOA - Counsel for Inmarsat Global Limited | Quinn Emanuel Urquhart & Sullivan, LLP | Attn: Benjamin Finestone<br>295 5th Ave<br>New York, NY 10016 | benjaminfinestone@quinnemanuel.com | Email |
| *NOA - Counsel for Inmarsat Global Limited | Quinn Emanuel Urquhart & Sullivan, LLP | Attn: Matthew Scheck<br>300 W 6th St, Ste 2010<br>Austin, TX 78701 | matthewscheck@quinnemanuel.com | Email |
| Government Agencies | Securities & Exchange Commission | 100 F St NE<br>Washington, DC 20549 | | First Class Mail |
| Government Agencies | Securities & Exchange Commission | Attn: Antonia Apps, Regional Director<br>100 Pearl St, Ste 20-100<br>New York, NY 10004-2616 | | First Class Mail |
| *NOA - Counsel to Wilmington Savings Fund Society, FSB as Trustee for the 17.5% PIK Senior Secured Second Lien Notes | Seward & Kissel LLP | Attn: John R Ashmead/Gregg S Bateman<br>Attn: Catherin V LoTempio<br>1 Battery Park Plz<br>New York, NY 10004 | ashmead@sewkis.com;<br>bateman@sewkis.com;<br>lotempio@sewkis.com | Email |
| Counsel to Wilmington Savings Fund Society, in its capacity as Prepetition Second Lien Trustee and Prepetition Second Lien Collateral Trustee | Seward & Kissel LLP | Attn: John R Ashmead<br>1 Battery Park Plz<br>New York, NY 10004 | ashmead@sewkis.com | Email<br>First Class Mail |
| Counsel to the Ad Hoc First Lien Group | Sidley & Austin LLP | Attn: Dennis M Twomey<br>1 S Dearborn<br>Chicago, IL 60603 | dtwomey@sidley.com | Email |
| Counsel to the Ad Hoc First Lien Group | Sidley & Austin LLP | Attn: Shayona Schiely<br>1999 Avenue of the Stars, 17th Fl<br>Los Angeles, CA 90067 | sschiely@sidley.com | Email<br>First Class Mail |
| Counsel to the Ad Hoc First Lien Group | Sidley & Austin LLP | Attn: Mark Adler<br>787 Seventh Ave<br>New York, NY 10019 | mark.adler@sidley.com | Email<br>First Class Mail |
| Counsel to the Ad Hoc First Lien Group | Sidley & Austin LLP | Attn: Jason L Hufendick<br>1 S Dearborn<br>Chicago, IL 60603 | jhufendick@sidley.com | Email<br>First Class Mail |
| *NOA - Counsel for the First Lien Ad Hoc Group | Sidley Austin LLP | Attn: Stephen E Hessler<br>787 Seventh Ave<br>New York, NY 10019 | shessler@sidley.com | Email |
| *NOA - Counsel for the First Lien Ad Hoc Group | Sidley Austin LLP | Attn: Dennis M Twomey/Jason L Hufendick<br>Attn: Ian C Ferrell<br>1 S Dearborn<br>Chicago, IL 60603 | dtwomey@sidley.com;<br>iferrell@sidley.com;<br>jhufendick@sidley.com | Email |
| *NOA - Counsel for Inmarsat Global Limited | Steptoe LLP | Attn: Alfred M Mamlet/Joshua R Taylor<br>1330 Connecticut Ave, NW<br>Washington, DC 20036 | amamlet@steptoe.com;<br>jrtaylor@steptoe.com | Email |
| *NOA - Counsel for Inmarsat Global Limited | Steptoe LLP | Attn: Jeffrey M Reisner/Charles Michael<br>1114 Ave of the Americas<br>New York, NY 10036 | cmichael@steptoe.com;<br>jreisner@steptoe.com | Email |
| *NOA - Counsel for The Texas Comptroller of Public Accounts, Revenue Accounting Division | Texas Attorney General's Office | Attn: Christopher S Murphy/Sherri K Simpson<br>P.O. Box 12548<br>Bankruptcy & Collections Division<br>Austin, TX 78711-2548 | christopher.murphy@oag.texas.gov;<br>sherri.simpson@oag.texas.gov | Email |
| NOA - Counsel for TN Dept of Revenue | TN Dept of Revenue | c/o TN Attorney General's Office, Bankruptcy Division<br>P.O. BOX 20207<br>Nashville, TN 37202-0207 | | First Class Mail |

