IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| *In re*<br><br>LIGADO NETWORKS LLC, *et al.*,[1]<br><br>Debtors. | : : : : : : : : : : : | Chapter 11<br><br>Case No. 25-10006 (TMH)<br>(Jointly Administered)<br><br>**Hearing Date: September 22, 2025, at 2:00 p.m.** |

**UNITED STATES TRUSTEE'S WITNESS AND EXHIBIT LIST**

On April 25, 2025, the U.S. Trustee filed the *Objection of the United States Trustee to Approval of Disclosure Statement* [D.I. 463] (the "DS Objection"). On July 24, 2025, the U.S. Trustee filed the *Objection of the United States Trustee to Confirmation of the Joint Chapter 11 Plan of Ligado Networks LLC and Its Affiliated Debtors and Debtors in Possession* [D.I. 760] (the "Confirmation Objection"). The Confirmation Objection generally adopts the arguments and positions advocated in the DS Objection. In connection with the hearing on the Confirmation Objection on September 22, 2025, the U.S. Trustee hereby files his exhibit list:

| Item | Number |
|---|---|
| *Declaration of Douglas Smith, Chief Executive Officer of Ligado Networks LLC, in Support of Chapter 11 Petitions and First Day Pleadings*, [D.I. 2] (Jan. 6, 2025) …………………………… | UST-1 |

The U.S. Trustee intends to cross-examine Mr. Smith about (i) the *Declaration of Douglas Smith, Chief Executive Officer of Ligado Networks LLC, in Support of Chapter 11 Petitions and First Day Pleadings* [D.I. 2] and the exhibits thereto; and (ii) the *Declaration of Douglas Smith in Support of Confirmation of the Joint Chapter 11 Plan of Ligado Networks LLC and Its Affiliated*

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, as applicable, are: Ligado Networks LLC (3801); ATC Technologies, LLC (N/A); Ligado Networks (Canada) Inc. (N/A); Ligado Networks Build LLC (N/A); Ligado Networks Corp. (N/A); Ligado Networks Finance LLC (N/A); Ligado Networks Holdings (Canada) Inc. (N/A); Ligado Networks Inc. of Virginia (9725); Ligado Networks Subsidiary LLC (N/A); One Dot Six LLC (8763); and One Dot Six TVCC LLC (N/A). The Debtors' headquarters is located at: 10802 Parkridge Boulevard, Reston, Virginia 20191.

*Debtors and Debtors in Possession* [D.I. 919].  The U.S. Trustee does not intend to call any witnesses.  However, the U.S. Trustee reserves the right to cross-examine any witness(es) that any other party calls to testify at the hearing.

| | |
|---|---|
| Dated: September 17, 2025<br>Wilmington, Delaware | Respectfully submitted,<br><br>**ANDREW R. VARA**<br>**UNITED STATES TRUSTEE,**<br>**REGIONS 3 & 9**<br><br>By: <u>*/s/ Benjamin Hackman*</u><br>Benjamin A. Hackman<br>Trial Attorney<br>Department of Justice<br>Office of the United States Trustee<br>J. Caleb Boggs Federal Building<br>844 King Street, Suite 2207, Lockbox 35<br>Wilmington, DE 19801<br>(302) 573-6491<br>(302) 573-6497 (fax)<br>benjamin.a.hackman@usdoj.gov |