IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>LIGADO NETWORKS LLC, *et al.*,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 25-10006 (TMH)<br><br>(Jointly Administered) |

## AFFIDAVIT OF SERVICE

I, Randy Lowry, am employed in the county of Los Angeles, State of California. I hereby certify that on September 11, 2025, at my direction and under my supervision, employees of Omni Agent Solutions, Inc. caused true and correct copies of the following documents to be served via the methods set forth on the Service List attached hereto as **Exhibit A**:

- Seventh Monthly Fee Application of Selendy Gay PLLC for Compensation for Services Rendered and Reimbursement of Expenses as Special Litigation Counsel for the Debtors and Debtors In Possession for the Period from July 1, 2025 through July 31, 2025 [Docket No. 968]

- Seventh Monthly Application of Richards, Layton & Finger, P.A. for Allowance of Compensation for Services Rendered and for Reimbursement of Expenses as Co-Counsel for the Debtors for the Period from July 1, 2025 through July 31, 2025 [Docket No. 969]

Pursuant to Local Rule 5005-4(c)(ii) of the United States Bankruptcy Court – District of Delaware, notice of these filings was served on the following parties attached hereto as **Exhibit B** through the Court's Electronic Case Filing System and also received courtesy copies via e-mail. Parties may access this filing through the Court's system.

Dated: September 17, 2025

Randy Lowry
Omni Agent Solutions, Inc.
5955 De Soto Avenue, Suite 100
Woodland Hills, CA 91367
818-906-8300

{State of California    }
{                       } ss.
{County of Los Angeles  }

Subscribed and sworn to (or affirmed) before me on this 17th day of September, 2025, by Randy Lowry, proved to me on the basis of satisfactory evidence to be the person(s) who appeared before me.

_____
Notary Public

DARLEEN SAHAGUN
Notary Public - California
Los Angeles County
Commission # 2396737
My Comm. Expires Mar 11, 2026

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, as applicable, are: Ligado Networks LLC (3801); ATC Technologies, LLC (N/A); Ligado Networks (Canada) Inc. (N/A); Ligado Networks Build LLC (N/A); Ligado Networks Corp. (N/A); Ligado Networks Finance LLC (N/A); Ligado Networks Holdings (Canada) Inc. (N/A); Ligado Networks Inc. of Virginia (9725); Ligado Networks Subsidiary LLC (N/A); One Dot Six LLC (8763); and One Dot Six TVCC LLC (N/A). The Debtors' headquarters is located at: 10802 Parkridge Boulevard, Reston, Virginia 20191.

# **EXHIBIT A**

**Exhibit A**
Service List

| Creditor | Attention | Email | Method of Service |
|---|---|---|---|
| Cole Schotz P.C., | Attn: Seth Van Aalten | svanaalten@coleschotz.com | Email |
| Cole Schotz P.C., | Attn: Justin R. Alberto | jalberto@coleschotz.com | Email |
| Cole Schotz P.C., | Attn: Stacy L. Newman | snewman@coleschotz.com | Email |
| Kirkland and Ellis, LLP | Attn: Brian Schartz | brian.schartz@kirkland.com | Email |
| Kirkland and Ellis, LLP | Attn: Derek Hunter | derek.hunter@kirkland.com | Email |
| Milbank LLP | Attn: Dennis F. Dunne | ddunne@milbank.com | Email |
| Milbank LLP | Attn: Matthew L. Brod | mbrod@milbank.com | Email |
| Milbank LLP | Attn: Lauren C. Doyle | ldoyle@milbank.com | Email |
| Milbank LLP | Attn: Andrew M. Leblanc | aleblanc@milbank.com | Email |
| Richards, Layton & Finger, PA | Attn: Mark Collins | collins@rlf.com | Email |
| Richards, Layton & Finger, PA | Attn: Michael J. Merchant | merchant@rlf.com | Email |
| Richards, Layton & Finger, PA | Attn: Amanda R. Steele | steele@rlf.com | Email |
| Sidley Austin LLP | Attn: Stephen E. Hessler | shessler@sidley.com | Email |
| Sidley Austin LLP | Attn: Jason Hufendick | jhufendick@sidley.com | Email |
| Sidley Austin LLP | Attn: Dennis M. Twomey | dtwomey@sidley.com | Email |
| The Office of the United States Trustee for the District of Delaware | Attn: Benjamin Hackman | Benjamin.A.Hackman@usdoj.gov | Email |

# **<u>EXHIBIT B</u>**

Case 25-10006-TMH    Doc 979    Filed 09/17/25    Page 4 of 9

# Mailing Information for Case 25-10006-TMH

## Electronic Mail Notice List

The following is the list of **parties** who are currently on the list to receive email notice/service for this case.

