# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| LIGADO NETWORKS LLC, *et al.*,[1] | Case No. 25-10006 (TMH) |
| Debtors. | (Jointly Administered) |
| | Hearing Date: September 22, 2025 at 2:00 p.m. (ET) |
| | Re: Docket No. 764 |

**NOTICE OF FILING OF REVISED ORDER (I) APPROVING THE AMENDMENT TO THE DIP CREDIT AGREEMENT, (II) APPROVING THE LETTER AGREEMENT AND AST POWER OF ATTORNEY, AND (III) GRANTING RELATED RELIEF**

**PLEASE TAKE NOTICE** that, on July 24, 2025, the Debtors filed the *Debtors' Motion for Entry of an Order (I) Approving the Amendment to the DIP Credit Agreement, (II) Approving the Letter Agreement and AST Power of Attorney, and (III) Granting Related Relief* [Docket No. 764] (the "DIP Amendment Motion") with the United States Bankruptcy Court for the District of Delaware (the "Court"). Attached as Exhibit A to the DIP Amendment Motion was a proposed form of order (the "Proposed DIP Amendment Order"), which included a proposed amendment to the DIP Credit Agreement (the "DIP Amendment") attached thereto as Exhibit 1 and a certain letter agreement (the "Letter Agreement") attached thereto as Exhibit 2.

**PLEASE TAKE FURTHER NOTICE** that the Debtors hereby file a revised version of the Proposed DIP Amendment Order, including revisions to both the DIP Amendment and Letter Agreement (collectively, the "Revised Proposed DIP Amendment Order"), reflecting the

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, as applicable, are: Ligado Networks LLC (3801); ATC Technologies, LLC (N/A); Ligado Networks (Canada) Inc. (N/A); Ligado Networks Build LLC (N/A); Ligado Networks Corp. (N/A); Ligado Networks Finance LLC (N/A); Ligado Networks Holdings (Canada) Inc. (N/A); Ligado Networks Inc. of Virginia (9725); Ligado Networks Subsidiary LLC (N/A); One Dot Six LLC (8763); and One Dot Six TVCC LLC (N/A). The Debtors' headquarters is located at: 10802 Parkridge Boulevard, Reston, Virginia 20191.

changes made to the Proposed DIP Amendment Order. A copy of the Revised Proposed DIP Amendment Order is attached hereto as **Exhibit A**.

**PLEASE TAKE FURTHER NOTICE** that, for the convenience of the Court and all parties in interest, attached hereto as **Exhibit B** is a changed pages only blackline version of the Revised Proposed DIP Amendment Order marked against the Proposed DIP Amendment Order.

**PLEASE TAKE FURTHER NOTICE** that a hearing (the "Hearing") to consider entry of the Revised Proposed DIP Amendment Order will be held on **September 22, 2025 at 2:00 p.m. (ET)** before The Honorable Thomas M. Horan, United States Bankruptcy Judge for the District of Delaware, at the Court, 824 North Market Street, 5th Floor, Courtroom 5, Wilmington, Delaware 19801.

**PLEASE TAKE FURTHER NOTICE** that the Debtors reserve all rights to make modifications to the Revised Proposed DIP Amendment Order prior to, or as a result of, the Hearing. To the extent that modifications are made to the Revised Proposed DIP Amendment Order prior to the Hearing, the Debtors will present a redline showing such changes to the Court either at or before the Hearing.

[*Remainder of Page Intentionally Left Blank*]

| | |
|---|---|
| Dated September 18, 2025<br>Wilmington, Delaware | */s/ Emily R. Mathews*<br>Mark D. Collins, Esq. (Bar No. 2981)<br>Michael J. Merchant, Esq. (Bar No. 3854)<br>Amanda R. Steele, Esq. (Bar No. 5530)<br>Emily R. Mathews, Esq. (Bar No. 6866)<br>Zachary J. Javorsky, Esq. (Bar No. 7069)<br>Colin A. Meehan, Esq. (Bar No. 7237)<br>**RICHARDS, LAYTON & FINGER, P.A.**<br>One Rodney Square<br>920 North King Street<br>Wilmington, DE 19801<br>Telephone:  (302) 651-7700<br>Facsimile:  (302) 651-7701<br>Email:  collins@rlf.com<br>         merchant@rlf.com<br>         steele@rlf.com<br>         javorsky@rlf.com<br>         mathews@rlf.com<br>         meehan@rlf.com<br><br>-and-<br><br>Dennis F. Dunne, Esq. (admitted *pro hac vice*)<br>Matthew L. Brod, Esq. (admitted *pro hac vice*)<br>Lauren C. Doyle, Esq. (admitted *pro hac vice*)<br>**MILBANK LLP**<br>55 Hudson Yards<br>New York, New York 10001<br>Telephone:  (212) 530-5000<br>Facsimile:  (212) 530-5219<br>Email:  ddunne@milbank.com<br>         mbrod@milbank.com<br>         ldoyle@milbank.com<br><br>Andrew M. Leblanc, Esq. (admitted *pro hac vice*)<br>**MILBANK LLP**<br>1101 New York Avenue, NW<br>Washington DC 20005<br>Telephone:  (202) 835-7500<br>Facsimile:  (202) 263-7586<br>Email:  aleblanc@milbank.com<br><br>*Co-Counsel for Debtors in Possession* |