**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

|  |  |
|---|---|
| In re: | ) Chapter 11 |
|  | ) |
| LIGADO NETWORKS LLC, *et al.*,[1] | ) Case No. 25-10006 (TMH) |
|  | ) |
| Debtors. | ) (Jointly Administered) |
|  | ) |
|  | ) **Re: Docket Nos. 694, 697, 920, & 957** |
|  | ) |

## NOTICE OF FILING OF REVISED PROPOSED CONFIRMATION ORDER

**PLEASE TAKE NOTICE** that, on June 24, 2025, the Court entered an order [Docket No. 694] (the "Solicitation Procedures Order"), among other things, (a) approving the *Disclosure Statement for the Joint Chapter 11 Plan of Ligado Networks LLC and Its Affiliated Debtors and Debtors in Possession* [Docket No. 697] and the form and manner of notice of the hearing to consider the same, (b) scheduling the Confirmation Hearing (as defined herein) and the form and manner of notice thereof, (c) approving the procedures for soliciting votes and voting on the *Joint Chapter 11 Plan of Ligado Networks LLC and Its Affiliated Debtors and Debtors in Possession* [Docket No. 957] (as the same may be amended, supplemented, or otherwise modified, the "Plan"), (d) approving the form of Ballots (as defined in the Solicitation Procedures Order) that the Debtors sent to holders of Claims or Interests that are entitled to vote on the Plan, (e) approving the form of Notices of Non-Voting Status (as defined in the Solicitation Procedures Order) and third-party release opt-out form that the Debtors sent to holders of Claims or Interests

---

[1]     The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, as applicable, are:  Ligado Networks LLC (3801); ATC Technologies, LLC (N/A); Ligado Networks (Canada) Inc. (N/A); Ligado Networks Build LLC (N/A); Ligado Networks Corp. (N/A); Ligado Networks Finance LLC (N/A); Ligado Networks Holdings (Canada) Inc. (N/A); Ligado Networks Inc. of Virginia (9725); Ligado Networks Subsidiary LLC (N/A); One Dot Six LLC (8763); and One Dot Six TVCC LLC (N/A).  The Debtors' headquarters is located at: 10802 Parkridge Boulevard, Reston, Virginia 20191.

that are not entitled to vote on the Plan, and (f) approving the notice and objection procedures for the Plan.

**PLEASE TAKE FURTHER NOTICE** that, on August 28, 2025 the Debtors filed a proposed form of order confirming the Plan [Docket No. 920] (the "Proposed Confirmation Order").

**PLEASE TAKE FURTHER NOTICE** that the Debtors hereby filed a revised version of the Proposed Confirmation Order (the "Revised Proposed Confirmation Order"), and such Revised Proposed Confirmation Order is attached hereto as **Exhibit A**.  For the convenience of the Court and all interested parties, a changed pages only blackline comparison of the Revised Proposed Confirmation Order marked against the Proposed Confirmation Order is attached hereto as **Exhibit B**.

**PLEASE TAKE FURTHER NOTICE** that a hearing to consider, among other things, confirmation of the Plan is scheduled for September 22, 2025 at 2:00 p.m. (prevailing Eastern Time), before the Honorable Thomas M. Horan, United States Bankruptcy Judge, at the Court, 824 North Market Street, 5th Floor, Courtroom No. 5, Wilmington, Delaware 19801 (the "Confirmation Hearing").[2]

**PLEASE TAKE FURTHER NOTICE** that the Debtors intend to present the Revised Proposed Confirmation Order, substantially in the form attached hereto, to the Court at the Confirmation Hearing.  To the extent the Debtors further revise the Revised Proposed Confirmation Order prior to the Confirmation Hearing, the Debtors will present a blackline copy to the Court either at or before the Confirmation Hearing.

---

[2]    The Confirmation Hearing may be adjourned or continued from time to time by the Court or the Debtors without further notice, including adjournments announced in open court or as indicated in any notice of agenda of matters scheduled for hearing filed by the Debtors with the Court.  The Plan may be modified, if necessary, prior to, during, or as a result of the Confirmation Hearing.

RLF1 33800041v.2

Dated: September 19, 2025
Wilmington, Delaware

*/s/ Emily R. Mathews*
Mark D. Collins, Esq. (Bar No. 2981)
Michael J. Merchant, Esq. (Bar No. 3854)
Amanda R. Steele, Esq. (Bar No. 5530)
Emily R. Mathews, Esq. (Bar. No. 6866)
Colin A. Meehan, Esq. (Bar No. 7237)
**RICHARDS, LAYTON & FINGER, P.A.**
One Rodney Square
920 North King Street
Wilmington, DE 19801
Telephone:     (302) 651-7700
Facsimile:     (302) 651-7701
Email:         collins@rlf.com
               merchant@rlf.com
               steele@rlf.com
               mathews@rlf.com
               meehan@rlf.com

-and-

Dennis F. Dunne, Esq. (admitted *pro hac vice*)
Matthew L. Brod, Esq. (admitted *pro hac vice*)
Lauren C. Doyle, Esq. (admitted *pro hac vice*)
**MILBANK LLP**
55 Hudson Yards
New York, New York 10001
Telephone:     (212) 530-5000
Facsimile:     (212) 530-5219
Email:         ddunne@milbank.com
               mbrod@milbank.com
               ldoyle@milbank.com

Andrew M. Leblanc, Esq. (admitted *pro hac vice*)
**MILBANK LLP**
1101 New York Avenue, NW
Washington DC 20005
Telephone:     (202) 835-7500
Facsimile:     (202) 263-7586
Email:         aleblanc@milbank.com

*Co-Counsel for Debtors in Possession*

RLF1 33800041v.2