**1ivIN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

|  |  |  |
|---|---|---|
| In re: | ) ) | Chapter 11 |
| LIGADO NETWORKS LLC, *et al.*,[1] | ) ) | Case No. 25-10006 (TMH) |
| Debtors. | ) ) ) ) | (Jointly Administered) |

**NOTICE OF *AMENDED*[2] AGENDA OF MATTERS SCHEDULED FOR HEARING ON SEPTEMBER 22, 2025 AT 2:00 P.M. (ET), BEFORE THE HONORABLE THOMAS M. HORAN, AT THE UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF DELAWARE, 5th FLOOR, COURTROOM 5**

> **This hearing will be conducted in-person in Courtroom # 5, 5th floor. All parties, including witnesses, are expected to attend in person unless permitted to appear via Zoom. Participation at the in-person court proceeding using Zoom is allowed only in the following circumstances: (i) counsel for a party or a pro se litigant that files a responsive pleading and intends to make only a limited argument; (ii) a party or a representative of a party that has not submitted a pleading but is interested in observing the hearing; (iii) any party that is proceeding, in a claims allowance dispute, on a pro se basis; or (iv) extenuating circumstances that warrant remote participation as may be determined by the Court. The deadline to register for remote attendance is 4:00 p.m. (prevailing Eastern Time) the business day before the hearing unless otherwise noticed.**
>
> **COURTCALL WILL NOT BE USED FOR THIS HEARING. to attend a hearing remotely, please register using the eCourtAppearance tool (available here) or on the Court's website at www.deb.uscourts.gov.**

I.   **MATTER GOING FORWARD:**

1.   Debtors' Motion for Entry of an Order (I) Approving the Amendment to the DIP Credit Agreement, (II) Approving the Letter Agreement and AST Power of Attorney, and (III) Granting Related Relief [Docket No. 764; filed July 24, 2025]

   <u>Objection / Response Deadline:</u>   July 31, 2025 at 4:00 p.m. (ET); extended for AST

---

[1]   The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, as applicable, are: Ligado Networks LLC (3801); ATC Technologies, LLC (N/A); Ligado Networks (Canada) Inc. (N/A); Ligado Networks Build LLC (N/A); Ligado Networks Corp. (N/A); Ligado Networks Finance LLC (N/A); Ligado Networks Holdings (Canada) Inc. (N/A); Ligado Networks Inc. of Virginia (9725); Ligado Networks Subsidiary LLC (N/A); One Dot Six LLC (8763); and One Dot Six TVCC LLC (N/A). The Debtors' headquarters is located at: 10802 Parkridge Boulevard, Reston, Virginia 20191.

[2]   **Amended items appear in bold.**

RLF1 33801892v.1

Objections / Responses Received:    None.

Related Documents:

i. Notice of Rescheduled Hearing to Consider (I) Confirmation of the Joint Chapter 11 Plan of Ligado Networks LLC and its Affiliated Debtors and Debtors in Possession and (II) Approval of DIP Amendment Motion [Docket No. 799; filed August 4, 2025]

ii. Notice of Rescheduled Hearing to Consider (I) Confirmation of the Joint Chapter 11 Plan of Ligado Networks LLC and its Affiliated Debtors and Debtors in Possession and (II) Approval of DIP Amendment Motion [Docket No. 833; filed August 14, 2025]

iii. Notice of Rescheduled Hearing to Consider (I) Confirmation of the Joint Chapter 11 Plan of Ligado Networks LLC and its Affiliated Debtors and Debtors in Possession and (II) Approval of DIP Amendment Motion [Docket No. 960; filed September 9, 2025]

iv. **Notice of Filing of Revised Order (I) Approving the Amendment to the DIP Credit Agreement, (II) Approving the Letter Agreement and AST Power of Attorney, and (III) Granting Related Relief [Docket No. 983; filed September 18, 2025]**

Status: The hearing on this matter is going forward.

## II.    CONFIRMATION:

2. Joint Chapter 11 Plan of Ligado Networks LLC and Its Affiliated Debtors and Debtors in Possession [Docket No. 957; filed September 8, 2025]

    Objection / Response Deadline:    July 24, 2025 at 4:00 p.m. (ET)

    Objections / Responses Received:

    A. Objection of the United States Trustee to Confirmation of the Joint Chapter 11 Plan of Ligado Networks LLC and Its Affiliated Debtors and Debtors in Possession [Docket No. 760; filed July 24, 2025]

    B. Objection by the United States of America to the Debtors' Joint Chapter 11 Plan of Ligado Networks, LLC [Docket No. 762; filed July 24, 2025]

    Related Documents:

    i. Order (I) Approving Proposed Disclosure Statement and Form and Manner of Disclosure Statement Hearing, (II) Establishing Solicitation and Voting

