IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| LIGADO NETWORKS LLC, *et al.*,[1] | Case No. 25-10006 (TMH) |
| Debtors. | (Jointly Administered) |
| | **Obj. Deadline: December 4, 2025 at 4:00 p.m. (ET)**<br>**Hearing Date: January 6, 2026 at 11:00 a.m. (ET)** |

### NOTICE OF THIRD INTERIM FEE APPLICATION REQUEST OF PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP AS SPECIAL LITIGATION COUNSEL FOR THE DEBTORS AND DEBTORS IN POSSESSION

| | |
|---|---|
| Name of Applicant: | Paul, Weiss, Rifkind, Wharton & Garrison LLP |
| Authorized to Provide Professional Services to: | Debtors and Debtors in Possession |
| Date of Retention: | February 20, 2025 [Docket No. 254]<br>(Effective as of January 5, 2025) |
| Period for Which Compensation and Reimbursement is Sought: | July 1, 2025 through September 30, 2025 |
| Amount of Compensation sought as actual, reasonable and necessary | $187,758.61 plus $33,133.89 of Deferred Fees[2] |
| Amount of Expense Reimbursement sought as actual, reasonable and necessary | $0 |

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, as applicable, are: Ligado Networks LLC (3801); ATC Technologies, LLC (N/A); Ligado Networks (Canada) Inc. (N/A); Ligado Networks Build LLC (N/A); Ligado Networks Corp. (N/A); Ligado Networks Finance LLC (N/A); Ligado Networks Holdings (Canada) Inc. (N/A); Ligado Networks Inc. of Virginia (9725); Ligado Networks Subsidiary LLC (N/A); One Dot Six LLC (8763); and One Dot Six TVCC LLC (N/A). The Debtors' headquarters is located at: 10802 Parkridge Boulevard, Reston, Virginia 20191.

[2] As described in the Retention Application (as defined below), Paul, Weiss agreed to defer payment of certain Deferred Fees (as defined in the Retention Application), including 15% of its total fees incurred during the Interim Period. Subject to the terms of the Retention Application, Paul, Weiss is seeking interim allowance of, but not payment for, the Deferred Fees incurred. Paul, Weiss will seek payment of the Deferred Fees when they become due and payable under the terms and conditions set forth in the Retention Application.

This is a(n): ___ monthly _X_ interim ___ final application.

Summary of fee applications for the compensation period:

| Date Filed and Docket No. | Period Covered | Total Amount Requested | | Total Amount Approved to Date via Certification of No Objection | | Holdback Fees Requested | Total Deferred Fees Sought |
| | | Fees | Expenses | Fees (@ 80%) | Expenses (@ 100%) | Fees (@ 20%) | Fees |
|---|---|---|---|---|---|---|---|
| 8/25/25 [Docket No. 880] | 7/1/25 – 7/31/25 | $95,986.67 | $0 | $76,789.34 | $0 | $19,197.33 | $16,938.83 |
| 9/22/25 [Docket No. 989] | 8/1/25 – 8/31/25 | $65,970.62 | $0 | $52,776.50 | $0 | $13,194.12 | $11,641.88 |
| 10/31/25 [Docket No. 1085] | 9/1/25 – 9/30/25 | $25,801.32 | $0 | $0.00 Pending Objection deadline of 11/20/25 | $0 | $25,801.32 Pending Objection deadline of 11/20/25 | $4,553.18 |
| **Total:** | | **$187,758.61** | **$0** | **$129,565.84** | **$0** | **$58,192.77** | **$33,133.89** |

Summary of any objections to fee applications: None.

PLEASE TAKE NOTICE that, pursuant to the Court's *Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses of Professionals* [Docket No. 195] (the "Interim Compensation Order")[3], objections, if any, to this interim fee application ("Interim Fee Application") must be filed with the Court by **December 4, 2025 at 4:00 p.m. (ET)** and served on the Applicant at the address set forth below and the Notice Parties.

---

[3] Capitalized terms used but not defined herein shall have the meanings ascribed to such terms in the Interim Compensation Order.

