# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| LIGADO NETWORKS LLC, *et al.*,[1] | Case No. 25-10006 (TMH) |
| Debtors. | (Jointly Administered) |
| | **Re: Docket Nos. 180, 256** |

## NOTICE OF CHANGE IN HOURLY RATES OF SELENDY GAY PLLC

PLEASE TAKE NOTICE that on February 20, 2025, the Court entered the *Order Authorizing the Retention and Employment of Selendy Gay as Special Litigation Counsel for the Debtors and Debtors in Possession as of the Petition Date* [D.I. 256] (the "Retention Order") authorizing the Debtors and debtors in possession in the above-captioned cases (collectively, the "Debtors") to retain Selendy Gay PLLC ("Selendy Gay") as special litigation counsel.

PLEASE TAKE FURTHER NOTICE that pursuant to paragraph 7 of the Retention Order, Selendy Gay is required to provide 10 business-days' notice to the Debtors, the U.S. Trustee, and any official committee before any increases in the rates set forth in the Debtors' Application For An Order Authorizing The Retention And Employment Of Selendy Gay As Special Litigation Counsel [D.I. 180] (the "Application") are implemented and file such notice with the Court. Paragraph 15 of the Application disclosed the range of hourly rates charged by Selendy Gay for professional services as of the date of the Application and stated that Selendy Gay's hourly rates

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Ligado Networks LLC (3801); ATC Technologies, LLC (N/A); Ligado Networks (Canada) Inc.(N/A); Ligado Networks Build LLC (N/A); Ligado Networks Corp. (N/A); Ligado Networks Finance LLC (N/A);Ligado Networks Holdings (Canada) Inc. (N/A); Ligado Networks Inc. of Virginia (9725); Ligado Networks Subsidiary LLC (N/A); One Dot Six LLC (8763); and One Dot Six TVCC LLC (N/A). The Debtors' headquarters is located at: 10802 Parkridge Boulevard, Reston, Virginia 20191.

are subject to periodic adjustments.

PLEASE TAKE FURTHER NOTICE that in the ordinary course of Selendy Gay's business and in keeping with Selendy Gay's established billing practices and procedures, Selendy Gay adjusts its standard billing rates firm wide on an annual basis. Effective as of January 1, 2026, Selendy Gay's billing rates for its attorneys and paraprofessionals who may work on matters related to these chapter 11 cases shall range as follows:[2]

| Billing Category | Range |
|---|---|
| Partners | $1,950-$2,700 |
| Counsel | $2,070 |
| Associates | $1,165-$1,760 |
| Staff Attorneys | $600-$725 |
| Paralegals | $580-$695 |

Dated:   December 5, 2025            Respectfully submitted,

*/s/   Philippe Z. Selendy*
**SELENDY GAY PLLC**
Philippe Z. Selendy
1290 Avenue of the Americas
New York, New York 10104
Tel.: 212-390-9000
pselendy@selendygay.com

*Special Litigation Counsel for the Debtors and Debtors in Possession*

---

[2] As described in the Application, Selendy Gay will continue to defer payment of certain Deferred Fees (as defined in Annex 1 to the Application), including 15% of its total fees incurred during the monthly fee periods of these chapter 11 cases.

2