IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

|  |  |  |
|---|---|---|
| In re: | ) ) | Chapter 11 |
| LIGADO NETWORKS LLC, *et al.*,[1] | ) ) | Case No. 25-10006 (TMH) |
| Debtors. | ) ) ) | (Jointly Administered) |

**NOTICE OF AGENDA OF MATTERS SCHEDULED FOR HEARING ON
JANUARY 6, 2026 AT 11:00 A.M. (ET), BEFORE THE HONORABLE
THOMAS M. HORAN, AT THE UNITED STATES BANKRUPTCY
<u>COURT FOR THE DISTRICT OF DELAWARE, 5th FLOOR, COURTROOM 5</u>**

**This hearing will be conducted in-person in Courtroom # 5, 5th floor. All parties, including witnesses, are expected to attend in person unless permitted to appear via Zoom. Participation at the in-person court proceeding using Zoom is allowed only in the following circumstances: (i) counsel for a party or a pro se litigant that files a responsive pleading and intends to make only a limited argument; (ii) a party or a representative of a party that has not submitted a pleading but is interested in observing the hearing; (iii) any party that is proceeding, in a claims allowance dispute, on a pro se basis; or (iv) extenuating circumstances that warrant remote participation as may be determined by the Court. the deadline to register for remote attendance is 4:00 p.m. (prevailing Eastern Time) the business day before the hearing unless otherwise noticed.**

**COURTCALL WILL NOT BE USED FOR THIS HEARING. to attend a hearing remotely, please register using the eCourtAppearance tool (available here) or on the Court's website at www.deb.uscourts.gov.**

I. <u>**RESOLVED MATTERS**</u>:

1. Debtors' Application for an Order Authorizing the Retention and Employment of Munger, Tolles & Olson LLP as Special Counsel for the Debtors and Debtors in Possession as of the Petition Date [Docket No. 1163; filed December 2, 2025]

    <u>Objection / Response Deadline</u>:    December 16, 2025 at 4:00 p.m. (ET)

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, as applicable, are:  Ligado Networks LLC (3801); ATC Technologies, LLC (N/A); Ligado Networks (Canada) Inc. (N/A); Ligado Networks Build LLC (N/A); Ligado Networks Corp. (N/A); Ligado Networks Finance LLC (N/A); Ligado Networks Holdings (Canada) Inc. (N/A); Ligado Networks Inc. of Virginia (9725); Ligado Networks Subsidiary LLC (N/A); One Dot Six LLC (8763); and One Dot Six TVCC LLC (N/A).  the Debtors' headquarters is located at: 10802 Parkridge Boulevard, Reston, Virginia 20191.

Objections / Responses Received:

Related Documents:

i. Certification of No Objection Regarding Debtors' Application for an Order Authorizing the Retention and Employment of Munger, Tolles & Olson LLP as Special Counsel for the Debtors and Debtors in Possession as of the Petition Date [Docket No. 1184; filed December 17, 2026]

ii. Order Authorizing the Retention and Employment of Munger, Tolles & Olson LLP as Special Counsel for the Debtors and Debtors in Possession as of the Petition Date [Docket No. 1186; entered December 18, 2025]

Status: On December 18, 2025, the Court entered an order regarding this matter. Accordingly, a hearing on this matter is no longer necessary.

2. Debtors' Third Motion for Entry of an Order Extending Time Period Within Which They May File Notices to Remove Actions Pursuant to 28 U.S.C. § 1452 and Fed. R. Bankr. P. 9027 and 9006 [Docket No. 1165; filed December 3, 2025]

Objection / Response Deadline: December 17, 2025 at 4:00 p.m. (ET)

Objections / Responses Received:

Related Documents:

i. Certification of No Objection Regarding Debtors' Third Motion for Entry of an Order Extending Time Period Within Which They May File Notices to Remove Actions Pursuant to 28 U.S.C. § 1452 and Fed. R. Bankr. P. 9027 and 9006 [Docket No. 1187; filed December 18, 2025]

ii. Order Extending Time Period Within Which They May File Notices to Remove Actions Pursuant to 28 U.S.C. § 1452 and Fed. R. Bankr. P. 9027 and 9006 [Docket No. 1189; entered December 19, 2025]

Status: On December 19, 2025, the Court entered an order regarding this matter. Accordingly, a hearing on this matter is no longer necessary.

