# APPENDIX I

## Overview of Conditions Precedent in Mediated Agreement

|   | **Condition Precedent in Mediated Agreement** | **FCC Application Provision** |
|---|---|---|
| 1. | The FCC Application must expressly "state that the operations of all AST and Ligado spacecraft, individually and taken as a whole, and regardless of orbit, will be consistent with and remain within the technical, geographic and other limitations in the Amended Inmarsat Cooperation Agreement and Ligado's other coordination agreements with various parties." *See* Ex. B (Mediated Agreement) § 2(i). | "The operations of all AST and Ligado spacecraft, individually and taken as a whole, and regardless of orbit, will be consistent with and remain within the technical, geographic and other limitations in the Amended Inmarsat Cooperation Agreement and Ligado's other coordination agreements with various parties." *See* Ex. E (FCC Application) at 12. |
| 2. | The FCC Application must "request that the FCC . . . recognize that the operations of the Proposed NGSO System have been coordinated subject to the terms of the Amended Inmarsat Cooperation Agreement and the Inmarsat-AST Agreement, and give effect to such agreements by licensing the Proposed NGSO System to operate in accordance with the terms of such agreements." *See* Ex. B (Mediated Agreement) § 2(ii). | "Ligado requests that the Commission recognize that the operations of the SkyTerra Next system have been coordinated subject to the terms of the Amended Inmarsat Cooperation Agreement and the Inmarsat-AST Agreement and give effect to such agreements by licensing SkyTerra Next to operate in accordance with the terms of such agreements." *See* Ex. E (FCC Application) at 12. |