**<u>EXHIBIT F</u>**

**Proposed Order**

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| LIGADO NETWORKS, LLC *et al.*,[1] | ) Case No. 25-10006 (TMH) |
| | ) |
| Debtors. | ) (Jointly Administered) |
| | ) |
| | ) |
| | ) |
| | ) **Re Dkt. No. ___** |

## ORDER (I) ENFORCING THE MEDIATED AGREEMENT AND RELATED ORDERS OF THIS COURT AGAINST INMARSAT GLOBAL LIMITED AND (II) GRANTING RELATED RELIEF

Upon the Emergency Motion (the "**Motion**")[2] of AST For an Order (the "**Order**") (I) Enforcing the Mediate Agreement and Related Orders of this Court Against Inmarsat Global Limited and (II) Granting Relate Relief; and this Court having reviewed the Motion; and this Court having jurisdiction to consider the Motion and the relief requested therein in accordance with 28 U.S.C. §§ 157 and 1334 and the *Amended Standing Order of Reference from the United States District Court for the District of Delaware*, dated February 29, 2012; and the Court having found that this is a core proceeding pursuant to 28 U.S.C. § 157(b)(2); and that this Court may enter an order consistent with Article III of the United States Constitution; and this Court having found that venue of this proceeding and the Motion in this district is proper pursuant to 28 U.S.C. §§ 1408 and 1409; and it

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, as applicable, are: Ligado Networks LLC (3801); ATC Technologies, LLC (N/A); Ligado Networks (Canada) Inc. (N/A); Ligado Networks Build LLC (N/A); Ligado Networks Corp. (N/A); Ligado Networks Finance LLC (N/A); Ligado Networks Holdings (Canada) Inc. (N/A); Ligado Networks Inc. of Virginia (9725); Ligado Networks Subsidiary LLC (N/A); One Dot Six LLC (8763); and One Dot Six TVCC LLC (N/A). The Debtors' headquarters is located at: 10802 Parkridge Boulevard, Reston, Virginia 20191.

[2] Capitalized terms used but not otherwise defined herein shall have the meaning ascribed to such terms in the Motion.

appearing that proper and adequate notice of the Motion has been given and that no other or further notice is necessary; and upon the record herein; and after due deliberation thereon; and this Court having determined that there is good and sufficient cause for the relief granted in this order:

**IT IS HEREBY ORDERED THAT:**[3]

1. The Motion is granted as set forth herein.

2. The FCC Application satisfies the conditions precedent, set forth in paragraph 1 of Section 2 of the Mediated Agreement, to Inmarsat's obligation to publicly support the FCC Application and refrain from taking actions contrary to its support obligation.

3. The NY State Action (i) violates Inmarsat's obligation under Section 2 of the Mediated Agreement to publicly support the FCC Application; and (ii) violates the automatic stay and is therefore void *ab initio*.

4. AST is entitled to an order requiring Inmarsat to perform its obligations pursuant to the Mediated Agreement and Inmarsat-AST Agreement.

5. Promptly following entry of this Order, Inmarsat shall:

   a. File a copy of this Order in the NY State Action;

   b. Voluntarily dismiss the NY State Action, with prejudice;

   c. Retract any objections to the FCC Application it has filed with the FCC or any other regulatory body, as well as any statements to the FCC that did not support the FCC Application; and

   d. affirmatively support the FCC Application, including, without limitation, by filing comments and reply comments in support of the FCC Application with the FCC and by responding to such requests or inquiries from Ofcom regarding the coordination within the L-Band Spectrum.

6. Within one business day of performing any action described in the preceding

---

[3] To the extent any of the following constitute findings of fact, they are adopted as such. To the extent any of the following constitute conclusions of law, they are adopted as such.

paragraph of this Order, Inmarsat shall file a notice on the docket of these Chapter 11 cases confirming that it has taken the such action set forth in the preceding paragraph of this Order.

7.  Inmarsat is permanently enjoined from taking any public or private action contrary to its obligations to support the FCC Application and any other initial application made by AST and/or Ligado to the FCC or ISED in respect of the Proposed NGSO System.

8.  This Court shall retain jurisdiction to hear and determine all matters arising from or related to the implementation, interpretation, or enforcement of this Order.