**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

|  |  |  |
|---|---|---|
| In re: | ) ) ) | Chapter 11 |
| LIGADO NETWORKS LLC, *et al.*,[1] | ) ) ) | Case No. 25-10006 (TMH) |
| Debtors. | ) ) ) | (Jointly Administered) |
|  | ) ) | Status Conference: Jan. 6, 2026 at 11:00 a.m. (ET) |
|  | ) ) | (Proposed) Obj. Deadline: Jan. 9, 2026 at 4:00 p.m. (ET) |
|  | ) ) | (Proposed) Hearing Date: Jan. 14, 2026 at 11:00 a.m. (ET) |
|  | ) ) ) | Re: Docket Nos. 1220 and 1222 |

## NOTICE OF MOTIONS, STATUS CONFERENCE, AND HEARING

PLEASE TAKE NOTICE that, on January 2, 2026, the above-captioned debtors and debtors in possession (the "Debtors"), filed the *Debtors' Motion for an Order (I) Enforcing the Automatic Stay, (II) Enforcing the Mediated Agreement, and (III) Granting Related Relief* [Docket No. 1220] (the "Motion") with the United States Bankruptcy Court for the District of Delaware (the "Court").

PLEASE TAKE FURTHER NOTICE that contemporaneously with the filing of the Motion, the Debtors also filed a motion to shorten the notice and objection periods with respect to the Motion (the "Motion to Shorten").

PLEASE TAKE FURTHER NOTICE that a status conference with respect to the relief requested in the Motion to Shorten will be held on **January 6, 2026 at 11:00 a.m. (ET)** (the

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, as applicable, are: Ligado Networks LLC (3801); ATC Technologies, LLC (N/A); Ligado Networks (Canada) Inc. (N/A); Ligado Networks Build LLC (N/A); Ligado Networks Corp. (N/A); Ligado Networks Finance LLC (N/A); Ligado Networks Holdings (Canada) Inc. (N/A); Ligado Networks Inc. of Virginia (9725); Ligado Networks Subsidiary LLC (N/A); One Dot Six LLC (8763); and One Dot Six TVCC LLC (N/A). The Debtors' headquarters is located at: 10802 Parkridge Boulevard, Reston, Virginia 20191.

"Status Conference") before The Honorable Thomas M. Horan, United States Bankruptcy Judge for the District of Delaware, at the Court, 824 North Market Street, 5th Floor, Courtroom 5, Wilmington, Delaware 19801.

PLEASE TAKE FURTHER NOTICE that the Status Conference will be conducted in a hybrid format where non-Delaware counsel are permitted to appear remotely via Zoom. **To attend the Status Conference remotely, please register using the Ecourt appearances tool on the Court's website at WWW.DEB.USCOURTS.GOV or click the below link: https://ecf.deb.uscourts.gov/cgi-bin/nysbAppearances.pl**.

PLEASE TAKE FURTHER NOTICE that if the Court grants the relief requested in the Motion to Shorten: (i) a hearing to consider the Motion (the "Hearing") will be held on **January 14, 2026 at 11:00 a.m. (ET)** before The Honorable Thomas M. Horan, United States Bankruptcy Judge for the District of Delaware, at the Court, 824 North Market Street, 5th Floor, Courtroom 5, Wilmington, Delaware 19801, (ii) any responses or objections to the Motion must be filed by **January 9, 2026 at 4:00 p.m. (ET)**, and (iii) any replies in further support on the Motion must be filed by **January 13, 2026 at 11:00 a.m. (ET)**.

PLEASE TAKE FURTHER NOTICE that if the Court denies, in whole or in part, the relief requested in the Motion to Shorten, parties-in-interest will receive separate notice of the Court-approved objection deadline, reply deadline, and hearing date for consideration of the Motion.

| | |
|---|---|
| Dated January 2, 2026<br>Wilmington, Delaware | */s/ Michael J. Merchant*<br>Mark D. Collins, Esq. (Bar No. 2981)<br>Michael J. Merchant, Esq. (Bar No. 3854)<br>Amanda R. Steele, Esq. (Bar No. 5530)<br>Zachary J. Javorsky, Esq. (Bar No. 7069)<br>Colin A. Meehan, Esq. (Bar No. 7237)<br>**RICHARDS, LAYTON & FINGER, P.A.**<br>One Rodney Square<br>920 North King Street<br>Wilmington, DE 19801<br>Telephone:   (302) 651-7700<br>Facsimile:    (302) 651-7701<br>Email:          collins@rlf.com<br>                    merchant@rlf.com<br>                    steele@rlf.com<br>                    javorsky@rlf.com<br>                    meehan@rlf.com<br><br>-and-<br><br>Dennis F. Dunne, Esq. (admitted *pro hac vice*)<br>Matthew L. Brod, Esq. (admitted *pro hac vice*)<br>Lauren C. Doyle, Esq. (admitted *pro hac vice*)<br>**MILBANK LLP**<br>55 Hudson Yards<br>New York, New York 10001<br>Telephone:   (212) 530-5000<br>Facsimile:    (212) 530-5219<br>Email:          ddunne@milbank.com<br>                    mbrod@milbank.com<br>                    ldoyle@milbank.com<br><br>Andrew M. Leblanc, Esq. (admitted *pro hac vice*)<br>Melanie Westover Yanez, Esq. (admitted *pro hac vice)*<br>**MILBANK LLP**<br>1101 New York Avenue, NW<br>Washington DC 20005<br>Telephone:   (202) 835-7500<br>Facsimile:    (202) 263-7586<br>Email:          aleblanc@milbank.com<br>                    mwyanez@milbank.com<br><br>*Co-Counsel for Debtors in Possession* |