IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | ) | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| LIGADO NETWORKS LLC, *et al.*,[1] | ) | Case No. 25-10006 (TMH) |
| | ) | |
| Debtors. | ) | (Jointly Administered) |
| | ) | |

NOTICE OF *AMENDED*[2] AGENDA OF MATTERS SCHEDULED FOR HEARING ON JANUARY 6, 2026 AT 11:00 A.M. (ET), BEFORE THE HONORABLE THOMAS M. HORAN, AT THE UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF DELAWARE, 3rd FLOOR, COURTROOM 7

**This proceeding will be conducted in a hybrid format where non-Delaware counsel are permitted to appear remotely via Zoom. Please refer to Judge Horan's Chambers Procedures and the Court's website (http://www.deb.uscourts.gov/ecourt-appearances) for information on the method of allowed participation (video or audio), Judge Horan's expectations of remote participants, and the advance registration requirements. Registration is required by 4:00 p.m. (Eastern time) the business day before the hearing unless otherwise noticed using the eCourt Appearances tool available on the Court's website.**

I.  **RESOLVED MATTERS:**

1.  Debtors' Application for an Order Authorizing the Retention and Employment of Munger, Tolles & Olson LLP as Special Counsel for the Debtors and Debtors in Possession as of the Petition Date [Docket No. 1163; filed December 2, 2025]

    Objection / Response Deadline:    December 16, 2025 at 4:00 p.m. (ET)

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, as applicable, are: Ligado Networks LLC (3801); ATC Technologies, LLC (N/A); Ligado Networks (Canada) Inc. (N/A); Ligado Networks Build LLC (N/A); Ligado Networks Corp. (N/A); Ligado Networks Finance LLC (N/A); Ligado Networks Holdings (Canada) Inc. (N/A); Ligado Networks Inc. of Virginia (9725); Ligado Networks Subsidiary LLC (N/A); One Dot Six LLC (8763); and One Dot Six TVCC LLC (N/A).  the Debtors' headquarters is located at: 10802 Parkridge Boulevard, Reston, Virginia 20191.

[2] **Amended agenda items appear in bold.**

<u>Objections / Responses Received</u>:

<u>Related Documents</u>:

i. Certification of No Objection Regarding Debtors' Application for an Order Authorizing the Retention and Employment of Munger, Tolles & Olson LLP as Special Counsel for the Debtors and Debtors in Possession as of the Petition Date [Docket No. 1184; filed December 17, 2026]

ii. Order Authorizing the Retention and Employment of Munger, Tolles & Olson LLP as Special Counsel for the Debtors and Debtors in Possession as of the Petition Date [Docket No. 1186; entered December 18, 2025]

<u>Status</u>: On December 18, 2025, the Court entered an order regarding this matter. Accordingly, a hearing on this matter is no longer necessary.

2. Debtors' Third Motion for Entry of an Order Extending Time Period Within Which They May File Notices to Remove Actions Pursuant to 28 U.S.C. § 1452 and Fed. R. Bankr. P. 9027 and 9006 [Docket No. 1165; filed December 3, 2025]

<u>Objection / Response Deadline</u>:    December 17, 2025 at 4:00 p.m. (ET)

<u>Objections / Responses Received</u>:

<u>Related Documents</u>:

i. Certification of No Objection Regarding Debtors' Third Motion for Entry of an Order Extending Time Period Within Which They May File Notices to Remove Actions Pursuant to 28 U.S.C. § 1452 and Fed. R. Bankr. P. 9027 and 9006 [Docket No. 1187; filed December 18, 2025]

ii. Order Extending Time Period Within Which They May File Notices to Remove Actions Pursuant to 28 U.S.C. § 1452 and Fed. R. Bankr. P. 9027 and 9006 [Docket No. 1189; entered December 19, 2025]

<u>Status</u>: On December 19, 2025, the Court entered an order regarding this matter. Accordingly, a hearing on this matter is no longer necessary.

