# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) ) | Chapter 11 |
| LIGADO NETWORKS LLC *et al.*,[1] | ) ) ) | Case No. 25-10006 (TMH) |
| Debtors. | ) ) ) ) | (Jointly Administered)<br>Re: Docket No. 1222 |

### ORDER SHORTENING THE NOTICE AND OBJECTION PERIODS AND WAVING LOCAL RULE 9006-1(c)(ii) WITH RESPECT TO THE *DEBTORS' MOTION FOR AN ORDER (I) ENFORCING THE AUTOMATIC STAY, (II) ENFORCING THE MEDIATED AGREEMENT, AND (III) GRANTING RELATED RELIEF*

Upon the motion to shorten (the "Motion to Shorten")[2] filed by the above-captioned debtors and debtors in possession (the "Debtors") for entry of an order pursuant section 105(a) of the Bankruptcy Code, Bankruptcy Rule 9006(c)(1), and Local Rules 9006-1(c) and (e), (i) shortening the notice and objection periods with respect to the Debtors' Motion to Enforce; (ii) scheduling the consideration of the relief requested by the Debtors' Motion to Enforce on January 14, 2026 at 11:00 am ET; (iii) waiving the requirements of Local Rule 9006-1(c)(ii) and setting the deadline to file objections with the Court, if any, to the relief requested in the Debtors' Motion to Enforce as January 9, 2026 at 4:00 pm ET; and (iv) waiving the requirements of Local Rule 9006-1(d) and setting the deadline to file reply papers with the Court, if any, as January 13, 2026 at 11:00 am ET, all as more fully described in the Motion to Shorten; and this Court having jurisdiction to consider

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, as applicable, are: Ligado Networks LLC (3801); ATC Technologies, LLC (N/A); Ligado Networks (Canada) Inc. (N/A); Ligado Networks Build LLC (N/A); Ligado Networks Corp. (N/A); Ligado Networks Finance LLC (N/A); Ligado Networks Holdings (Canada) Inc. (N/A); Ligado Networks Inc. of Virginia (9725); Ligado Networks Subsidiary LLC (N/A); One Dot Six LLC (8763); and One Dot Six TVCC LLC (N/A). The Debtors' headquarters is located at: 10802 Parkridge Boulevard, Reston, Virginia 20191.

[2] Capitalized terms used but not defined herein shall have the same meanings ascribed in the Motion to Shorten.

the Motion and the relief requested therein pursuant to 28 U.S.C. §§ 157(a)–(b) and 1334(b), and the Amended Standing Order of Reference from the United States District Court for the District of Delaware, dated February 29, 2012; and consideration of the Motion and the requested relief being a core proceeding pursuant to 28 U.S.C. § 157(b); and venue being proper before this Court pursuant to 28 U.S.C. §§ 1408 and 1409; and due and proper notice of the Motion having been provided under the circumstances; and such notice having been adequate and appropriate under the circumstances; and it appearing that no other or further notice need be provided; and upon all of the proceedings had before this Court; and this Court having determined that the legal and factual bases set forth in the Motion establish just cause for the relief granted herein; and after due deliberation and sufficient cause appearing therefor,

**IT IS HEREBY ORDERED THAT**:

1. The Motion to Shorten is granted as set forth herein.

2. Pending a hearing and determination of the Debtors' Motion to Enforce, Inmarsat is enjoined from making any filings with, appearing before, or otherwise communicating with the FCC in opposition to the Debtors' FCC Application.

3. Local Rules 9006-1(c)(ii) and 9006-1(d) are hereby waived with respect to the Debtors' Motion to Enforce.

4. The hearing to consider the relief requested by the Debtors' Motion to Enforce will be held before the Court on January 14, 2026 at 11:30 am ET.

5. Objections to the Debtors' Motion to Enforce, if any, must be filed with the Court on or before January 12, 2026 at 4:00 pm ET.

6. Any replies or other papers in support of the Debtors' Motion to Enforce must be filed on or before January 14, 2026 at 9:30 am ET.

3

7. The terms and conditions of this Order shall be effective immediately.

8. This Court shall retain jurisdiction to hear and determine all matters arising from or related to the implementation, interpretation, and/or enforcement of this Order.

**Dated: January 6th, 2026**
**Wilmington, Delaware**

**THOMAS M. HORAN**
**UNITED STATES BANKRUPTCY JUDGE**