IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| LIGADO NETWORKS LLC, *et al.*,[1] | Case No. 25-10006 (TMH) |
| Debtors. | (Jointly Administered) |
| | **Re: Docket No. 1221** |

ORDER SHORTENING THE NOTICE AND
OBJECTION PERIODS AND PRESERVING THE STATUS
QUO WITH RESPECT TO AST'S EMERGENCY MOTION FOR
ENTRY OF AN ORDER ENFORCING THE MEDIATED AGREEMENT AND
RELATED ORDERS OF THIS COURT AGAINST INMARSAT GLOBAL LIMITED

Upon consideration of the motion to shorten (the "**Motion to Shorten**")[2] of AST for entry of an order (this "**Order**"), pursuant to Section 105(a) of the Bankruptcy Code, Bankruptcy Rule 9006, and Local Rules 2002-1 and 9006-1, (i) shortening the notice and objection periods with respect to the Emergency Motion to Enforce, (ii) setting the hearing date and briefing schedule for the Emergency Motion to Enforce, and (iii) maintaining the status quo; and upon consideration of the Motion to Shorten and all papers related thereto; and having determined that no other or further notice of the Motion to Shorten is required under the circumstances; and having determined that the Court has jurisdiction to consider the Motion to Shorten in accordance with 28 U.S.C. §§ 157

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, as applicable, are Ligado Networks LLC (3801); ATC Technologies, LLC (N/A); Ligado Networks (Canada) Inc. (N/A); Ligado Networks Build LLC (N/A); Ligado Networks Corp. (N/A); Ligado Networks Finance LLC (N/A); Ligado Networks Holdings (Canada) Inc. (N/A); Ligado Networks Inc. of Virginia (9725); Ligado Networks Subsidiary LLC (N/A); Ine Dot Six LLC (8763); and One Dot Six TVCC LLC (N/A). The Debtors' headquarters is located at: 10802 Parkridge Boulevard, Reston, Virginia 20191.

[2] Capitalized terms used but not defined herein have the meaning ascribed to them in the Motion to Shorten.

and 1334 and the *Amended Standing Order of Reference from the United States District Court for the District of Delaware*, dated February 29, 2012; and having determined that this is a core proceeding pursuant to 28 U.S.C. § 157(b)(2); and having determined that venue of this proceeding and the Motion to Shorten is proper pursuant to 28 U.S.C. §§ 1408 and 1409; and after due deliberation and sufficient cause appearing therefor:

**IT IS HEREBY ORDERED, ADJUDGED AND DECREED THAT:**

1. The Motion to Shorten is GRANTED, as set forth herein;

2. The hearing to consider the Emergency Motion to Enforce shall be held on **January 14, 2026, at 11:30 a.m. (ET)** (the "**Hearing**").

3. Any responses or objections to the Emergency Motion to Enforce must be filed by **January 12, 2026, at 4:00 p.m. (ET).**

4. Any replies or other papers in support of the Emergency Motion to Enforce must be filed **prior to the Hearing.**

5. Inmarsat is hereby directed to maintain the status quo and is thus prohibited from taking any further action in opposition to, or in derogation of, the FCC Application, including from opposing, criticizing, or doing anything other than supporting the FCC Application in any of Inmarsat's communications with the FCC, or in any publicly available or other platform that may be viewed by any FCC personnel until such time the Motion to Enforce is resolved.

6. The Court shall retain jurisdiction with respect to all matters arising from or related to this Order.

*[Signature: Thomas M. Horan]*

**Dated: January 6th, 2026**
**Wilmington, Delaware**

**THOMAS M. HORAN**
**UNITED STATES BANKRUPTCY JUDGE**

IMPAC - 12634420v.1