**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: ) <br> ) <br> LIGADO NETWORKS LLC, *et al.*,[1] ) <br> ) <br> Debtors. ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) | Chapter 11 <br><br> Case No. 25-10006 (TMH) <br><br> (Jointly Administered) <br><br> **Obj. Deadline: Jan. 12, 2026 at 4:00 p.m. (ET)** <br> **Hearing Date: Jan. 14, 2026 at 11:30 a.m. (ET)** <br><br> **Re: Docket Nos. 1220, 1222 & 1230** |

## NOTICE OF MOTION AND HEARING

PLEASE TAKE NOTICE that, on January 2, 2026, the above-captioned debtors and debtors in possession (the "Debtors"), filed the *Debtors' Motion for an Order (I) Enforcing the Automatic Stay, (II) Enforcing the Mediated Agreement, and (III) Granting Related Relief* [Docket No. 1220] (the "Motion") with the United States Bankruptcy Court for the District of Delaware (the "Court"). **You were previously served with a copy of the Motion**.

PLEASE TAKE FURTHER NOTICE that contemporaneously with the filing of the Motion, the Debtors also filed a motion to shorten the notice and objection periods with respect to the Motion [Docket No. 1222] (the "Motion to Shorten"). **You were previously served with a copy of the Motion to Shorten**.

PLEASE TAKE FURTHER NOTICE that a status conference with respect to the relief requested in the Motion to Shorten was held on January 6, 2026 at 11:00 a.m. (ET) (the

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, as applicable, are: Ligado Networks LLC (3801); ATC Technologies, LLC (N/A); Ligado Networks (Canada) Inc. (N/A); Ligado Networks Build LLC (N/A); Ligado Networks Corp. (N/A); Ligado Networks Finance LLC (N/A); Ligado Networks Holdings (Canada) Inc. (N/A); Ligado Networks Inc. of Virginia (9725); Ligado Networks Subsidiary LLC (N/A); One Dot Six LLC (8763); and One Dot Six TVCC LLC (N/A). The Debtors' headquarters is located at: 10802 Parkridge Boulevard, Reston, Virginia 20191.

"Status Conference") before The Honorable Thomas M. Horan, United States Bankruptcy Judge for the District of Delaware, at the Court, 824 North Market Street, 3rd Floor, Courtroom 7, Wilmington, Delaware 19801.

PLEAE TAKE FURTHER NOTICE that, on January 6, 2026, the Court entered the *Order Shortening the Notice and Objection Periods and Waiving Local Rule 9006-1(c)(ii) with Respect to the Debtors' Motion for an Order (I) Enforcing the Automatic Stay, (II) Enforcing the Mediated Agreement, and (III) Granting Related Relief* [Docket No. 1230] (the "Order Shortening Notice"). **You are being served with a copy of the Order Shortening Notice contemporaneously herewith**.

PLEASE TAKE FURTHER NOTICE that, pursuant to the Order Shortening Notice, and notwithstanding any prior notice to the contrary: (i) a hearing to consider the Motion (the "Hearing") will be held on **January 14, 2026 at 11:30 a.m. (ET)** before The Honorable Thomas M. Horan, United States Bankruptcy Judge for the District of Delaware, at the Court, 824 North Market Street, 5th Floor, Courtroom 5, Wilmington, Delaware 19801, (ii) any responses or objections to the Motion must be filed by **January 12, 2026 at 4:00 p.m. (ET),** and (iii) any replies in further support on the Motion must be filed by **January 14, 2026 at 9:30 a.m. (ET)**.

| | |
|---|---|
| Dated January 6, 2026<br>Wilmington, Delaware | */s/ Zachary J. Javorsky*<br>Mark D. Collins, Esq. (Bar No. 2981)<br>Michael J. Merchant, Esq. (Bar No. 3854)<br>Amanda R. Steele, Esq. (Bar No. 5530)<br>Zachary J. Javorsky, Esq. (Bar No. 7069)<br>Colin A. Meehan, Esq. (Bar No. 7237)<br>**RICHARDS, LAYTON & FINGER, P.A.**<br>One Rodney Square<br>920 North King Street<br>Wilmington, DE 19801<br>Telephone:  (302) 651-7700<br>Facsimile:  (302) 651-7701<br>Email:   collins@rlf.com<br>    merchant@rlf.com<br>    steele@rlf.com<br>    javorsky@rlf.com<br>    meehan@rlf.com<br><br>-and-<br><br>Dennis F. Dunne, Esq. (admitted *pro hac vice*)<br>Matthew L. Brod, Esq. (admitted *pro hac vice*)<br>Lauren C. Doyle, Esq. (admitted *pro hac vice*)<br>**MILBANK LLP**<br>55 Hudson Yards<br>New York, New York 10001<br>Telephone:  (212) 530-5000<br>Facsimile:  (212) 530-5219<br>Email:   ddunne@milbank.com<br>    mbrod@milbank.com<br>    ldoyle@milbank.com<br><br>Andrew M. Leblanc, Esq. (admitted *pro hac vice*)<br>Melanie Westover Yanez, Esq. (admitted *pro hac vice)*<br>**MILBANK LLP**<br>1101 New York Avenue, NW<br>Washington DC 20005<br>Telephone:  (202) 835-7500<br>Facsimile:  (202) 263-7586<br>Email:   aleblanc@milbank.com<br>    mwyanez@milbank.com<br><br>*Co-Counsel for Debtors in Possession* |