**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>LIGADO NETWORKS LLC *et al.,*<br><br>Debtors. | Chapter 11<br><br>Case No. 25-10006 (TMH)<br><br>(Jointly Administered)<br><br>**Hearing Date: January 14, 2026 at 11:30 a.m. (ET)**<br>**Objection Deadline: January 12, 2026 at 4:00 p.m. (ET)**<br><br>Re: Docket Nos. 1221, 1223 & 1232 |

**NOTICE OF HEARING REGARDING EMERGENCY MOTION BY AST & SCIENCE LLC
FOR ENTRY OF AN ORDER ENFORCING THE MEDIATED AGREEMENT AND
RELATED ORDERS OF THIS COURT AGAINST INMARSAT GLOBAL LIMITED**

**PLEASE TAKE NOTICE** that, on January 2, 2026, AST & Science LLC ("AST") filed with the United States Bankruptcy Court for the District of Delaware (the "Court") the *Emergency Motion by AST & Science LLC for Entry of an Order Enforcing the Mediated Agreement and Related Orders of this Court Against Inmarsat Global Limited* [Docket No. 1221] (the "Motion"), **a copy of which you were previously served with**.

**PLEASE TAKE FURTHER NOTICE** that, AST also filed a motion to shorten the notice and objection periods with respect to the Motion [Docket No. 1223] (the "Motion to Shorten"). **You were also previously served with a copy of the Motion to Shorten.**

**PLEASE TAKE FURTHER NOTICE** that, on January 6, 2026, the Court entered the *Order Shortening the Notice and Objection Periods and Preserving the Status Quo with Respect to AST's Emergency Motion for Entry of an Order Enforcing the Mediated Agreement and Related Orders of this Court Against Inmarsat Global Limited* [Docket No. 1232] (the "Order Shortening Notice"). **You were also previously served with a copy of the Order Shortening Notice.**

**PLEASE TAKE FURTHER NOTICE** that, pursuant to the Order Shortening Notice, a hearing on the Motion will be held on **January 14, 2026, at 11:30 a.m. (ET)** (the "Hearing") before

the Honorable Thomas M. Horan, United States Bankruptcy Judge, at the Court, 824 North Market Street, 3rd Floor, Courtroom No. 7, Wilmington, Delaware 19801.

**PLEASE TAKE FURTHER NOTICE** that, any responses or objections to the Motion must be in writing, filed with the Clerk of Court, 824 North Market Street, 3rd Floor, Wilmington, Delaware 19801 and served upon the undersigned counsel so as to be received on or before **January 12, 2026, at 4:00 p.m. (ET)**. (the "Objection Deadline").

**IF NO OBJECTIONS TO THE MOTION ARE TIMELY FILED, SERVED, AND RECEIVED IN ACCORDANCE WITH THIS NOTICE, THE COURT MAY GRANT THE RELIEF REQUESTED IN THE MOTION WITHOUT FURTHER NOTICE OR HEARING.**

[*Remainder of Page Intentionally Left Blank*]

| | |
|---|---|
| Dated: January 6, 2026<br>Wilmington, Delaware | */s/ Katelin A. Morales*<br>Jeremy W. Ryan (Bar No. 4057)<br>Katelin A. Morales (Bar No. 6683)<br>Sameen Rizvi (Bar No. 6902)<br>**POTTER ANDERSON & CORROON LLP**<br>1313 N. Market Street, 6th Floor<br>Wilmington, DE 19801<br>Telephone:   (302) 984-6000<br>Facsimile:    (302) 658-1192<br>Email:         jryan@potteranderson.com<br>kmorales@potteranderson.com<br>srizvi@potteranderson.com<br>-and-<br><br>Madlyn Gleich Primoff (admitted *pro hac vice*)<br>Henry Hutten (admitted *pro hac vice*)<br>Alexander Rich (admitted *pro hac vice*)<br>Sarah Margolis (admitted *pro hac vice*)<br>**FRESHFIELDS US LLP**<br>3 World Trade Center<br>174 Greenwich Street, 51st Floor<br>New York, New York 10007<br>Telephone:   (212) 277-4000<br>Facsimile:    (212) 277-4001<br>Email: madlyn.primoff@freshfields.com<br>henry.hutten@freshfields.com<br>alexander.rich@freshfields.com<br>sarah.margolis@freshfields.com<br><br>*Counsel for AST & Science LLC* |