**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| LIGADO NETWORKS LLC, *et al.*,[1] | ) | Case No. 25-10006 (TMH) |
| Debtors. | ) | (Jointly Administered) |

**THE DEBTORS' WITNESS AND EXHIBIT LIST FOR HEARING SCHEDULED FOR <u>JANUARY 14, 2026 AT 11:30 A.M. (PREVAILING EASTERN TIME)</u>**

The above-captioned debtors and debtors in possession (collectively, the "<u>Debtors</u>") respectfully file this witness and exhibit list (the "<u>Witness and Exhibit List</u>") identifying the individual(s) that the Debtors may call as witnesses and the exhibits the Debtors may introduce as evidence at the hearing to be held on January 14, 2026 at 11:30 a.m. (ET) (the "<u>Hearing</u>") before the Honorable Thomas M. Horan, at the United States Bankruptcy Court for the District of Delaware, 824 N. Market Street, 5th Floor, Courtroom No. 5, Wilmington, Delaware 19801.

The Debtors reserve the right to amend and/or supplement this Witness and Exhibit List at any time prior to the Hearing, to call any witness on any other party's witness list (regardless of whether that party removes that witness from its list), to call any witness necessary to authenticate documents (to the extent necessary), and to call any witness to provide rebuttal or impeachment testimony (as appropriate). The Debtors further reserve the right to ask the Court to take judicial notice of pleadings, transcripts, and/or documents filed in or in connection with the above-

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, as applicable, are: Ligado Networks LLC (3801); ATC Technologies, LLC (N/A); Ligado Networks (Canada) Inc. (N/A); Ligado Networks Build LLC (N/A); Ligado Networks Corp. (N/A); Ligado Networks Finance LLC (N/A); Ligado Networks Holdings (Canada) Inc. (N/A); Ligado Networks Inc. of Virginia (9725); Ligado Networks Subsidiary LLC (N/A); One Dot Six LLC (8763); and One Dot Six TVCC LLC (N/A). The Debtors' headquarters is located at: 10802 Parkridge Boulevard, Reston, Virginia 20191.

captioned cases, to offer rebuttal exhibits, and to modify, supplement, or amend this Witness and Exhibit List at any time prior to or during the Hearing. Designation of any exhibit below does not waive any objections the Debtors may have to any exhibit listed on any party's exhibit list or introduced at the Hearing.

**WITNESSES**

The Debtors may call any witness necessary to authenticate the exhibits the Debtors may use at the Hearing, any witness listed or called by any other party, and any rebuttal or impeachment witnesses.

**EXHIBITS**

| Ex. No. | Description | Docket No. (if available) |
|---|---|---|
| 1. | *Ligado – Settlement Term Sheet*, dated June 10, 2025 (The Mediated Agreement) | 692-1 |
| 2. | *Application for Modification of Space Station License* dated December 8, 2025 (The FCC Application), including the letter attached thereto from AST SpaceMobile in support of the FCC Application | 1220-2 |
| 3. | *Complaint* filed by Inmarsat Global Limited in the New York State Supreme Court, New York County, dated December 19, 2025 | 1220-3 |
| | Any pleading or other document filed with the Court on the docket of the above-captioned chapter 11 cases or related adversary proceedings | |
| | Any exhibit necessary to rebut the evidence of testimony of any witness offered or designated by any other party | |
| | Any exhibit listed by any other party | |

Dated: January 9, 2026
Wilmington, Delaware

*/s/ Zachary J. Javorsky*

Mark D. Collins, Esq. (Bar No. 2981)
Michael J. Merchant, Esq. (Bar No. 3854)
Amanda R. Steele, Esq. (Bar No. 5530)
Zachary J. Javorsky, Esq. (Bar. No. 7069)
**RICHARDS, LAYTON & FINGER, P.A.**
One Rodney Square
920 North King Street
Wilmington, DE 19801
Telephone: (302) 651-7700
Facsimile: (302) 651-7701
Email: collins@rlf.com
merchant@rlf.com
steele@rlf.com
javorsky@rlf.com

-and-

Dennis F. Dunne, Esq. (admitted *pro hac vice*)
Matthew L. Brod, Esq. (admitted *pro hac vice*)
Lauren C. Doyle, Esq. (admitted *pro hac vice*)
**MILBANK LLP**
55 Hudson Yards
New York, New York 10001
Telephone: (212) 530-5000
Facsimile: (212) 530-5219
Email: ddunne@milbank.com
mbrod@milbank.com
ldoyle@milbank.com

Andrew M. Leblanc, Esq. (admitted *pro hac vice*)
Melanie Westover Yanez, Esq. (admitted *pro hac vice*)
**MILBANK LLP**
1101 New York Avenue, NW,
Washington, D.C. 20005
Telephone: (202) 835-7500
Facsimile: (202) 263-7586
Email: aleblanc@milbank.com
mwyanez@milbank.com

*Co-Counsel for Debtors in Possession*