# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| LIGADO NETWORKS LLC, *et al.*,[1] | ) Case No. 25-10006 (TMH) |
| | ) |
| Debtors. | ) (Jointly Administered) |
| | ) |

## AST & SCIENCE LLC'S EXHIBIT LIST FOR HEARING ON JANUARY 14, 2026

AST & Science LLC ("**AST**") by and through its undersigned counsel, hereby submits this witness and exhibit list (the "**Witness and Exhibit List**") for the hearing scheduled for **January 14, 2026 at 11:30 a.m. (Eastern Standard Time)** (the "**Hearing**") before the Honorable Thomas M. Horan at the United States Bankruptcy Court for the District of Delaware, located at 824 N. Market Street, 3rd Floor, Courtroom No. 7, Wilmington, Delaware 19801.

### WITNESSES

AST may call, if necessary, any witness listed or called by any other party and any rebuttal or impeachment witness.

### EXHIBITS

AST may, if necessary, seek to introduce some or all of the following exhibits at the Hearing.

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, as applicable, are: Ligado Networks LLC (3801); ATC Technologies, LLC (N/A); Ligado Networks (Canada) Inc. (N/A); Ligado Networks Build LLC (N/A); Ligado Networks Corp. (N/A); Ligado Networks Finance LLC (N/A); Ligado Networks Holdings (Canada) Inc. (N/A); Ligado Networks Inc. of Virginia (9725); Ligado Networks Subsidiary LLC (N/A); One Dot Six LLC (8763); and One Dot Six TVCC LLC (N/A). The Debtors' headquarters is located at: 10802 Parkridge Boulevard, Reston, Virginia 20191.

| No. | Description | Docket No. (if available)[2] |
|---|---|---|
| 1. | [REDACTED] Debtors' Motion for Entry of an Order (I) Authorizing the Debtors to Enter Into the AST Definitive Documents and (II) Granting Related Relief, including any exhibits and declarations appended or relating thereto | 359 |
| 2. | Inmarsat Global Limited's Objection to Debtors' Motion for Entry of an Order Authorizing the Debtors to Enter Into the AST Definitive Documents, including any exhibits and declarations appended or relating thereto | 462 |
| 3. | Order (I) Authorizing the Debtors to Enter Into the AST Definitive Documents and (II) Granting Related Relief | 692 |
| 4. | Ligado – Settlement Term Sheet | 692-1 |
| 5. | [SEALED] Motion of Inmarsat Global Limited For Entry of an Order Enforcing and Implementing the Mediated Agreement, including any exhibits and declarations appended or relating thereto | 824 |
| 6. | [REDACTED] Debtors' Motion for an Order (I) Enforcing the AST Order and Mediated Agreement and (II) Granting Related Relief, including any exhibits and declarations appended or relating thereto | 827 |
| 7. | Inmarsat Global Limited's Opposition to Ligado's Motion to Enforce the Parties' Mediated Agreement, including any exhibits and declarations appended or relating thereto | 895 |
| 8. | [SEALED] AST's (A) Objection to Inmarsat's Motion for Entry of Order Enforcing and Implementing the Mediated Agreement and (B) Joinder in Support of Debtors' Motion for Order Enforcing the AST Order and Mediated Agreement, including the exhibits appended thereto | 896 |
| 9. | [SEALED] Debtors' Objection to Inmarsat's Motion for an Order Enforcing and Implementing the Mediated Agreement, including any exhibits appended thereto | 897 |
| 10. | Transcript Regarding Hearing Held 08/29/2025 | 947 |
| 11. | Order Regarding Motions to Enforce | 940 |
| 12. | Inmarsat-AST Agreement | 1221-4 |
| 13. | Revised Findings of Fact, Conclusions of Law, and Order Confirming Joint Chapter 11 Plan of Reorganization, including the exhibits appended thereto | 1007 |
| 14. | Joint Chapter 11 Plan of Ligado Networks LLC and Its Affiliated Debtors and Debtors in Possession | 1007-1 |

---

[2] References to docket numbers include any sub-docket numbers corresponding to any applicable exhibits appended to the docketed filing.

