**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| LIGADO NETWORKS LLC, *et. al.*[1] | Case No. 25-10006-TMH |
| Debtors. | Jointly Administered |

**Hearing Date: January 14, 2026 at 11:30 a.m. (ET)**

**INMARSAT GLOBAL LIMITED'S WITNESS AND EXHIBIT LIST FOR HEARING SCHEDULED FOR JANUARY 14, 2026 AT 11:30 A.M. (EASTERN TIME)**

Inmarsat Global Limited ("Inmarsat") hereby submits this witness and exhibit list in connection with the hearing scheduled for **January 14, 2026 at 11:30 a.m. (prevailing Eastern Time)** before the Honorable Thomas M. Horan at the United States Bankruptcy Court for the District of Delaware, located at 824 N. Market Street, 5th Floor, Courtroom No. 5, Wilmington, Delaware 19801 (the "Hearing").

**WITNESSES**

As of the filing of this witness and exhibit list, no other party has identified witnesses for the Hearing. To the extent that any party designates witnesses, Inmarsat reserves the right to cross-designate all witnesses so designated and reserve the right to call any necessary rebuttal or impeachment witnesses.

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, as applicable, are: Ligado Networks LLC (3801); ATC Technologies, LLC (N/A); Ligado Networks (Canada) Inc. (N/A); Ligado Networks Build LLC (N/A); Ligado Networks Corp. (N/A); Ligado Networks Finance LLC (N/A); Ligado Networks Holdings (Canada) Inc. (N/A); Ligado Networks Inc. of Virginia (9725); Ligado Networks Subsidiary LLC (N/A); One Dot Six LLC (8763); and One Dot Six TVCC LLC (N/A).

4906-3153-8527.3 42241.00001

**EXHIBITS**

Inmarsat designates the following exhibits that may be used at the Hearing:

| Exhibit No. | Document Description | Docket No. |
|---|---|---|
| 1 | Complaint, NYSCEF No. 1, *Inmarsat Global Limited v. AST Spacemobile, Inc., et. al.*, Ind. No. 656611/2025 (N.Y. Sup. Ct. December 19, 2025) | |
| 2 | Comments of Ligado Networks LLC, *In re Application of SpaceX Requesting NGSO MSS Authorization and Supplemental Coverage from Space Authorization and Waivers*, ICFS File Nos. SAT-LOA-20250916-00282, SAT-AMD-20251125-00339, GN Docket No. 25-340 (FCC Jan. 5, 2026) | |
| 3 | Amended and Restated Cooperation Agreement, dated as of August 6, 2010 | |
| 4 | Understanding between the Department of Industry (Canada), the Federal Communications Commission (USA) and the office of Communications (UK) for the Coordination of Satellite Networks Operating in the L Frequency Band, dated March 26, 2008 | |
| 5 | Email from Patrick Campbell to Colin Ward, Brad Swann, and Alfred Mamlet re: Draft Second and Restated Cooperation Agreement, dated May 7, 2025, with attachment | |
| 6 | Email from Alfred Mamlet to Vicky McPherson re: Draft Cooperation Agreement, dated July 2, 2025, with attachments | |
| 7 | Email from Alfred Mamlet to Vicky McPherson, Sachin Chhibber, Jeff Carlisle, and Patrick Campbell re: Draft Exs. L and O, dated July 11, 2025, with attachments | |
| 8 | Email from Vicky McPherson to Alfred Mamlet, Jonas Eneberg, Brad Swann, and Colin Ward re: Draft Exs. L and O, dated July 18, 2025, with attachments | |
| 9 | Email from Alfred Mamlet to Brad Swann, Vicky McPherson re: Draft Exs. L and O, dated July 22, 2025, with attachment | |
| 10 | Email from Vicky McPherson to Jeff Carlisle, Brad Swann, Alfred Mamlet, and others re: Tech/Reg Call, dated July 28, 2025, with attachment | |
| 11 | Email from Jennifer Manner to Alfred Mamlet, Sachin Chhibber, Vicky McPherson, and others re: Cooperation Agreement Geographic Limitations, dated July 29, 2025, with attachment | |

