**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>LIGADO NETWORKS LLC, *et al.*,<br><br>Debtors. | Ch. 11<br><br>Case No. 25-10006 (TMH)<br><br>Jointly Administered<br><br>**Docket Ref. No. 1249** |

**DECLARATION OF KATE SCHERLING IN SUPPORT OF INMARSAT GLOBAL LIMITED'S OMNIBUS OBJECTION TO (A) DEBTORS' MOTION FOR AN ORDER (I) ENFORCING THE AUTOMATIC STAY, (II) ENFORCING THE MEDIATED AGREEMENT, AND (III) GRANTING RELATED RELIEF AND (B) EMERGENCY MOTION BY AST & SCIENCE LLC FOR ENTRY OF AN ORDER ENFORCING THE MEDIATED AGREEMENT AND RELATED ORDERS**

1. I am a partner of Quinn Emanuel Urquhart & Sullivan, LLP and counsel for the Inmarsat in the above-captioned action. I submit this declaration in support of *Inmarsat Global Limited's Omnibus Objection to (A) Debtors' Motion for an Order (I) Enforcing the Automatic Stay, (II) Enforcing the Mediated Agreement, and (III) Granting Related Relief and (B) Emergency Motion by AST & Science LLC for Entry of an Order Enforcing the Mediated Agreement and Related Orders.*

2. Attached are true and correct copies of the following exhibits:

| Ex. | Document |
|---|---|
| 1 | Complaint, NYSCEF No. 1, *Inmarsat Global Limited v. AST Spacemobile, Inc., et. al.*, Ind. No. 656611/2025 (N.Y. Sup. Ct. December 19, 2025) |
| 2 | Comments of Ligado Networks LLC, *In re Application of SpaceX Requesting NGSO MSS Authorization and Supplemental Coverage from Space Authorization and Waivers*, ICFS File Nos. SAT-LOA-20250916-00282, SAT-AMD-20251125-00339, GN Docket No. 25-340 (FCC Jan. 5, 2026) |
| 3 | Amended and Restated Cooperation Agreement, dated as of August 6, 2010 |
| 4 | Understanding between the Department of Industry (Canada), the Federal Communications Commission (USA) and the office of Communications (UK) for the Coordination of Satellite Networks Operating in the L Frequency Band, dated March 26, 2008 |

| Ex. | Document |
|---|---|
| 5 | Email from Patrick Campbell to Colin Ward, Brad Swann, and Alfred Mamlet re: Draft Second and Restated Cooperation Agreement, dated May 7, 2025, with attachment |
| 6 | Email from Alfred Mamlet to Vicky McPherson re: Draft Cooperation Agreement, dated July 2, 2025, with attachments |
| 7 | Email from Alfred Mamlet to Vicky McPherson, Sachin Chhibber, Jeff Carlisle, and Patrick Campbell re: Draft Exs. L and O, dated July 11, 2025, with attachments |
| 8 | Email from Vicky McPherson to Alfred Mamlet, Jonas Eneberg, Brad Swann, and Colin Ward re: Draft Exs. L and O, dated July 18, 2025, with attachments |
| 9 | Email from Alfred Mamlet to Brad Swann, Vicky McPherson re: Draft Exs. L and O, dated July 22, 2025, with attachment |
| 10 | Email from Vicky McPherson to Jeff Carlisle, Brad Swann, Alfred Mamlet, and others re: Tech/Reg Call, dated July 28, 2025, with attachment |
| 11 | Email from Jennifer Manner to Alfred Mamlet, Sachin Chhibber, Vicky McPherson, and others re: Cooperation Agreement Geographic Limitations, dated July 29, 2025, with attachment |
| 12 | Amendment No. 22 to the Amended and Restated Cooperation Agreement, dated September 21, 2025 |
| 13 | Inmarsat-AST Agreement, dated September 21, 2025 |
| 14 | Email from Alfred Mamlet to Jennifer Manner, Patrick Campbell, Sachin Chhibber, and others re: Draft Ligado FCC Application for Proposed NGSO System, dated November 6, 2025 |
| 15 | September 9, 2025 Letter from Jarrett S. Taubman, VP and Deputy Chief Government Affairs and Regulatory Officer, Viasat, Inc. to Marlene H. Dortch, Secretary Federal Communications Commission re: Request for Confidential Treatment; Letter of Viasat, Inc.; Application of Planet Labs PBC for Modification of License, ICFS File No. SAT-MOD-20250527-00129 |
| 16 | September 19, 2025 Letter from Jennifer A. Manner, Senior Vice President, Regulatory Affairs and International Strategy, AST & Science, LLC and Vernon G. Ross, Vice President, Legal and Regulatory Affairs, Ligado Networks LLC to Marlene H. Dortch, Secretary Federal Communications Commission re: Application of Planet Labs PBC for Modification of License, ICFS File No. SAT-MOD-20250527-00129 |
| 17 | November 21, 2025 Letter from Jarrett S. Taubman, VP and Deputy Chief Government Affairs and Regulatory Officer, Viasat, Inc. to Marlene H. Dortch, Secretary Federal Communications Commission re: Request for Confidential Treatment; Letter of Viasat, Inc.; Application of JSAT Beyond Innovation LLC, ICFS File No. SAT-LOA-20250718-00178 |
| 18 | Reply to opposition to Petition to Deny, *In re JSAT Beyond Innovation LLC*, ICFS File No. SAT-LOA-20250718-00178, (FCC Dec. 15, 2025) |

DE:4923-4737-9079.1 42241.00001

I declare under penalty of perjury that the foregoing is true and correct.

Dated: New York, New York
       January 12, 2025                      */s/ Kate Scherling*
                                                                      Kate Scherling

DE:4923-4737-9079.1 42241.00001