# **<u>EXHIBIT 4</u>**

DE:4923-4737-9079.1 42241.00001

**Understanding between the Department of Industry (Canada), the Federal Communications Commission (USA) and the Office of Communications (UK) for the Coordination of Satellite Networks Operating in the L Frequency Band**

1. **Introduction**

On December 20, 2007, Mobile Satellite Ventures LP, Mobile Satellite Ventures (Canada) Inc., Skyterra Communications, Inc. and Inmarsat Global Limited (the "Operators") signed a Cooperation Agreement ("Agreement"). This Operators' Agreement describes the terms for the frequency and orbit coordination of the three MSS operators' existing and planned L-band satellite networks with North American visibility, including Hawaii. For the purpose of this Agreement, L-band is defined as comprising the frequency bands 1525-1544/1545-1559 MHz and 1626.5-1645.5/1646.6-1660.5 MHz.

On January 14, 2008, the Administrations of Canada (CAN), United Kingdom (UK) and United States of America (USA) received a copy of the Operators' Agreement for their consideration and approval. Having concluded their review of the Operators' Agreement, the Department of Industry (Canada), the Federal Communications Commission (USA) and the Office of Communications (UK) (the "Administrations") have reached the following Understanding.

2. **Understanding between the Administrations for the Coordination of Satellite Networks Operating in the L Frequency Band**

The Administrations concur that the elements of the Operators' Agreement constitute a reasonable basis for longer-range planning and the evolution of the operational environment of the respective MSS operators. They permit MSV (CAN), MSV (USA) and Inmarsat to proceed with the deployment and operation of their newest generation systems.

The Administrations note that the Operators' Agreement describes different spectrum plans which re-assign spectrum that was originally assigned to MSV (CAN), MSV (USA) and Inmarsat in the Spectrum Sharing Agreement (SSA) adopted at the 1998 Operators Review Meeting. However, some of the spectrum plans included in this Operators' Agreement will require coordination with other administrations which are party to the Mexico City MoU (MoU). The Administrations further note that the initial phase spectrum plans described in Exhibits D and G2 of the Operators' Agreement do not require further agreement with either the Mexican or Russian operators with respect to their respective satellite operations.

In light of the above, the Administrations will defer approving those plans which require consensus among all five parties to the MoU. However, the Administrations hereby agree that the immediate implementation of the Phase 0 Spectrum Plan and

Phase 1 Alternative Spectrum Plan – without Intended Spectrum, as described respectively in Exhibits D and G2 of the Operators' Agreement, may commence in conformance with the MoU. The operation according to the Phase 1 Alternative Spectrum Plan is subject to the condition that the respective satellite networks of Inmarsat, MSV (USA) and MSV (CAN) listed in the Attachment will operate in accordance with the negotiated emission and reception parameters and spectrum plans. Accordingly, by way of this Understanding, the Administrations have effected coordination in accordance with provisions of the ITU Radio Regulations for satellite networks which are listed in the Attachment and compliant with this Understanding. The Administrations will expeditiously notify the ITU that they have effected coordination for the satellite networks covered by this Understanding.

To optimize the benefits of the Operators' Agreement and implement the remaining spectrum plans proposals contained in it, the Administrations will encourage and facilitate the resumption of the operators' annual multilateral meetings under the MoU to negotiate and finalize a new SSA. The Administrations further concur that a meeting of the five administrations which are party to the MoU be held in due course with a view to reviewing the implementation of the provisions of the MoU and to consider any proposals for consequential modifications deemed necessary to the MoU provisions.

The Administrations will continue to work cooperatively to finalize a workable spectrum plan for the Region 2 L-band MSS operators.

| | | |
|---|---|---|
| *C. Beaumier* | *signature* | *R. Phillips* |
| **Ms. Chantal Beaumier**<br>**Director**<br>**Space and International Regulatory Activities**<br>**Industry Canada** | **Mr. Robert Nelson**<br>**Chief**<br>**Satellite Division**<br><br>FCC | **Mr. Bob Phillips**<br>**Head**<br>**Space Services**<br><br>OFCOM |
| 08/03/25 | March 26, 2008 | 26/03/2008 |
| Date | Date | Date |

Attachment

Page 2 of 4

## ATTACHMENT

### A    Newly Coordinated Satellites

| Adm | Operator | Network | ITU Special Section | Orbital Location | ITU Status (A/C/N) |
|---|---|---|---|---|---|
| G | INMARSAT | INMARSAT-2 POR East | AR11/C/3163 | 142 W | N |
| | | INMARSAT-3 POR East | AR11/C/3318 | 142 W | N |
| | | INMARSAT-3 AOR West-4 | CR/C/1454 | 53W | C |
| | | INMARSAT-3 AOR West-3 | AR11/C/3310 | 98W | N |
| | | INMARSAT GSO-2J | CR/C/413 | 54W | N |
| | | INMARSAT GSO-2K | CR/C/931 | 50W | C |
| | | INMARSAT GSO-2L | CR/C/1024 | 53W | C |
| | | INMARSAT GSO-2M | CR/C/1138 | 178E | C |
| | | INMARSAT-4 104W | CR/C/1359 | 104W | C |
| | | INMARSAT-4 98W | CR/C/1530 | 98W | C |
| | | INMARSAT-3 IOR WEST | AR11/C/2594 | 25E | N |
| | | INMARSAT-3 POR-3 | CR/C/856 | 143.5E | N |
| | | INMARSAT-4 143.5E | CR/C/1358 | 143.5E | C |
| | | INMARSAT-4 25E | CR/C/1355 | 25E | C |
| | | INMARSAT-XL1 | CR/C/1908 | 25E | C |
| | | INMARSAT-3 POR WEST | CR/C/42 | 109E | N |
| | | INMARSAT-4 POR WEST | CR/C/1357 | 109E | C |
| USA | MSV LP | MSV-1 | CR/C/1444 | 101W | C |
| CAN | MSV Canada | MSV-2 CANSAT-23 | CR/C/1494 | 107.3W | C |

Page 3 of 4

**B**    **Previously Coordinated Satellites**

| Adm | Operator | Network | ITU Special Section | Orbital Location | ITU Status (A/C/N) |
|---|---|---|---|---|---|
| USA | MSV LP | MSAT-2ACS-1 | AR11/C/1106 | 101 W | C |
| CAN | MSV LP | MSAT-2-ACS-1 | AR11/C/3659 | 101W | C |
| CAN | MSV Canada | MSAT-1 | CR/C/1640 | 106.5W | N |
| G | INMARSAT | INMARSAT-2 AOR East | AR11/C/840 | 15.5W | N |
| | | INMARSAT-2 AOR West | AR11/C/1665 | 55W | N |
| | | INMARSAT-2 POR-1 | AR11/C/1674 | 179.5E | N |
| | | INMARSAT -3 AOR EAST | AR11/C/1976 | 15.5W | N |
| | | INMARSAT-3 AOR WEST | AR11/C/1986 | 55W | N |
| | | INMARSAT-3 POR-1 | AR11/C/1996 | 179E | N |
| | | INMARSAT-3 AOR EAST-2 | AR11/C/2220 | 17W | N |
| | | INMARSAT-3 AOR WEST-2 | AR11/C/2216 | 54W | N |
| | | INMARSAT-3 POR-2 | AR11/C/2228 | 178E | N |