# EXHIBIT 11

# FILED UNDER SEAL

DE:4923-4737-9079.1 42241.00001