# **EXHIBIT 18**

Before the
FEDERAL COMMUNICATIONS COMMISSION
Washington, DC 20554

| | |
|---|---|
| In the Matter of ) | |
| ) | |
| JSAT Beyond Innovation LLC ) | ICFS File No. |
| ) | |
| Application for Authority to Launch and ) | SAT-LOA-20250718-00178 |
| Operate a Non-Geostationary Satellite Orbit ) | |
| System in the Earth-Exploration Satellite ) | |
| Service ) | |

**REPLY TO OPPOSITION TO PETITION TO DENY**

AST & Science, LLC ("AST SpaceMobile") and Ligado Networks LLC ("Ligado"), in accordance with 47 C.F.R. § 25.154(d), file this reply to an opposition filed by JSAT Beyond Innovation LLC ("JBI")[1] to a petition[2] AST SpaceMobile and Ligado filed to deny an application in the abovementioned docket.[3]

AST SpaceMobile and Ligado appreciate JBI's acknowledgement in its Opposition that it does not object to "grant of the application subject to a condition not to claim protection from, nor cause harmful interference to, other authorized users of the L-band frequencies."[4] JBI fails to address, however, the central issue motivating the Petition to Deny. While it is true that Inmarsat, Viasat's subsidiary, has coordinated access to channels in the L-band, these channels are coordinated only for Mobile Satellite Service ("MSS") use and not Intersatellite Service

---

[1] JSAT Opposition to Petition to Deny, ICFS File No. SAT-LOA-20250718-00178 (filed December 3, 2025) ("Opposition").

[2] AST SpaceMobile and Ligado Petition to Deny, ICFS File No. SAT-LOA-20250718-00178 (filed Nov. 18, 2025) ("Petition").

[3] JSAT Beyond Innovation LLC Application for Authority to Launch and Operate a Non-Geostationary Satellite Orbit System in the Earth-Exploration Satellite Service, ICFS File No. SAT-LOA-20250718-00178 (filed July 18, 2025) ("Application").

[4] Opposition at 3.

("ISS"). Nor has Ligado (or, to Ligado's knowledge, any other party authorized by the Commission or foreign regulatory authority to operate in L-band) otherwise agreed that Inmarsat, or anyone else, can use its coordinated L-band spectrum for ISS.

JBI is thus asking to operate a constellation of satellites in a band where such service has not been authorized, claiming that it is entitled to the same treatment as a previous applicant (Loft Orbital) without having made any of the specific showings made by that applicant, and without providing any specific information as to how it intends to operate in the band. These are specific allegations of fact sufficient to show that grant of the application is inconsistent with the public interest. Moreover, JBI has failed to file any such responsive information in response to AST SpaceMobile and Ligado in its Petition or otherwise. Absent any such showing, the Commission should, as requested by AST SpaceMobile and Ligado, deny JBI's application.[5]

JBI's Opposition thus does not provide any substantial reason to deny the Petition. Accordingly, the Commission should deny the Application unless JBI submits (1) an analysis demonstrating that it will not cause harmful interference to other current and planned L-band systems, and (2) a full set of space-to-space transmit and receive channels planned for the Pelican satellites. This is the only way to be even minimally assured that JBI can, in fact, operate on a non-interference basis. If JBI does so, then any grant of the Application by the Commission should be conditioned consistent with ensuring that JBI's services will be operated in accordance with ITU RR Article 4.4, which requires that JBI's ISL use "shall not cause

---

[5] These responses apply equally to the arguments raised by Viasat relevant to JBI's showing (or lack thereof) in its letter filed in this proceeding. *See* Letter from J. Taubman, VP & Deputy Chief Government Affairs & Regulatory Officer, Viasat, Inc. to Marlene H. Dortch, Secretary, FCC, ICFS File No. SAT-LOA-20250718-00178 (Nov. 25, 2025).

harmful interference to, and shall not claim protection from harmful interference caused by, a station operating in accordance with the provisions of Radio Regulations and US ToFA."

                                                Respectfully submitted,

                                                */s/  Jennifer A. Manner*
                                                Jennifer A. Manner
                                                Senior Vice President, Regulatory Affairs and International Strategy
                                                AST & Science, LLC
                                                2901 Enterprise Lane
                                                Midland, TX 79706
                                                jennifer.manner@ast-science.com
                                                (301) 775-1449

                                                */s/  Vernon G. Ross*
                                                Vernon G. Ross
                                                Vice President, Legal and Regulatory Affairs
                                                Ligado Networks LLC
                                                10802 Parkridge Blvd.
                                                Reston, VA  20191
                                                vernon@ligado.com
                                                (703) 390-2011

December 15, 2025

cc:     Tai Ishikawa, JSAT Beyond Innovation LLC
          Danielle Pineres, Planet Labs PBC

## AFFIDAVIT

      Our names and positions are (1) Jennifer A. Manner, Senior Vice President, Regulatory Affairs and International Strategy, AST & Science, LLC and (2) Vernon G. Ross, Vice President, Legal and Regulatory Affairs Ligado Networks LLC.  We are signing this affidavit in support of a Reply ("Reply") to an Opposition to a Petition To Deny an Application to the Federal Communications Commission filed by JSAT Beyond Innovation LLC.  Each of us hereby certifies under penalty of perjury that the factual statements in the Reply are true and accurate to the best of my knowledge, information and belief.

      */s/ Jennifer A. Manner*
      Jennifer A. Manner

      */s/ Vernon G. Ross*
      Vernon G. Ross

      December 15, 2025

## CERTIFICATE OF SERVICE

I, Jeff Carlisle, certify that on December 15, 2025, a copy of the foregoing pleading was served on the following individuals via U.S. Postal Service, First Class Mail:

Tai Ishikawa
Director
JSAT Beyond Innovation LLC
Akasaka Intercity AIR
1-8-1 Akasaka, Minato-ku, Tokyo 107-0052 Japan
ishikawa-tai@sptvjsat.com

Danielle Piñeres
Deputy General Counsel & VP Regulatory Affairs & Policy
Ilsa Mroz
Regulatory Affairs Manager
Planet Labs PBC
645 Harrison St., 4th Floor
San Francisco, CA 94107
jsat-regulatory@planet.com
danielle.pineres@planet.com
ilsa@planet.com

 

*/s/ Jeffrey J. Carlisle*
Jeffrey J. Carlisle
Lerman Senter PLLC
jcarlisle@lermansenter.com