IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| In re: | Chapter 11 |
| LIGADO NETWORKS LLC, *et al.*,[1] | Case No. 25-10006 (TMH) |
| Debtors. | (Jointly Administered) |

**NOTICE OF *AMENDED*[2] AGENDA OF MATTERS SCHEDULED FOR HEARING ON JANUARY 14, 2026 AT 11:30 A.M. (ET), BEFORE THE HONORABLE THOMAS M. HORAN, AT THE UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF DELAWARE, 5th FLOOR, COURTROOM 5**

> **This proceeding will be conducted in-person. All counsel and witnesses are expected to attend unless permitted to appear remotely via Zoom. Please refer to Judge Horan's Chambers Procedures and the Court's website (http://www.deb.uscourts.gov/ecourt-appearances) for information on who may participate remotely, the method of allowed participation (video or audio), Judge Horan's expectations of remote participants, and the advance registration requirements. Registration is required by 4:00 p.m. (Eastern time) the business day before the hearing unless otherwise noticed using the eCourt Appearances tool available on the Court's website.**

I.  **MATTERS GOING FORWARD:**

1.  Debtors' Motion for an Order (I) Enforcing the Automatic Stay, (II) Enforcing the Mediated Agreement, and (III) Granting Related Relief [Docket No. 1220; filed January 2, 2026]

    Objection / Response Deadline:       January 12, 2026 at 4:00 p.m. (ET)

    Objections / Responses Received:

    A.  **Inmarsat Global Limited's Omnibus Objection to (A) Debtors' Motion for and Order (I) Enforcing the Automatic Stay, (II) Enforcing the Mediated Agreement, and (III) Granting Related Relief and (B) Emergency Motion by AST & Science**

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, as applicable, are: Ligado Networks LLC (3801); ATC Technologies, LLC (N/A); Ligado Networks (Canada) Inc. (N/A); Ligado Networks Build LLC (N/A); Ligado Networks Corp. (N/A); Ligado Networks Finance LLC (N/A); Ligado Networks Holdings (Canada) Inc. (N/A); Ligado Networks Inc. of Virginia (9725); Ligado Networks Subsidiary LLC (N/A); One Dot Six LLC (8763); and One Dot Six TVCC LLC (N/A). the Debtors' headquarters is located at: 10802 Parkridge Boulevard, Reston, Virginia 20191.

[2] **Amended items appear in bold.**

          **LLC for Entry of an Order Enforcing the Mediated Agreement and Related Orders [Docket No. 1249; filed January 12, 2026]**

    B.    **[SEALED] Declaration of Kate Scherling in Support of Inmarsat Global Limited's Omnibus Objection to (A) Debtors' Motion for an Order (I) Enforcing the Automatic Stay, (II) Enforcing the Mediated Agreement, and (III) Granting Related Relief and (B) Emergency Motion By AST & Science LLC for Entry of an Order Enforcing the Mediated Agreement and Related Orders [Docket No. 1250; filed January 12, 2026]**

    C.    **[REDACTED] Declaration of Kate Scherling in Support of Inmarsat Global Limited's Omnibus Objection to (A) Debtors' Motion for an Order (I) Enforcing the Automatic Stay, (II) Enforcing the Mediated Agreement, and (III) Granting Related Relief and (B) Emergency Motion By AST & Science LLC for Entry of an Order Enforcing the Mediated Agreement and Related Orders [Docket No. 1252; filed January 12, 2026]**

    <u>Related Documents</u>:

    i.    Notice of Motion, Status Conference and Hearing [Docket No. 1224; filed January 2, 2026]

    ii.    Order Shortening the Notice and Objection Periods and Waving Local Rule 9006-1(c)(ii) With Respect to the Debtors' Motion for an Order (I) Enforcing the Automatic Stay, (II) Enforcing the Mediated Agreement, and (III) Granting Related Relief [Docket No. 1230; entered January 6, 2026]

    iii.    Notice of Motion and Hearing [Docket No. 1233; filed January 6, 2026]

    iv.    The Debtors' Witness and Exhibit List for Hearing Scheduled for January 14, 2026 at 11:30 a.m. (Prevailing Eastern Time) [Docket No. 1242; filed January 9, 2026]

    v.    Inmarsat Global Limited's Witness and Exhibit List for Hearing Scheduled for January 14, 2026 at 11:30 a.m. (Eastern Time) [Docket No. 1246; filed January 9, 2026]

    vi.    **Inmarsat Global Limited's Motion to File Under Seal Certain Portions of Declaration in Support of Omnibus Objection to (A) Debtors' Motion for an Order (I) Enforcing the Automatic Stay, (II) Enforcing the Mediated Agreement, and (III) Granting Related Relief and (B) Emergency Motion by AST & Science LLC for Entry of an Order Enforcing the Mediated Agreement and Related Orders [Docket No. 1251; filed January 12, 2026]**

    <u>Status</u>: The hearing on this matter will go forward.

