## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

|  |  |  |
|---|---|---|
| In re: | ) | Chapter 11 |
|  | ) |  |
| LIGADO NETWORKS LLC, *et al.*,[1] | ) | Case No. 25-10006 (TMH) |
|  | ) |  |
| Debtors. | ) | (Jointly Administered) |
|  | ) |  |

### NOTICE OF RESCHEDULED HEARING FOR
### JANUARY 27, 2026 AT 2:00 P.M. (ET)

> **This proceeding will be conducted remotely via Zoom. Please refer to Judge Horan's Chambers Procedures and the Court's website (http://www.deb.uscourts.gov/ecourt-appearances) for information on the method of allowed participation (video or audio), Judge Horan's expectations of remote participants, and the advance registration requirements. Registration is required by 12:00 p.m. (Eastern time) on January 27, 2026.**

**PLEASE TAKE NOTICE** that a hearing to issue a ruling on (i) the *Debtors' Motion for an Order (I) Enforcing the Automatic Stay, (II) Enforcing the Mediated Agreement, and (III) Granting Related Relief* [Docket No. 1220] and (ii) the *Emergency Motion by AST & Science LLC for Entry of an Order Enforcing the Mediated Agreement and Related Orders of this Court Against Inmarsat Global Limited* [Docket No. 1221] was scheduled for Tuesday, January 20, 2026 at 3:00 p.m. (ET) (the "Bench Ruling").

**PLEASE TAKE FURTHER NOTICE** that, at the direction of the United States Bankruptcy Court for the District of Delaware (the "Bankruptcy Court"), the Bench Ruling has been rescheduled to **Tuesday, January 27, 2026 at 2:00 p.m. (ET)**.

---

[1]     The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, as applicable, are:  Ligado Networks LLC (3801); ATC Technologies, LLC (N/A); Ligado Networks (Canada) Inc. (N/A); Ligado Networks Build LLC (N/A); Ligado Networks Corp. (N/A); Ligado Networks Finance LLC (N/A); Ligado Networks Holdings (Canada) Inc. (N/A); Ligado Networks Inc. of Virginia (9725); Ligado Networks Subsidiary LLC (N/A); One Dot Six LLC (8763); and One Dot Six TVCC LLC (N/A).  the Debtors' headquarters is located at: 10802 Parkridge Boulevard, Reston, Virginia 20191.

**PLEASE TAKE FURTHER NOTICE** that, at the direction of the Bankruptcy Court, the Bench Ruling will be conducted remotely, and all participants must register (or re-register) for the Bench Ruling by no later than **Tuesday, January 27, 2026 at 12:00 p.m. (ET)**.  Parties who wish to attend the Bench Ruling may do so by registering for the Zoom hearing at: http://www.deb.uscourts.gov/ecourt-appearances.

[*Signature page follows*]

Dated:  January 20, 2026
Wilmington, Delaware

_/s/ Zachary J. Javorsky_
Mark D. Collins, Esq. (Bar No. 2981)
Michael J. Merchant, Esq. (Bar No. 3854)
Amanda R. Steele, Esq. (Bar No. 5530)
Zachary J. Javorsky, Esq. (Bar No. 7069)
Colin A. Meehan (Bar No. 7237)
**RICHARDS, LAYTON & FINGER, P.A.**
One Rodney Square
920 North King Street
Wilmington, DE 19801
Telephone:    (302) 651-7700
Facsimile:    (302) 651-7701
Email:        collins@rlf.com
              merchant@rlf.com
              steele@rlf.com
              javorsky@rlf.com
              meehan@rlf.com

-and-

Dennis F. Dunne, Esq. (admitted _pro hac vice_)
Matthew L. Brod, Esq. (admitted _pro hac vice_)
Lauren C. Doyle, Esq. (admitted _pro hac vice_)
**MILBANK LLP**
55 Hudson Yards
New York, New York 10001
Telephone:    (212) 530-5000
Facsimile:    (212) 530-5219
Email:        ddunne@milbank.com
              mbrod@milbank.com
              ldoyle@milbank.com

Andrew M. Leblanc, Esq. (admitted _pro hac vice_)
**MILBANK LLP**
1101 New York Avenue, NW
Washington DC 20005
Telephone:    (202) 835-7500
Facsimile:    (202) 263-7586
Email:        aleblanc@milbank.com

_Co-Counsel for Debtors in Possession_

3