# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| LIGADO NETWORKS LLC, *et al.*,[1] | Case No. 25-10006-TMH |
| Debtors. | (Jointly Administered) |

## NOTICE OF SERVICE OF DISCOVERY

**PLEASE TAKE NOTICE** that on February 16, 2026, a copy of *Boeing Satellite Systems, Inc.'s Responses and Objections to the Debtors' Second Set of Requests for Production* was served via electronic mail upon the parties listed below:

| **EMAIL**<br>**GREENBERG TRAURIG, LLP**<br>Robert "Woody" Angle<br>1750 Tysons Boulevard<br>Suite 1000<br>McLean, VA 22102<br>Email: anglew@gtlaw.com | **EMAIL**<br>**RICHARDS, LAYTON & FINGER, P.A.**<br>Zachary J. Javorsky<br>Robert C. Maddox<br>One Rodney Square<br>920 North King Street<br>Wilmington, DE 19801<br>Email: javorsky@rlf.com<br>maddox@rlf.com |
|---|---|
| **EMAIL**<br>**GREENBERG TRAURIG, LLP**<br>Jennifer A. Surprenant<br>One Vanderbilt Avenue<br>New York, NY 10017<br>Email: Jennifer.Surprenant@gtlaw.com | **EMAIL**<br>**GREENBERG TRAURIG, LLP**<br>Gideon Albert Levy<br>Juliana Laurello<br>2101 L Street, N.W., Suite 1000<br>Washington, D.C. 20037<br>Email: levyg@gtlaw.com<br>laurelloj@gtlaw.com |

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, as applicable, are: Ligado Networks LLC (3801); ATC Technologies, LLC (N/A); Ligado Networks (Canada) Inc. (N/A); Ligado Networks Build LLC (N/A); Ligado Networks Corp. (N/A); Ligado Networks Finance LLC (N/A); Ligado Networks Holdings (Canada) Inc. (N/A); Ligado Networks Inc. of Virginia (9725); Ligado Networks Subsidiary LLC (N/A); One Dot Six LLC (8763); and One Dot Six TVCC LLC (N/A). The Debtors' headquarters is located at 10802 Parkridge Boulevard, Reston, Virginia 20191.

{02207084;v1 }

Dated:  February 23, 2026

**ASHBY & GEDDES, P.A.**

*/s/ Michael D. DeBaecke*
Michael D. DeBaecke (No. 3186)
500 Delaware Avenue, 8th Floor
Wilmington, Delaware 19801
Telephone: (302) 654-1888
Email: mdebaecke@ashbygeddes.com

 -and-

**JONES DAY**
Heather Lennox (admitted pro hac vice)
Oliver S. Zeltner (admitted pro hac vice)
Nick Buchta (admitted pro hac vice)
901 Lakeside Avenue
Cleveland, OH 44114-1190
Tel: (216) 586-3939
Email: hlennox@jonesday.com
           ozeltner@jonesday.com
           nbuchta@jonesday.com

 -and-

Eric P. Stephens (admitted *pro hac vice*)
250 Vesey Street
New York, NY 10281
Tel: (212) 326-3916
Email: epstephens@jonesday.com

-and-

Stephen Cowen (admitted *pro hac vice*)
150 W. Jefferson, Suite 2100
Detroit, MI 48226-4438
Tel: (313) 230-7954
Email: scowen@jonesday.com

-and-

Matthew E. Papez (admitted *pro hac vice*)
51 Louisiana Ave., N.W.
Washington, D.C. 20001-2113
Tel: (202) 879-3881
Email: mpapez@jonesday.com

*Counsel for The Boeing Company and Boeing Satellite Systems, Inc.*