# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

|  |  |  |
|---|---|---|
| In re: | ) ) | Chapter 11 |
| LIGADO NETWORKS LLC, *et al.*,[1] | ) ) | Case No. 25-10006 (TMH) |
| Debtors. | ) ) ) | (Jointly Administered) |

**NOTICE OF AGENDA OF MATTERS SCHEDULED FOR HEARING ON MARCH 4, 2026 AT 11:00 A.M. (ET), BEFORE THE HONORABLE THOMAS M. HORAN, AT THE UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF DELAWARE, 5th FLOOR, COURTROOM 5**

> **This proceeding will be conducted in-person. All counsel and witnesses are expected to attend unless permitted to appear remotely via Zoom. Please refer to Judge Horan's Chambers Procedures and the Court's website (http://www.deb.uscourts.gov/ecourt-appearances) for information on who may participate remotely, the method of allowed participation (video or audio), Judge Horan's expectations of remote participants, and the advance registration requirements. Registration is required by 4:00 p.m. (Eastern time) the business day before the hearing unless otherwise noticed using the eCourt Appearances tool available on the Court's website.**

**I.   RESOLVED MATTER:**

1. Debtors' Second Omnibus Motion for Entry of an Order (I) Authorizing the Assumption of Certain Unexpired Leases of Nonresidential Real Property and (II) Granting Related Relief [Docket No. 1307; filed January 30, 2026]

    <u>Objection / Response Deadline</u>:    February 13, 2026 at 4:00 p.m. (ET)

    <u>Objections / Responses Received</u>:    None as of this time

    <u>Related Documents</u>:

    i.    Notice of Hearing [Docket No. 1334; filed February 3, 2026]

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, as applicable, are: Ligado Networks LLC (3801); ATC Technologies, LLC (N/A); Ligado Networks (Canada) Inc. (N/A); Ligado Networks Build LLC (N/A); Ligado Networks Corp. (N/A); Ligado Networks Finance LLC (N/A); Ligado Networks Holdings (Canada) Inc. (N/A); Ligado Networks Inc. of Virginia (9725); Ligado Networks Subsidiary LLC (N/A); One Dot Six LLC (8763); and One Dot Six TVCC LLC (N/A). the Debtors' headquarters is located at: 10802 Parkridge Boulevard, Reston, Virginia 20191.

    ii.    Certificate of No Objection Regarding Debtors' Second Omnibus Motion for Entry of an Order (I) Authorizing the Assumption of Certain Unexpired Leases of Nonresidential Real Property and (II) Granting Related Relief [Docket No. 1377; filed February 17, 2026]

    iii.    Order (I) Authorizing the Assumption of Certain Unexpired Leases of Nonresidential Real Property and (II) Granting Related Relief [Docket No. 1382; entered February 18, 2026]

Status: On February 18, 2026, the Court entered an order regarding this matter. Accordingly, a hearing on this matter is no longer necessary.

**II.**    **MATTERS GOING FORWARD:**

2.    (SEALED) Letter Motion to the Honorable Thomas M. Horan to Compel Debtors to Produce Clawed-Back Documents [Docket No. 1384; filed February 18, 2025]

Objection / Response Deadline:    February 25, 2026

Objections / Responses Received:

    A.    (SEALED) Letter to the Honorable Thomas M. Horan Regarding Debtors' Opposition to Boeing's Letter Motion to Compel [Docket No. 1418; filed February 25, 2026]

Related Documents:

    i.    Notice of Filing of Proposed Redacted Version of Boeing's Letter Motion to Compel Debtors to Produce Clawed-Back Documents [D.I. 1384] [Docket No. 1401; filed February 23, 2026]

    ii.    Boeing's Motion to File Under Seal Certain Portions of Its Letter Motion and Certain of the Exhibits Attached Thereto Regarding Clawback Discovery Disputes in Connection with Boeing Cure Dispute [Docket No. 1402; filed February 23, 2026]

Status: The hearing on this matter is going forward.

3.    Boeing's Motion to File Under Seal Certain Portions of Its Letter Motion and Certain of the Exhibits Attached Thereto Regarding Clawback Discovery Disputes in Connection with Boeing Cure Dispute [Docket No. 1402; filed February 23, 2026]

Objection / Response Deadline:    At the hearing.

Objections / Responses Received:    None as of this date.

Related Documents:

i. (SEALED) Letter Motion to the Honorable Thomas M. Horan to Compel Debtors to Produce Clawed-Back Documents [Docket No. 1384; filed February 18, 2025]

ii. Notice of Filing of Proposed Redacted Version of Boeing's Letter Motion to Compel Debtors to Produce Clawed-Back Documents [D.I. 1384] [Docket No. 1401; filed February 23, 2026]

Status: The hearing on this matter is going forward.

4. (SEALED) Letter Motion to Compel Discovery Regarding Ligado Financial Information [Docket No. 1417; filed February 25, 2026]

Objection / Response Deadline:    March 2, 2026 at 4:00 p.m. (ET)

Objections / Responses Received:    None as of this date.

Related Documents:   None as of this date.

Status: The hearing on this matter is going forward.

5. (SEALED) Letter Motion to Compel Boeing to Supplement Document Collection & Production [Docket No. 1437; filed February 25, 2026]

Objection / Response Deadline:    March 3, 2026

Objections / Responses Received:    None as of this date.

Related Documents:   None as of this date.

Status: The hearing on this matter is going forward.

RLF1 35028594v.2

Dated: March 2, 2026
Wilmington, Delaware

Respectfully submitted,

*/s/ Zachary J. Javorsky*
RICHARDS, LAYTON & FINGER, P.A.
Mark D. Collins, Esq. (Bar No. 2981)
Michael J. Merchant, Esq. (Bar No. 3854)
Amanda R. Steele, Esq. (Bar No. 5530)
Robert C. Maddox, Esq. (Bar No. 5356)
Zachary J. Javorsky, Esq. (Bar No. 7069)
Colin A. Meehan, Esq. (Bar No. 7237)
One Rodney Square
920 North King Street
Wilmington, DE 19801
Telephone: (302) 651-7700
Email: collins@rlf.com
merchant@rlf.com
steele@rlf.com
maddox@rlf.com
javorsky@rlf.com
meehan@rlf.com

-and-

Jennifer A. Surprenant, Esq. (admitted *pro hac vice*)
Richard A. Edlin, Esq. (admitted *pro hac vice*)
GREENBERG TRAURIG, LLP
One Vanderbilt Avenue
New York, NY 10017
Telephone: (212) 801-9200
Email: SurprenantJ@gtlaw.com
EdlinR@gtlaw.com

Robert W. Angle, Esq. (admitted *pro hac vice*)
GREENBERG TRAURIG, LLP
1750 Tysons Boulevard
McLean, VA 22102
Telephone: (703) 749-1391
Email: AngleW@gtlaw.com

Gideon A. Levy, Esq. (admitted *pro hac vice*)
GREENBERG TRAURIG, LLP
2101 L Street NW, Suite 1000
Washington, DC 20037
Telephone: (202) 533-2379
Email: LevyG@gtlaw.com

*Co-Counsel for Debtors in Possession*

RLF1 35028594v.2