IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| LIGADO NETWORKS LLC, *et al.*,[1] | ) Case No. 25-10006 (TMH) |
| | ) |
| Debtors. | ) (Jointly Administered) |
| | ) |
| | ) **Obj. Deadline: March 16, 2026 at 4:00 p.m. (ET)** |
| | ) **Hearing Date: To be Determined** |

## NOTICE OF MOTION AND HEARING

PLEASE TAKE NOTICE that, on March 2, 2026, the above-captioned debtors and debtors in possession (the "Debtors") filed *Debtors' Motion to File Under Seal the Letter to the Honorable Thomas M. Horan Regarding Debtors' Opposition to Boeing's Letter Motion to Compel* (the "Motion") with the United States Bankruptcy Court for the District of Delaware (the "Court").

PLEASE TAKE FURTHER NOTICE that, any responses or objections to the Motion must be in writing and filed with the Clerk of the Court, 824 North Market Street, 3rd Floor, Wilmington, Delaware 19801 on or before **March 16, 2026 at 4:00 p.m. (prevailing Eastern Time)**.

PLEASE TAKE FURTHER NOTICE that, if any objections to the Motion are received, the Motion and such objections shall be considered at a hearing before The Honorable Thomas M. Horan, United States Bankruptcy Judge for the District of Delaware, at the Court, 824

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, as applicable, are: Ligado Networks LLC (3801); ATC Technologies, LLC (N/A); Ligado Networks (Canada) Inc. (N/A); Ligado Networks Build LLC (N/A); Ligado Networks Corp. (N/A); Ligado Networks Finance LLC (N/A); Ligado Networks Holdings (Canada) Inc. (N/A); Ligado Networks Inc. of Virginia (9725); Ligado Networks Subsidiary LLC (N/A); One Dot Six LLC (8763); and One Dot Six TVCC LLC (N/A). The Debtors' headquarters is located at: 10802 Parkridge Boulevard, Reston, Virginia 20191.

RLF1 35446383v.1

North Market Street, 3rd Floor, Courtroom 7, Wilmington, Delaware 19801 on **a date and time to be determined.**

**PLEASE TAKE FURTHER NOTICE THAT, IF NO OBJECTIONS TO THE MOTION ARE TIMELY FILED IN ACCORDANCE WITH THIS NOTICE, THE COURT MAY GRANT THE RELIEF REQUESTED IN THE MOTION WITHOUT FURTHER NOTICE OR HEARING.**

| | |
|---|---|
| Dated: March 2, 2026<br>Wilmington, Delaware | Respectfully submitted,<br><br>/s/ *Zachary J. Javorsky*<br>RICHARDS, LAYTON & FINGER, P.A.<br>Mark D. Collins, Esq. (Bar No. 2981)<br>Michael J. Merchant, Esq. (Bar No. 3854)<br>Amanda R. Steele, Esq. (Bar No. 5530)<br>Robert C. Maddox, Esq. (Bar No. 5356)<br>Zachary J. Javorsky, Esq. (Bar No. 7069)<br>One Rodney Square<br>920 North King Street<br>Wilmington, DE 19801<br>Telephone: (302) 651-7700<br>Email: collins@rlf.com<br>         merchant@rlf.com<br>         steele@rlf.com<br>         maddox@rlf.com<br>         javorsky@rlf.com<br><br>-and-<br><br>Jennifer A. Surprenant, Esq. (admitted *pro hac vice*)<br>Richard A. Edlin, Esq. (admitted *pro hac vice*)<br>One Vanderbilt Avenue<br>New York, NY 10017<br>Telephone: (212) 801-9200<br>Email: SurprenantJ@gtlaw.com<br>         EdlinR@gtlaw.com<br><br>Robert W. Angle, Esq. (admitted *pro hac vice*)<br>1750 Tysons Boulevard<br>McLean, VA 22102<br>Telephone: (703) 749-1391<br>Email: AngleW@gtlaw.com<br><br>*Co-Counsel for Debtors in Possession* |