# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

|  |  |  |
|---|---|---|
| In re: | ) ) | Chapter 11 |
| LIGADO NETWORKS LLC, *et al.*,[1] | ) ) | Case No. 25-10006 (TMH) |
| Debtors. | ) ) ) | (Jointly Administered) |

**NOTICE OF AGENDA OF MATTERS SCHEDULED FOR HEARING ON MARCH 11, 2026 AT 2:00 P.M. (ET), BEFORE THE HONORABLE THOMAS M. HORAN, AT THE UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF DELAWARE, 5th FLOOR, COURTROOM 5**

**This proceeding will be conducted in-person. All counsel and witnesses are expected to attend unless permitted to appear remotely via Zoom. Please refer to Judge Horan's Chambers Procedures and the Court's website (http://www.deb.uscourts.gov/ecourt-appearances) for information on who may participate remotely, the method of allowed participation (video or audio), Judge Horan's expectations of remote participants, and the advance registration requirements. Registration is required by 4:00 p.m. (Eastern time) the business day before the hearing unless otherwise noticed using the eCourt Appearances tool available on the Court's website.**

I. **MATTERS GOING FORWARD:**

1. (SEALED) Letter Motion to Compel Boeing to Supplement Document Collection & Production [Docket No. 1437; filed February 27, 2026]

    Objection / Response Deadline:     March 3, 2026

    Objections / Responses Received:

    A. Letter to the Honorable Thomas M. Horan re: Opposition to Ligado's Letter Motion to Compel Regarding Boeings Document Production [Docket No.1457; filed March 3, 2026]

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, as applicable, are: Ligado Networks LLC (3801); ATC Technologies, LLC (N/A); Ligado Networks (Canada) Inc. (N/A); Ligado Networks Build LLC (N/A); Ligado Networks Corp. (N/A); Ligado Networks Finance LLC (N/A); Ligado Networks Holdings (Canada) Inc. (N/A); Ligado Networks Inc. of Virginia (9725); Ligado Networks Subsidiary LLC (N/A); One Dot Six LLC (8763); and One Dot Six TVCC LLC (N/A). the Debtors' headquarters is located at: 10802 Parkridge Boulevard, Reston, Virginia 20191.

Related Documents:

i. Notice of Discovery Conference [Docket No. 1466; filed March 4, 2026]

ii. Debtors' Motion to File Under Seal the Debtors' Letter Motion to Compel Boeing to Supplement Document Collection & Production [Docket No. 1467; filed March 4, 2026]

iii. (REDACTED) Letter Motion to Compel Boeing to Supplement Document Collection & Production [Docket No. 1468; filed March 4, 2026]

Status: The hearing on this matter is going forward.

2. (SEALED) Letter Motion to Compel Boeing to Produce Recommended Changes and OPI Analysis Documents [Docket No. 1460; filed March 3, 2026]

Objection / Response Deadline:    March 9, 2026 at 11:00 a.m. (ET)

Objections / Responses Received:

A. (SEALED) Letter Opposition to Ligado's Letter Motion to Compel Boeing to Produce Recommended Changes and OPI Analysis Documents [Docket No. 1483; filed March 9, 2026]

Related Documents:

i. Notice of Discovery Conference [Docket No. 1466; filed March 4, 2026]

ii. Debtors' Motion to File Under Seal the Debtors Letter Motion to Compel Boeing to Produce Recommended Changes and OPI Analysis Documents [Docket No. 1473; filed March 6, 2026]

iii. (REDACTED) Letter Motion to Compel Boeing to Produce Recommended Changes and OPI Analysis Documents [Docket No. 1474; filed March 6, 2026]

Status: The hearing on this matter is going forward.

RLF1 35461517v.2

| | |
|---|---|
| Dated: March 9, 2026<br>Wilmington, Delaware | Respectfully submitted,<br><br>/s/ Colin A. Meehan<br>RICHARDS, LAYTON & FINGER, P.A.<br>Mark D. Collins, Esq. (Bar No. 2981)<br>Michael J. Merchant, Esq. (Bar No. 3854)<br>Amanda R. Steele, Esq. (Bar No. 5530)<br>Robert C. Maddox, Esq. (Bar No. 5356)<br>Zachary J. Javorsky, Esq. (Bar No. 7069)<br>Colin A. Meehan, Esq. (Bar No. 7237)<br>One Rodney Square<br>920 North King Street<br>Wilmington, DE 19801<br>Telephone: (302) 651-7700<br>Email: collins@rlf.com<br>    merchant@rlf.com<br>    steele@rlf.com<br>    maddox@rlf.com<br>    javorsky@rlf.com<br>    meehan@rlf.com<br><br>-and-<br><br>Jennifer A. Surprenant, Esq. (admitted *pro hac vice*)<br>Richard A. Edlin, Esq. (admitted *pro hac vice*)<br>GREENBERG TRAURIG, LLP<br>One Vanderbilt Avenue<br>New York, NY 10017<br>Telephone: (212) 801-9200<br>Email: SurprenantJ@gtlaw.com<br>    EdlinR@gtlaw.com<br><br>Robert W. Angle, Esq. (admitted *pro hac vice*)<br>GREENBERG TRAURIG, LLP<br>1750 Tysons Boulevard<br>McLean, VA 22102<br>Telephone: (703) 749-1391<br>Email: AngleW@gtlaw.com<br><br>Gideon A. Levy, Esq. (admitted *pro hac vice*)<br>GREENBERG TRAURIG, LLP<br>2101 L Street NW, Suite 1000<br>Washington, DC 20037<br>Telephone: (202) 533-2379<br>Email: LevyG@gtlaw.com<br><br>*Co-Counsel for Debtors in Possession* |

3