**<u>Exhibit C</u>**

**Third Circuit Order**

UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT

ECO-037-E

No. 26-1444 & 26-1445

In re:  LIGADO NETWORKS LLC., et al,
Debtors

LIGADO NETWORKS LLC,
Appellant in 26-1444

AST & SCIENCE LLC,
Appellant in 26-1445

(D. Del. No. 1:26-cv-00118)

Present:  FREEMAN, RENDELL and AMBRO, *Circuit Judges*

1.  Emergency Motion filed by Appellant Ligado Networks LLC for Administrative Stay and Vacatur of Stay Pending Appeal

2.  Emergency Motion filed by Appellant AST & Science LLC to Vacate Stay Pending Appeal.

3.  Opposition filed by Appellee Inmarsat Global Limited to Emergency Motions to Vacate Stay Pending Appeal

4.  Reply by Appellant Ligado Networks LLC to Opposition to Emergency Motions to Vacate Stay Pending Appeal.

5.  Reply of Appellant AST & Science LLC in Further Support of its Emergency Motion to Vacate Stay Pending Appeal

Respectfully,
Clerk/JK

_____ORDER_____
The foregoing motions to vacate by Appellants are granted.  The District Court's order entered February 27, 2026 granting a stay pending appeal is summarily vacated.  See 3d Cir. I.O.P. 10.6.  The Court will issue an opinion at a later time.

The Clerk is directed to issue the mandate immediately. The issuance of the mandate does not prohibit the filing of a petition for rehearing.  The time for filing a petition for rehearing will be extended to 14 days from the date the Court issues its opinion.

Ligado's request for an administrative stay is dismissed as moot.

By the Court,

s/ Arianna J. Freeman
Circuit Judge

Dated: March 2, 2026
PDB/cc: All Counsel of Record