IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| IN RE: LIGADO NETWORKS, LLC, *et al.*, | ) | Chapter 11 |
| | ) | |
| Debtors. | ) | Case No. 25-10006 (TMH) |
| _____ | ) | |
| INMARSAT GLOBAL LIMITED, | ) | |
| | ) | |
| Appellant, | ) | |
| v. | ) | |
| | ) | |
| AST & SCIENCE, LLC, and LIGADO | ) | Civ. No. 26-118 (GBW) |
| NETWORKS, LLC, | ) | |
| | ) | |
| Appellees. | ) | |

## ORDER

For the reasons set forth in the accompanying Memorandum issued on this date, IT IS

HEREBY ORDERED that:

1. The Motions to Seal (D.I. 7, 25, 40) are GRANTED.

2. The Emergency Motion for Stay Pending Appeal (D.I. 3) is GRANTED.

3. The Bankruptcy Court's Order, dated January 30, 2026 (Bankr. D.I. 1304), is hereby

STAYED pending the outcome of this appeal, which the Court intends to consider on an expedited

basis.

4. The parties are directed to confer and submit a proposed schedule to govern briefing

on the merits of the appeal no later than March 9, 2026.

February 27, 2026
Wilmington, Delaware

_____
HONORABLE GREGORY B. WILLIAMS
UNITED STATES DISTRICT JUDGE

16