**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

INMARSAT GLOBAL LIMITED,

          Appellant,

v.

AST & SCIENCE, LLC, and LIGADO
NETWORKS, LLC,

          Appellees.

Civ. No. 26-cv-118 (GBW)

Bankruptcy Case No. 25-10006
(TMH)

**<u>NOTICE OF APPEAL</u>**

NOTICE is hereby given that Appellee Ligado Networks, LLC appeals to the

United States Court of Appeals for the Third Circuit from this Court's Memorandum

Opinion and Order granting Inmarsat Global Limited's Emergency Motion for Stay

Pending Appeal (ECF Nos. 45 & 46).

Dated: February 27, 2026
Wilmington, DE

*/s/ Michael J. Merchant*

Mark D. Collins, Esq. (Bar No. 2981)
Michael J. Merchant, Esq. (Bar No. 3854)
Amanda R. Steele, Esq. (Bar No. 5530)
Zachary J. Javorsky, Esq. (Bar No. 7069)
**RICHARDS, LAYTON & FINGER, P.A.**
One Rodney Square
920 North King Street
Wilmington, DE 19801
Telephone:  (302) 651-7700
Facsimile:  (302) 651-7701
Email:        collins@rlf.com
                  merchant@rlf.com
                  steele@rlf.com
                  javorsky@rlf.com

Dennis F. Dunne, Esq. (admitted *pro hac vice*)
Matthew L. Brod, Esq. (admitted *pro hac vice*)
Lauren C. Doyle, Esq. (admitted *pro hac vice*)
**MILBANK LLP**
55 Hudson Yards
New York, New York 10001
Telephone:  (212) 530-5000
Facsimile:  (212) 530-5219
Email:        ddunne@milbank.com
                  mbrod@milbank.com
                  ldoyle@milbank.com

Andrew M. Leblanc, Esq. (admitted *pro hac vice*)
Colleen Roh Sinzdak, Esq. (admitted *pro hac vice*)
Melanie Westover Yanez, Esq. (admitted *pro hac vice*)
**MILBANK LLP**
1101 New York Avenue, NW
Washington DC 20005
Telephone:  (202) 835-7500
Facsimile:  (202) 263-7586
Email:        aleblanc@milbank.com
                  crohsinzdak@milbank.com
                  mwyanez@milbank.com

*Counsel to Ligado Networks LLC*