

March 2, 2026

Ms. Marlene H. Dortch
Secretary
Federal Communications Commission
45 L Street, NE
Washington, DC 20554

   Re:  Modification Application of Ligado Networks LLC, ICFS File No. SAT-MOD-
       20251206-00374

Dear Ms. Dortch:

   By this letter, Viasat, Inc. withdraws the petition to deny that it filed on February 27,
2026, in the above-referenced proceeding.

           Respectfully submitted,

           /s/

           Jarrett S. Taubman
           VP & Deputy Chief Government Affairs and
           Regulatory Officer

cc:  Vernon Ross, Ligado Networks LLC
   Jennifer A. Manner, AST & Science, LLC
   Kara Leibin Azocar, Iridium Communications, Inc.