Alfred M. Mamlet
202 429 6205
amamlet@steptoe.com



1330 Connecticut Avenue, NW
Washington, DC 20036-1795
202 429 3000 main
www.steptoe.com

March 2, 2026

Ms. Marlene H. Dortch
Secretary
Federal Communications Commission
45 L Street, NE
Washington, DC 20554

**Re:     Modification Application of Ligado Networks LLC, ICFS File No. SAT-MOD-20251206-00374**

Dear Ms. Dortch:

Inmarsat Global Ltd. (on behalf of itself and its affiliates) is writing to convey affirmative support for the above-referenced application.

Sincerely,

/s/
Alfred M. Mamlet
*Counsel for Inmarsat Global Ltd.*

cc:     Vernon Ross, Ligado Networks LLC
Jennifer A. Manner, AST & Science, LLC
Kara Leibin Azocar, Iridium Communications, Inc.