**Before the**
**Federal Communications Commission**
**Washington, D.C. 20554**

| | | |
|---|---|---|
| In the Matter of | ) | |
| | ) | |
| Ligado Networks Subsidiary LLC, | ) | SAT-MOD-20251206-00374 |
| Debtor-in-Possession, Application | ) | |
| Geostationary Orbit Satellite ("GSO") to | ) | S2358 |
| Add Authority to Operate Space Stations on | ) | |
| the Non-GSO on 96 Satellites Operated by | ) | |
| by AST & Science, LLC. | ) | |

**COMMENTS OF AVIATION SPECTRUM RESOURCES, INC.**

Aviation Spectrum Resources, Inc., ("ASRI") pursuant to Section 25.154(a) of the

Commission's Rules,[1] hereby comments on the above-referenced Application of Ligado

Networks Subsidiary LLC, Debtor-in-Possession ("Ligado").[2]  In the Application, Ligado

proposes, in collaboration with AST & Science, LLC ("AST") to utilize the spectrum in which

Ligado is currently authorized to operate a space station on Ligado's SkyTerra-1 geostationary

orbit satellite ("GSO") to operate a constellation of 96 space stations on AST-owned-and-

operated low earth orbit ("LEO") non-GSO satellites and provide direct-to-device services to

terrestrial end user handsets (the "SkyTerra Next").  ASRI is supportive of the introduction of

innovative new satellite services in principle, but, as discussed herein, the operations envisioned

by the Application would appear to drastically alter the radiofrequency environment in the L-

Band spectrum at issue, potentially adversely affecting critical spectrum applications upon which

safe aviation in this country relies, including the U.S. Global Positioning System ("GPS").  Yet

---

[1]     47 C.F.R. § 25.154(a).

[2]     *See* Application for Modification of Space Station License of Ligado Networks
Subsidiary LLC, ICFS File No. SAT-MOD-20251206-00374, Call Sign S2358 (filed Dec. 8,
2025) (the "Application").  The Space Bureau issued a public notice accepting the Application
for filing on January 30, 2026.  *See* Report No. SAT-01970 at 1 (rel. Jan. 30, 2026).

despite such a fundamental change, the Application is surprisingly brief in its treatment of the potential for interference from SkyTerra Next to incumbent L-Band operations, merely alleging through sweeping statements that SkyTerra Next is effectively the same as SkyTerra-1 and will not create any new threats of interference.  The Application provides neither supporting technical information nor analysis.  ASRI respectfully requests that before the Commission acts on the Application, it require Ligado and AST to supplement the Application with technical information they believe demonstrates that incumbent GPS will not suffer harmful interference from SkyTerra Next.[3]

### **BACKGROUND**

ASRI, the communications company of the U.S. air transport industry, is owned by several major U.S. airlines and other airspace users.  Aviation in the United States relies on multiple Communication, Navigation, and Surveillance ("CNS") functions supported by various non-Federal and Federal systems including GPS in the L-Band (encompassing both Federal Aviation Administration-certified GPS devices and uncertified devices).  The aviation industry relies on GPS for safety-of-life operations, including precision approach and landing, as well as Terrain Awareness Warning Systems.  GPS is also critical for commanding and controlling the increasing volume of Uncrewed Aircraft Systems ("UAS") that are sharing the national airspace.  These aviation applications of GPS are entitled to protection from harmful interference at a

---

[3]    ASRI is also concerned about the lack of any meaningful information in the Application assessing the risk of interference to other satellite communications ("SATCOM") in the L-Band. Aviation relies upon SATCOM provided by other operators in the L-Band adjacent to the spectrum used for SkyTerra Next.  ASRI will be reviewing any such interference analysis provided by these operators (or Ligado and AST) in this proceeding and reserves its rights to comment on it.  ASRI notes that it is a member of the Satellite Safety Alliance which is making a separate submission in this proceeding contemporaneously with ASRI's comments.  Any omission by ASRI in this submission of discussion of any matter concerning the Application should not be construed as a position taken by ASRI regarding that matter.

higher level of assurance than non-safety services.[4] GPS devices require the reception of multiple extremely weak signals from orbit at all times.  As a result, increases of any magnitude in the effective noise floor in which GPS reception occurs would endanger the ability of GPS receivers to correctly process the needed position, velocity, and timing metrics from the GPS satellite signals.  Losing mission-critical and safety-of-life services that rely on GPS because it is suffering interference – even momentarily – can prove catastrophic.

