**Before the**
**FEDERAL COMMUNICATIONS COMMISSION**
**Washington, D.C. 20554**

| | | |
|---|---|---|
| In the Matter of | **)** | |
| | **)** | |
| Application for Modification of Space | **)** | ICFS File No. SAT-MOD-20251206-00374 |
| Station License of Ligado Networks | **)** | Call Sign: S2358 |
| Subsidiary LLC | **)** | |

**COMMENTS OF THE DEERE & COMPANY, INC.**

John M. Gifft, Jr.
Assistant General Counsel, Product

Mark N. Lewellen
Spectrum Manager

Deere & Company, Inc.
801 17th Street, NW
Suite 200
Washington, DC 20006

March 2, 2026

Public

**Before the**
**FEDERAL COMMUNICATIONS COMMISSION**
**Washington, D.C. 20554**

| | |
|---|---|
| In the Matter of | **)** |
| | **)** |
| Application for Modification of Space | **)**   ICFS File No. SAT-MOD-20251206-00374 |
| Station License of Ligado Networks | **)**   Call Sign: S2358 |
| Subsidiary LLC | **)** |

**COMMENTS OF DEERE AND COMPANY, INC.**

Pursuant to Section 25.154(a) of the rules and the Public Notice released by the Space Bureau ("Bureau") in the above-referenced proceeding,[1] Deere and Company, Inc. ("Deere" or "John Deere") submits these comments[2] on the application filed by Ligado Network Subsidiary LLC, ("Ligado") seeking to modify its geostationary orbit ("GSO") satellite space station license to deploy and operate a L-band Mobile Satellite Service ("MSS") system in the United States aboard AST & Science, LLC's ("AST SpaceMobile") planned constellation of non-geostationary orbit ("NGSO") satellites in low Earth orbit ("LEO").[3]  While Deere acknowledges the importance of introducing new and innovative satellite services,[4] it is imperative that the Bureau has a comprehensive record which encompasses all relevant technical details of the proposed

---

[1] *See* 47 C.F.R. § 25.154(a); *Satellite Licensing Division and Satellite Programs and Policy Division Information, Space Station Applications Accepted for Filing*, Public Notice, Report No. SAT-01970 (rel. Jan. 30, 2026).

[2] By the submission of these comments, Deere is considered a party to this proceeding with all rights under Section 1.106 of the Commission's rules.  *See* 47 C.F.R. § 1.106(b)(1).

[3] *See* Application for Modification of Space Station License of Ligado Networks Subsidiary LLC, ICFS File No. SAT-MOD-20251206-00374 (filed Dec. 8, 2025) ("Ligado Application") (explaining that "Ligado seeks authorization to operate SkyTerra Next as an MSS payload aboard the AST SpaceMobile Constellation to provide service in the United States, along with the capability of service coverage over North America, using frequencies for which Ligado already has coordinated access in the 1525-1544/1545-1559 MHz (space-to-Earth) and 1626.5-1645.5/1646.5-1660.5 MHz (Earth-to-space) bands").

[4] *See* Press Release, *FCC Streamlines Space Processes, Boosts Innovation – Reforms Will Unleash New Ways to Connect Between Earth and Space*, News Release, FCC (rel. Aug. 7, 2025), https://docs.fcc.gov/public/attachments/DOC-413548A1.pdf (announcing the adoption of reforms to promote new satellite services).

Public

new satellites and services, especially since it may impact spectrum involving GPS operations, which is heavily utilized in virtually every major sector of the economy. Deere's high precision agricultural technologies depend upon access to interference-free radionavigation satellite service ("RNSS") that uses GPS signals. Deere deems the technical information submitted by Ligado to be very limited and does not permit a detailed assessment of the potential impact on GPS operations, which could cause harmful interference to Deere's products and services as well as other parties that depend on PNT for critical safety-of-life, military, and governmental activities. Therefore, Deere cannot support Ligado's request to modify its license because the record lacks important technical information regarding the impact of the SkyTerra Next service on GPS operations and a decision by the Bureau would be premature. As a result, Deere strongly recommends the Bureau defer action on Ligado's request until Ligado and AST SpaceMobile update the record to 1) demonstrate that their proposed operations will not cause harmful interference to PNT-related products and services that utilize MSS and GNSS spectrum in the L-band, and 2) provide technical parameters sufficient to allow incumbent users to evaluate the impact on their services. If the Bureau decides to defer its action in order to further develop the record, Deere is committed to working with Ligado and AST SpaceMobile to develop an adequate record for Commission consideration of Ligado's proposal. However, if the Bureau decides to approve Ligado's request then Deere urges that it should require Ligado to continue to comply with the terms and spirit of its settlement agreements with third parties, such as Deere.

