**Before the**
**FEDERAL COMMUNICATIONS COMMISSION**
**Washington, D.C. 20554**

| | | |
|---|---|---|
| In the Matter of | ) | |
| | ) | |
| Application for Modification of Space | ) | ICFS File No. SAT-MOD-20251206-00374 |
| Station License of Ligado Networks | ) | Call Sign: S2358 |
| Subsidiary LLC | ) | |

**COMMENTS OF THE GPS INNOVATION ALLIANCE**

Lisa Dyer
Executive Director

GPS INNOVATION ALLIANCE
1800 M Street NW, Suite 800N
Washington, DC 20036
(571) 335-3471

March 2, 2026

**TABLE OF CONTENTS**

**Page**

I.   INTRODUCTION AND SUMMARY ............................................................................... 3

II.  GNSS SERVICES ARE A CRITICAL NATIONAL ASSET ...................................... 6

III. GNSS DEVICES ARE HIGHLY SUSCEPTIBLE TO CHANGES
     IN THE NOISE FLOOR ............................................................................................ 8

IV.  FROM THE LIMITED INFORMATION PROVIDED, LIGADO'S REQUEST
     FOR AUTHORIZATION OF NGSO OPERATIONS FOR D2D SERVICES
     RAISES SUBSTANTIAL QUESTIONS ABOUT THE POTENTIAL
     FOR HARMFUL INTERFERENCE ........................................................................ 13

     A.  The Commission Must Evaluate the Out of Band Emissions Associated
         with Ligado's Proposed NGSO Operations and Adopt Appropriate
         OOBE Limits Based on Current technology ............................................. 14

     B.  The Commission Must Carefully Evaluate the Potential
         for Overload Interference to GNSS Devices ............................................. 20

V.   INTRODUCTION OF NGSO OPERATIONS
     IN L-BAND MSS SPECTRUM PRESENTS COMPLEX ISSUES .................................... 23

     A.  The Commission Has Not Established an NGSO-GSO
         Sharing Regime for the L-band ................................................................. 23

     B.  If Not Properly Addressed, Ligado's Proposed NGSO Operations
         in the L-band Could Disrupt Existing GSO-Based MSS Services
         and Cause Harmful Interference to PNT Devices and Services
         That Rely on Them ..................................................................................... 25

VI.  CONCLUSION ........................................................................................................ 27

**Before the**
**FEDERAL COMMUNICATIONS COMMISSION**
**Washington, D.C. 20554**

| | |
|---|---|
| In the Matter of | **)** |
| | **)** |
| Application for Modification of Space | **)**  ICFS File No. SAT-MOD-20251206-00374 |
| Station License of Ligado Networks | **)**  Call Sign: S2358 |
| Subsidiary LLC | **)** |

**COMMENTS OF THE GPS INNOVATION ALLIANCE**

Pursuant to Section 25.154(a) of the rules and the Public Notice released by the Space

Bureau ("Bureau") in the above-referenced proceeding,[1] the GPS Innovation Alliance

("GPSIA")[2] submits these comments[3] on the application filed by Ligado Network Subsidiary

LLC, Debtor-in-Possession ("Ligado") seeking modification of its geostationary orbit ("GSO")

satellite space station license to add authority to deploy and operate a Mobile Satellite Service

("MSS") system in the L-band aboard AST & Science, LLC's ("AST") planned constellation of

non-geostationary orbit ("NGSO") satellites in low Earth orbit ("LEO").[4]  While GPSIA

---

[1]  *See* 47 C.F.R. § 25.154(a); *Satellite Licensing Division and Satellite Programs and Policy Division Information, Space Station Applications Accepted for Filing*, Public Notice, Report No. SAT-01970 (rel. Jan. 30, 2026).

[2]  GPSIA promotes Global Positioning Systems ("GPS"), other Global Navigation Satellite Systems ("GNSS"), complementary space-based position, navigation, and timing ("PNT") satellite systems, components, products, and services, and their receivers and devices.  GPSIA is firmly committed to protecting these systems from harmful interference.  We champion innovation, creativity, and entrepreneurship, which bolster the vital contributions of GPS, GNSS, and PNT technologies to public safety, critical infrastructure, and the global economy.

[3]  By the submission of these comments, GPSIA is considered a party to this proceeding with all rights under Section 1.106 of the Commission's rules.  *See* 47 C.F.R. § 1.106(b)(1).

[4]  *See* Application for Modification of Space Station License of Ligado Networks Subsidiary LLC, ICFS File No. SAT-MOD-20251206-00374 (filed Dec. 8, 2025) ("Ligado Application") (explaining that "Ligado seeks authorization to operate SkyTerra Next as an MSS payload aboard the AST SpaceMobile Constellation to provide service in the United States, along with the capability of service coverage over North America, using frequencies for which Ligado already has coordinated access in the 1525-1544/1545-1559 MHz (space-to-Earth) and 1626.5-1645.5/1646.5-1660.5 MHz (Earth-to-space) bands").

recognizes the importance of introducing new and innovative satellite services,[5/] the

consideration of proposals to introduce new and innovative satellite technologies in, and adjacent

to, spectrum that is heavily utilized in virtually every major sector of the economy, in critical

safety-of-life applications, and by military and other governmental users should be conducted

based upon a robust record that includes all relevant technical details of the proposed new

satellites and services.

The technical information submitted in Ligado's modification application is very limited

and does not permit a detailed assessment of the potential impacts, including potential harmful

interference to products and services of GPSIA members that enable critical PNT activities.

Nonetheless, GPSIA is fully committed to working with Ligado and AST to develop an adequate

record for Commission consideration of Ligado's proposal.  In fact, GPSIA and its members are

engaged in constructive discussions with Ligado and AST, which are at a very early stage.

GPSIA respectfully submits, however, that the information submitted in the record so far is

insufficient to allow the Bureau to act on the application.  GPSIA strongly urges the Bureau to

proactively support the development of a robust record and to defer action on Ligado's

application unless and until Ligado and AST sufficiently demonstrate that their proposed

operations will not cause harmful interference to PNT-related products and services that utilize

MSS and GNSS spectrum in the L-band.

---

[5/]      *See* Press Release, *FCC Streamlines Space Processes, Boosts Innovation – Reforms Will Unleash New Ways to Connect Between Earth and Space*, News Release, FCC (rel. Aug. 7, 2025), https://docs.fcc.gov/public/attachments/DOC-413548A1.pdf (announcing the adoption of reforms to promote new satellite services).

## I.    INTRODUCTION AND SUMMARY

GPSIA supports the provision of innovative direct-to-device ("D2D") services and agrees that satellite operations can play an important role in providing ubiquitous broadband connectivity for American consumers.  Ligado's proposal to partner with AST to provide space-based mobile broadband services using the L-band is a promising use of its MSS spectrum. Because Ligado's MSS spectrum is directly used in support of critical PNT products and services and is directly adjacent to spectrum used by GPS, however, Ligado's application raises technical complexities and potential interference concerns that have not been present in other applications for similar D2D services.  Ligado's application, therefore, must be carefully evaluated.

