## Michael, Charles

| | |
|---|---|
| **From:** | Peretz, Tuvia <tperetz@milbank.com> |
| **Sent:** | Friday, February 27, 2026 10:51 PM |
| **To:** | Mamlet, Alfred; Benjamin Finestone; Michael, Charles |
| **Cc:** | Leblanc, Andrew; Campbell, Patrick; Brod, Matt; PRIMOFF, Madlyn (MP; HUTTEN, Henry; Yanez, Melanie; MARGOLIS, Sarah; SLOMAN, Michael |
| **Subject:** | [EXTERNAL] Notice of Breach of Mediated Agreement |
| **Attachments:** | 692 - AST Definitive Agreements Order and Mediated Agreement.pdf |

Counsel,

Pursuant to the attached Mediated Agreement, approved by the Bankruptcy Court, Ligado writes to notify Inmarsat that Ligado believes Inmarsat has breached its regulatory support obligations set forth in Section 2 of the Mediated Agreement, by filing the Petition to Deny the Application of Ligado Network Subsidiary, LLC, Debtor-in-Possession for Authority to Launch and Operate the SkyTerra Next Non-Geostationary Orbit System (ICFS File No. SAT-MOD-20251206-00374) that, among other things, opposes the grant of the Application and states that "[t]he Commission cannot, should not, and ***must not*** grant Ligado's Application . . ."  Ligado demands that Inmarsat immediately withdraw the Petition to Deny and honor its regulatory support obligations in accordance with the terms of the Mediated Agreement.

Ligado reserves all rights.

Best,

Tuvia Peretz | Milbank | Associate
Pronouns: he/him/his
55 Hudson Yards | New York, NY 10001-2163
T: +1 212.530.5044
tperetz@milbank.com | milbank.com

===================================== IRS Circular 230 Disclosure: U.S. federal tax advice in the foregoing message from Milbank LLP is not intended or written to be, and cannot be used, by any person for the purpose of avoiding tax penalties that may be imposed regarding the transactions or matters addressed. Some of that advice may have been written to support the promotion or marketing of the transactions or matters addressed within the meaning of IRS Circular 230, in which case you should seek advice based on your particular circumstances from an independent tax advisor.
===================================== This e-mail message may contain legally privileged and/or confidential information. If you are not the intended recipient(s), or the employee or agent responsible for delivery of this message to the intended recipient(s), you are hereby notified that any dissemination, distribution or copying of this e-mail message is strictly prohibited. If you have received this message in error, please immediately notify the sender and delete this e-mail message from your computer.