**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

|  |  |  |
|---|---|---|
| In re: | ) | Chapter 11 |
|  | ) |  |
| LIGADO NETWORKS LLC, *et al.*,[1] | ) | Case No. 25-10006 (TMH) |
|  | ) |  |
| Debtors. | ) | (Jointly Administered) |
|  | ) |  |

**NOTICE OF AGENDA OF MATTERS SCHEDULED FOR HEARING ON
MARCH 30, 2026 AT 2:00 P.M. (ET), BEFORE THE HONORABLE
THOMAS M. HORAN, AT THE UNITED STATES BANKRUPTCY
<u>COURT FOR THE DISTRICT OF DELAWARE, 5th FLOOR, COURTROOM 5</u>**

> **This hearing will be conducted in-person in Courtroom # 5, 5th floor. All parties, including witnesses, are expected to attend in person unless permitted to appear via Zoom. Participation at the in-person court proceeding using Zoom is allowed only in the following circumstances: (i) counsel for a party or a pro se litigant that files a responsive pleading and intends to make only a limited argument; (ii) a party or a representative of a party that has not submitted a pleading but is interested in observing the hearing; (iii) any party that is proceeding, in a claims allowance dispute, on a pro se basis; or (iv) extenuating circumstances that warrant remote participation as may be determined by the Court. The deadline to register for remote attendance is 4:00 p.m. (prevailing Eastern Time) the business day before the hearing unless otherwise noticed.**
>
> **COURTCALL WILL NOT BE USED FOR THIS HEARING. To attend a hearing remotely, please register using the eCourtAppearance tool (available here) or on the Court's website at www.deb.uscourts.gov.**

**I.**     **<u>MATTER GOING FORWARD</u>:**

1.      Debtors' Motion for Entry of an Order (I) Temporarily Delaying Ligado's Performance Under the Mediated Agreement and (II) Granting Related Relief [Docket No. 1508; filed March 16, 2026]

        <u>Objection / Response Deadline</u>:          March 23, 2026 at 4:00 p.m. (ET)

---

[1]   The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, as applicable, are:  Ligado Networks LLC (3801); ATC Technologies, LLC (N/A); Ligado Networks (Canada) Inc. (N/A); Ligado Networks Build LLC (N/A); Ligado Networks Corp. (N/A); Ligado Networks Finance LLC (N/A); Ligado Networks Holdings (Canada) Inc. (N/A); Ligado Networks Inc. of Virginia (9725); Ligado Networks Subsidiary LLC (N/A); One Dot Six LLC (8763); and One Dot Six TVCC LLC (N/A).  the Debtors' headquarters is located at: 10802 Parkridge Boulevard, Reston, Virginia 20191.

<u>Objections / Responses Received</u>:

A.    Inmarsat Global Limited's Objection to Debtors' Motion for Entry of an Order (I) Temporarily Delaying Ligado's Performance Under the Mediated Agreement and (II) Granting Related Relief [Docket No. 1530; filed March 23, 2026]

<u>Related Documents</u>:

i.    Joinder by AST in Debtors' Motion for Entry of an Order Temporarily Delaying Ligado's performance Under Mediated Agreement and Reservation of Rights by AST [Docket No. 1525; filed March 20, 2026]

ii.    Debtors' Reply in Support of Motion for Entry of an Order (I) Temporarily Delaying Ligado's Performance Under the Mediated Agreement and (II) Granting Related Relief [Docket No. 1542; filed March 25, 2026]

iii.    The Debtors' Witness and Exhibit List for Hearing Scheduled for March 30, 2026 at 2:00 p.m. (Prevailing Eastern Time) [Docket No. 1543; filed March 25, 2026]

iv.    AST's Reply to Inmarsat's Objection to Debtors' Motion to Temporarily Delay Ligado's Performance Under the Mediated Agreement and Joinder in Debtors' Reply to Inmarsat's Objection [Docket No. 1545; filed March 25, 2026]

v.    Inmarsat Global Limited's Witness and Exhibit List for Hearing Scheduled for March 30, 2026 at 2:00 p.m. (Eastern Time) [Docket No. 1548; filed March 26, 2026]

<u>Status</u>: The hearing on this matter is going forward.

2

Dated:  March 26, 2026
Wilmington, Delaware

/s/ Colin A. Meehan
Mark D. Collins, Esq. (Bar No. 2981)
Michael J. Merchant, Esq. (Bar No. 3854)
Amanda R. Steele, Esq. (Bar No. 5530)
Zachary J. Javorsky, Esq. (Bar No. 7069)
Colin A. Meehan (Bar No. 7237)
**RICHARDS, LAYTON & FINGER, P.A.**
One Rodney Square
920 North King Street
Wilmington, DE 19801
Telephone:    (302) 651-7700
Facsimile:    (302) 651-7701
Email:        collins@rlf.com
              merchant@rlf.com
              steele@rlf.com
              javorsky@rlf.com
              meehan@rlf.com

-and-

Dennis F. Dunne, Esq. (admitted *pro hac vice*)
Matthew L. Brod, Esq. (admitted *pro hac vice*)
Lauren C. Doyle, Esq. (admitted *pro hac vice*)
**MILBANK LLP**
55 Hudson Yards
New York, New York 10001
Telephone:    (212) 530-5000
Facsimile:    (212) 530-5219
Email:        ddunne@milbank.com
              mbrod@milbank.com
              ldoyle@milbank.com

Andrew M. Leblanc, Esq. (admitted *pro hac vice*)
**MILBANK LLP**
1101 New York Avenue, NW
Washington DC 20005
Telephone:    (202) 835-7500
Facsimile:    (202) 263-7586
Email:        aleblanc@milbank.com

*Co-Counsel for Debtors in Possession*

3

RLF1 35525221v.3