**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| | ) |
| In re: | ) Chapter 11 |
| | ) |
| LIGADO NETWORKS LLC, *et al.*,[1] | ) Case No. 25-10006 (TMH) |
| | ) |
| Debtors. | ) (Jointly Administered) |
| | ) |
| | ) |
| | ) |

## AST & SCIENCE LLC'S EXHIBIT LIST FOR HEARING ON MARCH 30, 2026

AST & Science LLC ("**AST**") by and through its undersigned counsel, hereby submits this witness and exhibit list (the "**Witness and Exhibit List**") for the hearing scheduled for **March 30, 2026 at 2:00 p.m. (Eastern Standard Time)** (the "**Hearing**") before the Honorable Thomas M. Horan at the United States Bankruptcy Court for the District of Delaware, located at 824 N. Market Street, 3rd Floor, Courtroom No. 7, Wilmington, Delaware 19801.

## WITNESSES

AST may call, if necessary, any witness listed or called by any other party and any rebuttal or impeachment witness.

## EXHIBITS

AST may, if necessary, seek to introduce some or all of the following exhibits at the Hearing.

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, as applicable, are: Ligado Networks LLC (3801); ATC Technologies, LLC (N/A); Ligado Networks (Canada) Inc. (N/A); Ligado Networks Build LLC (N/A); Ligado Networks Corp. (N/A); Ligado Networks Finance LLC (N/A); Ligado Networks Holdings (Canada) Inc. (N/A); Ligado Networks Inc. of Virginia (9725); Ligado Networks Subsidiary LLC (N/A); One Dot Six LLC (8763); and One Dot Six TVCC LLC (N/A). The Debtors' headquarters is located at: 10802 Parkridge Boulevard, Reston, Virginia 20191.

| No. | Description | Docket No. (if available)[2] |
|---|---|---|
| 1. | Debtors' Motion for Entry of an Order (I) Temporarily Delaying Ligado's Performance Under the Mediated Agreement and (II) Granting Related Relief, and all attachments thereto | 1508 |
| 2. | Joinder by AST in Debtors' Motion for Entry of an Order Temporarily Delaying Ligado's Performance Under the Mediated Agreement and Reservation of Rights by AST | 1525 |
| 3. | Inmarsat Global Limited's Objection to Debtors' Motion for Entry of an Order (I) Temporarily Delaying Ligado's Performance Under the Mediated Agreement and (II) Granting Related Relief, and all attachments thereto | 1530 |
| 4. | Debtors' Reply in Support of Motion for Entry of an Order (I) Temporarily Delaying Ligado's Performance Under the Mediated Agreement and (II) Granting Related Relief | 1542 |
| 5. | AST's Reply to Inmarsat's Objection to Debtors' Motion to Temporarily Delay Ligado's Performance Under the Mediated Agreement and Joinder in Debtors' Reply to Inmarsat's Objection | 1545 |
| 6. | Mediated Agreement | 692-1 |
| 7. | Order (I) Authorizing the Debtors to Entry into the AST Definitive Documents and (II) Granting Related Relief | 692 |
| 8. | January 27, 2026 Bankruptcy Court Hearing Transcript | 1325 |
| 9. | Transcript Regarding Hearing Held 08/29/2025 | 947 |
| 10. | Order Regarding Motions to Enforce | 940 |
| 11. | Inmarsat-AST Agreement | 1221-4 |
| 12. | Inmarsat's Petition to Deny | 1530-5 |
|  | Any pleading or other document filed with the Court on the docket of the above-captioned chapter 11 cases or related adversary proceedings |  |
|  | Any exhibit necessary to rebut the evidence of testimony of any witness offered or designated by any other party |  |
|  | Any exhibit listed by any other party |  |

---

[2]    References to docket numbers include any sub-docket numbers corresponding to any applicable exhibits appended to the docketed filing.

## **RESERVATION OF RIGHTS**

AST reserves the right to object to the entry into evidence of any exhibit, including those listed above.  AST reserved the right to use any exhibit listed by any other party.  AST also reserves the right to amend, shorten, or supplement this witness and exhibit list prior to the hearing.

Dated: March 26, 2026
Wilmington, Delaware

*/s/ Jeremy W. Ryan*

Jeremy W. Ryan (Bar No. 4057)
Katelin A. Morales (Bar No. 6683)
Sameen Rizvi (Bar No. 6902)
**POTTER ANDERSON & CORROON LLP**
1313 N. Market Street, 6th Floor
Wilmington, DE 19801
Telephone:    (302) 984-6000
Facsimile:    (302) 658-1192
Email:        jryan@potteranderson.com
              kmorales@potteranderson.com
              srizvi@potteranderson.com

-and-

Madlyn Gleich Primoff (admitted *pro hac vice*)
Henry Hutten (admitted *pro hac vice*)
Alexander Rich (admitted *pro hac vice*)
Sarah Margolis (admitted *pro hac vice*)
**FRESHFIELDS US LLP**
3 World Trade Center
174 Greenwich Street, 51st Floor
New York, New York 10007
Telephone:    (212) 277-4000
Facsimile:    (212) 277-4001
Email:        madlyn.primoff@freshfields.com
              henry.hutten@freshfields.com
              alexander.rich@freshfields.com
              sarah.margolis@freshfields.com

*Counsel for AST & Science LLC*

3