## UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| LIGADO NETWORKS LLC, *et. al.*[1] | Case No. 25-10006-TMH |
| Debtors. | Jointly Administered |

**Hearing Date: March 30, 2026 at 2:00 p.m. (ET)**

### INMARSAT GLOBAL LIMITED'S AMENDED[2] WITNESS AND EXHIBIT LIST FOR HEARING SCHEDULED FOR MARCH 30, 2026 AT 2:00 P.M. (EASTERN TIME)

Inmarsat Global Limited ("Inmarsat") hereby submits this witness and exhibit list in connection with the hearing scheduled for **March 30, 2026 at 2:00 p.m. (prevailing Eastern Time)** before the Honorable Thomas M. Horan at the United States Bankruptcy Court for the District of Delaware, located at 824 N. Market Street, 5th Floor, Courtroom No. 5, Wilmington, Delaware 19801 (the "Hearing").

### WITNESSES

As of the filing of this witness and exhibit list, no other party has identified witnesses for the Hearing.  To the extent that any party designates witnesses, Inmarsat reserves the right to cross-designate all witnesses so designated and reserve the right to call any necessary rebuttal or impeachment witnesses.

---

[1]   The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, as applicable, are: Ligado Networks LLC (3801); ATC Technologies, LLC (N/A); Ligado Networks (Canada) Inc. (N/A); Ligado Networks Build LLC (N/A); Ligado Networks Corp. (N/A); Ligado Networks Finance LLC (N/A); Ligado Networks Holdings (Canada) Inc. (N/A); Ligado Networks Inc. of Virginia (9725); Ligado Networks Subsidiary LLC (N/A); One Dot Six LLC (8763); and One Dot Six TVCC LLC (N/A).

[2]   Amended items are presented in **BOLD**.

4915-9362-0891.1 42241.00001

## EXHIBITS

Inmarsat designates the following exhibits that may be used at the Hearing:

| Exhibit No. | Document Description | Docket No. |
|---|---|---|
| 1 | Debtors' Motion for Entry of an Order (I) Temporarily Delaying Ligado's Performance Under the Mediated Agreement and (II) Granting Related Relief, and all attachments thereto | 1508 |
| 2 | Joinder by AST in Debtors' Motion for Entry of an Order Temporarily Delaying Ligado's Performance Under the Mediated Agreement and Reservation of Rights by AST | 1525 |
| 3 | Inmarsat Global Limited's Objection to Debtors' Motion for Entry of an Order (I) Temporarily Delaying Ligado's Performance Under the Mediated Agreement and (II) Granting Related Relief, and all attachments thereto | 1530 |
| 4 | Debtors' Reply in Support of Motion for Entry of an Order (I) Temporarily Delaying Ligado's Performance Under the Mediated Agreement and (II) Granting Related Relief | 1542 |
| 5 | AST's Reply to Inmarsat's Objection to Debtors' Motion to Temporarily Delay Ligado's Performance Under the Mediated Agreement and Joinder in Debtors' Reply to Inmarsat's Objection | 1545 |
| **6** | **Email from Patrick Campbell to Benjamin Finestone, Alfred Mamlet, and others re: Ligado FCC Application for Proposed NGSO System, dated March 2, 2026, with attachments** | |
| | Any pleading or other document filed with the Court on the docket of the above-captioned chapter 11 cases or related adversary proceedings | |

Inmarsat reserves the right to object to the entry into evidence of any exhibit, including those listed above.  Inmarsat reserves the right to use any exhibit listed by any other party. Inmarsat also reserves the right to amend, shorten, or supplement this witness and exhibit list prior to the Hearing.

Dated: March **27**, 2026
Wilmington, Delaware

**PACHULSKI STANG ZIEHL & JONES LLP**

*/s/ Laura Davis Jones*
Laura Davis Jones (DE Bar No. 2436)
Timothy P. Cairns (DE Bar No. 4228)
919 N. Market Street, 17th Floor
P.O. Box 8705
Wilmington, DE  19899-8705 (Courier 19801)
Telephone: (302) 652-4100
Email: ljones@pszjlaw.com
        tcairns@pszjlaw.com

-and-

**QUINN EMANUEL URQUHART & SULLIVAN, LLP**
Benjamin Finestone
295 5th Avenue
New York, NY  10016
Telephone: (212) 849-7000
Email: benjaminfinestone@quinnemanuel.com

Matthew Scheck
300 West 6th St., Suite 2010
Austin, TX  78701
Telephone: (737) 667-6100
Email: matthewscheck@quinnemanuel.com

-and-

**STEPTOE LLP**
Charles Michael
1114 Avenue of the Americas
New York, NY  10036
Telephone:  (212) 506-3900
Email: jreisner@steptoe.com
        cmichael@steptoe.com

Alfred M. Mamlet
1330 Connecticut Avenue, NW
Washington, DC  20036
Telephone:  (202) 429-3000
Email: amamlet@steptoe.com
        jrtaylor@steptoe.com

*Counsel to Inmarsat Global Limited*