**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| LIGADO NETWORKS LLC, *et al.*,[1] | ) | Case No. 25-10006 (TMH) |
| | ) | |
| Debtors. | ) | (Jointly Administered) |
| | ) | |

**NOTICE OF *SECOND AMENDED*[2] AGENDA OF MATTERS SCHEDULED FOR HEARING ON MARCH 30, 2026 AT *10:00 A.M. (ET)*, BEFORE THE HONORABLE THOMAS M. HORAN, AT THE UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF DELAWARE, 5th FLOOR, COURTROOM 5**

**Due to the time change, this proceeding will be conducted in a hybrid format where counsel and witnesses who were planning to travel for the hearing are now permitted to appear remotely via Zoom. Please refer to Judge Horan's Chambers Procedures and the Court's website (http://www.deb.uscourts.gov/ecourt-appearances) for information on the method of allowed participation (video or audio), Judge Horan's expectations of remote participants, and the advance registration requirements. Registration is required by 4:00 p.m. (Eastern time) the business day before the hearing unless otherwise noticed using the eCourt Appearances tool available on the Court's website.**

I.      **MATTER GOING FORWARD:**

1.      Debtors' Motion for Entry of an Order (I) Temporarily Delaying Ligado's Performance Under the Mediated Agreement and (II) Granting Related Relief [Docket No. 1508; filed March 16, 2026]

         Objection / Response Deadline:          March 23, 2026 at 4:00 p.m. (ET)

---

[1]     The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, as applicable, are:  Ligado Networks LLC (3801); ATC Technologies, LLC (N/A); Ligado Networks (Canada) Inc. (N/A); Ligado Networks Build LLC (N/A); Ligado Networks Corp. (N/A); Ligado Networks Finance LLC (N/A); Ligado Networks Holdings (Canada) Inc. (N/A); Ligado Networks Inc. of Virginia (9725); Ligado Networks Subsidiary LLC (N/A); One Dot Six LLC (8763); and One Dot Six TVCC LLC (N/A).  the Debtors' headquarters is located at: 10802 Parkridge Boulevard, Reston, Virginia 20191.

[2]     **Amended items appear in bold.**

Objections / Responses Received:

A.     Inmarsat Global Limited's Objection to Debtors' Motion for Entry of an Order (I) Temporarily Delaying Ligado's Performance Under the Mediated Agreement and (II) Granting Related Relief [Docket No. 1530; filed March 23, 2026]

Related Documents:

i.      Joinder by AST in Debtors' Motion for Entry of an Order Temporarily Delaying Ligado's performance Under Mediated Agreement and Reservation of Rights by AST [Docket No. 1525; filed March 20, 2026]

ii.     Debtors' Reply in Support of Motion for Entry of an Order (I) Temporarily Delaying Ligado's Performance Under the Mediated Agreement and (II) Granting Related Relief [Docket No. 1542; filed March 25, 2026]

iii.    The Debtors' Witness and Exhibit List for Hearing Scheduled for March 30, 2026 at 2:00 p.m. (Prevailing Eastern Time) [Docket No. 1543; filed March 25, 2026]

iv.     AST's Reply to Inmarsat's Objection to Debtors' Motion to Temporarily Delay Ligado's Performance Under the Mediated Agreement and Joinder in Debtors' Reply to Inmarsat's Objection [Docket No. 1545; filed March 25, 2026]

v.      Inmarsat Global Limited's Witness and Exhibit List for Hearing Scheduled for March 30, 2026 at 2:00 p.m. (Eastern Time) [Docket No. 1548; filed March 26, 2026]

vi.     AST & Science LLC's Exhibit List for Hearing on March 30, 2026 [Docket No. 1550; filed March 26, 2026]

vii.    **Inmarsat Global Limited's Amended Witness and Exhibit List for Hearing Scheduled for March 30, 2026 at 2:00 p.m. (Eastern Time) [Docket No. 1556; filed March 27, 2026]**

Status: The hearing on this matter is going forward.

2

RLF1 35588261v.1

Dated:  March 29, 2026
Wilmington, Delaware

/s/ Zachary J. Javorsky
Mark D. Collins, Esq. (Bar No. 2981)
Michael J. Merchant, Esq. (Bar No. 3854)
Amanda R. Steele, Esq. (Bar No. 5530)
Zachary J. Javorsky, Esq. (Bar No. 7069)
Colin A. Meehan (Bar No. 7237)
**RICHARDS, LAYTON & FINGER, P.A.**
One Rodney Square
920 North King Street
Wilmington, DE 19801
Telephone:    (302) 651-7700
Facsimile:    (302) 651-7701
Email:          collins@rlf.com
                    merchant@rlf.com
                    steele@rlf.com
                    javorsky@rlf.com
                    meehan@rlf.com

-and-

Dennis F. Dunne, Esq. (admitted *pro hac vice*)
Matthew L. Brod, Esq. (admitted *pro hac vice*)
Lauren C. Doyle, Esq. (admitted *pro hac vice*)
**MILBANK LLP**
55 Hudson Yards
New York, New York 10001
Telephone:    (212) 530-5000
Facsimile:    (212) 530-5219
Email:          ddunne@milbank.com
                    mbrod@milbank.com
                    ldoyle@milbank.com

Andrew M. Leblanc, Esq. (admitted *pro hac vice*)
**MILBANK LLP**
1101 New York Avenue, NW
Washington DC 20005
Telephone:    (202) 835-7500
Facsimile:    (202) 263-7586
Email:          aleblanc@milbank.com

*Co-Counsel for Debtors in Possession*

3