**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

|  |  |  |
|---|---|---|
| In re: | ) | Chapter 11 |
|  | ) |  |
| LIGADO NETWORKS LLC, *et al.*, | ) | Case No. 25-10006 (TMH) |
|  | ) |  |
| Debtors. | ) | (Jointly Administered) |
|  | ) | **Re: Docket No. 1575** |

<u>**ORDER SCHEDULING OMNIBUS HEARING DATE**</u>

Pursuant to Del. Bankr. L.R. 2002-1(a), the Court has scheduled the following hearing date

in the above captioned chapter 11 cases:

| <u>**Date & Time**</u> | <u>**Location**</u> |
|---|---|
| April 13, 2026 at 10:00 a.m. (ET) | U.S. Bankruptcy Court for the District of Delaware<br>824 North Market Street, 3rd Floor, Courtroom 7<br>Wilmington, Delaware 19801 |

*Thomas M. Horan*

**Dated: March 30th, 2026**          **THOMAS M. HORAN**
**Wilmington, Delaware**              **UNITED STATES BANKRUPTCY JUDGE**

RLF1 35596986v.1