**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

|  |  |  |
|---|---|---|
| In re: | ) ) | Chapter 11 |
| LIGADO NETWORKS LLC, *et al.*,[1] | ) ) | Case No. 25-10006 (TMH) |
| Debtors. | ) ) | (Jointly Administered) |
|  | ) ) | **Objection Deadline:** April 20, 2026, at 4:00 p.m. (ET) |
|  | ) |  |

**FOURTEENTH MONTHLY FEE APPLICATION OF
PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP FOR
ALLOWANCE OF COMPENSATION FOR SERVICES RENDERED
AND REIMBURSEMENT OF EXPENSES AS SPECIAL LITIGATION
COUNSEL FOR THE DEBTORS AND DEBTORS IN POSSESSION FOR
THE PERIOD FROM FEBRUARY 1, 2026 THROUGH FEBRUARY 28, 2026**

| | |
|---|---|
| Name of Applicant: | Paul, Weiss, Rifkind, Wharton & Garrison LLP |
| Authorized to Provide Professional Services to: | Debtors and Debtors in Possession |
| Date of Retention: | February 20, 2025 [Docket No. 254] (Effective as of January 5, 2025) |
| Period for Which Compensation and Reimbursement is Sought: | February 1, 2026 – February 28, 2026 |
| Amount of Compensation sought as actual, reasonable and necessary | $43,170.14 (80% of $53,962.67) |
| Amount of Expense Reimbursement sought as actual, reasonable and necessary | $0 |

This is a(n):  __X__  monthly  ____interim  ____  final application.

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, as applicable, are:  Ligado Networks LLC (3801); ATC Technologies, LLC (N/A); Ligado Networks (Canada) Inc. (N/A); Ligado Networks Build LLC (N/A); Ligado Networks Corp. (N/A); Ligado Networks Finance LLC (N/A); Ligado Networks Holdings (Canada) Inc. (N/A); Ligado Networks Inc. of Virginia (9725); Ligado Networks Subsidiary LLC (N/A); One Dot Six LLC (8763); and One Dot Six TVCC LLC (N/A).  The Debtors' headquarters is located at: 10802 Parkridge Boulevard, Reston, Virginia 20191.

Prior Applications:

| Date Filed | Period Covered | Fees | Expenses |
|---|---|---|---|
| March 4, 2025 [Docket No. 300] | 1/5/2025 – 1/31/2025 | $152,332.32 | $0 |
| April 4, 2025 [Docket No. 402] | 2/1/2025 – 2/28/2025 | $168,327.20 | $0 |
| May 8, 2025 [Docket No. 517] | 3/1/2025 – 3/31/2025 | $52,865.75 | $0 |
| June 6, 2025 [Docket No. 634] | 4/1/2025 – 4/30/2025 | $26,245.02 | $0 |
| July 15, 2025 [Docket No. 746] | 5/1/2025 – 5/31/2025 | $28,958.22 | $0 |
| July 24, 2025 [Docket No. 761] | 6/1/2025 – 6/30/2025 | $36,513.02 | $0 |
| August 25, 2025 [Docket No. 880] | 7/1/2025 – 7/31/2025 | $95,986.67 | $0 |
| September 22, 2025 [Docket No. 989] | 8/1/2025 – 8/31/2025 | $65,970.62 | $0 |
| October 31, 2025 [Docket No. 1085] | 9/1/2025 – 9/30/2025 | $25,801.32 | $0 |
| November 21, 2025 [Docket No. 1135] | 10/1/2025 – 10/31/2025 | $20,498.60 | $0 |
| December 23, 2025 [Docket No. 1196] | 11/1/2025 – 11/30/2025 | $23,080.90 | $0 |
| January 26, 2026 [Docket No. 1287] | 12/1/2025 – 12/31/2025 | $31,604.27 | $0 |
| March 2, 2026 [Docket No. 1440] | 1/1/2026 – 1/31/2026 | $144,592.22 | $0 |

**MONTHLY COMPENSATION BY PROFESSIONAL**

| Name of Professional | Position and Year of Admission | Hourly Billing Rate | Total Billed Hours | Total Compensation[2] |
|---|---|---|---|---|
| Martin Flumenbaum | Of Counsel (Litigation); admitted NY 1975 | $2,935.00 | 9.10 | $26,708.50 |
| Harris Fischman | Partner (Litigation); admitted NY 2006 | $2,765.00 | 5.10 | $14,101.50 |
| Grant May | Associate (Litigation); admitted NY 2017 | $1,895.00 | 5.90 | $11,180.50 |
| Bruce C. Racine | Associate (Bankruptcy); admitted NY 2022 | $1,800.00 | 2.50 | $4,500.00 |
| Jonathan Jaroslawicz | Associate (Litigation); admitted NY 2022 | $1,895.00 | 3.40 | $6,443.00 |
| Casey Sandalow | Associate (Litigation); admitted NY 2025 | $1,380.00 | 0.40 | $552.00 |
| **Total:** | | | **26.40** | **$63,485.50** |
| **Blended Rate:** | | **$2,404.00** | | |
| **Attorney Total:** | | | **26.40** | **$63,485.50** |
| **Attorney Blended Rate:** | | **$2,404.00** | | |

