**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

|  |  |  |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| LIGADO NETWORKS LLC, *et al.*,[1] | ) | Case No. 25-10006 (TMH) |
| | ) | |
| Debtors. | ) | (Jointly Administered) |
| | ) | |
| | ) | **Objection Deadline: April 20, 2026 at 4:00 p.m. (ET)** |
| | ) | |

## NOTICE OF FEE APPLICATION

PLEASE TAKE NOTICE that Paul, Weiss, Rifkind, Wharton & Garrison LLP (the "Applicant") has today filed the attached *Fourteenth Monthly Fee Application of Paul, Weiss, Rifkind, Wharton & Garrison LLP for Allowance of Compensation for Services Rendered and Reimbursement of Expenses as Special Litigation Counsel for the Debtors and Debtors in Possession for the Period from February 1, 2026 through February 28, 2026* (the "Application") with the United States Bankruptcy Court for the District of Delaware (the "Court").

PLEASE TAKE FURTHER NOTICE that objections to the Application, if any, must be made in accordance with the *Order Establishing Procedures for Compensation and Reimbursement of Professionals*, dated February 7, 2025 [Docket No. 195] (the "Interim Compensation Order") and must be filed with the Clerk of the Court, 824 North Market Street, 3rd Floor, Wilmington, Delaware 19801 no later than **4:00 p.m. (prevailing Eastern Time) on April 20, 2026** (the "Objection Deadline") and served upon: (i) counsel to the Debtors, (a) Milbank LLP, (x) 55 Hudson Yards, New York, NY 10001, Attn: Dennis F. Dunne (ddunne@milbank.com),

---

[1]    The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, as applicable, are:  Ligado Networks LLC (3801); ATC Technologies, LLC (N/A); Ligado Networks (Canada) Inc. (N/A); Ligado Networks Build LLC (N/A); Ligado Networks Corp. (N/A); Ligado Networks Finance LLC (N/A); Ligado Networks Holdings (Canada) Inc. (N/A); Ligado Networks Inc. of Virginia (9725); Ligado Networks Subsidiary LLC (N/A); One Dot Six LLC (8763); and One Dot Six TVCC LLC (N/A).  The Debtors' headquarters is located at: 10802 Parkridge Boulevard, Reston, Virginia 20191.

Matthew L. Brod (mbrod@milbank.com), and Lauren C. Doyle (ldoyle@milbank.com), and (y) 1101 New York Avenue NW, Washington, DC 20005, Attn: Andrew M. Leblanc (aleblanc@milbank.com), and (b) Richards, Layton & Finger, PA, 920 North King Street, Wilmington, DE 19801, Attn: Mark Collins (collins@rlf.com), Michael J. Merchant (merchant@rlf.com), and Amanda R. Steele (steele@rlf.com) (ii) the Office of the United States Trustee for the District of Delaware, 844 King Street, Suite 2207, Wilmington, DE 19801 (Attn: Benjamin Hackman (Benjamin.A.Hackman@usdoj.gov)); (iii) counsel for the Ad Hoc Cross-Holder Group, (a) Kirkland and Ellis, LLP, 601 Lexington Avenue, New York, New York 10022 (Attn: Brian Schartz (brian.schartz@kirkland.com) and Derek Hunter (derek.hunter@kirkland.com)) and (b) Cole Schotz P.C., 500 Delaware Avenue, Suite 1410, Wilmington, Delaware 19801, Attn: Seth Van Aalten (svanaalten@coleschotz.com), Justin R. Alberto (jalberto@coleschotz.com), and Stacy L. Newman (snewman@coleschotz.com); and (iv) counsel for Ad Hoc First Lien Group, Sidley Austin LLP, One South Dearborn, Chicago, Illinois 60603 (Attn: Stephen E. Hessler (shessler@sidley.com), Jason Hufendick (jhufendick@sidley.com), and Dennis M. Twomey (dtwomey@sidley.com)).

PLEASE TAKE FURTHER NOTICE that if no objections to the Application are filed prior to the Objection Deadline, the Applicant may file a certificate of no objection with the Court, after which the Debtors shall be authorized by the Interim Compensation Order to pay the Applicant an amount equal to 80% of the fees and 100% of the expenses requested in the Application without the need for further order of the Court.

PLEASE TAKE FURTHER NOTICE that if an objection to the Application is filed prior to the Objection Deadline, the Debtors shall be authorized by the Interim Compensation

Order to pay the Applicant 80% of the fees and 100% of the expenses requested in the Application

not subject to such objection without the need for further order of the Court.

Dated: March 31, 2026
Wilmington, Delaware

/s/ Colin A. Meehan
Mark D. Collins, Esq. (Bar No. 2981)
Michael J. Merchant, Esq. (Bar No. 3854)
Amanda R. Steele, Esq. (Bar No. 5530)
Colin A. Meehan, Esq. (Bar No. 7237)
**RICHARDS, LAYTON & FINGER, P.A.**
One Rodney Square
920 North King Street
Wilmington, DE 19801
Telephone:   (302) 651-7700
Facsimile:   (302) 651-7701
Email:        collins@rlf.com
              merchant@rlf.com
              steele@rlf.com
              meehan@rlf.com

-and-

Dennis F. Dunne, Esq. (admitted *pro hac vice*)
Matthew L. Brod, Esq. (admitted *pro hac vice*)
Lauren C. Doyle, Esq. (admitted *pro hac vice*)
**MILBANK LLP**
55 Hudson Yards
New York, New York 10001
Telephone:   (212) 530-5000
Facsimile:   (212) 530-5219
Email:        ddunne@milbank.com
              mbrod@milbank.com
              ldoyle@milbank.com

Andrew M. Leblanc, Esq. (admitted *pro hac vice*)
**MILBANK LLP**
1101 New York Avenue NW
Washington DC 20005
Telephone:   (202) 835-7500
Facsimile:   (202) 263-7586
Email:        aleblanc@milbank.com

*Co-Counsel for Debtors in Possession*