**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| LIGADO NETWORKS LLC, *et al.*[1] | Case No. 25-10006-TMH |
| Debtors. | Jointly Administered |
| | **Re: Docket No. 1596** |

## NOTICE OF APPEAL

Inmarsat Global Limited ("Inmarsat"), by and through its undersigned counsel, appeals under 28 U.S.C. § 158(a) and Rules 8002 and 8003 of the Federal Rules of Bankruptcy Procedure from the *Order (I) Temporarily Delaying Ligado's Performance Under the Mediated Agreement and (II) Granting Related Relief* [Docket No. 1596] (the "Order") entered on April 2, 2026, which Order is based upon the reasoning stated by the Court at the hearing held on March 30, 2026 (the "Ruling").

---

[1]   The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, as applicable, are: Ligado Networks LLC (3801); ATC Technologies, LLC (N/A); Ligado Networks (Canada) Inc. (N/A); Ligado Networks Build LLC (N/A); Ligado Networks Corp. (N/A); Ligado Networks Finance LLC (N/A); Ligado Networks Holdings (Canada) Inc. (N/A); Ligado Networks Inc. of Virginia (9725); Ligado Networks Subsidiary LLC (N/A); One Dot Six LLC (8763); and One Dot Six TVCC LLC (N/A).

04568-00015/18055373.1
4901-9150-4542.1 42241.00001

Copies of the Order and Ruling are attached hereto as Exhibits A and B,

respectively.  The names of the parties to the Order and Opinion appealed from and the names,

addresses, and telephone numbers of their respective attorneys are as follows:

| PARTIES: | COUNSEL: |
|---|---|
| Inmarsat Global Limited | **PACHULSKI STANG ZIEHL & JONES LLP**<br>Laura Davis Jones (DE Bar No. 2436)<br>Peter J. Keane (DE Bar No. 5503)<br>919 N. Market Street, 17th Floor<br>P.O. Box 8705<br>Wilmington, DE  19899-8705 (Courier 19801)<br>Telephone: (302) 652-4100<br>Email: ljones@pszjlaw.com<br>          pkeane@pszjlaw.com<br><br>-and-<br><br>**QUINN EMANUEL URQUHART & SULLIVAN, LLP**<br>Benjamin I. Finestone<br>Kate Scherling<br>295 5th Avenue<br>New York, NY  10016<br>Telephone: (212) 849-7000<br>Email: benjaminfinestone@quinnemanuel.com<br>          katescherling@quinnemanuel.com<br><br>John Bash<br>Matthew Scheck<br>Jacob C. Beach<br>300 West 6th St., Suite 2010<br>Austin, TX  78701<br>(737) 667-6100<br>Email: johnbash@quinnemanuel.com<br>          matthewscheck@quinnemanuel.com<br>          jacobbeach@quinnemanuel.com<br><br>-and-<br><br>**STEPTOE LLP**<br>Charles Michael<br>1114 Avenue of the Americas<br>New York, NY  10036 |

Telephone: (212) 506-3900
Email: cmichael@steptoe.com

Alfred M. Mamlet
1330 Connecticut Avenue, NW
Washington, DC  20036
Telephone: (202) 429-3000
Email: amamlet@steptoe.com