**Exhibit A**
**Master Service List**

| Description | Name | Address | Email | Method of Service |
|---|---|---|---|---|
| US Attorney | US Attorney's Office | District of Delaware<br>Hercules Bldg<br>1313 N Market St<br>Wilmington, DE 19801 | | First Class Mail |
| Counsel to U.S. Bank National Association as Prepetition First Lien Notes Trustee, Prepetition First Lien Notes Collateral Trustee, First Lien Collateral | US Bank NA | c/o Foley & Lardner LLP<br>Attn: Matthew An<br>90 Park Ave, 35th Fl<br>New York, NY 10016 | Matthew.an@foley.com | Email<br>First Class Mail |
| Counsel to U.S. Bank National Association as Prepetition First Lien Notes Trustee, Prepetition First Lien Notes Collateral Trustee, First Lien Collateral | US Bank NA | c/o Foley & Lardner LLP<br>Attn: Jake Gordon<br>500 Woodward Ave, Ste 2700<br>Detroit, MI 48226 | jake.gordon@foley.com | Email<br>First Class Mail |
| 30 Largest | US Internal Revenue Svc | Attn: Mitchell Georgic<br>1320 Central Park Blvd, Ste 400 Fredericksburg,VA 22401 | Mitchell.georgic@irs.gov | Email<br>First Class Mail |
| *NOA - Counsel for the First Lien Ad Hoc Group | Young Conaway Stargatt & Taylor, LLP | Attn: Robert S Brady/Edmon L Morton<br>Rodney Sq<br>1000 N King St<br>Wilmington, DE 19801 | emorton@ycst.com;<br>rbrady@ycst.com | Email |

# **EXHIBIT B**

## Mailing Information for Case 25-10006-TMH

**Electronic Mail Notice List**

The following is the list of **parties** who are currently on the list to receive email notice/service for this case.