- **Derek C. Abbott**    dabbott@mnat.com, derek-abbott-1155@ecf.pacerpro.com;jlawrence@morrisnichols.com;john-lawrence-0804@ecf.pacerpro.com;rchevli@morrisnichols.com;radha--chevli--2257@ecf.pacerpro.com
- **Justin R. Alberto**    jalberto@coleschotz.com, pratkowiak@coleschotz.com;jford@coleschotz.com;bankruptcy@coleschotz.com;lmorton@coleschotz.com
- **John R. Ashmead**    ashmead@sewkis.com, matott@sewkis.com;managingclerkoffice@sewkis.com
- **Robert S. Brady**    bankfilings@ycst.com
- **Joaquin M C de Baca**    jcdebaca@mayerbrown.com,
- **Timothy P. Cairns**    tcairns@pszjlaw.com
- **Shawn M. Christianson**    schristianson@buchalter.com, cmcintire@buchalter.com
- **Mark D. Collins**    rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com;rebecca--speaker-6328@ecf.pacerpro.com
- **Michael David DeBaecke**    mdebaecke@ashbygeddes.com, kjones@ashbygeddes.com;adellose@ashbygeddes.com;DKosloske@ashbygeddes.com
- **Christopher M. Donnelly**    cdonnelly@morrisjames.com, ddepta@morrisjames.com;slisko@morrisjames.com
- **Benjamin Finestone**    benjaminfinestone@quinnemanuel.com
- **Alessandra Glorioso**    glorioso.alessandra@dorsey.com, alessandra-glorioso-9339@ecf.pacerpro.com
- **Tara L. Grundemeier**    houston_bankruptcy@lgbs.com
- **Benjamin A. Hackman**    benjamin.a.hackman@usdoj.gov
- **Emily Margaret Hahn**    ehahn@abernathy-law.com
- **Jason Loren Hufendick**    jhufendick@sidley.com, jason-hufendick-6610@ecf.pacerpro.com;efilingnotice@sidley.com,drakowski@sidley.com
- **Zachary Javorsky**    javorsky@rlf.com, rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com;rebecca--speaker-6328@ecf.pacerpro.com
- **Laura Davis Jones**    ljones@pszjlaw.com, efile1@pszjlaw.com
- **Leah Victoria Lerman**    Leah.V.Lerman@usdoj.gov
- **Jason S. Levin**    jlevin@morrisjames.com, ddepta@morrisjames.com;slisko@morrisjames.com;joconnor@morrisjames.com
- **Tamara K. Mann**    tmann@mnat.com, tamara-mann-9707@ecf.pacerpro.com;jlawrence@morrisnichols.com;john-lawrence-0804@ecf.pacerpro.com;rchevli@morrisnichols.com;radha--chevli--2257@ecf.pacerpro.com
- **Emily Rae Mathews**    mathews@rlf.com, rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com;rebecca--speaker-6328@ecf.pacerpro.com
- **Laura L. McCloud**    agbankdelaware@ag.tn.gov
- **Joseph James McMahon**    joseph.mcmahon@usdoj.gov
- **Colin Meehan**    meehan@rlf.com, rbgroup@rlf.com;rebecca--speaker-6328@ecf.pacerpro.com
- **Michael Joseph Merchant**    merchant@rlf.com, rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com;rebecca--speaker-6328@ecf.pacerpro.com
- **Eric J. Monzo**    emonzo@morrisjames.com, ddepta@morrisjames.com;slisko@morrisjames.com;joconnor@morrisjames.com
- **Katelin Ann Morales**    kmorales@potteranderson.com, leastburn@potteranderson.com;bankruptcy@potteranderson.com;kmccloskey@potteranderson.com;tmistretta@potteranderson.com;mromano@potteranderson.com
- **Edmon L. Morton**    bankfilings@ycst.com
- **Christopher S. Murphy**    hristopher.murphy@oag.texas.gov, sherri.simpson@oag.texas.gov
- **Stacy L. Newman**    snewman@coleschotz.com, pratkowiak@coleschotz.com;lmorton@coleschotz.com;bankruptcy@coleschotz.com
- **Julie Anne Parsons**    jparsons@mvbalaw.com, kalexander@mvbalaw.com;julie.parsons@ecf.courtdrive.com
- **Kristen Bowen Perry**    kperry@howardcountymd.gov
- **Reliable Companies**    gmatthews@reliable-co.com
- **John Jeffery Rich**    jrich@madisoncountyal.gov
- **Sameen Rizvi**    srizvi@potteranderson.com, leastburn@potteranderson.com;bankruptcy@potteranderson.com;tmistretta@potteranderson.com;kmccloskey@potteranderson.com
- **Jeremy W. Ryan**    jryan@potteranderson.com, bankruptcy@potteranderson.com;leastburn@potteranderson.com;kmccloskey@potteranderson.com;tmistretta@potteranderson.com;mromano@potteranderson.com
- **Diane W. Sanders**    austin.bankruptcy@publicans.com
- **Brian Schartz**    bschartz@kirkland.com, brian-schartz-0999@ecf.pacerpro.com
- **Eric Lopez Schnabel**    de.ecf@Dorsey.com
- **Jason A. Starks**    BKECF@traviscountytx.gov
- **Don Stecker**    don.stecker@lgbs.com
- **Amanda R. Steele**    steele@rlf.com, rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com;rebecca--speaker-6328@ecf.pacerpro.com
- **Joshua A Sussberg**    ecf-9b7a1a52c6e8@ecf.pacerpro.com;ecf-00163ec7e7ea@ecf.pacerpro.com
- **John Kendrick Turner**    dallas.bankruptcyr@lgbs.com, Dora.Casiano-Perez@lgbs.com;John.Turner@ecf.courtdrive.com
- **U.S. Trustee**    USTPRegion03.WL.ECF@USDOJ.GOV
- **Melissa E. Valdez**    mvaldez@pbfcm.com, mvaldez@ecf.courtdrive.com;arandermann@pbfcm.com
- **Oliver S Zeltner**    ozeltner@jonesday.com