|      |      |
| ---- | ---- |
|      | Procedures, (III) Scheduling Confirmation Hearing, (IV) Establishing Notice and Objection Procedures for Confirmation, and (V) Granting Related Relief [Docket No. 694; entered June 24, 2025] |
| ii.  | Joint Chapter 11 Plan of Ligado Networks LLC and Its Affiliated Debtors and Debtors in Possession [Docket No. 696; filed June 24, 2025] |
| iii. | Disclosure Statement for the Joint Chapter 11 Plan of Ligado Networks LLC and Its Affiliated Debtors and Debtors in Possession [Docket No. 697; filed June 24, 2025] |
| iv.  | Notice of (I) Hearing on the Confirmation of the Plan, (II) Procedures for Objection to the Confirmation of Plan, and (III) Procedures and Deadline for Voting on the Proposed Plan [Docket No. 700; filed June 24, 2025] |
| v.   | Notice of Blacklines of (I) Joint Chapter 11 Plan of Ligado Networks and Its Affiliated Debtors and Debtors in Possession and (II) Disclosure Statement of the Joint Chapter 11 Plan of Ligado Networks LLC and Its Affiliated Debtors and Debtors in Possession [Docket No. 701; filed June 24, 2025] |
| vi.  | Proof of Publication [Docket No. 728; filed July 1, 2025] |
| vii. | Notice of Filing of Plan Supplement in Connection with Joint Chapter 11 Plan of Ligado Networks LLC and Its Affiliated Debtors and Debtors in Possession [Docket No. 750; filed July 17, 2025] |
| viii.| Notice of (I) Intention to Assume the Boeing Agreement and (II) Proposed Cure Amount [Docket No. 751; filed July 17, 2025] |
| ix.  | Order Approving Stipulation and Agreed Order (I) Resolving the Motion to Compel and (II) Establishing Scheduling Regarding Boeing Cure Dispute [Docket No. 770 – entered July 28, 2025] |
| x.   | Notice of Rescheduled Hearing to Consider (I) Confirmation of the Joint Chapter 11 Plan of Ligado Networks LLC and its Affiliated Debtors and Debtors in Possession and (II) Approval of DIP Amendment Motion [Docket No. 799; filed August 4, 2025] |
| xi.  | Notice of Rescheduled Hearing to Consider (I) Confirmation of the Joint Chapter 11 Plan of Ligado Networks LLC and its Affiliated Debtors and Debtors in Possession and (II) Approval of DIP Amendment Motion [Docket No. 833; filed August 14, 2025] |
| xii. | Debtors' Memorandum of Law in Support of Confirmation of Joint Chapter 11 Plan of Ligado Networks LLC and Its Affiliated Debtors and Debtors in Possession [Docket No. 916; filed August 28, 2025] |

xiii. Declaration of Michael Healy in Support of Confirmation of the Joint Chapter 11 Plan of Ligado Networks LLC and Its Affiliated Debtors and Debtors in Possession [Docket No. 917; filed August 28, 2025]

xiv. Declaration of Jeriad R. Paul Regarding the Solicitation and Tabulation of Votes On, and Elections to Opt Out of the Third Party Release Contained in, the Joint Chapter 11 Plan of Ligado Networks LLC and Its Affiliated Debtors and Debtors in Possession [Docket No. 918; filed August 28, 2025]

xv. Declaration of Douglas Smith in Support of Confirmation of the Joint Chapter 11 Plan of Ligado Networks LLC and Its Affiliated Debtors and Debtors in Possession [Docket No. 919; filed August 28, 2025]

xvi. Notice of Filing of Proposed Confirmation Order [Docket No. 920; filed August 28, 2025]

xvii. Notice of Blackline of Joint Chapter 11 Plan of Ligado Networks LLC and Its Affiliated Debtors and Debtors in Possession [Docket No. 958; filed September 8, 2025]

xviii. Notice of Rescheduled Hearing to Consider (I) Confirmation of the Joint Chapter 11 Plan of Ligado Networks LLC and its Affiliated Debtors and Debtors in Possession and (II) Approval of DIP Amendment Motion [Docket No. 960; filed September 9, 2025]

xix. The Debtors' Witness and Exhibit List for Hearing Scheduled for September 22, 2025 at 2:00 p.m. (Prevailing Eastern Time) [Docket No. 975; filed September 17, 2025]

xx. United States Trustee's Witness and Exhibit List [Docket No. 978; filed September 17, 2025]

xxi. **Notice of Filing of Revised Proposed Confirmation Order [Docket No. 985; filed September 19, 2025]**

xxii. **Notice of Filing of Second Plan Supplement in Connection With Joint Chapter 11 Plan of Ligado Networks LLC and its Affiliated Debtors and Debtors in Possession [Docket No. 986; filed September 19, 2025]]**

Status: The hearing on this matter is going forward.

Dated  September 22, 2025
Wilmington, Delaware

/s/ *Emily R. Mathews*
Mark D. Collins, Esq. (Bar No. 2981)
Michael J. Merchant, Esq. (Bar No. 3854)
Amanda R. Steele, Esq. (Bar No. 5530)
Emily R. Mathews, Esq. (Bar No. 6866)
Zachary J. Javorsky, Esq. (Bar No. 7069)
Colin A. Meehan (Bar No. 7237)
**RICHARDS, LAYTON & FINGER, P.A.**
One Rodney Square
920 North King Street
Wilmington, DE 19801
Telephone:    (302) 651-7700
Facsimile:     (302) 651-7701
Email:           collins@rlf.com
                     merchant@rlf.com
                     steele@rlf.com
                     mathews@rlf.com
                     javorsky@rlf.com
                     meehan@rlf.com

-and-

Dennis F. Dunne, Esq. (admitted *pro hac vice*)
Matthew L. Brod, Esq. (admitted *pro hac vice*)
Lauren C. Doyle, Esq. (admitted *pro hac vice*)
**MILBANK LLP**
55 Hudson Yards
New York, New York 10001
Telephone:    (212) 530-5000
Facsimile:     (212) 530-5219
Email:           ddunne@milbank.com
                     mbrod@milbank.com
                     ldoyle@milbank.com

Andrew M. Leblanc, Esq. (admitted *pro hac vice*)
**MILBANK LLP**
1101 New York Avenue, NW
Washington DC 20005
Telephone:    (202) 835-7500
Facsimile:     (202) 263-7586
Email:           aleblanc@milbank.com

*Co-Counsel for Debtors in Possession*