PLEASE TAKE FURTHER NOTICE that a hearing to consider this Interim Fee Application will be held on **January 6, 2026 at 11:00 a.m. (ET)**.

PLEASE TAKE FURTHER NOTICE that, as described in the *Debtors' Application for an Order Authorizing the Retention and Employment of Paul, Weiss, Rifkind, Wharton & Garrison LLP as Special Litigation Counsel for the Debtors and Debtors in Possession as of the Petition Date* [Docket No. 184] (the "Retention Application"), Paul, Weiss agreed to defer payment of certain Deferred Fees, including 15% of its total fees incurred during the interim period (the "Interim Period").

PLEASE TAKE FURTHER NOTICE that, (i) attached hereto as **Exhibit A** is a summary of compensation by each professional of the Applicant that worked on the above-captioned chapter 11 cases, (ii) attached hereto as **Exhibit B** is a summary of compensation by project category, (iii) attached hereto as **Exhibit C** is an expense summary, (iv) attached hereto as **Exhibit D** are the Applicant's customary and comparable compensation disclosures, (v) attached hereto as **Exhibit E** is the *Budget for Paul, Weiss, Rifkind, Wharton & Garrison LLP as Special Litigation Counsel for the Debtors and Debtors in Possession, for the Period from July 1, 2025 through September 30, 2025* (the "Budget") and the *Staffing Plan for Paul, Weiss, Rifkind, Wharton & Garrison LLP as Special Litigation Counsel for the Debtors and Debtors in Possession, for the Period from July 1, 2025 through September 30, 2025* (the "Staffing Plan"), (vi) attached hereto as **Exhibit F** is a summary of fees and hours budgeted compared to fees and hours billed, (vii) attached hereto as **Exhibit G** are certain additional disclosures related to the Interim Fee Application, (viii) attached hereto as **Exhibit H** is a summary of the Deferred Fees, Paul, Weiss seeks allowance of, but not payment for, in the Interim Period, and (ix) attached hereto

as **Exhibit I** is a certification, wherein an attorney of the Applicant certifies to certain matters addressed in the Interim Compensation Order.

**IF NO TIMELY OBJECTIONS ARE FILED TO THIS INTERIM FEE APPLICATION, THE COURT, IN ACCORDANCE WITH THE TERMS OF THE INTERIM COMPENSATION ORDER, MAY ENTER AN ORDER GRANTING THIS INTERIM FEE APPLICATION WITHOUT A HEARING.**

Dated: November 14, 2025
Wilmington, Delaware

/s/ Colin A. Meehan
Mark D. Collins, Esq. (Bar No. 2981)
Michael J. Merchant, Esq. (Bar No. 3854)
Amanda R. Steele, Esq. (Bar No. 5530)
Emily R. Mathews, Esq. (Bar No. 6866)
Colin A. Meehan, Esq. (Bar No. 7237)
**RICHARDS, LAYTON & FINGER, P.A.**
One Rodney Square
920 North King Street
Wilmington, DE 19801
Telephone:   (302) 651-7700
Facsimile:   (302) 651-7701
Email:   collins@rlf.com
  merchant@rlf.com
  steele@rlf.com
  mathews@rlf.com
  meehan@rlf.com

-and-

Dennis F. Dunne, Esq. (admitted pro hac vice)
Matthew L. Brod, Esq. (admitted pro hac vice)
Lauren C. Doyle, Esq. (admitted pro hac vice)
**MILBANK LLP**
55 Hudson Yards
New York, New York 10001
Telephone:   (212) 530-5000
Facsimile:   (212) 530-5219
 Email:   ddunne@milbank.com
  mbrod@milbank.com
  ldoyle@milbank.com

Andrew M. Leblanc, Esq. (admitted pro hac vice)
**MILBANK LLP**
1101 New York Avenue, NW
Washington DC 20005
Telephone:   (202) 835-7500
Facsimile:   (202) 263-7586
Email:   aleblanc@milbank.com

*Co-Counsel for Debtors in Possession*