II. **INTERIM FEE APPLICATIONS:**

3. Third Interim Fee Applications

Objection / Response Deadline: See Exhibit A attached hereto

Objections / Responses Received: None.

Related Documents: See Exhibit A attached hereto

2

    i.    Certification of Counsel Regarding Third Omnibus Order Awarding Interim Allowance of Compensation for Services Rendered and for Reimbursement of Expenses [Docket No. 1218 – filed December 31, 2025]

Status: On December 31, 2025, the Debtors submitted a proposed form of omnibus order under certification of counsel regarding the interim fee applications on Exhibit A attached hereto.  Accordingly, a hearing on this matter is only necessary to the extent the Court has questions or concerns.

Dated: January 2, 2026
Wilmington, Delaware

/s/ Zachary J. Javorsky
Mark D. Collins, Esq. (Bar No. 2981)
Michael J. Merchant, Esq. (Bar No. 3854)
Amanda R. Steele, Esq. (Bar No. 5530)
Zachary J. Javorsky, Esq. (Bar No. 7069)
Colin A. Meehan (Bar No. 7237)
**RICHARDS, LAYTON & FINGER, P.A.**
One Rodney Square
920 North King Street
Wilmington, DE 19801
Telephone:   (302) 651-7700
Facsimile:   (302) 651-7701
Email:   collins@rlf.com
    merchant@rlf.com
    steele@rlf.com
    javorsky@rlf.com
    meehan@rlf.com

-and-

Dennis F. Dunne, Esq. (admitted *pro hac vice*)
Matthew L. Brod, Esq. (admitted *pro hac vice*)
Lauren C. Doyle, Esq. (admitted *pro hac vice*)
**MILBANK LLP**
55 Hudson Yards
New York, New York 10001
Telephone:   (212) 530-5000
Facsimile:   (212) 530-5219
Email:   ddunne@milbank.com
    mbrod@milbank.com
    ldoyle@milbank.com

Andrew M. Leblanc, Esq. (admitted *pro hac vice*)
**MILBANK LLP**
1101 New York Avenue, NW
Washington DC 20005
Telephone:   (202) 835-7500
Facsimile:   (202) 263-7586
Email:   aleblanc@milbank.com

*Co-Counsel for Debtors in Possession*

# EXHIBIT A

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | ) | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| LIGADO NETWORKS LLC, *et al.*,[1] | ) | Case No. 25-10006 (TMH) |
| | ) | |
| Debtors. | ) | (Jointly Administered) |
| | ) | |

**INDEX OF INTERIM FEE APPLICATIONS SCHEDULED**
**FOR HEARING ON JANUARY 6, 2026 AT 11:00 A.M. (ET)**

1. Third Interim Fee Application of Ernst & Young LLP as (I) Audit Services and (II) Tax Services Provider to the Debtors and Debtors-in-Possession for Compensation for Professional Services Rendered and Reimbursement of Expenses Incurred for the Period from July 1, 2025 through and including September 30, 2025 [Docket No. 1110 – filed November 14, 2025]

    Objection / Response Deadline:    December 4, 2025 at 4:00 p.m. (ET)

    Related Documents:

    i. Seventh Monthly Fee Statement of Ernst & Young LLP as (I) Audit Services and (II) Tax Services Provider to the Debtors and Debtors-in-Possession for Compensation for Professional Services Rendered and Reimbursement of Expenses Incurred for the Period from July 1, 2025 through and including July 31, 2025 [Docket No. 1035 – filed October 7, 2025]

    ii. Certificate of No Objection Regarding Seventh Monthly Fee Statement of Ernst & Young LLP as (I) Audit Services and (II) Tax Services Provider to the Debtors and Debtors-in-Possession for Compensation for Professional Services Rendered and Reimbursement of Expenses Incurred for the Period from July 1, 2025 through and including July 31, 2025 (No Order Required) [Docket No. 1067 – filed October 28, 2025]

    iii. Eighth Combined Monthly Fee Statement of Ernst & Young LLP as (I) Audit Services and (II) Tax Services Provider to the Debtors and Debtors-in-Possession for Compensation for Professional Services Rendered and Reimbursement of