**II.    INTERIM FEE APPLICATIONS:**

3. Third Interim Fee Applications

<u>Objection / Response Deadline</u>:    See <u>Exhibit A</u> attached hereto

<u>Objections / Responses Received</u>:    None.

<u>Related Documents</u>:    See <u>Exhibit A</u> attached hereto

    i. Certification of Counsel Regarding Third Omnibus Order Awarding Interim Allowance of Compensation for Services Rendered and for Reimbursement of Expenses [Docket No. 1218 – filed December 31, 2025]

    ii. **Third Omnibus Order Awarding Interim Allowance of Compensation for Services Rendered and for Reimbursement of Expenses [Docket No. 1226 – entered January 5, 2026]**

Status: On January 5, 2026, the Court entered an order regarding this matter. Accordingly, a hearing on this matter is no longer necessary.

### III. STATUS CONFERENCES:

4. Debtors' Motion for an Order Shortening the Notice and Objection Periods and Waiving Local Rule 9006-1(c)(ii) and 9006-1(d) with Respect to the *Debtors' Motion for an Order (I) Enforcing the Automatic Stay, (II) Enforcing the Mediated Agreement, and (III) Granting Related Relief* and Preserving the Status Quo [Docket No. 1222 – filed January 2, 2026]

   Objections / Responses Received:

   Related Documents:

       i. Debtors' Motion for an Order (I) Enforcing the Automatic Stay, (II) Enforcing the Mediated Agreement, and (III) Granting Related Relief [Docket No. 1220 – filed January 2, 2026]

       ii. Notice of Motion, Status Conference and Hearing [Docket No. 1224 – filed January 2, 2026]

   Status: A status conference with respect to the relief requested in the Motion to Shorten will go forward.

5. Motion by AST & Science LLC for Entry of an Order Shortening the Notice and Objection Periods and Preserving the Status Quo with Respect to AST's Emergency Motion for Entry of an Order Enforcing the Mediated Agreement and Related Orders of this Court Against Inmarsat Global Limited [Docket No. 1223 – filed January 2, 2026]

   Objections / Responses Received:

   Related Documents:

       i. Emergency Motion by AST & Science LLC for Entry of an Order Enforcing the Mediated Agreement and Related Orders of this Court Against Inmarsat Global Limited [Docket No. 1221 – filed January 2, 2026]

<u>Status</u>: A status conference with respect to the relief requested in the Motion to Shorten will go forward.

Dated: January 6, 2026
Wilmington, Delaware

/s/ *Zachary J. Javorsky*
Mark D. Collins, Esq. (Bar No. 2981)
Michael J. Merchant, Esq. (Bar No. 3854)
Amanda R. Steele, Esq. (Bar No. 5530)
Zachary J. Javorsky, Esq. (Bar No. 7069)
Colin A. Meehan (Bar No. 7237)
**RICHARDS, LAYTON & FINGER, P.A.**
One Rodney Square
920 North King Street
Wilmington, DE 19801
Telephone: (302) 651-7700
Facsimile: (302) 651-7701
Email: collins@rlf.com
merchant@rlf.com
steele@rlf.com
javorsky@rlf.com
meehan@rlf.com

-and-

Dennis F. Dunne, Esq. (admitted *pro hac vice*)
Matthew L. Brod, Esq. (admitted *pro hac vice*)
Lauren C. Doyle, Esq. (admitted *pro hac vice*)
**MILBANK LLP**
55 Hudson Yards
New York, New York 10001
Telephone: (212) 530-5000
Facsimile: (212) 530-5219
Email: ddunne@milbank.com
mbrod@milbank.com
ldoyle@milbank.com

Andrew M. Leblanc, Esq. (admitted *pro hac vice*)
**MILBANK LLP**
1101 New York Avenue, NW
Washington DC 20005
Telephone: (202) 835-7500
Facsimile: (202) 263-7586
Email: aleblanc@milbank.com

*Co-Counsel for Debtors in Possession*