| 15. | Application for Modification of Space Station License | 1221-6 |
|---|---|---|
| 16. | Complaint filed by Inmarsat Global Limited against AST SpaceMobile, Inc., Ligado Networks LLC and Ligado Networks (Canada) Inc. | 1221-2 |
| 17. | Debtors' Motion for an Order (I) Enforcing the Automatic Stay, (II) Enforcing the Mediated Agreement, and (III) Granting Related Relief, including any exhibits appended thereto | 1220 |
| 18. | Emergency Motion by AST & Science LLC for Entry of an Order Enforcing the Mediated Agreement and Related Orders of This Court Against Inmarsat Global Limited, including any exhibits appended thereto | 1221 |
| 19. | Overview of Conditions Precedent in Mediated Agreement | 1221-1 |
| 20. | Debtors' Motion for an Order Shortening the Notice and Objection Periods and Waiving Local Rules 9006-1(c)(ii) and 9006-1(d) with Respect to the *Debtors' Motion for an Order (I) Enforcing the Automatic Stay, (II) Enforcing the Mediated Agreement, and (III) Granting Related Relief* and Preserving the Status Quo, including any exhibits appended thereto | 1222 |
| 21. | Motion by AST & Science LLC for Entry of an Order Shortening the Notice and Objection Periods and Preserving the Status Quo with Respect to AST's Emergency Motion for Entry of an Order Enforcing the Mediated Agreement and Related Orders of This Court Against Inmarsat Global Limited, including any exhibits appended thereto | 1223 |
| 22. | Order Shortening the Notice and Objection Periods and Waving Local Rule 9006-1(c)(ii) with Respect to the *Debtors' Motion for an Order (I) Enforcing the Automatic Stay, (II) Enforcing the Mediated Agreement, and (III) Granting Related Relief*, including the exhibits appended thereto | 1230 |
| 23. | Order Shortening the Notice and Objection Periods and Preserving the Status Quo with Respect to AST's Emergency Motion for Entry of an Order Enforcing the Mediated Agreement and Related Orders of This Court Against Inmarsat Global Limited | 1232 |
| 24. | Notice of Hearing Regarding Emergency Motion by AST & Science LLC for Entry of an Order Enforcing the Mediated Agreement and Related Orders of This Court Against Inmarsat Global Limited | 1237 |
|  | Any objection filed with the Court by Inmarsat Global Limited prior to January 12, 2026 at 4:00 p.m. (ET) in respect of the matters to be heard at the Hearing, including any exhibits or declarations appended or related thereto |  |
|  | Any reply filed with the Court by AST in respect of the matters to be heard at the Hearing, including any exhibits appended thereto |  |

|  | Any reply filed with the Court on the docket by the Debtors in respect of the matters to be heard at the Hearing, including any exhibits appended thereto |  |
|  | Any pleading or other document filed with the Court on the docket of the above-captioned chapter 11 cases or related adversary proceedings |  |
|  | Any exhibit necessary to rebut the evidence of testimony of any witness offered or designated by any other party |  |
|  | Any exhibit listed by any other party |  |

## **RESERVATION OF RIGHTS**

AST reserves all rights, including but not limited to the right to amend, revise, supplement, or withdraw this Witness and Exhibit List at any time, to designate additional witnesses or exhibits or call any witness or introduce any document identified as a witness or an exhibit by any other party in interest, and to call additional witnesses and or offer additional exhibits at the Hearing for purposes of impeachment or rebuttal, in response to witnesses and evidence offered by any other party, and for any other permissible purpose under the Federal Rules of Bankruptcy Procedure, the Federal Rules of Civil Procedure, and the Federal Rules of Evidence. AST also reserves the right to amend this Witness and Exhibit List at any time prior to the Hearing, including, without limitation, in the event of the filing of any objections, responses, replies, supplemental declarations, or other filings in connection with the Hearing.

Dated: January 9, 2026
Wilmington, Delaware

*<u>/s/ Katelin A. Morales</u>*
Jeremy W. Ryan (Bar No. 4057)
Katelin A. Morales (Bar No. 6683)
Sameen Rizvi (Bar No. 6902)
**POTTER ANDERSON & CORROON LLP**
1313 N. Market Street, 6th Floor
Wilmington, DE 19801
Telephone: (302) 984-6000
Facsimile: (302) 658-1192
Email: jryan@potteranderson.com
kmorales@potteranderson.com
srizvi@potteranderson.com

-and-

Madlyn Gleich Primoff (admitted *pro hac vice*)
Henry Hutten (admitted *pro hac vice*)
Alexander Rich (admitted *pro hac vice*)
Sarah Margolis (admitted *pro hac vice*)
**FRESHFIELDS US LLP**
3 World Trade Center
174 Greenwich Street, 51st Floor
New York, New York 10007
Telephone: (212) 277-4000
Facsimile: (212) 277-4001
Email: madlyn.primoff@freshfields.com
henry.hutten@freshfields.com
alexander.rich@freshfields.com
sarah.margolis@freshfields.com

*Counsel for AST & Science LLC*