| Exhibit No. | Document Description | Docket No. |
|---|---|---|
| 12 | Amendment No. 22 to the Amended and Restated Cooperation Agreement, dated September 21, 2025 | |
| 13 | Inmarsat-AST Agreement, dated September 21, 2025 | |
| 14 | Email from Alfred Mamlet to Jennifer Manner, Patrick Campbell, Sachin Chhibber, and others re: Draft Ligado FCC Application for Proposed NGSO System, dated November 6, 2025 | |
| 15 | September 9, 2025 Letter from Jarrett S. Taubman, VP and Deputy Chief Government Affairs and Regulatory Officer, Viasat, Inc. to Marlene H. Dortch, Secretary Federal Communications Commission re: Request for Confidential Treatment; Letter of Viasat, Inc.; Application of Planet Labs PBC for Modification of License, ICFS File No. SAT-MOD-20250527-00129 | |
| 16 | September 19, 2025 Letter from Jennifer A. Manner, Senior Vice President, Regulatory Affairs and International Strategy, AST & Science, LLC and Vernon G. Ross, Vice President, Legal and Regulatory Affairs, Ligado Networks LLC to Marlene H. Dortch, Secretary Federal Communications Commission re: Application of Planet Labs PBC for Modification of License, ICFS File No. SAT-MOD-20250527-00129 | |
| 17 | November 21, 2025 Letter from Jarrett S. Taubman, VP and Deputy Chief Government Affairs and Regulatory Officer, Viasat, Inc. to Marlene H. Dortch, Secretary Federal Communications Commission re: Request for Confidential Treatment; Letter of Viasat, Inc.; Application of JSAT Beyond Innovation LLC, ICFS File No. SAT-LOA-20250718-00178 | |
| 18 | Reply to opposition to Petition to Deny, *In re JSAT Beyond Innovation LLC*, ICFS File No. SAT-LOA-20250718-00178, (FCC Dec. 15, 2025) | |
| 19 | Inmarsat Global Limited's Objection to Debtors' Motion for Entry of an Order Authorizing the Debtors to Enter Into the AST Definitive Documents | 462 |
| 20 | Order (I) Authorizing the Debtors to Enter Into the AST Definitive Documents and (II) Granting Related Relief | 692 |
| 21 | Order (I) Authorizing the Debtors to Enter Into the AST Definitive Documents and (II) Granting Related Relief, Exhibit 1 Mediated Agreement | 692-1 |
| 22 | Order Regarding Motions to Enforce | 940 |
| 23 | [REDACTED] Motion of Inmarsat Global Limited for Entry of an Order Enforcing and Implementing the Mediated Agreement | 825 |
| 24 | Motion of Inmarsat Global Limited for Entry of an Order Enforcing and Implementing the Mediated Agreement, Exhibit A – Proposed Order | 825-2 |

| Exhibit No. | Document Description | Docket No. |
|---|---|---|
| 25 | [SEALED] Debtors' Motion for an Order (I) Enforcing the AST Order and Mediated Agreement and (II) Granting Related Relief | 826 |
| 26 | [REDACTED] Debtors' Motion for an Order (I) Enforcing the AST Order and Mediated Agreement and (II) Granting Related Relief | 827 |
| 27 | Findings of Fact, Conclusions of Law, and Order Confirming Joint Chapter 11 Plan of Reorganization, Exhibit A – Joint Chapter 11 Plan of Ligado Networks LLC and Its Affiliated Debtors and Debtors in Possession | 1004-1 |
|  | Any pleading or other document filed with the Court on the docket of the above-captioned chapter 11 cases or related adversary proceeding |  |

Inmarsat reserves the right to object to the entry into evidence of any exhibit, including those listed above. Inmarsat reserves the right to use any exhibit listed by any other party. Inmarsat also reserves the right to amend, shorten, or supplement this witness and exhibit list prior to the Hearing.

| | |
|---|---|
| Dated: January 9, 2026<br>Wilmington, Delaware | **PACHULSKI STANG ZIEHL & JONES LLP**<br><br>*/s/ Laura Davis Jones*<br>Laura Davis Jones (DE Bar No. 2436)<br>Timothy P. Cairns (DE Bar No. 4228)<br>919 N. Market Street, 17th Floor<br>P.O. Box 8705<br>Wilmington, DE  19899-8705 (Courier 19801)<br>Telephone: (302) 652-4100<br>Email: ljones@pszjlaw.com<br>           tcairns@pszjlaw.com<br><br>-and-<br><br>**QUINN EMANUEL URQUHART & SULLIVAN, LLP**<br>Benjamin Finestone<br>295 5th Avenue<br>New York, NY  10016<br>Telephone: (212) 849-7000<br>Email: benjaminfinestone@quinnemanuel.com<br><br>Matthew Scheck<br>300 West 6th St., Suite 2010<br>Austin, TX  78701<br>Telephone: (737) 667-6100<br>Email: matthewscheck@quinnemanuel.com<br><br>-and-<br><br>**STEPTOE LLP**<br>Charles Michael<br>1114 Avenue of the Americas<br>New York, NY  10036<br>Telephone:  (212) 506-3900<br>Email: jreisner@steptoe.com<br>           cmichael@steptoe.com<br><br>Alfred M. Mamlet<br>1330 Connecticut Avenue, NW<br>Washington, DC  20036<br>Telephone:  (202) 429-3000<br>Email: amamlet@steptoe.com<br>           jrtaylor@steptoe.com<br><br>*Counsel to Inmarsat Global Limited* |