2.    Emergency Motion by AST & Science LLC for Entry of an Order Enforcing the Mediated Agreement and Related Orders of this Court Against Inmarsat Global Limited [Docket No. 1221; filed January 2, 2026]

Objection / Response Deadline:     January 12, 2026 at 4:00 p.m. (ET)

Objections / Responses Received:

A. **Inmarsat Global Limited's Omnibus Objection to (A) Debtors' Motion for and Order (I) Enforcing the Automatic Stay, (II) Enforcing the Mediated Agreement, and (III) Granting Related Relief and (B) Emergency Motion by AST & Science LLC for Entry of an Order Enforcing the Mediated Agreement and Related Orders [Docket No. 1249; filed January 12, 2026]**

B. **[SEALED] Declaration of Kate Scherling in Support of Inmarsat Global Limited's Omnibus Objection to (A) Debtors' Motion for an Order (I) Enforcing the Automatic Stay, (II) Enforcing the Mediated Agreement, and (III) Granting Related Relief and (B) Emergency Motion By AST & Science LLC for Entry of an Order Enforcing the Mediated Agreement and Related Orders [Docket No. 1250; filed January 12, 2026]**

C. **[REDACTED] Declaration of Kate Scherling in Support of Inmarsat Global Limited's Omnibus Objection to (A) Debtors' Motion for an Order (I) Enforcing the Automatic Stay, (II) Enforcing the Mediated Agreement, and (III) Granting Related Relief and (B) Emergency Motion By AST & Science LLC for Entry of an Order Enforcing the Mediated Agreement and Related Orders [Docket No. 1252; filed January 12, 2026]**

Related Documents:

i. Order Shortening the Notice and Objection Periods and Preserving the Status Quo with Respect to AST's Emergency Motion for Entry of an Order Enforcing the Mediated Agreement and Related Orders of This Court Against Inmarsat Global Limited [Docket No. 1232; entered January 6, 2026]

ii. Notice of Hearing Regarding Emergency Motion by AST & Science LLC for Entry of an Order Enforcing the Mediated Agreement and Related Orders of this Court Against Inmarsat Global Limited [Docket No. 1237; filed January 6, 2026]

iii. AST & Science LLC's Exhibit List for Hearing on January 14, 2026 [Docket No. 1244; filed January 9, 2026]

iv. Inmarsat Global Limited's Witness and Exhibit List for Hearing Scheduled for January 14, 2026 at 11:30 a.m. (Eastern Time) [Docket No. 1246; filed January 9, 2026]

v. **Inmarsat Global Limited's Motion to File Under Seal Certain Portions of Declaration in Support of Omnibus Objection to (A) Debtors' Motion for an Order (I) Enforcing the Automatic Stay, (II) Enforcing the Mediated Agreement, and (III) Granting Related Relief and (B) Emergency Motion by AST & Science LLC for Entry of an Order Enforcing the Mediated Agreement and Related Orders [Docket No. 1251; filed January 12, 2026]**

Status: The hearing on this matter will go forward.

Dated: January 13, 2026
Wilmington, Delaware

/s/ *Zachary J. Javorsky*
Mark D. Collins, Esq. (Bar No. 2981)
Michael J. Merchant, Esq. (Bar No. 3854)
Amanda R. Steele, Esq. (Bar No. 5530)
Zachary J. Javorsky, Esq. (Bar No. 7069)
Colin A. Meehan (Bar No. 7237)
**RICHARDS, LAYTON & FINGER, P.A.**
One Rodney Square
920 North King Street
Wilmington, DE 19801
Telephone: (302) 651-7700
Facsimile: (302) 651-7701
Email: collins@rlf.com
merchant@rlf.com
steele@rlf.com
javorsky@rlf.com
meehan@rlf.com

-and-

Dennis F. Dunne, Esq. (admitted *pro hac vice*)
Matthew L. Brod, Esq. (admitted *pro hac vice*)
Lauren C. Doyle, Esq. (admitted *pro hac vice*)
**MILBANK LLP**
55 Hudson Yards
New York, New York 10001
Telephone: (212) 530-5000
Facsimile: (212) 530-5219
Email: ddunne@milbank.com
mbrod@milbank.com
ldoyle@milbank.com

Andrew M. Leblanc, Esq. (admitted *pro hac vice*)
**MILBANK LLP**
1101 New York Avenue, NW
Washington DC 20005
Telephone: (202) 835-7500
Facsimile: (202) 263-7586
Email: aleblanc@milbank.com

*Co-Counsel for Debtors in Possession*