To maintain constant aviation safety and efficiency of GPS and many other L-band aviation services, freedom from harmful interference must be assured in a controlled and predictable radio frequency environment, protected from interference caused by external users in the L-band.  Blanket statements that suggest a 96-satellite NGSO LEO constellation will not make additional contributions to the radiofrequency environment in which others operate that differ from the contributions of a single-satellite GSO service without supporting data should not form the basis for aviation safety decisions.

**DISCUSSION**

As an initial matter, any consideration of interference risks presented by the SkyTerra Next proposal to other L-Band users must take into account the much more dynamic potential interference environment created by the proposed 96 satellite low-earth orbit NGSO system operating on 96 orbital planes in contrast with the single geo-stationary satellite Ligado is currently authorized to operate.  The Application completely glosses over this, including aggregate effects and an overall increase in the noise floor.

---

[4]    *See* 47 C.F.R. § 2.1 (definition of "harmful interference" includes "[i]nterference which endangers the functioning of a radionavigation service or of other safety services").

The Application's largely dismissive efforts to dispel concerns of possible interference to other L-Band users can be summed up in two statements:  "[t]he proposed SkyTerra Next MSS system . . . will not result in any new interference risks or coordination challenges"[5] and "[t]he proposal  . . . will not cause harmful interference to the Global Position System or other adjacent band services."[6]  The Application spends more time discussing the management of intersystem interference[7], and claims, without elaboration, that the "use of licensed MSS spectrum in the United States over SkyTerra Next is consistent . . . with Ligado's existing L-band coordination agreements."[8]  Yet, ASRI is unaware of any formal spectrum coordination agreements for GPS or other satellite service users.

Aviation use of GPS includes both FAA-certified receivers used by commercial air operators and General Aviation ("GAV") GPS receivers.[9]  Aviation operators rely upon the ability of these receivers to continually and reliably process weak incoming GPS satellite signals and, where signals are lost, to quickly reacquire them.  Preliminary analysis suggests that the proposed SkyTerra Next system would endanger reliable tracking and reacquisition of desired GPS satellite signal by receivers used by commercial air operators and GAV operators.

---

[5]     Application, Narrative at i.

[6]     *Id.*

[7]     *See id.* at 12.  The Application's Technical Supplement does not attempt to offset the deficiency of discussion regarding interference avoidance in the Narrative, noting merely that "[t]he [AST NGSO] system supports dynamic beam shaping, variable power control, and rapid reconfiguration to avoid or mitigate interference."  Application, Technical Supplement, at 1. How these methods might be employed by Ligado and AST to ensure protection of other L-Band users is left to the imagination.

[8]     Application, Narrative at 11.

[9]     GAV receivers are used on aircraft and other aviation systems, including UAS, but are not formally standardized in their radio frequency performance by the FAA.

The Application Schedule S indicates a maximum received power flux density ("pfd") of -110.8 dBW/m$^2$/(4 kHz) in the 1545 – 1559 MHz band.[10]   Preliminary analysis shows that, at this pfd level, the signal received at the ground from one of AST's satellites would be between -68 to -72 dBm centered at around 1550 MHz.  Cellular Orthogonal Frequency-Division Multiplexing ("OFDM") signals of this level could exceed the GPS 1 dB carrier-to-noise ratio ("CNR") interference protection criterion for five of the six of the receiver types tested in the 2018 public DOT GPS ABC study report, including several GPS receivers used by GAV.[11]

In addition, considering (as an analogous guide) the Supplemental Coverage from Space ("SCS") generic pfd limit of -120 dBW/m$^2$/MHz[12] – assuming it were applicable to SkyTerra Next as it offers a similar service to SCS – may also cause issues to aviation GPS receivers if applied to the GPS bands.  For FAA certified GPS avionics centered on 1575.42 MHz, such power levels would be especially troublesome if GPS receivers need to complete initial acquisition of GPS satellites, which requires an additional 6 dB of margin relative to the

---

[10]    *See* Application, Schedule S, at 12.

[11]    U.S. Dept of Transportation, *Global Positioning System (GPS) Adjacent Band Compatibility Assessment,* Final Report, at 51, Figure 3-22 (GPS L1 C/A bounding ITM for each category of receivers) (Apr. 2018) ("DOT ABC Study") found at https://www.transportation.gov/sites/dot.gov/files /docs/subdoc/186/dot-gps-adjacent-band-final-reportapril2018.pdf .