## I.     <u>INTRODUCTION</u>

John Deere, established in 1837, is a global leader in agricultural, construction, and forestry machinery. We innovate agricultural services and equipment to help growers improve

3

Public

crop yields using the same land, water, and inputs more efficiently and sustainably. [5] Deere has developed precision agriculture technologies that enhance management of seed, fertilizer, herbicides, pesticides, and water, reducing labor costs from delays and downtime. Our solutions use Global Positioning System ("GPS"), Global Navigation Satellite System ("GNSS") signals, and correction signals from Deere's StarFire and RTK networks to achieve centimeter-level farming accuracy.

Farmers nationwide have depended upon Deere's GPS-directed machinery for decades, and the reliability of GPS signals and receivers will only become even more vital as more agricultural enterprises adopt precision agriculture techniques. GPS-enabled precision navigation, in turn, is essential to continued development of state-of-the-art data and information solutions, powerful data analytics, Artificial Intelligence ("AI"), the Internet of Things ("IoT"), and advanced automation and robotics.

These technology advancements significantly improve agricultural productivity,[6] human safety, and environmental sustainability.[7] Protecting GPS and also the RTK correction signals from harmful interference is essential to precision agriculture and these public interest benefits. Ligado's current license uses spectrum that is adjacent to the 1559–1610 MHz band, which is allocated for RNSS and used for GPS operations and is relied upon by GPS devices and other GNSS receivers.  These receivers can be adversely affected by out-of-band emissions from strong adjacent-band signals from outside the RNSS band, including Ligado's services.

---

[5] Some of the recent awards and recognition of John Deere's achievements in innovation, ingenuity and ethics in business can be found at Technology and Innovation (last visited May 13, 2025)..

[6] Including operations involving crops, livestock, aquaculture, dairy, forests and orchards. *See* O. Friha et al., *Internet of Things for the Future of Smart Agriculture: A Comprehensive Survey of Emerging Technologies*, 8 IEEE/CAA J. OF AUTOMATICA SINICA 718 (2021).

[7] *See* Building Resilient Networks: Hearing on H.R. 3684 Before the Subcomm. on Commc'ns., Media, and Broadband of the S. Comm. on Commerce, 117th Cong. (2021) (testimony of Jonathan Adelstein, President and CEO, Wireless Infrastructure Association), https://www.commerce.senate.gov/services/files/685EA5E4-C0D0-41B1-9BC3-2E645C73E53C (last visited May 13, 2025).

Public

Accordingly, Deere is advocating that the Bureau not modify Ligado's current license in any way that will cause harmful interference to GPS/GNSS signals.

**II.    LIMITED TECHNICAL DATA IN LIGADO'S REQUEST RAISE SUBSTANTIAL QUESTIONS ABOUT HARMFUL INTERFERENCE TO GPS OPERATIONS**

In Ligado's request to modify its license, it states "[t]hroughout its more than two-decade history of operations as an MSS licensee, Ligado has worked diligently with other licensees and government stakeholders to establish technical parameters for coexistence in the L-band, including by establishing emissions limits that mitigate risks of harmful interference."[8]  In addition, Ligado mentions that it will comply with all applicable FCC requirements and regulations for the operation of MSS services in the L-band and that it "will not cause harmful interference to the Global Position[ing] System or other adjacent band services."[9]  These statements are laudable and demonstrate that Ligado is interested in complying with the Commission's rules, working with interested stakeholders, and not interfering with GPS or other adjacent band services; however, the information in the technical supplement does not provide enough detail to show how the SkyTerra Next service will allay concerns regarding out-of-band emissions ("OOBE") and EIRP to others that use GPS and MSS.  Deere is concerned because of the potential impact on our precision agricultural receivers, which rely on these signals.

In its request, Ligado did provide orbital parameters, operating bands and satellite EIRP, but this information is insufficient to assess the interference potential of its system to GNSS receivers.  From the parameters provided in Schedule S of Ligado's Application[10], we determined the downlink power on the ground:

---

[8] Ligado Application at Narrative at 12.

[9] Ligado Application at Narrative at 12-13.

[10] Ligado Application at Schedule S.

Public

EIRP = 54.7dBW
Pathloss(690km, 1550MHz) = 153dB
AST Power at the ground = 54.7dBW – 153dB = -98.3dBW

The 2018 Department of Transportation's Global Positioning System (GPS) Adjacent Band Compatibility Report[11] includes an Interference Tolerance Mask (ITM) in Table 4-6, defining the tolerance limit for High-Precision Receivers (HPR) with an LTE signal at 1550MHz and 100m separation, from which we can derive the tolerance limit at the GNSS receiver antenna.

Pathloss(100m, 1550MHz) = 76.2dB
P(ITM) = -41dBW – 76.3dB = -117.3dBW

Comparing these values shows the AST downlink power at the ground exceeds the tolerance limit by 19dB.