The spectrum Ligado proposes to use is adjacent to the 1559-1610 MHz band, which is allocated for Aeronautical Radionavigation Satellite Services ("ARNS") and Radionavigation Satellite Services ("RNSS") and used by GPS devices and other GNSS receivers.  Those receivers can be adversely affected by out-of-band emissions ("OOBE") and by front-end blocking (overload) from strong adjacent-band signals from outside the ARNS and RNSS band. Ligado's proposed operations could likewise overload GNSS receivers located in close proximity to mobile handsets.

While Ligado's application broadly asserts that authorizing its D2D operations in spectrum adjacent to the 1559-1610 MHz band will not cause harmful interference to GPS or other GNSS receivers, it provides very limited information that would allow potentially affected parties to assess this claim.  In order to conduct a complete assessment of potential interference from the proposed NGSO operations described in Ligado's application, the technical parameters and characteristics of both the downlink (satellite) and uplink (mobile handsets) transmissions must be considered because both may be sources of OOBE and overload interference.

3

Understanding that information is particularly important because Ligado's application describes plans to deliver D2D broadband services to millions of standard mobile handsets provided by wireless carriers,[6] which represents a substantial change relative to the number of devices transmitting to, and receiving from, LEO satellites using MSS frequencies, as well as the spectrum usage patterns of these devices.  The potential interference to GPS receivers created by the use of Ligado's spectrum by millions of mobile devices must be evaluated, and the Commission must establish clear ground rules to prevent interference to GPS.

Notably, Ligado agreed in 2016 to abide by more restrictive OOBE limits than those in the FCC's rules in connection with its proposed Ancillary Terrestrial Component ("ATC") operations.[7]  These restrictions, which were the result of negotiations with Ligado, were adopted in the Commission's 2020 order approving Ligado's proposed terrestrial operations.[8]  GPSIA believes that these consensus-based more restrictive standards should apply to Ligado's proposed D2D services.  It is unclear, however, from the application as well as from discussions with Ligado representatives to date that they are proposing to adhere to these OOBE limits with respect to the mobile handsets using MSS D2D services.

The information Ligado does provide only addresses the NGSO space segment, and even in that case, the information provided is limited.  Ligado proposes to deploy a constellation of NGSO satellites in LEO on the same L-band frequencies used by its GSO satellite to provide

---

[6]    *See* Narrative, *attached to*, Ligado Application, at 13 ("Ligado Application Narrative").

[7]    *See* Letter from Gerard J. Waldron, Counsel to New LightSquared LLC, to Marlene H. Dortch, Secretary, FCC, IB Docket Nos. 12-340, 11-109, at 6 (filed Feb. 3, 2016) ("Trimble Agreement"); Letter from Gerard J. Waldron, Counsel to New LightSquared LLC, to Marlene H. Dortch, Secretary, FCC, IB Docket Nos. 12-340, 11-109, at 42-44 (filed Dec. 17, 2015) ("Garmin Agreement"); Letter from Gerard J. Waldron, Counsel to New LightSquared LLC, to Marlene H. Dortch, Secretary, FCC, IB Docket Nos. 12-340, 11-109, at 3-5 (filed Dec. 8, 2015) ("Deere Agreement").

[8]    *See LightSquared Technical Working Group Report, et al.*, Order and Authorization, 35 FCC Rcd 3772 (2020) ("*Ligado Order*").

services to, among others, its existing customers.[9/]  But the technical characteristics of AST's large array satellites and their associated downlink transmissions are not described in detail, and they are substantially different from downlink transmissions from a single GSO satellite. Ligado's proposal could, therefore, adversely impact the ability of hybrid MSS/GNSS receivers used for critical high precision applications to receive necessary augmentation or corrections data services to their PNT outputs within Ligado's MSS spectrum itself.[10/]

As discussed more fully below, hybrid MSS/GNSS devices are designed to receive both MSS and GNSS signals through a common antenna and electronics.  Changes in transmissions in the MSS band, as Ligado proposes, could therefore create signals that are in band to these hybrid receivers, which could cause receiver overload.  Based on the 2016 settlement agreements Ligado reached with device manufacturers in connection with Ligado's earlier terrestrial proposal, high precision GNSS manufacturers introduced new filtering to create compatibility with Ligado's GSO operations and its terrestrial ATC proposal.  Because the information in Ligado's NGSO application is limited, however, it is not clear that even these newer receivers will be compatible with the proposed NGSO operations and that harmful interference to these receivers would not occur.  It is also important to note that filters applied to *any* receiver would not protect against OOBE, which is in band to GNSS receivers.

While the Commission has developed coexistence criteria for GSO and NGSO operations in the same spectrum bands in other contexts to ensure compatible operations and avoid interference, it has not done so for the L-band MSS spectrum adjacent to GPS.  And Ligado's

---

[9/]      *See* Ligado Application Narrative at 2.

[10/]     In one case, a GPSIA member company, Trimble, Inc. ("Trimble"), receives such services from Ligado's GSO satellites.  And, in another case, two other GPSIA member companies receive such services from Viasat, which shares the band with Ligado.

5

application does not explicitly address the technical rules that should apply to joint GSO and NGSO operations in the L-band to avoid potential interference problems or the disruption of services to existing customers of MSS GSO-based services in the band.  Instead, Ligado merely asserts, without providing details, that its operations will comply with existing rules and coordination agreements.[11]

GPSIA and its member companies have engaged in discussions with Ligado and AST following the filing of Ligado's application.  They are committed to working with Ligado, as they have in the past, and with AST, to fully understand and analyze any technical issues in order to achieve successful coexistence.  GPSIA will supplement this filing with its perspective based on those continuing efforts.  In any case, it is imperative that any newly authorized use of the L-band be carefully considered and based on a robust technical record that affirmatively demonstrates that GPS and other GNSS receivers, including the PNT correction services received in the MSS band on which they rely, will not suffer harmful interference.  It would be imprudent for the Commission to grant Ligado's application before it has developed a robust record and considered and adopted sufficient protections to ensure adjacent-band GNSS and relevant MSS-based operations do not experience harmful interference, and an appropriate coexistence framework for GSO and NGSO operations in the L-band itself.

## II.     GNSS SERVICES ARE A CRITICAL NATIONAL ASSET

As the Commission has recognized,[12] GNSS services, such as GPS, are a cornerstone of the U.S. economy as well as a source of substantial and ongoing innovation.  GPS is one of America's greatest innovations and has served the nation's PNT needs for more than 50 years,

---

[11]     *See* Ligado Application Narrative at 11.

[12]     *See Promoting the Development of Positioning, Navigation, and Timing Technologies and Solutions*, Notice of Inquiry, 40 FCC Rcd 2641, ¶¶ 5-6 (2025).

driving reduced costs, increased productivity, and the growth of new industries.  According to the National Institute of Science and Technology, the economic impact of GPS is $1.4 trillion.[13] And it is estimated that a lack of availability of GPS would have an impact on the U.S. economy of $1 billion per day.[14]

GNSS systems underpin critical applications across the aviation, agriculture, transportation industries as well as consumer technologies.[15]  They also support military, public safety, and critical safety-of-life applications, including by allowing first responders to track personnel and locate individuals in distress.[16]  Due in large part to the stability of a quiet spectrum environment, GPS-based technologies have flourished, becoming a highly reliable and vital part of our national infrastructure.  They have played, and will continue to play, an integral role in the lives of millions of Americans every single day.