---

[2] As described in the *Debtors' Application for an Order Authorizing the Retention and Employment of Paul, Weiss, Rifkind, Wharton & Garrison LLP as Special Litigation Counsel for the Debtors and Debtors in Possession as of the Petition Date* [Docket No. 184] (the "Retention Application"), Paul, Weiss agreed to defer payment of certain Deferred Fees (as defined in the Retention Application), including 15% of its total fees incurred during the Fourteenth Monthly Fee Period. The total Deferred Fees for the Fourteenth Monthly Fee Period amount to $9,522.83. Subject to the terms of the Retention Application, Paul, Weiss will seek allowance of, but not payment for, the Deferred Fees in its respective interim fee application. Paul, Weiss will seek payment of the Deferred Fees when they become due and payable under the terms and conditions set forth in the Retention Application.

## COMPENSATION BY PROJECT CATEGORY

| Project Category | Total Hours | Total Fees |
|---|---:|---:|
| Retention and Fee Applications | 2.50 | $4,500.00 |
| Litigation | 23.90 | $58,985.50 |
| **Totals** | **26.40** | **$63,485.50** |

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

|  |  |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| LIGADO NETWORKS LLC, *et al.*,[1] | ) Case No. 25-10006 (TMH) |
| | ) |
| Debtors. | ) (Jointly Administered) |
| | ) |
| | ) **Objection Deadline:** |
| | ) April 20, 2026, at 4:00 p.m. (ET) |
| | ) |

**FOURTEENTH MONTHLY FEE APPLICATION OF
PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP FOR
ALLOWANCE OF COMPENSATION FOR SERVICES RENDERED
AND REIMBURSEMENT OF EXPENSES AS SPECIAL LITIGATION
COUNSEL FOR THE DEBTORS AND DEBTORS IN POSSESSION FOR
THE PERIOD FROM FEBRUARY 1, 2026 THROUGH FEBRUARY 28, 2026**

Pursuant to sections 330 and 331 of title 11 of the United States Code, 11 U.S.C. §§ 101 et seq. (the "Bankruptcy Code"), Rule 2016 of the Federal Rules of Bankruptcy Procedure, Rule 2016-2 of the Local Rules of Bankruptcy Practice and Procedure for the United States Bankruptcy Court for the District of Delaware (the "Local Rules"), and in accordance with that certain *Order Authorizing the Retention and Employment of Paul, Weiss, Rifkind, Wharton & Garrison LLP as Special Litigation Counsel for the Debtors and Debtors in Possession as of the Petition Date* [Docket No. 254] (the "Retention Order") and that certain *Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses of Professionals* [Docket No. 195], the law firm of Paul, Weiss, Rifkind, Wharton & Garrison LLP ("Paul, Weiss") hereby submits this fourteenth monthly fee application (the "Application"), seeking compensation for services

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, as applicable, are: Ligado Networks LLC (3801); ATC Technologies, LLC (N/A); Ligado Networks (Canada) Inc. (N/A); Ligado Networks Build LLC (N/A); Ligado Networks Corp. (N/A); Ligado Networks Finance LLC (N/A); Ligado Networks Holdings (Canada) Inc. (N/A); Ligado Networks Inc. of Virginia (9725); Ligado Networks Subsidiary LLC (N/A); One Dot Six LLC (8763); and One Dot Six TVCC LLC (N/A). The Debtors' headquarters is located at: 10802 Parkridge Boulevard, Reston, Virginia 20191.

rendered and reimbursement of expenses incurred as special litigation counsel to the above-captioned debtors and debtors in possession (collectively, the "Debtors") for the period commencing February 1, 2026 through and including February 28, 2026 (the "Fourteenth Monthly Fee Period").  By this Application, Paul, Weiss seeks payment in the amount of $43,170.14, representing eighty percent (80%) of the total amount of compensation ($53,962.67), sought for actual and necessary services billed during the Fourteenth Monthly Fee Period, excluding all Deferred Fees (as defined below).  In support of its Application, Paul, Weiss respectfully represents as follows:

**BACKGROUND**

1.      On January 5, 2025 (the "Petition Date"), each of the Debtors filed a voluntary petition for relief under chapter 11 of the Bankruptcy Code.  The Debtors are authorized to operate their business and manage their properties as debtors in possession pursuant to sections 1107 and 1108 of the Bankruptcy Code.