| | |
|---|---|
| Debtors | **RICHARDS, LAYTON & FINGER, P.A**. |
| | Mark D. Collins, Esq. (Bar No. 2981) |
| | Michael J. Merchant, Esq. (Bar No. 3854) |
| | Amanda R. Steele, Esq. (Bar No. 5530) |
| | Zachary J. Javorsky, Esq. (Bar No. 7069) |
| | One Rodney Square |
| | 920 North King Street |
| | Wilmington, DE 19801 |
| | Telephone: (302) 651-7700 |
| | Facsimile: (302) 651-7701 |
| | Email: collins@rlf.com |
| | merchant@rlf.com |
| | steele@rlf.com |
| | javorsky@rlf.com |
| | |
| | -and- |
| | |
| | **MILBANK LLP** |
| | Dennis F. Dunne, Esq. (*admitted pro hac vice*) |
| | Matthew L. Brod, Esq. (*admitted pro hac vice*) |
| | Lauren C. Doyle, Esq. (*admitted pro hac vice*) |
| | 55 Hudson Yards |
| | New York, New York 10001 |
| | Telephone: (212) 530-5000 |
| | Facsimile: (212) 530-5219 |
| | Email: ddunne@milbank.com |
| | mbrod@milbank.com |
| | ldoyle@milbank.com |
| | |
| | **MILBANK LLP** |
| | Andrew M. Leblanc, Esq. (admitted *pro hac vice*) |
| | Melanie Westover Yanez, Esq. (admitted *pro hac vice*) |
| | 1101 New York Avenue, NW |
| | Washington DC 20005 |
| | Telephone:  (202) 835-7500 |
| | Facsimile:  (202) 263-7586 |
| | Email: aleblanc@milbank.com |

| | |
|---|---|
| | mwyanez@milbank.com |
| AST & Science LLC | Jeremy W. Ryan (Bar No. 4057)<br>Katelin A. Morales (Bar No. 6683)<br>Sameen Rizvi (Bar No. 6902)<br>**POTTER ANDERSON & CORROON LLP**<br>1313 N. Market Street, 6th Floor<br>Wilmington, DE 19801<br>Telephone: (302) 984-6000<br>Facsimile: (302) 658-1192<br>Email: jryan@potteranderson.com<br>kmorales@potteranderson.com<br>srizvi@potteranderson.com<br><br><br>-and-<br><br>Madlyn Gleich Primoff (admitted *pro hac vice*)<br>Henry Hutten (admitted *pro hac vice*)<br>Alexander Rich (admitted *pro hac vice*)<br>Sarah Margolis (admitted *pro hac vice*)<br>**FRESHFIELDS US LLP**<br>3 World Trade Center<br>174 Greenwich Street, 51st Floor<br>New York, New York 10007<br>Telephone: (212) 277-4000<br>Facsimile: (212) 277-4001<br>Email: madlyn.primoff@freshfields.com<br>henry.hutten@freshfields.com<br>alexander.rich@freshfields.com<br>sarah.margolis@freshfields.com |

*[Remainder of page left blank]*

Dated: April 7, 2026
Wilmington, Delaware

**PACHULSKI STANG ZIEHL & JONES LLP**

*/s/ Laura Davis Jones*
Laura Davis Jones (DE Bar No. 2436)
Peter J. Keane (DE Bar No. 5503)
919 N. Market Street, 17th Floor
P.O. Box 8705
Wilmington, DE  19899-8705 (Courier 19801)
Telephone: (302) 652-4100
Email: ljones@pszjlaw.com
          pkeane@pszjlaw.com

-and-

**QUINN EMANUEL URQUHART & SULLIVAN, LLP**
Benjamin Finestone
Kate Scherling
295 5th Avenue
New York, NY  10016
Telephone: (212) 849-7000
Email: benjaminfinestone@quinnemanuel.com
          katescherling@quinnemanuel.com

John Bash
Matthew Scheck
Jacob C. Beach
300 West 6th St., Suite 2010
Austin, TX  78701
(737) 667-6100
Email: johnbash@quinnemanuel.com
          matthewscheck@quinnemanuel.com
          jacobbeach@quinnemanuel.com

-and-

**STEPTOE LLP**
Charles Michael
1114 Avenue of the Americas
New York, NY  10036
Telephone: (212) 506-3900
Email: cmichael@steptoe.com

Alfred M. Mamlet
1330 Connecticut Avenue, NW
Washington, DC  20036

Telephone: (202) 429-3000
Email: amamlet@steptoe.com

*Counsel to Inmarsat Global Limited*