- **Derek C. Abbott**    dabbott@mnat.com, derek-abbott-1155@ecf.pacerpro.com;jlawrence@morrisnichols.com;john-lawrence-0804@ecf.pacerpro.com;rchevli@morrisnichols.com;radha--chevli--2257@ecf.pacerpro.com
- **Justin R. Alberto**    jalberto@coleschotz.com, pratkowiak@coleschotz.com;jford@coleschotz.com;bankruptcy@coleschotz.com;lmorton@coleschotz.com
- **John R. Ashmead**    ashmead@sewkis.com, matott@sewkis.com;managingclerkoffice@sewkis.com
- **Robert S. Brady**    bankfilings@ycst.com
- **Joaquin M C de Baca**    jcdebaca@mayerbrown.com,
- **Timothy P. Cairns**    tcairns@pszjlaw.com
- **Shawn M. Christianson**    schristianson@buchalter.com, cmcintire@buchalter.com
- **Mark D. Collins**    rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com;rebecca--speaker-6328@ecf.pacerpro.com
- **Michael David DeBaecke**    mdebaecke@ashbygeddes.com, kjones@ashbygeddes.com;adellose@ashbygeddes.com;DKosloske@ashbygeddes.com
- **Christopher M. Donnelly**    cdonnelly@morrisjames.com, ddepta@morrisjames.com;slisko@morrisjames.com
- **Benjamin Finestone**    benjaminfinestone@quinnemanuel.com
- **Alessandra Glorioso**    glorioso.alessandra@dorsey.com, alessandra-glorioso-9339@ecf.pacerpro.com
- **Tara L. Grundemeier**    houston_bankruptcy@lgbs.com
- **Benjamin A. Hackman**    benjamin.a.hackman@usdoj.gov
- **Emily Margaret Hahn**    ehahn@abernathy-law.com
- **Jason Loren Hufendick**    jhufendick@sidley.com, jason-hufendick-6610@ecf.pacerpro.com,efilingnotice@sidley.com,drakowski@sidley.com
- **Zachary Javorsky**    javorsky@rlf.com, rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com;rebecca--speaker-6328@ecf.pacerpro.com
- **Laura Davis Jones**    ljones@pszjlaw.com, efile1@pszjlaw.com
- **Leah Victoria Lerman**    Leah.V.Lerman@usdoj.gov
- **Jason S. Levin**    jlevin@morrisjames.com, ddepta@morrisjames.com;slisko@morrisjames.com
- **Tamara K. Mann**    tmann@mnat.com, tamara-mann-9707@ecf.pacerpro.com;jlawrence@morrisnichols.com;john-lawrence-0804@ecf.pacerpro.com;rchevli@morrisnichols.com;radha--chevli--2257@ecf.pacerpro.com
- **Emily Rae Mathews**    mathews@rlf.com, rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com;rebecca--speaker-6328@ecf.pacerpro.com
- **Laura L. McCloud**    agbankdelaware@ag.tn.gov
- **Joseph James McMahon**    joseph.mcmahon@usdoj.gov
- **Colin Meehan**    meehan@rlf.com, rbgroup@rlf.com;rebecca--speaker-6328@ecf.pacerpro.com
- **Michael Joseph Merchant**    merchant@rlf.com, rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com;rebecca--speaker-6328@ecf.pacerpro.com
- **Eric J. Monzo**    emonzo@morrisjames.com, ddepta@morrisjames.com;slisko@morrisjames.com
- **Katelin Ann Morales**    kmorales@potteranderson.com, leastburn@potteranderson.com;bankruptcy@potteranderson.com;kmccloskey@potteranderson.com;tmistretta@potteranderson.com;mromano@potteranderson.com
- **Edmon L. Morton**    bankfilings@ycst.com
- **Christopher S. Murphy**    hristopher.murphy@oag.texas.gov, sherri.simpson@oag.texas.gov
- **Stacy L. Newman**    snewman@coleschotz.com, pratkowiak@coleschotz.com;lmorton@coleschotz.com;bankruptcy@coleschotz.com
- **Julie Anne Parsons**    jparsons@mvbalaw.com, kalexander@mvbalaw.com;julie.parsons@ecf.courtdrive.com
- **Kristen Bowen Perry**    kperry@howardcountymd.com
- **Reliable Companies**    gmatthews@reliable-co.com
- **John Jeffery Rich**    jrich@madisoncountyal.com
- **Sameen Rizvi**    srizvi@potteranderson.com, leastburn@potteranderson.com;bankruptcy@potteranderson.com;tmistretta@potteranderson.com;kmccloskey@potteranderson.com
- **Jeremy W. Ryan**    jryan@potteranderson.com, bankruptcy@potteranderson.com;leastburn@potteranderson.com;kmccloskey@potteranderson.com;tmistretta@potteranderson.com;mromano@potteranderson.com
- **Diane W. Sanders**    austin.bankruptcy@publicans.com
- **Brian Schartz**    bschartz@kirkland.com, brian-schartz-0999@ecf.pacerpro.com
- **Eric Lopez Schnabel**    de.ecf@Dorsey.com
- **Jason A. Starks**    BKECF@traviscountytx.gov
- **Don Stecker**    don.stecker@lgbs.com
- **Amanda R. Steele**    steele@rlf.com, rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com;rebecca--speaker-6328@ecf.pacerpro.com
- **Joshua A Sussberg**    ecf-9b7a1a52c6e8@ecf.pacerpro.com;ecf-00163ec7e7ea@ecf.pacerpro.com
- **John Kendrick Turner**    dallas.bankruptcyr@lgbs.com, Dora.Casiano-Perez@lgbs.com;John.Turner@ecf.courtdrive.com
- **U.S. Trustee**    USTPRegion03.WL.ECF@USDOJ.GOV
- **Melissa E. Valdez**    mvaldez@pbfcm.com, mvaldez@ecf.courtdrive.com;arandermann@pbfcm.com
- **Oliver S Zeltner**    ozeltner@jonesday.com