## Manual Notice List

The following is the list of **parties** who are **not** on the list to receive email notice/service for this case (who therefore require manual noticing/service). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

    **Robert Woody Angle**
    Greenberg Traurig
    1750 Tysons Boulevard
    Suite 1000
    McLean, VA 22102

    **Gregg S. Bateman**
    Seward & Kissel LLP
    One Battery Park Plaza
    New York, NY 10004

    **Larry R. Boyd**
    Abernathy, Roeder, Boyd & Hullett P.C.
    1700 Redbud Blvd., Suite 300
    McKinney, TX 75069

**Matthew L. Brod**
Milbank LLP
55 Hudson Yards
New York, NY 10001

**Nicholas Buchta**
Jones Day
901 Lakeside Avenue
Cleveland, OH 44114

**Karen A Cavagnaro**
1425 Route 206
Bedminster, NJ 07921

**Victoria Colbert**
MILBANK LLP
1850 K Street, NW
Suite 1100
Washington, DC 20006

**John M. Conlon**
Mayer Brown LLP
1221 Avenue of the Americas
New York, NY 10020

**Alysia Cordova**
Perdue Brandon Fielder Collins Mott LLP
P.O. Box 9132
Amarillo, TX 79105

**Alysia Crdova**
Perdue BrandonFielderCollins andMott LLP
P.O. Box 9132
Amarillo, TX 79105

**Abigail L. Debold**
Milbank LLP
55 Hudson Yards
New York, NY 10001

**Christopher J. DiPompeo**
Jones Day
51 Louisiana Avenue, N.W.
Washington, DC 20001

**Lauren C. Doyle**
Milbank LLP
55 Hudson Yards
New York, NY 10001

**Dennis F Dunne**
Milbank LLP
55 Hudson Yards
New York, NY 10001

**Richard Edlin**
Greenberg Traurig LLP
One Vanderbilt Ave
New York, NY 10017

**Ernst & Young LLP**
,

**FTI Consulting, Inc.**
,

**Ian C. Ferrell**
Sidley Austin LLP
One South Dearborn
Chicago, IL 60603

**Elizabeth Fly**
Milbank LLP
1850 K Street
Suite 1100
Washington, DC 20006

**Reginald R. Goeke**
Mayer Brown LLP

1999 K Street NW
Washington, DC 20006-1101

**Jake W. Gordon**
Foley & Lardner LLP
500 Woodward Avenue
Suite 2700
Detroit, MI 48226

**James W. Grudus**
AT&T Services, Inc.
1425 Route 206
Bedminster, NJ 07921

**Stephen Hessler**
Sidley Austin LLP
787 Seventh Avenue
New York, NY 10019

**Derek I. Hunter**
Kirkland & Ellis LLP
601 Lexington Avenue
New York, NY 10022

**Henry Hutten**
3 World Trade Center
175 Greenwich Street
51st Floor
,

**Gary W. Kuc**
Howard County Office of Law
3450 Courthouse Drive
Ellicott City, MD 21043

**Andrew M. Leblanc**
Milbank LLP
1850 K Street, NW
Suite 1100
Washington, DC 20006

**Heather Lennox**
North Point
901 Lakeside Avenue
Cleveland, OH 44114-1190

**Gideon Albert Levy**
Greenberg Traurig LLP
2101 L Street N.W.
Suite 1000
Washington, DC 20037

**Catherine V. LoTempio**
Seward & Kissel LLP
One Battery Park Plaza
New York, NY 10004

**Alfred M Mamlet**
Steptoe LLP
1330 Connecticut Avenue, NW
Washington, DC 20036

**Sarah Gleich Margolis**
FRESHFIELDS US LLP
3 World Trade Center
175 Greenwich Street
51st Floor
New York, NY 10007

**Mayer Brown LLP**
,