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, as applicable, are: Ligado Networks LLC (3801); ATC Technologies, LLC (N/A); Ligado Networks (Canada) Inc. (N/A); Ligado Networks Build LLC (N/A); Ligado Networks Corp. (N/A); Ligado Networks Finance LLC (N/A); Ligado Networks Holdings (Canada) Inc. (N/A); Ligado Networks Inc. of Virginia (9725); Ligado Networks Subsidiary LLC (N/A); One Dot Six LLC (8763); and One Dot Six TVCC LLC (N/A).  the Debtors' headquarters is located at: 10802 Parkridge Boulevard, Reston, Virginia 20191.

              Expenses Incurred for the Period from August 1, 2025 through and including September 30, 2025 [Docket No. 1086 – filed October 31, 2025]

       iv.    Certificate of No Objection Regarding Eighth Combined Monthly Fee Statement of Ernst & Young LLP as (I) Audit Services and (II) Tax Services Provider to the Debtors and Debtors-in-Possession for Compensation for Professional Services Rendered and Reimbursement of Expenses Incurred for the Period from August 1, 2025 through and including September 30, 2025 (No Order Required) [Docket No. 1162 – filed December 2, 2025]

2.    Notice of Third Interim Fee Application Request of Mayer Brown LLP [Docket No. 1111 – filed November 14, 2025]

    <u>Objection / Response Deadline</u>:    December 4, 2025 at 4:00 p.m. (ET)

    <u>Related Documents</u>:

       i.    Seventh Monthly Application of Mayer Brown LLP for Allowance of Compensation for Services Rendered and for Reimbursement of Expenses as Special Counsel for the Debtors and Debtors-in-Possession for the Period from July 1, 2025 through July 31, 2025 [Docket No. 954 – filed September 5, 2025]

       ii.    Certificate of No Objection Regarding Seventh Monthly Application of Mayer Brown LLP for Allowance of Compensation for Services Rendered and for Reimbursement of Expenses as Special Counsel for the Debtors and Debtors-in-Possession for the Period from July 1, 2025 through July 31, 2025 (No Order Required) [Docket No. 1000 – filed September 26, 2025]

       iii.    Eighth Monthly Application of Mayer Brown LLP for Allowance of Compensation for Services Rendered and for Reimbursement of Expenses as Special Counsel for the Debtors and Debtors-in-Possession for the Period from August 1, 2025 through August 31, 2025 [Docket No. 1031 – filed October 3, 2025]

       iv.    Certificate of No Objection Regarding Eighth Monthly Application of Mayer Brown LLP for Allowance of Compensation for Services Rendered and for Reimbursement of Expenses as Special Counsel for the Debtors and Debtors-in-Possession for the Period from August 1, 2025 through August 31, 2025 (No Order Required) [Docket No. 1064 – filed October 24, 2025]

       v.    Ninth Monthly Application of Mayer Brown LLP for Allowance of Compensation for Services Rendered and for Reimbursement of Expenses as Special Counsel for the Debtors and Debtors-in-Possession for the Period from September 1, 2025 through September 30, 2025 [Docket No. 1088 – filed November 3, 2025]

       vi.    Certificate of No Objection Regarding Ninth Monthly Application of Mayer Brown LLP for Allowance of Compensation for Services Rendered and for Reimbursement of Expenses as Special Counsel for the Debtors and Debtors-in-

Possession for the Period from September 1, 2025 through September 30, 2025 (No Order Required) [Docket No. 1145 – filed November 25, 2025]

3. Third Interim Fee Application of PwC US Business Advisory LLP, as Bankruptcy Transaction Advisory Services Provider to the Debtors, for Compensation and Reimbursement of Expenses for the Period from July 1, 2025 through September 30, 2025 [Docket No. 1112 – filed November 14, 2025]

   Objection / Response Deadline:    December 4, 2025 at 4:00 p.m. (ET)