[12]    *In the Matter of Single Network Future:  Supplemental Coverage from Space,* Report and Order and Further Notice of Proposed Rulemaking, FCC 24-28, GN Docket No. 23-65, ¶ 205 (rel. Mar. 15, 2024) ("SCS Order").  To be sure, this pfd limit was adopted only for the initial SCS bands discussed in the SCS Order: the 600MHz, 700MHz, 800MHz, and PCS 1990-1995 MHz band.  ASRI is not advocating here that this pfd limit should be adopted in response to the Application and applied to SkyTerra Next, as it would be insufficient to adequately protect GPS. The Application and the proposed SkyTerra Next system present operational compatibility dynamics and potential interference concerns not displayed in the initial group of eligible SCS bands, which are assigned to nationwide flexible use operators unlike Ligado (which has not implemented its ATC authority).  The *SCS Order* rejected a finding of initial SCS eligibility for several spectrum bands due to interference concerns – *e.g.,* 2345-2360 and 1432-1435 MHz – underscoring the reality that each implementation scenario must be evaluated independently.  *See id.* ¶¶ 32-34 (2345-2360 MHz) and 43-44 (1432-1435 MHz).

published FAA specification for tracking GPS receivers.[13]  Again, the lack of information or interference analysis provided by Ligado and AST hinders the ability for other users to appropriately assess such possibilities and the Application's statements regarding interference concerns.

### CONCLUSION

Consequently, before the Commission acts on the Application, ASRI urges the Commission to direct Ligado and its collaborator, AST, to supplement the Application and provide the needed technical information that can be used in an analysis to show the extent to which SkyTerra Next may or may not present a harmful interference risk to existing L-Band operations, including critical GPS utilized by commercial aviation and GAV operators.  Once that information and analysis is provided, the Commission should give interested stakeholders a reasonable opportunity to respond to it.  The Commission should not place the burden on incumbent operators and spectrum users to evaluate compatibility issues presented by the introduction of such a dramatically different type of system in the L-Band as proposed in the Application for SkyTerra Next.

---

[13]     *See e.g.,* U. S. Dept of Transportation, FAA, *Status Report: Assessment of Compatibility of Planned LightSquared Ancillary Terrestrial Component Transmissions in the 1526-1536 MHz Band with Certified Aviation GPS Receivers* (Redacted Version Cleared for Public Release) (Jan. 25, 2012) ("Certified Aviation GPS Receivers Report")  at 11, Figure 1-1 (Out-of-band CW Interference Rejection Levels) and 12-13 ("Acquisition is normally accomplished prior to takeoff and, under ideal circumstances, is not needed during flight.  However, power interruptions on the aircraft or loss of GPS due to aggregate radio frequency (RF) interference (possibly unrelated to LightSquared) requires that the aircraft be capable of GPS acquisition while airborne.  Since acquisition is more demanding on the receiver than tracking, the receiver standards specifications require operation with a 6 dB lower interference test condition than in the tracking case.") *found at* https://www.ntia.gov/files/ntia/publications/faa_report_public_release_25_jan_2012_final.pdf. *Accord* DOT ABC Study at 122 and Figure 5-2.

ASRI is open to working with Ligado, AST, and the Commission (and other aviation stakeholders) to ensure important aviation uses of L-Band spectrum are protected by any implementation of SkyTerra Next, but these issues should be comprehensively addressed prior to Commission action on the Application and not left to post-grant conditions alone.  ASRI will endeavor to assess the technical information provided by Ligado and AST, as well as others, and explore means to enable successful co-existence of an NGSO direct-to-device implementation in the L-Band, if feasible – an effort that will require the involvement of many stakeholders although Ligado and AST, in the effective position of new entrants, must bear the primary and overwhelming burden to ensure compatibility.

Respectfully submitted,

**AVIATION SPECTRUM RESOURCES, INC.**

Andrew C. Roy
Director, Engineering Services
180 Admiral Cochrane Drive, Suite 300
Annapolis, MD, 21401

March 2, 2026

CERTIFICATE OF SERVICE

I, Jennifer Wainwright, hereby certify that on March 2, 2026, a copy of the foregoing Comments was sent to the following recipients via electronic mail (pursuant to pre-arrangement with outside counsel for Applicant that service via electronic mail will be accepted in lieu of mailed or couriered paper copies):

Vernon Ross
VP, Legal and Regulatory Affairs
Ligado Networks Subsidiary LLC, Debtor-in-Possession
10802 Parkridge Blvd.
Reston, VA 20191
vernon@ligado.com


Gerard J. Waldron
Covington & Burling LLP
One CityCenter, 850 Tenth Street, NW
Washington, DC 20001-4956
gwaldron@cov.com
*Outside Counsel for Applicant*

/s/ Jennifer Wainwright
Jennifer Wainwright
Kelley Drye & Warren LLP
670 Maine Avenue SW
Suite 600
Washington, D.C. 20024