Knowing the downlink EIRP is helpful, however Ligado also needs to provide the OOBE power from the satellite.  The user equipment, presumed to be mostly handsets, could be a major source of interference to GNSS receivers, given their close proximity and large numbers. Deere's and Ligado's predecessor New LightSquared LLC and LightSquared Subsidiary LLC previously agreed to levels for EIRP and OOBE which should not be exceeded.  Deere is not saying that this service will cause harmful interference, but the record simply does not provide enough detail.  Deere welcomes the opportunity to work with Ligado and AST SpaceMobile to ensure that the new service does not cause harmful interference to GPS or other adjacent band services and to assist them with developing an adequate record or the FCC to consider Ligado's request. Once the record is more developed, Deere recommends that the Bureau should consider not only the potential impact of the space segment in this request, but also the singular and aggregate effects of the associated mobile GPS devices.  Finally, Deere also shares some same

---

[11] The Department of Transportation Global Positioning System (GPS) Adjacent Band Compatibility Report (rel. Apr. 2018), dot-gps-adjacent-band-final-reportapril2018.pdf (last visited Mar. 2, 2026).

Public

concerns that GPSIA mentioned in its comments, such as permitting NGSO and GSO in the same band without a coordinated plan to avoid conflicts.[12]

### III.    OBLIGATION FROM SETTLEMENT AGREEMENTS SHOULD BE INCLUDED IN FUTURE MODIFICATIONS OF LICENSE

In 2020, the FCC authorized Ligado's current mobile satellite services ("MSS") license, which permits the company to deploy a low-power terrestrial nationwide network in the 1526-1536 MHz, 1627.5-1637.5 MHz, 1646.5-1656.5 MHz bands to primarily support Internet of Things (IoT) services.[13]  During the proceeding, the Commission considered the potential harmful interference to GPS receivers from the service.[14]  As a condition of the authorization, the Commission specifically required Ligado to comply with the terms and conditions set forth in currently effective agreements with certain GPS manufacturing entities.[15]  Although Ligado's propose new SkyTerra Next service does not include ancillary terrestrial component, Ligado's proposed SkyTerra Next service operates closer to the GPS L1 band and Deere still has concerns about harmful interference because of the high EIRP and unknown OOBE as discussed above. Deere urges that the Commission include this condition in approving any future modification of Ligado's license.

### IV.    CONCLUSION

Deere appreciates and supports the deployment of new and innovative spaced-based services.  However, Deere feels that the SkyTerra Next services proposed by Ligado in its request to modify its license need to demonstrate that they can operate without interfering with GPS operations. Unfortunately, the technical information submitted by Ligado is very limited

---

[12] *See* Comments of GPSIA, ICFS File No. SAT-MOD-20251206-00374 (filed Mar. 2, 2026), at 23-25.

[13] *See Ligado Amendment to License Modification Applications*, IB Docket No. 11-109 and 12-340, Order and Authorization, 35 FCC Rcd at 3772, 3773, para. 1(2020) (*2020 ATC Authorization Order*).

[14] *See 2020 ATC Authorization Order*, 35 FCC Rcd 3805-3819, paras, 60-91.

[15] *See 2020 ATC Authorization Order*, 35 FCC Rcd 3836, para. 133.

Public

and does not allow for those potentially affected, such as Deere, to assess the potential impact of the service on GPS operations.  As result, Deere urges the Space Bureau to defer action on Ligado's application until Ligado and AST SpaceMobile update the record with technical information sufficiently demonstrate that the SkyTerra Next service will not cause harmful interference to PNT-related products and services that utilize MSS and GNSS spectrum in the L-band.  If the Bureau defers action on Ligado's request, Deere is committed to working with Ligado and AST SpaceMobile to develop an adequate record for the FCC's consideration of Ligado's proposal. However, if the Bureau decides to modify Ligado's request, Deere recommends that it should require Ligado to continue to comply with the terms of its settlement agreements with third parties, such as Deere.

Respectfully submitted,

*/s/* John M. Gifft, Jr.
John M. Gifft, Jr.
Assistant General Counsel, Product

*/s/* Mark N. Lewellen
Mark N. Lewellen
Spectrum Manager

Deere & Company, Inc.
801 17th Street, NW
Suite 200
Washington, DC 20006

March 2, 2026

Public

**CERTIFICATE OF SERVICE**

I, John M. Gifft, Jr., certify that that on March 2, 2026, I served a copy of the foregoing Comments of Deere & Company by electronic mail on the following:

Vernon Ross
Vice President, Legal and Regulatory Affairs
LIGADO NETWORKS LLC
10802 Parkridge Blvd.
Reston, VA 20191
(877) 678-2920
legal@ligado.com

                                                                    /s/ John M. Gifft, Jr.
                                                                    Assistant General Counsel, Product
                                                                    Deere & Company, Inc.
                                                                    gifftjohn@johndeere.com

9

Public