As noted above, GNSS systems like GPS operate within the 1559-1610 MHz band. Aviation systems also operate safety-of-life services in that protected spectrum.  GNSS devices used for high precision applications, in particular, rely on both GNSS signals in the 1559-1610 MHz band and MSS signals in the 1518-1559 MHz band to apply augmentation and corrections

---

[13]    *See* Comments of GPSIA, WT Docket No. 23-232, at 2 (filed Oct. 3, 2023).

[14]    *See* Alan C. O'Connor *et al.*, *Economic Benefits of the Global Positioning System (GPS)*, Final Report, NIST, ES-4 (June 2019) ("[L]oss of GPS service would have a $1 billion per day impact . . . the impacts could be as much as 50% higher" due to "widespread adoption of GPS-enabled precision agriculture technologies by the American farmer."), https://www.nist.gov/system/files/documents/ 2020/02/06/gps_finalreport618.pdf.

[15]    *See* Comments of the GPSIA, NTIA Document No. 2024-0005, at 2-5 (filed Feb. 10, 2025) ("GPSIA NTIA Comments"); Letter from John Raquet and William "Terry" Burruss to Marlene H. Dortch, Secretary, FCC, WT Docket No. 25-110, at 8, 15-16 (filed Mar. 31, 2025) (explaining that GPS has helped save 52 billion gallons of fuel and supports critical sectors from energy and finance to agriculture and emergency services).

[16]    *See* Comments of GPSIA, ICFS File Nos. SAT-AMD-20241017-00228, SAT-MOD-20241011-00224, at 4 (filed Mar. 10, 2025).

data services to the GNSS receivers' PNT outputs.[17/]  For those devices, the MSS-delivered data stream is processed in real time, along with data received from GNSS satellites, to produce a far more accurate PNT output than would be produced by simply processing the GNSS observables from even a high-quality GNSS receiver.  The resulting centimeter-level of resolution is necessary to support critical commercial applications, such as precision agriculture, automated control of construction machines, automated guidance of automobiles, and precise navigation of unmanned aerial vehicles.[18/]

## III.    GNSS DEVICES ARE HIGHLY SUSCEPTIBLE TO CHANGES IN THE NOISE FLOOR

As a navigation tool, GNSS operates differently than radio communications systems.  Unlike radio communications systems, which operate above the noise floor, spread spectrum GNSS signals are below the thermal noise floor when they are received.  Indeed, detecting a GNSS signal on Earth is comparable to detecting the light from a 25-watt bulb 10,000 miles away.  Therefore, even a small increase in the noise floor may significantly degrade their performance.  For instance, each change of 1 dB represents a 25% increase in the noise floor.[19/]

---

[17/]    *See generally* Letter from Lisa Dyer, Executive Director, GPSIA, to the Authority for Electronic Communications, Posts, and Press Distribution (filed Nov. 21, 2025).

[18/]    *See* GPSIA NTIA Comments at 2-5.

[19/]    Monitoring changes in a receiver's $C/N_0$ in dB provides a quantifiable and empirical measure of receiver performance: "The carrier-to-noise power ratio, $C/N_0$, is an important factor in many GPS receiver performance measures.  It is computed as the ratio of recovered power, C, (in W) from the desired signal to the noise density $N_0$ (in W/Hz)."  John W. Betz *et al.*, *Understanding GPS Principles and Applications*, 185 (Elliot D. Kaplan & Christopher J. Hegarty eds., 2nd ed., Artech House 2006).  An observed decrease in a receiver's $C/N_0$ may indicate the presence of *OOBE* interference – an increase in the "N" component of the ratio.  Alternatively, it may indicate *overload* interference from an adjacent service.  Strong overload interference can drive a receiver's Low Noise Amplifier ("LNA") into compression, reducing amplifier gain and causing a decrease in the "C" component of the ratio.  Further, the non-linear effects of compression in the LNA can cause an increase in the noise energy present in the receiver passband.  For an in-depth analysis of overload interference in GNSS receivers, *see* Christopher J. Hegarty et al., *An overview of the effects of out-of-band interference on GNSS receivers*, Volume 67 Issue 1, Navi.345, 143-161 (2020).  In addition to quantifying both types of interference (*overload* and *OOBE*), the $C/N_0$ ratio accurately accounts for aggregate interference from multiple interference sources

For GNSS systems to meet the needs of existing and future users, they must be able to deliver a signal that is accurate, has integrity, and is available and continuous in nature.[20] Interference can affect these four factors – accuracy, integrity, availability, and continuity – in different ways, and a decline in any one of them will significantly reduce GNSS usefulness.

*Accuracy* is the difference between a GPS device's indicated position, velocity, and time ("PVT") and its actual PVT at any given moment.  The accuracy requirements are highly use-case dependent, varying from tens of meters to less than a centimeter.  In earthquake monitoring, for example, accuracy is extremely important both for measuring the imminence of quakes and for calculating post-quake displacement.[21]  Survey GNSS, precision agriculture, and intelligent transportation systems could not continue to function without accuracy.  Yet, accuracy alone is insufficient for most GNSS applications; they also need integrity, availability, and continuity.

*Integrity* is the ability of GNSS systems to provide timely warning to users of problems in the system or equipment and to shut itself down when it is unable to meet accuracy requirements.  Safety-of-life aviation operations, such as precision approach and landing as well as Terrain Awareness Warning Systems ("TAWS"), depend on the integrity of the signal and system to avoid disasters and prevent loss of life.  Without integrity, airport safety records would

---

and mechanisms.  So irrespective of the root interference cause, a reduction in the $C/N_0$ ratio is a harbinger of interference problems for GNSS receivers, as described more fully later in these comments.

[20]     *See* Letter from Alex M. Damato, Acting Executive Director, GPSIA, to Dr. Jon Eisenberg, Director, Computer Science and Telecommunications Board, National Academies of Sciences, Engineering, and Medicine, at 4-6 (Feb. 22, 2022); *see also* Letter from James A. Kirkland, Vice President and General Counsel, Trimble, Inc., to Dr. Jon Eisenberg, Senior Director, Computer Science and Telecommunications Board, NASEM, National Academies of Sciences, at 8 (Feb. 22, 2022).

[21]     For background on U.S. utilization on GPS in earthquake monitoring and warning, *see generally* D.D. Green *et al.*, *Technical Implementation Plan for the ShakeAlert Production System-An Earthquake Early Warning System for the West Coast of the United States*, U.S. Department of the Interior & U.S. Geological Survey (2014).

be worse and controlled flight into terrain accidents would rise.[22]  Like accuracy, integrity alone is insufficient to ensure functioning of GNSS.