2.      On February 4, 2025, the Debtors filed the Debtors' Application for an Order Authorizing the Retention and Employment of Paul, Weiss, Rifkind, Wharton & Garrison LLP as Special Litigation Counsel for the Debtors and Debtors in Possession as of the Petition Date [Docket No. 184] (the "Retention Application").  Pursuant to the Retention Order, Paul, Weiss was retained as special litigation counsel to the Debtors in these chapter 11 cases effective as of the Petition Date.  The Retention Order authorized Paul, Weiss to be compensated on an hourly basis and to be reimbursed for certain actual and necessary out-of-pocket expenses.

3.      All services for which compensation is requested by Paul, Weiss were performed for or on behalf of the Debtors.

**SERVICES RENDERED**

4.      Attached hereto as **Exhibit A** is a detailed statement of fees incurred during the Fourteenth Monthly Fee Period reflecting total fees of $53,962.67, which amount excludes all Deferred Fees (as defined in the Retention Application).   As described in the Retention Application, Paul, Weiss agreed to defer payment of certain Deferred Fees, including 15% of its total fees incurred during the Fourteenth Monthly Fee Period.

5.      The services rendered by Paul, Weiss during the Fourteenth Monthly Fee Period are grouped into the categories set forth in **Exhibit A**.  The attorneys and paralegals who rendered services relating to each category are identified, along with the number of hours for each individual and the total compensation sought for each category, in the attachments hereto.

**EXPENSE REIMBURSEMENT**

6.      Paul, Weiss is not seeking reimbursement of any out-of-pocket costs or expenses pursuant to this Application.

**VALUATION OF SERVICES**

7.      Attorneys and paraprofessionals of Paul, Weiss have expended a total of 26.40 hours in connection with this matter during the Fourteenth Monthly Fee Period.

8.      The amount of time spent by each of these persons providing services to the Debtors for the Fourteenth Monthly Fee Period is fully set forth in the detail attached hereto as **Exhibit A**. Excluding Deferred Fees, the reasonable value of the services rendered by Paul, Weiss for the Fourteenth Monthly Fee Period as counsel for the Debtors in these cases is $53,962.67.

9.      Paul, Weiss believes that the time entries included in **Exhibit A** attached hereto is in compliance with the requirements of Local Rule 2016-2.

10.      In accordance with the factors enumerated in section 330 of the Bankruptcy Code, the amount requested is fair and reasonable given (a) the complexity of these cases, (b) the time

3

expended, (c) the nature and extent of the services rendered, (d) the value of such services, and (e) the costs of comparable services other than in a case under chapter 11 of the Bankruptcy Code.

11.    This Application covers the Fourteenth Monthly Fee Period.  Paul, Weiss has performed, and will continue to perform, additional necessary services subsequent to the Fourteenth Monthly Fee Period, for which Paul, Weiss will file subsequent fee applications.

*[Remainder of page intentionally left blank]*

**<u>CONCLUSION</u>**

WHEREFORE, Paul, Weiss hereby requests that the Court: (a) allow Paul, Weiss's fees for actual and necessary services rendered during the Fourteenth Monthly Fee Period in the amount of $53,962.67; (b) authorize and direct the Debtors to pay Paul, Weiss $43,170.14 (representing 80% of the total fees ($53,962.67 billed); and (c) grant such other and further relief as the Court deems just and proper.

Dated: March 31, 2026

Respectfully submitted,

/s/ *Harris Fischman*

Harris Fischman (admitted pro hac vice)
Jacob A. Adlerstein (admitted pro hac vice)
1285 Avenue of the Americas
New York, New York 10019
Tel:      (212) 373-3000
Fax:      (212) 757-3990
Email:   hfischman@paulweiss.com
          jadlerstein@paulweiss.com

*Special Litigation Counsel for the Debtors and Debtors in Possession*

5

**VERIFICATION**

I, HARRIS FISCHMAN, declare, pursuant to 28 U.S.C. § 1746, under penalty of perjury:

1.      I am a Partner in the applicant firm, Paul, Weiss, Rifkind, Wharton & Garrison LLP ("Paul, Weiss"), and have been admitted to the bar of the Supreme Court of New York since 2006.

2.      I have personally performed many of the legal services rendered by Paul, Weiss, as special litigation counsel to the Debtors in connection with or otherwise related to the USG Litigation (as defined in the Retention Application) and am familiar with all other work performed by the lawyers and paraprofessionals at Paul, Weiss.

3.      The facts set forth in the foregoing Application are true and correct to the best of my knowledge, information and belief.

Dated: March 31, 2026                          /s/ *Harris Fischman*
                                                HARRIS FISCHMAN