## Manual Notice List

The following is the list of **parties** who are **not** on the list to receive email notice/service for this case (who therefore require manual noticing/service). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

**Robert Woody Angle**
Greenberg Traurig
1750 Tysons Boulevard
Suite 1000
McLean, VA 22102

**Gregg S. Bateman**
Seward & Kissel LLP
One Battery Park Plaza
New York, NY 10004

**Larry R. Boyd**
Abernathy, Roeder, Boyd & Hullett P.C.
1700 Redbud Blvd., Suite 300
McKinney, TX 75069

**Matthew L. Brod**
Milbank LLP
55 Hudson Yards
New York, NY 10001

**Nicholas Buchta**
Jones Day
901 Lakeside Avenue
Cleveland, OH 44114

**Karen A Cavagnaro**
1425 Route 206
Bedminster, NJ 07921

**Victoria Colbert**
MILBANK LLP
1850 K Street, NW
Suite 1100
Washington, DC 20006

**John M. Conlon**
Mayer Brown LLP
1221 Avenue of the Americas
New York, NY 10020

**Alysia Cordova**
Perdue Brandon Fielder Collins Mott LLP
P.O. Box 9132
Amarillo, TX 79105

**Alysia Crdova**
Perdue BrandonFielderCollins andMott LLP
P.O. Box 9132
Amarillo, TX 79105

**Abigail L. Debold**
Milbank LLP
55 Hudson Yards
New York, NY 10001

**Christopher J. DiPompeo**
Jones Day
51 Louisiana Avenue, N.W.
Washington, DC 20001

**Lauren C. Doyle**
Milbank LLP
55 Hudson Yards
New York, NY 10001

**Dennis F Dunne**
Milbank LLP
55 Hudson Yards
New York, NY 10001

**Richard Edlin**
Greenberg Traurig LLP
One Vanderbilt Ave
New York, NY 10017

**Ernst & Young LLP**
,

**FTI Consulting, Inc.**
,

**Ian C. Ferrell**
Sidley Austin LLP
One South Dearborn
Chicago, IL 60603

**Elizabeth Fly**
Milbank LLP
1850 K Street
Suite 1100
Washington, DC 20006

**Reginald R. Goeke**
Mayer Brown LLP

1999 K Street NW
Washington, DC 20006-1101

**Jake W. Gordon**
Foley & Lardner LLP
500 Woodward Avenue
Suite 2700
Detroit, MI 48226

**James W. Grudus**
AT&T Services, Inc.
1425 Route 206
Bedminster, NJ 07921

**Stephen Hessler**
Sidley Austin LLP
787 Seventh Avenue
New York, NY 10019

**Derek I. Hunter**
Kirkland & Ellis LLP
601 Lexington Avenue
New York, NY 10022

**Henry Hutten**
3 World Trade Center
175 Greenwich Street
51st Floor
,

**Gary W. Kuc**
Howard County Office of Law
3450 Courthouse Drive
Ellicott City, MD 21043

**Andrew M. Leblanc**
Milbank LLP
1850 K Street, NW
Suite 1100
Washington, DC 20006

**Heather Lennox**
North Point
901 Lakeside Avenue
Cleveland, OH 44114-1190

**Gideon Albert Levy**
Greenberg Traurig LLP
2101 L Street N.W.
Suite 1000
Washington, DC 20037

**Catherine V. LoTempio**
Seward & Kissel LLP
One Battery Park Plaza
New York, NY 10004

**Alfred M Mamlet**
Steptoe LLP
1330 Connecticut Avenue, NW
Washington, DC 20036

**Sarah Gleich Margolis**
FRESHFIELDS US LLP
3 World Trade Center
175 Greenwich Street
51st Floor
New York, NY 10007

**Mayer Brown LLP**
,

**Alan E.T. McCormick**
Kirkland & Ellis LLP
Kirkland & Ellis International LLP
333 West Wolf Point Plaza
Chicago, IL 60654