**Alan E.T. McCormick**
Kirkland & Ellis LLP
Kirkland & Ellis International LLP
333 West Wolf Point Plaza
Chicago, IL 60654

**Maura A. McKeon**
Mayer Brown LLP

1221 Avenue of the Americas
New York, NY 10020

**Charles Michael**
Steptoe LLP
1114 Avenue of the Americas
New York, NY 10036

**Milbank LLP**
,

**Katelin A. Morales**
Potter Anderson & Corroon LLP
1313 N. Market Street
6th Floor
Wilmington, DE 19801

**Omni Agent Solutions, Inc.**
www.omniagentsolutions.com
5955 DeSoto Avenue, Suite #100
Woodland Hills, CA 91367

**Omni Agent Solutions, Inc.**
www.omniagentsolutions.com
5955 DeSoto Avenue, Suite #100
Woodland Hills, CA 91367

**Paul, Weiss, Rifkind, Wharton & Garrison LLP**
,

**Perella Weinberg Partners LP**
,

**Tuvia Peretz**
Milbank LLP
55 Hudson Yards
New York, NY 10001

**Mark Polishuk**
Milbank LLP
55 Hudson Yards
New York, NY 10001

**Madlyn Gleich Primoff**
FRESHFIELDS US LLP
3 World Trade Center
175 Greenwich Street
51st Floor
New York, NY 10007

**PwC US Business Advisory LLP**
,

**Mark L. Radtke**
FOLEY & LARDNER LLP
321 N. Clark Street
Suite 3000
Chicago, IL 60654

**Linda D. Reece**
Perdue, Brandon, Fielder, Collins & Mott
1919 S. Shiloh Road
Suite 310, LB 40
Garland, TX 75042

**Jeffrey M Reisner**
Steptoe LLP
1114 Avenue of the Americas
New York, NY 10036

**Alexander Gleich Rich**
FRESHFIELDS US LLP
3 World Trade Center
175 Greenwich Street
51st Floor
New York, NY 10007

**Jordan Rosen**
Milbank LLP
55 Hudson Yards

New York, NY 10001

**Danielle Lee Sauer**
Milbank LLP
1850 K Street, N.W.
Suite 1100
Washington, DC 20006

**Michael G. Scavelli**
Steptoe & Johnson LLP
1114 Avenue of the Americas
New York, NY 10036

**Matthew R. Scheck**
Quinn Emanuel Urquhart & Sullivan, LLP
300 West 6th St.
Suite 2010
Austin, TX 78701

**Kate Scherling**
Quinn Emanuel Urquhart & Sullivan LLP
295 5th Avenue
New York, NY 10016

**Selendy Gay PLLC**
,

**Charles B Sterrett**
Kirkland & Ellis LLP
Kirkland & Ellis International LLP
333 West Wolf Point Plaza
Chicago, IL 60654

**Jennifer Surprenant**
Greenberg Traurig LLP
One Vanderbilt Avenue
New York, NY 10017

**Joshua R. Taylor**
Steptoe & Johnson LLP
1300 Connecticut Avenue NW
Washington, DC 20036

**Dennis M. Twomey**
Sidley Austin LLP
One South Dearborn Street
Chicago, IL 60603

**Seth Van Aalten**
Cole Schotz, P.C.
1325 Avenue of the Americas
19th Floor
New York, NY 10019

**Melanie W. Yanez**
Milbank Tweed Hadley & McCloy LLP
1850 K Street, NW
Suite 1100
Washington, DC 20006

**Paul M. lopez**
Abernathy, Roeder, Boyd & Hullett, P.C.
1700 Redbud Blvd.
Suite 300
McKinney, TX 75069

## Creditor List

Click the link above to produce a complete list of **creditors** only.

## List of Creditors

Click on the link above to produce a list of **all** creditors and **all** parties in the case. User may sort in columns or raw data format.