   Related Documents:

   i.   Fifth Monthly Fee Application of PwC US Business Advisory LLP, as Bankruptcy Transaction Advisory Services Provider to the Debtors, for Compensation and Reimbursement of Expenses for the Period from July 1, 2025 through July 31, 2025 [Docket No. 866 – filed August 20, 2025]

   ii.  Certificate of No Objection Regarding Fifth Monthly Fee Application of PwC US Business Advisory LLP, as Bankruptcy Transaction Advisory Services Provider to the Debtors, for Compensation and Reimbursement of Expenses for the Period from July 1, 2025 through July 31, 2025 (No Order Required) [Docket No. 965 – filed September 10, 2025]

   iii. Sixth Monthly Fee Application of PwC US Business Advisory LLP, as Bankruptcy Transaction Advisory Services Provider to the Debtors, for Compensation and Reimbursement of Expenses for the Period from August 1, 2025 through August 31, 2025 [Docket No. 998 – Fled September 26, 2025]

   iv.  Certificate of No Objection Regarding Sixth Monthly Fee Application of PwC US Business Advisory LLP, as Bankruptcy Transaction Advisory Services Provider to the Debtors, for Compensation and Reimbursement of Expenses for the Period from August 1, 2025 through August 31, 2025 (No Order Required) [Docket No. 1052 – filed October 17, 2025]

   v.   Seventh Monthly Fee Application of PwC US Business Advisory LLP, as Bankruptcy Transaction Advisory Services Provider to the Debtors, for Compensation and Reimbursement of Expenses for the Period from September 1, 2025 through September 30, 2025 [Docket No. 1063 – filed October 24, 2025]

   vi.  Certificate of No Objection Regarding Seventh Monthly Fee Application of PwC US Business Advisory LLP, as Bankruptcy Transaction Advisory Services Provider to the Debtors, for Compensation and Reimbursement of Expenses for the Period from September 1, 2025 through September 30, 2025 (No Order Required) [Docket No. 1119 – filed November 14, 2025]

4.     Third Interim Fee Application of Perella Weinberg Partners LP for Allowance of Compensation and Reimbursement of Expenses for the Interim Period from July 1, 2025 to and including September 30, 2025 [Docket No. 1113 – filed November 14, 2025]

    Objection / Response Deadline:    December 4, 2025 at 4:00 p.m. (ET)

    Related Documents:

    i.     Seventh Monthly Application of Perella Weinberg Partners LP for Allowance of Compensation for Services Rendered and for Reimbursement of Expenses as Investment Banker for the Debtors and Debtors-in-Possession for the Period from July 1, 2025 through July 31, 2025 [Docket No. 1058 – filed October 22, 2025]

    ii.     Certificate of No Objection Regarding Seventh Monthly Application of Perella Weinberg Partners LP for Allowance of Compensation for Services Rendered and for Reimbursement of Expenses as Investment Banker for the Debtors and Debtors-in-Possession for the Period from July 1, 2025 through July 31, 2025 (No Order Required) [Docket No. 1109 – filed November 13, 2025]

    iii.     Eighth Monthly Application of Perella Weinberg Partners LP for Allowance of Compensation for Services Rendered and for Reimbursement of Expenses as Investment Banker for the Debtors and Debtors-in-Possession for the Period from August 1, 2025 through August 31, 2025 [Docket No. 1084 – filed October 31, 2025]

    iv.     Certificate of No Objection Regarding Eighth Monthly Application of Perella Weinberg Partners LP for Allowance of Compensation for Services Rendered and for Reimbursement of Expenses as Investment Banker for the Debtors and Debtors-in-Possession for the Period from August 1, 2025 through August 31, 2025 (No Order Required) [Docket No. 1138 – filed November 21, 2025]

    v.     Ninth Monthly Application of Perella Weinberg Partners LP for Allowance of Compensation for Services Rendered and for Reimbursement of Expenses as Investment Banker for the Debtors and Debtors-in-Possession for the Period from September 1, 2025 through September 30, 2025 [Docket No. 1102 – filed November 10, 2025]

    vi.     Certificate of No Objection Regarding Ninth Monthly Application of Perella Weinberg Partners LP for Allowance of Compensation for Services Rendered and for Reimbursement of Expenses as Investment Banker for the Debtors and Debtors-in-Possession for the Period from September 1, 2025 through September 30, 2025 (No Order Required) [Docket No. 1164 – filed December 2, 2025]