*Availability* describes how often a GNSS system is available for use when it satisfies accuracy and integrity requirements.  A GNSS-based service that only provides PVT information with high integrity for short and unpredictable bursts is unsuitable for most applications.  For example, even a momentary degradation of service during an aircraft precision approach or flight close to terrain may trigger a missed approach procedure requiring a pilot to climb to a safe altitude and then wait to be readmitted to the landing sequence.  Simply put, all, if not most, ongoing uses require changes or suspension of operations if GNSS becomes momentarily unavailable.  Data show that GPS, as it currently functions, meets service availability requirements nearly 100% of the time.[23]

The fourth attribute, *continuity*, evidences GPS's ability to provide the required level of service without unscheduled interruption.  Momentary episodes of interference can significantly disrupt continuity for many use cases or applications.  Providing high levels of continuity in the face of unpredictable and random interference is particularly difficult and may make potential applications of GNSS unviable.  For example, the time between unscheduled interruptions must be long to ensure that standard surveying operations can be conducted, driverless cars can

---

[22]     *See* Letter of Michael P. Huerta, Acting Administrator, FAA, to Lawrence E. Strickling, Administrator, NTIA, at 1 (Jan. 27, 2012), https://www.ntia.gov/files/ntia/publications/ faa_administrator_letter_to_ntia_administrator_27_jan_2012_faa_report.pdf ("It is important to note that the mandatory installation of TAWS into U.S. commercial aircraft is considered by many to have made the single greatest impact to improving U.S. commercial aviation safety in the last 20 years.").

[23]     *See* FAA William J. Hughes Technical Center, *Global Positioning System (GPS) Standard Positioning Service (SPS) Performance Analysis Report*, Report #111 (Oct. 2020), https://www.nstb.tc.faa.gov/reports/2020_Q3_SPS_PAN111_v1.0.pdf.

proceed successfully down the highway, and ambulances (both on the ground and in the air) can reach unfamiliar destinations.[24]

Because GPS signals are below the thermal noise floor when they are received, the cumulative effects of interference can easily increase the noise floor and degrade performance. Even a small increase in the noise floor may affect any one of the four parameters of accuracy, integrity, availability, or continuity in unexpected or dramatic ways. Each of the attributes can be degraded by varying amounts. The 2020 report by the National Telecommunications and Information Administration ("NTIA") compiled the results of the many tests and studies conducted in connection with the Commission's consideration of Ligado's proposal for terrestrial operations.[25] The NTIA Report was largely validated by an independent analysis by a panel of the National Academies of Sciences, Medicine, and Engineering in the U.S.[26]

The NTIA Report found that degradations in $C/N_0$ – whether 1 dB, 3 dB, or 5 dB – can be correlated with errors in signal acquisition and positional accuracy, which are the critical

---

[24]     These four performance attributes are internationally recognized and defined. For instance, in 2001, the International Civil Aviation Organization adopted "Standards and Recommended Practices" or "SARPs" that, since 2001, have both defined and set requirements for provision of accuracy, integrity, availability, and continuity of GNSS signals by member countries. *See, e.g.*, Amendment 76 to the International Standards and Recommended Practices and Procedures for Air Navigation Services, at Table 3.7.2.4-1. Furthermore, other international bodies have also recognized the requirements for accuracy, integrity, continuity, and availability. *See* ITU Recommendation ITU-R M.1903-1, *Characteristics and protection criteria for receiving earth stations in the radionavigation-satellite service (space-to-Earth) and receivers in the aeronautical radionavigation service operating in the band 1559-1610 MHz*, at Annex 1 Section 1, International Telecommunication Union (2019) ("M.1903"); *see also* European GNSS Agency, *Report on the Performance and Level of Integrity for Safety and Liability Critical Multi-Applications*, at 11 (May 2015), https://www.euspa.europa.eu/simplecount_pdf/tracker?file=-calls_for_proposals/Annex%202.pdf.

[25]     *See* Assessment of Compatibility Between Global Positioning System Receivers and Adjacent Band Base Station and User Equipment Transmitters Technical Memorandum at 9, *attached to*, Letter from Kathy Smith, Chief Counsel, NTIA (filed Dec. 4, 2020) ("NTIA Report").

[26]     *See* National Academies of Sciences, Engineering, and Medicine, *Analysis of Potential Interference Issues Related to FCC Order 20-48 (2022)*, at 58 (2022) ("NAS Report"), https://nap.nationalacademies.org/catalog/26611/analysis-of-potential-interference-issues-related-to-fcc-order-20-48.

operating parameters for GNSS-dependent devices.[27/]  The NAS Report observed that interference can affect continuity of operations, which can be highly problematic for high precision devices.  The NAS found that "[l]osing signals even for a very short time during a surveying operation . . . could cause immense operational problems for the user."[28/]  Similarly, as but one additional example, agricultural operations also require continuity in GNSS-supported applications because they guide agriculture machines continuously while they are conducting planting, applying inputs such as water, fertilizer and pesticides, and harvesting.

GNSS receiver manufacturers have recognized the increasingly crowded spectrum environment and have taken concrete steps to harden their devices against adjacent-band operations.[29/]  For example, manufacturers have developed devices that are compliant with the Radio Equipment Directive ("RED"), which requires GNSS receivers to pass rigorous blocking test to demonstrate tolerance of strong adjacent-band emitters.[30/]  They also have strong incentives to ensure that any L-band D2D services do not cause interference to those devices.[31/]  But while manufacturers of GNSS receivers can improve, and have improved, GNSS and hybrid

---

[27/]      *See* NTIA Report at iii, 7-10, 32.

[28/]      NAS Report at 55.

[29/]      *See Adaptive interference suppression filter for GNSS receivers*, HEXAGON | NOVATEL (2025), https://novatel.com/tech-talk/velocity-magazine/velocity-2025/adaptive-interference-suppression-filter-gnss-receivers; *see also GPSIA Statement on Disruptions to Global Navigation Satellite Systems*, Statement, GPSIA (Feb. 14, 2024), https://www.gpsalliance.org/gnssdisruptions.

[30/]      *See* Radio Equipment Directive (RED), Directive 2014/53/EU, art. 3(2).  Although RED compliance is only mandatory in the European Union, many suppliers recognize that the resilient features required for RED are desirable in any market region and that there are efficiencies in having the same product models being sold in all markets.

[31/]      *See Adaptive interference suppression filter for GNSS receivers*, HEXAGON | NOVATEL (2025), https://novatel.com/tech-talk/velocity-magazine/velocity-2025/adaptive-interference-suppression-filter-gnss-receivers; *see also GPSIA Statement on Disruptions to Global Navigation Satellite Systems*, Statement, GPSIA (Feb. 14, 2024), https://www.gpsalliance.org/gnssdisruptions.

MSS/GNSS receivers,[32] like all receivers, remain susceptible to interference caused by both signals and noise that can affect or are in-band to these receivers, including OOBE from adjacent-band systems. The Commission, therefore, must take the unique factors faced by GNSS devices into consideration and ensure that any use of the L-band protects GNSS devices from harmful interference.