**Maura A. McKeon**
Mayer Brown LLP

1221 Avenue of the Americas
New York, NY 10020

**Charles Michael**
Steptoe LLP
1114 Avenue of the Americas
New York, NY 10036

**Milbank LLP**
,

**Katelin A. Morales**
Potter Anderson & Corroon LLP
1313 N. Market Street
6th Floor
Wilmington, DE 19801

**Omni Agent Solutions, Inc.**
www.omniagentsolutions.com
5955 DeSoto Avenue, Suite #100
Woodland Hills, CA 91367

**Omni Agent Solutions, Inc.**
www.omniagentsolutions.com
5955 DeSoto Avenue, Suite #100
Woodland Hills, CA 91367

**Paul, Weiss, Rifkind, Wharton & Garrison LLP**
,

**Perella Weinberg Partners LP**
,

**Tuvia Peretz**
Milbank LLP
55 Hudson Yards
New York, NY 10001

**Mark Polishuk**
Milbank LLP
55 Hudson Yards
New York, NY 10001

**Madlyn Gleich Primoff**
FRESHFIELDS US LLP
3 World Trade Center
175 Greenwich Street
51st Floor
New York, NY 10007

**PwC US Business Advisory LLP**
,

**Mark L. Radtke**
FOLEY & LARDNER LLP
321 N. Clark Street
Suite 3000
Chicago, IL 60654

**Linda D. Reece**
Perdue, Brandon, Fielder, Collins & Mott
1919 S. Shiloh Road
Suite 310, LB 40
Garland, TX 75042

**Jeffrey M Reisner**
Steptoe LLP
1114 Avenue of the Americas
New York, NY 10036

**Alexander Gleich Rich**
FRESHFIELDS US LLP
3 World Trade Center
175 Greenwich Street
51st Floor
New York, NY 10007

**Jordan Rosen**
Milbank LLP
55 Hudson Yards

New York, NY 10001

**Danielle Lee Sauer**
Milbank LLP
1850 K Street, N.W.
Suite 1100
Washington, DC 20006

**Michael G. Scavelli**
Steptoe & Johnson LLP
1114 Avenue of the Americas
New York, NY 10036

**Matthew R. Scheck**
Quinn Emanuel Urquhart & Sullivan, LLP
300 West 6th St.
Suite 2010
Austin, TX 78701

**Kate Scherling**
Quinn Emanuel Urquhart & Sullivan LLP
295 5th Avenue
New York, NY 10016

**Selendy Gay PLLC**
,

**Charles B Sterrett**
Kirkland & Ellis LLP
Kirkland & Ellis International LLP
333 West Wolf Point Plaza
Chicago, IL 60654

**Jennifer Surprenant**
Greenberg Traurig LLP
One Vanderbilt Avenue
New York, NY 10017

**Joshua R. Taylor**
Steptoe & Johnson LLP
1300 Connecticut Avenue NW
Washington, DC 20036

**Dennis M. Twomey**
Sidley Austin LLP
One South Dearborn Street
Chicago, IL 60603

**Seth Van Aalten**
Cole Schotz, P.C.
1325 Avenue of the Americas
19th Floor
New York, NY 10019

**Melanie W. Yanez**
Milbank Tweed Hadley & McCloy LLP
1850 K Street, NW
Suite 1100
Washington, DC 20006

**Paul M. lopez**
Abernathy, Roeder, Boyd & Hullett, P.C.
1700 Redbud Blvd.
Suite 300
McKinney, TX 75069

## Creditor List

Click the link above to produce a complete list of **creditors** only.

## List of Creditors

Click on the link above to produce a list of **all** creditors and **all** parties in the case. User may sort in columns or raw data format.