5.     Notice of Third Interim Fee Application Request of Selendy Gay PLLC [Docket No. 1114 – filed November 14, 2025]

    Objection / Response Deadline:    December 4, 2025 at 4:00 p.m. (ET)

Related Documents:

i. Seventh Monthly Fee Application of Selendy Gay PLLC for Compensation for Services Rendered and Reimbursement of Expenses as Special Litigation Counsel for the Debtors and Debtors in Possession for the Period from July 1, 2025 through July 31, 2025 [Docket No. 968 – filed September 11, 2025]

ii. Certificate of No Objection Regarding Seventh Monthly Fee Application of Selendy Gay PLLC for Compensation for Services Rendered and Reimbursement of Expenses as Special Litigation Counsel for the Debtors and Debtors in Possession for the Period from July 1, 2025 through July 31, 2025 (No Order Required) [Docket No. 1027 – filed October 2, 2025]

iii. Eighth Monthly Fee Application of Selendy Gay PLLC for Compensation for Services Rendered and Reimbursement of Expenses as Special Litigation Counsel for the Debtors and Debtors in Possession for the Period from August 1, 2025 through August 31, 2025 [Docket No. 999 – filed September 26, 2025]

iv. Certificate of No Objection Regarding Eighth Monthly Fee Application of Selendy Gay PLLC for Compensation for Services Rendered and Reimbursement of Expenses as Special Litigation Counsel for the Debtors and Debtors in Possession for the Period from August 1, 2025 through August 31, 2025 (No Order Required) [Docket No. 1053 – filed October 17, 2025]

v. Ninth Monthly Fee Application of Selendy Gay PLLC for Compensation for Services Rendered and Reimbursement of Expenses as Special Litigation Counsel for the Debtors and Debtors in Possession for the Period from September 1, 2025 through September 30, 2025 [Docket No. 1093 – filed November 5, 2025]

vi. Certificate of No Objection Regarding Ninth Monthly Fee Application of Selendy Gay PLLC for Compensation for Services Rendered and Reimbursement of Expenses as Special Litigation Counsel for the Debtors and Debtors in Possession for the Period from September 1, 2025 through September 30, 2025 (No Order Required) [Docket No. 1149 – filed November 26, 2025]

6. Notice of Third Interim Fee Application Request of FTI Consulting, Inc. [Docket No. 1116 – filed November 14, 2025]

Objection / Response Deadline:   December 4, 2025 at 4:00 p.m. (ET)

Related Documents:

i. Seventh Monthly Application of FTI Consulting, Inc. for Allowance of Compensation for Services Rendered and for Reimbursement of Expenses as Financial Advisor for the Debtors and Debtors-in-Possession for the Period from July 1, 2025 through July 31, 2025 [Docket No. 1054 – filed October 20, 2025]

5

      ii.    Certificate of No Objection Regarding Seventh Monthly Application of FTI Consulting, Inc. for Allowance of Compensation for Services Rendered and for Reimbursement of Expenses as Financial Advisor for the Debtors and Debtors-in-Possession for the Period from July 1, 2025 through July 31, 2025 (No Order Required) [Docket No. 1105 – filed November 12, 2025]

      iii.    Eighth Monthly Application of FTI Consulting, Inc. for Allowance of Compensation for Services Rendered and for Reimbursement of Expenses as Financial Advisor for the Debtors and Debtors-in-Possession for the Period from August 1, 2025 through August 31, 2025 [Docket No. 1055 – filed October 20, 2025]

      iv.    Certificate of No Objection Regarding Eighth Monthly Application of FTI Consulting, Inc. for Allowance of Compensation for Services Rendered and for Reimbursement of Expenses as Financial Advisor for the Debtors and Debtors-in-Possession for the Period from August 1, 2025 through August 31, 2025 (No Order Required) [Docket No. 1106 – filed November 12, 2025]

      v.    Ninth Monthly Application of FTI Consulting, Inc. for Allowance of Compensation for Services Rendered and for Reimbursement of Expenses as Financial Advisor for the Debtors and Debtors-in-Possession for the Period from September 1, 2025 through September 30, 2025 [Docket No. 1069 – filed October 30, 2025]

      vi.    Certificate of No Objection Regarding Ninth Monthly Application of FTI Consulting, Inc. for Allowance of Compensation for Services Rendered and for Reimbursement of Expenses as Financial Advisor for the Debtors and Debtors-in-Possession for the Period from September 1, 2025 through September 30, 2025 (No Order Required) [Docket No. 1133 – filed November 20, 2025]