## IV. FROM THE LIMITED INFORMATION PROVIDED, LIGADO'S REQUEST FOR AUTHORIZATION OF NGSO OPERATIONS FOR D2D SERVICES RAISES SUBSTANTIAL QUESTIONS ABOUT THE POTENTIAL FOR HARMFUL INTERFERENCE

Ligado asserts that "throughout its more than two-decade history of operations as an MSS licensee, Ligado has worked diligently with other licensees and government stakeholders to establish technical parameters for coexistence in the L-band, including by establishing emissions limits that mitigate risks of harmful interference."[33] Ligado adds that it will be compliant with all applicable FCC requirements and regulations for the operation of MSS services in the L-band and that it "will not cause harmful interference to the Global Position[ing] System or other adjacent band services."[34] While GPSIA appreciates Ligado's efforts to work with the GPS industry to protect GNSS receivers, the applicable FCC rules have not been developed, considered, or adopted based upon shared use of the of the MSS L-Band spectrum for simultaneous operation of GSO and NGSO satellites. Moreover, the limited information that has been provided about Ligado's proposed operations and services raises serious questions about the

---

[32] For ease of reference, in this pleading both GNSS and hybrid MSS/GNSS receivers are referred to as GNSS receivers or GNSS devices, unless the context requires differentiating between these two categories.

[33] Ligado Application Narrative at 12.

[34] *Id.* at 12-13.

potential for harmful interference that must be carefully considered by the Commission before it acts on Ligado's application.

**A. The Commission Must Evaluate the OOBE Associated with Ligado's Proposed NGSO operations and Adopt Appropriate OOBE Limits Based on Current technology**

As an initial matter, Ligado explains that its emissions will comply with the limits required by Section 25.202(f) of the rules,[35] which addresses emissions associated with satellite downlink transmissions. But Ligado has provided limited information and analyses for interested parties like GPSIA to verify whether Ligado can and will comply with these limits. Moreover, these rules were adopted more than two decades ago, and further technical analysis, based on detailed information about the technical characteristics of AST's satellites and signals, is needed to determine the level of OOBE that will be generated by a constellation of nearly 100 satellites in LEO with very large phased-array antennas. While AST has represented that its satellites are capable of high performance in this area, it has not yet shared technical details that would allow GPSIA to assess potential impacts.

GPSIA and its members will continue to work with Ligado and AST to validate the parties' analyses and conclusions so that they can fully assess this potential interference issue. GPSIA will also attempt to determine whether compliance with the established standard in Section 25.202(f) of the rules is sufficient to protect GNSS receivers. Indeed, Section 25.202(f)(4) of the rules explicitly states that the Commission may, in its discretion, impose more restrictive standards where needed to avoid harmful interference.[36] Based on GPSIA's further

---

[35]    *See* Ligado Application at Technical Statement at 2; 47 C.F.R. § 25.202(f).

[36]    *See* 47 C.F.R. § 25.202(f)(4).

14

examination of these issues in consultation with Ligado, GPSIA will supplement its filing accordingly.

Ligado also states that millions of mobile handsets will receive the NGSO-based D2D services.[37/]  It is not clear, however, to which OOBE standard Ligado and AST intend to comply for these handsets, which raises the possibility of significant harmful interference to GNSS receivers.  In addition to Ligado's downlink operations, the Commission must carefully consider the impact of these handsets on GNSS devices and the appropriate OOBE standard that should be applied to them to protect GNSS operations.

When determining appropriate OOBE levels, the Commission should recognize that it has long considered the risks of OOBE to GNSS receivers and services because, as noted above, GNSS services, as received on Earth, are below the noise floor.  To account for these risks, the Commission has developed specific OOBE limits for different services adjacent to the GNSS band to protect GNSS receivers.  While, as the Commission is aware, these standards have a long and complicated history, what is particularly noteworthy is that the OOBE standards for the L-band contained in the Commission's rules have remained essentially unchanged from the standard that was adopted more than 20 years ago.[38/]  And they have a lineage that goes back even further.[39/]  Given the substantial advances and innovations in communications equipment

---

[37/]     *See* Ligado Application Narrative at 2.

[38/]     *See Flexibility for Delivery of Communications by Mobile Satellite Service Providers in the 2 GHz Band, the L-Band, and the 1.6/2.4 GHz Bands, et al.*, Report and Order and Notice of Proposed Rulemaking, 18 FCC Rcd 1962 (2003) ("*ATC Order*").

[39/]     *See Amendment of the Commission's Rules to Establish Rules and Policies Pertaining to a Mobile Satellite Service in the 1610-1626.5/2483.5-2500 MHz Frequency Bands*, Report and Order, 9 FCC Rcd 5936, ¶¶ 130-33 (1994) (requiring that MSS user transceivers limit OOBE (for broadband noise emissions) so as not to exceed an equivalent isotropic radiated power ("EIRP") density of -70 dBW/lMHz averaged over any 20 millisecond period in any portion of the 1574.397-1576.443 MHz band to protect GPS from OOBE from primary uplinks in the 1610-1626.5 MHz band); *Amendment of Parts 2 and 25 to Implement the Global Mobile Personal Communications by Satellite (GMPCS) Memorandum of*

and technology since then, there is ample reason to be believe that radio transmitters in communications equipment can now operate much more cleanly, *i.e.*, they can produce lower levels of emissions outside of their assigned frequencies while still maintaining robust communications capabilities.

Moreover, there have been substantial changes in the intensity of use of the GNSS band which support setting higher protection levels. In fact, while the Commission's OOBE rules themselves have not changed, the Commission has, in various licensing and other proceedings, recognized the feasibility and desirability of more restrictive OOBE standards. In 2003, the Commission required that MSS ATC base stations and mobile terminals utilizing the L-band comply with the following OOBE levels to protect GPS operations in the 1559-1610 MHz band: a wideband limit of -70 dBW/MHz, averaged over 20 milliseconds, on the EIRP density of the OOBE in the 1559-1610 MHz frequency range and a narrowband limit of -80 dBW/700 Hz, also averaged over 20 milliseconds, on emissions in the 1559-1610 MHz frequency range.[40] Even then, NTIA expressed concern about whether these OOBE limits were adequate to protect GPS.[41] Moreover, the MSS licensee at the time – Mobile Satellite Ventures LP – and the U.S. GPS Industry Council, which was the predecessor to GPSIA, agreed that more restrictive standards were both appropriate to protect GNSS receivers and readily achievable based on the

---

*Understanding and Arrangements, et al.*, Report and Order and Further Notice of Proposed Rulemaking, 17 FCC Rcd 8903, ¶ 6 (2002).

[40]    *See ATC Order* ¶¶ 180-82.

[41]    *See id.* ¶ 181.

technology available then.[42] At that time, the parties agreed to an OOBE limit of -90/95 dBW/MHz. Other ATC providers have since agreed to those more restrictive limits as well.[43]

Around the same time that it adopted OOBE limits for ATC operations in the L-band, the Commission recognized the need for more restrictive limits on emissions into GNSS spectrum in another context. Specifically, in 2002, the Commission adopted an emissions limit of -75.3 EIRP dBm (-105 dBW/MHz) for ultra-wideband ("UWB") devices.[44] Among other things, the Commission noted that, with respect to GPS, it was "particularly concerned about protecting E-911 applications" and that "GPS systems can experience harmful interference if they are within a few meters of a UWB system operating at the general limits" in its rules.[45] It therefore reasoned that more restrictive limits were appropriate.