7.    Notice of Third Interim Fee Application Request of Omni Agent Solutions, Inc. as Administrative Agent to the Debtors and Debtors-in-Possession [Docket No. 1117 – filed November 14, 2025]

    Objection / Response Deadline:    December 4, 2025 at 4:00 p.m. (ET)

    Related Documents:

      i.    Fourth Combined Monthly Application of Omni Agent Solutions, Inc. for Allowance of Compensation for Services Rendered and for Reimbursement of Expenses as Administrative Agent for the Debtors for the Period from July 1, 2025 through August 31, 2025 [Docket No. 1115 – filed November 14, 2025]

      ii.    Certificate of No Objection Regarding Fourth Combined Monthly Application of Omni Agent Solutions, Inc. for Allowance of Compensation for Services Rendered and for Reimbursement of Expenses as Administrative Agent for the Debtors for the Period from July 1, 2025 through August 31, 2025 (No Order Required) [Docket No. 1171 – filed December 5, 2025]

8. Notice of Third Interim Fee Application Request of Richards, Layton & Finger, P.A., Co-Counsel to Debtors [Docket No. 1118 – filed November 14, 2025]

   Objection / Response Deadline:    December 4, 2025 at 4:00 p.m. (ET)

   Related Documents:

   i. Seventh Monthly Application of Richards, Layton & Finger, P.A. for Allowance of Compensation for Services Rendered and for Reimbursement of Expenses as Co-Counsel for the Debtors for the Period from July 1, 2025 through July 31, 2025 [Docket No. 969 – filed September 11, 2025]

   ii. Certificate of No Objection Regarding Seventh Monthly Application of Richards, Layton & Finger, P.A. for Allowance of Compensation for Services Rendered and for Reimbursement of Expenses as Co-Counsel for the Debtors and Debtors-in-Possession for the Period from July 1, 2025 through July 31, 2025 (No Order Required) [Docket No. 1028 – filed October 2, 2025]

   iii. Eighth Monthly Application of Richards, Layton & Finger, P.A. for Allowance of Compensation for Services Rendered and for Reimbursement of Expenses as Co-Counsel for the Debtors for the Period from August 1, 2025 through August 31, 2025 [Docket No. 1032 – filed October 3, 2025]

   iv. Certificate of No Objection Regarding Eighth Monthly Application of Richards, Layton & Finger, P.A. for Allowance of Compensation for Services Rendered and for Reimbursement of Expenses as Co-Counsel for the Debtors and Debtors-in-Possession for the Period from August 1, 2025 through August 31, 2025 (No Order Required) [Docket No. 1065 – filed October 24, 2025]

   v. Ninth Monthly Application of Richards, Layton & Finger, P.A. for Allowance of Compensation for Services Rendered and for Reimbursement of Expenses as Co-Counsel for the Debtors for the Period from September 1, 2025 through September 30, 2025 [Docket No. 1068 – filed October 28, 2025]

   vi. Certificate of No Objection Regarding Ninth Monthly Application of Richards, Layton & Finger, P.A. for Allowance of Compensation for Services Rendered and for Reimbursement of Expenses as Co-Counsel for the Debtors and Debtors-in-Possession for the Period from September 1, 2025 through September 30, 2025 (No Order Required) [Docket No. 1125 – filed November 18, 2025]

9. Notice of Third Interim Fee Application Request of Paul, Weiss, Rifkind, Wharton & Garrison LLP as Special Litigation Counsel for the Debtors and Debtors in Possession [Docket No. 1120 – filed November 14, 2025]

   Objection / Response Deadline:    December 4, 2025 at 4:00 p.m. (ET)