GPSIA respectfully submits that the standards in the FCC's MSS rules have lagged behind what is achievable and consistent with sound spectrum engineering practice by a significant margin. This was confirmed in 2016 when Ligado voluntarily agreed to the more restrictive OOBE limit of -105 dB W/MHz for the mobile handsets that would be used in its proposed terrestrial operations, and the FCC included those limits in its 2020 order.[46]

---

[42] *See* Reply Comments of the U.S. GPS Industry Council, IB Docket No. 01-185, at 2-3 (filed Sept. 4, 2003); Letter from Bruce Jacobs, Shaw Pittman LLP, counsel to Mobile Satellite Ventures, and Raul Rodriguez, Leventhal, Senter & Lerman P.L.L.C., counsel to the U.S. GPS Industry Council, to Marlene H. Dortch, Secretary, FCC, IB Docket No. 01-185 (filed July 17, 2002).

[43] *See Globalstar Licensee LLC, Application for Modification of License for Operation of Ancillary Terrestrial Component Facilities*, Order and Authorization, 23 FCC Rcd 15975, ¶ 35 (2008) (agreeing to comply with an EIRP density limit for wideband emissions of -90 dBW/MHz).

[44] *See Revision of Part 15 of the Commission's Rules Regarding Ultra-Wideband Transmission Systems*, First Report and Order, 17 FCC Rcd 7435 (2002).

[45] *Id.* ¶ 191.

[46] *See* Trimble Agreement at 12; Deere Agreement at 2; Garmin Agreement at 43.

Critically, the OOBE standard in the Ligado settlement agreements are also consistent with recent International Telecommunication Union ("ITU") recommendations issued in 2019.[47/] Prior ITU recommendations date back much further. M.1343 was issued in 2000, and M.1480 was issued in 2005. Current ETSI standards, such as EN EN301 681, which was adopted in 2016, are based on these older ITU recommendations. These older recommendations and standards set OOBE limits at -70 dBW/MHz, protection levels which have been determined by more recent ITU guidance (M.1903) to be at least 30 dB less restrictive than necessary to adequately protect GNSS receivers.

ITU recommendation M.1903 makes this determination by providing specific protection thresholds for different types of receivers. Table 2 in M.1903 shows a comparison of "tolerance levels" between two distinct types of GNSS receivers: general-purpose receivers and high precision receivers.

| Receiver Type | Role/Example | Tracking Threshold (dBW) |
| --- | --- | --- |
| High Precision | Professional surveying, scientific research, and precision agriculture. | -157.4 dBW |
| General Purpose | Consumer smartphones, basic vehicle navigation, and personal wearables. | ~ -140 to -150 dBW |

ITU recommendation M.1903 also acknowledges that interference depends largely on how close the "noise source" (a satellite terminal or, in this case, a mobile device) is to the "listener" (the GPS receiver). A critical takeaway of ITU recommendation M.1903 is that there is a massive difference between what is currently allowed under ETSI standards (which are the same as in the Commission's rules) and what the ITU considers to be actually safe. As shown in

---

[47/] *See* M.1903 at 5, 7-8, 14-16.

the table below, the current ETSI limits are roughly 30 dB (1,000 times) higher than what

modern ITU research recommends for safe operation.

| Standard | Limit (dBW) | Impact on RNSS |
|---|---|---|
| Current ETSI | -70 dBW | Can easily drown out satellite signals based on ITU M.1343/M.1480 |
| M.1903 (10 m spacing) | -101 dBW | Calculated for High Precision tracking |
| ITU M.1903 (1 m) | -121 dBW | Necessary for handheld devices side-by-side |

As the Commission recently emphasized, technical standards should reflect current

technical reality.[48/]  Consistent with that recognition, the Commission should, in determining the

appropriate OOBE levels that should apply to Ligado and AST's proposed operations, not turn

back the clock to default standards adopted decades ago.  Indeed, the U.S. Department of

Transportation ("DOT"), in conjunction with other federal agencies, recently conducted an

analysis of D2D operations in the L-band and confirmed that even when complying with the

emission levels in the Commission's rules, L-band MSS D2D operations can result in

interference to GNSS receivers.[49/]

The Commission should ensure that the OOBE limits applicable to Ligado's proposed

operations are based current technology and appropriately tailored to protect GNSS operations.

Ligado has noted that the proposed D2D services will utilize the same standard mobile handsets

---

[48/]    *See, e.g.*, *Modernizing Spectrum Sharing for Satellite Broadband*, Notice of Proposed Rulemaking, 40 FCC Rcd 3389, ¶¶ 10-11, 13-14 (2025) ("*GSO/NGSO NPRM*").

[49/]    *See Impact of L-band 'Direct-to-Device' Operations on GPS*, 89 Fed. Reg. 105542, at 105543 (Dec. 27, 2024) ("NTIA RFC") ("The main finding of this initial analysis . . . is that emissions from L-band MSS D2D and [Internet of Things ("IoT")] user equipment operating at 1610-1660.5 MHz, *operating in compliance with the FCC rules*, can result in interference to GPS/GNSS receivers operating in the 1559-1610 MHz RNSS band.") (*emphasis added*).  While the original DOT ABC Compatibility study reported results based on a 1 dB change in $C/N_0$ in the most susceptible receiver tested, the DOT analysis attached to the NTIA RFC reports changes in various levels of $C/N_0$ degradation.  *See* NTIA RFC at 105544-46.

19

operating under prevailing international standards set through the 3GPP process.  This begs the question of whether these standards are or will be sufficient to protect GPS receivers when millions of mobile handsets are using L-band spectrum to communicate with AST's LEO satellites.  3GPP deliberations have so far taken the existing ETSI standards discussed above as the relevant benchmark.  As noted, like the FCC's rules, these standards date back to the 2000s and are not in line with current ITU recommendations.  The 3GPP process for consideration of standards for D2D services using L-band spectrum adjacent to GPS is ongoing.[50]  However, GPSIA respectfully submits that if the Commission wishes to proceed with processing Ligado's application, now is the time to get this critical requirement right so that the ground rules going forward are clear, and GPSIA further submits that the -105 dB W/MHz standard, to which Ligado agreed in 2016, as supported by the ITU and the most recent DOT analysis, is the right answer.  Alternatively, GPSIA would support a comprehensive review of what is reasonable and feasible to achieve regarding OOBE if the Commission wishes to develop its own record on this issue.

### B.  The Commission Must Carefully Evaluate the Potential for Overload Interference to GNSS Devices

As GPSIA explained to NTIA, substantial data and test results have shown that D2D services in MSS spectrum adjacent to the GNSS band can result in "overload" interference to GNSS receivers.[51]  The FCC itself has likewise recognized that receivers designed to receive one set of frequencies can be "overloaded" by transmissions in adjacent frequencies.[52]  These

---

[50]   GPSIA is actively seeking updates of the applicable ETSI standards to conform to the most recent ITU guidance, which should provide a key input into the 3GPP process.

[51]   *See* GPSIA NTIA Comments at 8-9.