Related Documents:

i.  Seventh Monthly Fee Application of Paul, Weiss, Rifkind, Wharton & Garrison LLP for Allowance of Compensation for Services Rendered and Reimbursement of Expenses as Special Litigation Counsel for the Debtors and Debtors in Possession for the Period from July 1, 2025 through July 31, 2025 [Docket No. 880 – filed August 25, 2025]

ii. Certificate of No Objection Regarding Seventh Monthly Fee Application of Paul, Weiss, Rifkind, Wharton & Garrison LLP for Allowance of Compensation for Services Rendered and Reimbursement of Expenses as Special Litigation Counsel for the Debtors and Debtors in Possession for the Period from July 1, 2025 through July 31, 2025 (No Order Required) [Docket No. 984 – filed September 19, 2025]

iii. Eighth Monthly Fee Application of Paul, Weiss, Rifkind, Wharton & Garrison LLP for Allowance of Compensation for Services Rendered and Reimbursement of Expenses as Special Litigation Counsel for the Debtors and Debtors in Possession for the Period from August 1, 2025 through August 31, 2025 [Docket No. 989 – filed September 22, 2025]

iv. Certificate of No Objection Regarding Eighth Monthly Fee Application of Paul, Weiss, Rifkind, Wharton & Garrison LLP for Allowance of Compensation for Services Rendered and Reimbursement of Expenses as Special Litigation Counsel for the Debtors and Debtors in Possession for the Period from August 1, 2025 through August 31, 2025 (No Order Required) [Docket No. 1047 – filed October 15, 2025]

v.  Ninth Monthly Fee Application of Paul, Weiss, Rifkind, Wharton & Garrison LLP for Allowance of Compensation for Services Rendered and Reimbursement of Expenses as Special Litigation Counsel for the Debtors and Debtors in Possession for the Period from September 1, 2025 through September 30, 2025 [Docket No. 1085 – filed October 31, 2025]

vi. Certificate of No Objection Regarding Ninth Monthly Fee Application of Paul, Weiss, Rifkind, Wharton & Garrison LLP for Allowance of Compensation for Services Rendered and Reimbursement of Expenses as Special Litigation Counsel for the Debtors and Debtors in Possession for the Period from September 1, 2025 through September 30, 2025 (No Order Required) [Docket No. 1137 – filed November 21, 2025]

10. Third Interim Application of Milbank LLP, as Co-Counsel to the Debtors in Possession, for Allowance of Compensation for Services Rendered and for Reimbursement of Expenses Incurred for the Period July 1, 2025 through September 30, 2025 [Docket No. 1123 – filed November 14, 2025]

Objection / Response Deadline:    December 4, 2025 at 4:00 p.m. (ET)

Related Documents:

i. Seventh Monthly Fee Application of Milbank LLP, as Counsel to the Debtors in Possession, for Interim Allowance of Compensation and Reimbursement of Expenses Incurred from July 1, 2025 through and including July 31, 2025 [Docket No. 1025 – filed October 1, 2025]

ii. Certificate of No Objection Regarding Seventh Monthly Fee Application of Milbank LLP, as Counsel to the Debtors in Possession, for Interim Allowance of Compensation and Reimbursement of Expenses Incurred from July 1, 2025 through and including July 31, 2025 (No Order Required) [Docket No. 1061 – filed October 22, 2025]

iii. Eighth Monthly Fee Application of Milbank LLP, as Counsel to the Debtors in Possession, for Interim Allowance of Compensation and Reimbursement of Expenses Incurred from August 1, 2025 through and including August 31, 2025 [Docket No. 1121 – filed November 14, 2025]

iv. Certificate of No Objection Regarding Eighth Monthly Fee Application of Milbank LLP, as Counsel to the Debtors in Possession, for Interim Allowance of Compensation and Reimbursement of Expenses Incurred from August 1, 2025 through and including August 31, 2025 (No Order Required) [Docket No. 1172 – filed December 5, 2025]

v. Ninth Monthly Fee Application of Milbank LLP, as Counsel to the Debtors in Possession, for Interim Allowance of Compensation and Reimbursement of Expenses Incurred from September 1, 2025 through and including September 30, 2025 [Docket No. 1122 – filed November 14, 2025]

vi. Certificate of No Objection Regarding Ninth Monthly Fee Application of Milbank LLP, as Counsel to the Debtors in Possession, for Interim Allowance of Compensation and Reimbursement of Expenses Incurred from September 1, 2025 through and including September 30, 2025 (No Order Required) [Docket No. 1173 – filed December 5, 2025]