[52]   *See*, *e.g.*, *Amendment of Part 27 of the Commission's Rules to Govern the Operation of Wireless Communications Services in the 2.3 GHz Band; Establishment of Rules and Policies for the Digital Audio Radio Satellite Service in the 2310-2360 MHz Frequency Band*, Report and Order and Second Report and

effects from Ligado's proposal in particular need to be carefully evaluated based on the

frequencies on which Ligado proposes to transmit.  This issue could be especially acute if, for

example, Ligado provides downlink services up to the edge of the 1559 MHz band.  As the DOT

observed, the potential for interference generally from D2D services is "expected to be worse"[53]

where the operator is "using frequencies closer to the RNSS band."[54]  GPSIA agreed and added

that GNSS receivers can also be subject to "overload" interference from adjacent-band

operations if the adjacent frequency signals are in close enough spatial and spectral proximity

and the power disparity is sufficiently great to overwhelm the front-end filtering in the GPS

receivers.[55]

Similar concerns were raised when Ligado proposed to provide terrestrial services in the

L-band.  As the Commission observed, the GPS industry demonstrated, and several studies

confirmed, there was a serious risk of harmful interference, including overload interference, from

Ligado's proposed ATC operations to GNSS devices because of their proximity to the 1559-1610

MHz band.[56]  Consequently, Ligado agreed, among other things, to limit its downlink operations

to the lower 1526-1536 GHz portion of the 1525-1559 MHz band, which effectively created a

more than 20-megahertz spectral separation between its proposed downlink operations and

---

Order, 25 FCC Rcd 11710, ¶ 41, 62 (2010) (evaluating the potential for overload interference to Satellite Digital Audio Radio Service receivers from Wireless Communications Service mobile devices and adopting conditions on WCS devices to help mitigate the potential for such interference); *Service Rules for Advanced Wireless Services in the 2155-2175 MHz Band*, Notice of Proposed Rulemaking, 22 FCC Rcd 17035, ¶ 16 (2007) (expressing concern with overload interference to adjacent channel mobile receivers from AWS-3 operations and proposing to limit the transmitting power of the AWS-3 mobile transmissions to protect such receivers).

[53]     NTIA RFC at 105543.

[54]     *Id.* at 105544.

[55]     *See* GPSIA NTIA Comments at 8-9.

[56]     *See Ligado Order* ¶¶ 5-6.

GNSS operations.[57] Ligado also agreed to abandon its authority for terrestrial operations in the 1545-1555 MHz portion of the MSS downlink band.[58]

Ligado's application contains fewer details than its prior requests for authority to provide terrestrial services. But based on the limited data provided about proposed NGSO operations, potential overload effects from NGSO operations in directly adjacent spectrum could also be problematic. With respect to downlink operations from the parameters provided in the Schedule S submitted with Ligado's application,[59] GPSIA can determine the downlink power on the ground as follows:

- EIRP = 54.7 dBW
- Pathloss (690 km, 1550 MHz) = 153 dB
- AST Power at the ground = 54.7 dBW – 153 dB = -98.3 dBW

NTIA compiled data on the effects of various power levels in producing 1 dB, 3 dB, and 5 dB degradation to various categories of GNSS receivers.[60] This data will need to be considered when more information about the technical characteristics of AST's downlink signals is available. GPSIA notes that the NTIA tables are for downlink signals up to 1536 MHz. The proposed Ligado NGSO downlink goes as high as 1559 MHz, which will lead to more significant impacts on GNSS reception.

In addition, the services that the Commission considered in 2020 involved Ligado's previous plan to deploy a low-power terrestrial nationwide network that would primarily support

---

[57]   *See id.* ¶ 7.

[58]   *See id.* ¶ 9.

[59]   *See* Ligado Application at Schedule S.

[60]   *See Assessment of Compatibility Between Global Positioning System Receivers and Adjacent Band Base Station and User Equipment Transmitters*, National Telecommunications and Information Administration, Report ID No. TM-20-536 (Dec. 2020), https://its.ntia.gov/publications/download/TM-20-536.pdf.

IoT services.[61/]  Ligado now states that its proposed system will deliver space-based mobile broadband to millions of U.S. customers using standard devices.[62/]  As GPSIA explained to NTIA, the density of deployed D2D devices can create the potential for aggregate effects from multiple devices into physically proximate GNSS receivers.[63/]  In fact, the more devices that are put into operation, the greater the likelihood that one or more of those devices will be physically near a GNSS receiver and cause substantial harm, including overload interference.  The DOT analysis also describes the risk of overload interference from mobile handsets utilizing D2D services in proximity to GNSS receivers.[64/]  Overload interference issues, including both spectral and spatial proximity, must be carefully evaluated due to the differences in use of the adjacent MSS band in the context of D2D mobile broadband services.  GPSIA is committed to supporting those efforts.

## V.   INTRODUCTION OF NGSO OPERATIONS IN L-BAND MSS SPECTRUM PRESENTS COMPLEX ISSUES

### A. The Commission Has Not Established an NGSO-GSO Sharing Regime for the L-band

NGSO constellations, including AST's constellation, promise exciting new services and alternatives for customers.  They are almost certain to be an important use of satellite spectrum for years to come.  It is equally likely that similar proposals for shared GSO and NGSO spectrum will proliferate in the band.  Supporting the deployment of NGSO operations in spectrum currently utilized by GSO operations, however, presents complex issues that require careful consideration.

---

[61/]     *See Ligado Order* ¶ 1.

[62/]     *See* Ligado Application Narrative at i.

[63/]     *See* GPSIA NTIA Comments at 10.

[64/]     *See* NTIA RFC at 105546-48.

While the FCC has developed comprehensive and transparent regimes enabling the coexistence of GSO and NGSO operations in other bands,[65] it has not done so for the MSS L-band.[66]  And, for the reasons stated throughout this pleading, the fact that the MSS L-band is adjacent on both sides to the heavily utilized GNSS band adds greatly to the complexities involved.  Consideration of specific proposals, such as Ligado's, in the absence of a well-defined regulatory regime creates uncertainty for users of GSO-based services, including those on which GPSIA members rely.  It also creates risks to GNSS receivers that utilize transmissions in both MSS and GNSS bands to support critical high precision PNT applications such as precision agriculture, construction and annotated vehicle navigation.  The Commission should therefore follow the approach taken for other bands and develop a robust regulatory framework for shared use of the L-band by multiple GSO operators and emergent NGSO operations.

If the Commission nevertheless elects to process Ligado's application prior to completion of a comprehensive rulemaking for NGSO-GSO sharing in the L-band, it must ensure that Ligado has provided sufficient information and that the Commission has a full record before it, with input from all relevant governmental and private stakeholders.  As Ligado notes, it currently operates a single GSO satellite in the L-band, which is approximately 36,000 kilometers (22,500 miles) above Earth.[67]  This satellite currently serves millions of devices across the United States.[68]  Viasat (previously operating as Inmarsat) also conducts GSO operations over North

---

[65]     *See, e.g.*, *GSO/NGSO NPRM*.

[66]     Ligado also contends that the Commission has previously granted applications for modification of a GSO license to permit NGSO operations (or vice versa) where the public interest is served.  *See* Ligado Application Narrative at 4.  But the decisions cited by Ligado discuss a conversion of 2 GHz MSS spectrum from NGSO to GSO use (and vice versa), *not* shared GSO/NGSO use, and certainly not for the L-band.

[67]     *See* Ligado Application Narrative at 14.

[68]     *See id.*

America, serving a variety of customers and supporting important safety-of-life operations.

Ligado, however, now proposes to operate an LEO system that is comprised of payloads to be

deployed aboard 96 NGSO satellites at approximately 690 kilometers (429 miles) above Earth.[69]

Although Ligado contends that "[m]anagement of the GSO and NGSO on a coordinated and

dynamic basis will be accomplished using a Spectrum Management System, thus assuring

operation that is free of in-system interference,"[70] no details with respect to this system are

provided in its application.

### B. If Not Properly Addressed, Ligado's Proposed NGSO Operations in the L-band Could Disrupt Existing GSO-Based MSS Services and Cause Harmful Interference to PNT Devices and Services That Rely on Them

It is particularly important that Ligado demonstrates that the proposed NGSO system will

protect its GSO operations because GPSIA members and many others are customers of Ligado

and rely on its MSS services.  Specifically, high precision GNSS receivers rely on MSS signals

for augmentation and corrections services that are critical for PNT outputs.  High precision

receivers are extensively used in, for example, precision agriculture applications, which are

prevalent in rural areas, and could experience a devastating impact if they experience harmful

interference.

Historically, these receivers were designed to receive the signals across the entire 1525-

1559 MHz MSS band, in addition to the 1559-1610 MHz GNSS band.  Because of international

coordination requirements for use of the MSS band, the frequencies used by MSS operators,

including Viasat internationally and Ligado in the U.S., were subject to change if future

---

[69]    *See id.* at 5-6.

[70]    *Id.* at 11.

25

international coordination agreements required it.[71/]   MSS operators also reserved the right to change the frequencies on which they transmitted their satellite services if needed to meet business needs.

Because of this, MSS providers required that parties using their MSS services be capable of receiving signals anywhere in the applicable downlink frequency range (from 1525-1559 MHz, depending on the region involved), regardless of the frequencies on which they were transmitting at any point in time.[72/]   GPSIA member Trimble entered into an agreement with Ligado pursuant to which Ligado would transmit its correction services between 1555 MHz and 1559 MHz.   Based on this agreement, Trimble implemented new filtering against transmissions at 1526-1536 MHz.   GPSIA member Deere & Co. ("Deere") also introduced filtering to protect MSS signals that it received from Viasat above 1543 MHz.   As a result of these earlier actions to address Ligado's previously proposed operations, Ligado's proposed NGSO transmissions

---

[71/]   *See Flexibility for Delivery of Communications by Mobile Satellite Service Providers in the 2 GHz Band, the L-Band, and the 1.6/2.4 GHz Band*, Notice of Proposed Rulemaking, 16 FCC Rcd 15532, ¶ 13 (2001) (explaining that the administrations governing the L-band satellite operators developed and agreed upon a framework to facilitate annual and dynamic spectrum assignment agreements among the operators, to be revisited annually, and that "unlike most international coordinations that create permanent assignments of specific spectrum, the operators' assignments could change from year to year based on their marketplace needs"); *see also Establishing Rules and Policies for the use of Spectrum for Mobile Satellite Services in the Upper and Lower L-band*, Report and Order, 17 FCC Rcd 2704, ¶¶ 1, 15 (2002) (assigning Motient spectrum in the lower L-band that has been internationally coordinated and stating that the Commission "agree[s] that all satellite licenses are granted subject to the uncertainties of international coordination").

[72/]   *See, e.g.*, Letter from Catherine Wang, Bingham, Counsel to Deere, to Marlene H. Dortch, Secretary, FCC, IB Docket No. 11-109 *et al.* (filed Sep. 18, 2014); Letter from Catherine Wang and Tim Bransford, Bingham, Counsel to Deere, to Marlene H. Dortch, Secretary, FCC, IB Docket No. 11-109 *et al.*, at 2 (filed Oct. 27, 2011) (highlighting that "precision GPS receivers by their nature must be wideband in order to obtain additional navigational data to provide precise measurements, and in addition, augmented receivers are designed to accept signals across the entire L-band in direct response to the requirement of L-Band satellite operators (Inmarsat and LightSquared itself) that earth terminals accommodate the satellite operators' decision to reassign downlink frequencies within the L-Band based on their own business needs").

26

throughout the 1525-1559 will be in-band for Deere and Trimble receivers and could cause overload of their hybrid MSS/GNSS receivers.

Because of the limited information provided in Ligado's application regarding how GSO operations will be protected in the new GSO/NGSO operations, GPSIA members are unable to assess the risk of interference to hybrid MSS/GNSS receivers. Accordingly, if the Commission proceeds with processing Ligado's application, it must ensure that Ligado sufficiently demonstrates that its proposed NGSO operations protect existing GSO operations in the L-band and that Ligado will implement a clear, transparent regulatory structure that addresses those current services. Indeed, for the spectrum bands in which the Commission has authorized NGSO-GSO sharing, the Commission has strictly required that NGSO operations protect GSO operations, including by complying with ITU equivalent power flux density ("EPFD") limits.[73] Ligado should be required to either comply with appropriate EPFD limits or otherwise demonstrate how it will protect existing GSO operations and not impact the ability of high precision GNSS receivers to continue to receive the augmentation and correction data services they need and which Ligado has a contractual obligation to provide.

## VI.    CONCLUSION

GPSIA appreciates and supports the deployment of new and innovative spaced-based services. But ensuring the continued integrity and operation of GNSS and MSS services is of critical national importance. The Commission must ensure that these vital services are fully protected and that any proposal to provide NGSO D2D operations in the L-band provides

---

[73] *See Update to Parts 2 and 25 Concerning Non-Geostationary, Fixed-Satellite Service Systems and Related Matters*, Report and Order and Further Notice of Proposed Rulemaking, 32 FCC Rcd 7809, ¶¶ 32-39 (2017); *Amendment of Parts 2 and 25 of the Commission's Rules to Enable NGSO Fixed-Satellite Service (Space-to-Earth) Operations in the 17.3-17.8 GHz Band*, Report and Order, 39 FCC Rcd 11156, ¶¶ 4-5 (2024); *see also* Chapter VI – Provisions for services and stations, Article 22, ITU Radio Regulations.

complete and robust technical information that addresses and prevents the risk of interreference to GPS operations.

Respectfully submitted,

*/s/ Lisa Dyer*

Lisa Dyer
Executive Director

GPS INNOVATION ALLIANCE
1800 M Street NW, Suite 800N
Washington, DC 20036
(571) 335-3471

March 2, 2026

28

**CERTIFICATE OF SERVICE**

I, Lisa Dyer, certify that on March 2, 2026, I served a copy of the foregoing Comments of

GPS Innovation Alliance by electronic mail on the following:


Vernon Ross
Vice President, Legal and Regulatory Affairs
LIGADO NETWORKS LLC
10802 Parkridge Blvd.
Reston, VA 20191
(877) 678-2920
legal@ligado.com


*/s/ Lisa Dyer*
Lisa Dyer
ldyer@gpsalliance.org