**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

|  |  |  |
|---|---|---|
| | ) | |
| In re: | ) | Chapter 11 |
| | ) | |
| LIGADO NETWORKS LLC, *et al.*,[1] | ) | Case No. 25-10006 (TMH) |
| | ) | |
| Debtors. | ) | (Jointly Administered) |
| | ) | |

**NOTICE OF AGENDA OF MATTERS SCHEDULED FOR HEARING ON
APRIL 13, 2026 AT 10:00 A.M. (ET), BEFORE THE HONORABLE
THOMAS M. HORAN, AT THE UNITED STATES BANKRUPTCY
COURT FOR THE DISTRICT OF DELAWARE, 3RD FLOOR, COURTROOM 7**

*AS NO MATTERS ARE SCHEDULED TO GO FORWARD, THE HEARING HAS BEEN
CANCELLED WITH PERMISSION FROM THE COURT*

**I.      RESOLVED MATTERS:**

1.      Motion of the Debtors for an Order Terminating Omni Agent Solutions as Claims, Noticing and Administrative Agent [Docket No. 1553; filed March 26, 2026]

Objection / Response Deadline:      April 2, 2026 at 4:00 p.m. (ET)

Objections / Responses Received:      None.

Related Documents:

i.      Notice of Hearing Regarding Motion of the Debtors for an Order Terminating Omni Agent Solutions as Claims, Noticing and Administrative Agent [Docket No. 1576; filed March 30, 2026]

ii.      Certification of Counsel Regarding Order Terminating Omni Agent Solutions, Inc. as Claims, Noticing and Administrative Agent [Docket No. 1604; filed April 7, 2026]

---

[1]      The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, as applicable, are:  Ligado Networks LLC (3801); ATC Technologies, LLC (N/A); Ligado Networks (Canada) Inc. (N/A); Ligado Networks Build LLC (N/A); Ligado Networks Corp. (N/A); Ligado Networks Finance LLC (N/A); Ligado Networks Holdings (Canada) Inc. (N/A); Ligado Networks Inc. of Virginia (9725); Ligado Networks Subsidiary LLC (N/A); One Dot Six LLC (8763); and One Dot Six TVCC LLC (N/A).  the Debtors' headquarters is located at: 10802 Parkridge Boulevard, Reston, Virginia 20191.

      iii.     Order Terminating Omni Agent Solutions, Inc. as Claims, Noticing and Administrative Agent [Docket No. 1606; entered April 8, 2026]

      Status: On April 8, 2026, the Court entered an order regarding this matter.  Accordingly, a hearing on this matter is no longer necessary.

2.     Debtors' Application for Appointment of Stretto, Inc. as Replacement Claims and Noticing Agent [Docket No. 1558; filed March 27, 2026]

      Objection / Response Deadline:     April 6, 2026 at 4:00 p.m. (ET)

      Objections / Responses Received:    None.

      Related Documents:

      i.     Notice of Hearing Regarding Debtors' Application for Appointment of Stretto, Inc. as Replacement Claims and Noticing Agent [Docket No. 1577; filed March 30, 2026]

      ii.     Certification of Counsel Regarding Order Appointing Stretto, Inc. as Replacement as Claims and Noticing Agent [Docket No. 1605; filed April 7, 2026]

      iii.     Order Appointing Stretto, Inc. as Replacement as Claims and Noticing Agent [Docket No. 1607; entered April 8, 2026]

      Status: On April 8, 2026, the Court entered an order regarding this matter.  Accordingly, a hearing on this matter is no longer necessary.

RLF1 35599804v.1

Dated:  April 8, 2026
Wilmington, Delaware

/s/ Zachary J. Javorsky

Mark D. Collins, Esq. (Bar No. 2981)
Michael J. Merchant, Esq. (Bar No. 3854)
Amanda R. Steele, Esq. (Bar No. 5530)
Zachary J. Javorsky, Esq. (Bar No. 7069)
Colin A. Meehan (Bar No. 7237)
**RICHARDS, LAYTON & FINGER, P.A.**
One Rodney Square
920 North King Street
Wilmington, DE 19801
Telephone:   (302) 651-7700
Facsimile:   (302) 651-7701
Email:      collins@rlf.com
             merchant@rlf.com
             steele@rlf.com
             javorsky@rlf.com
             meehan@rlf.com

-and-

Dennis F. Dunne, Esq. (admitted *pro hac vice*)
Matthew L. Brod, Esq. (admitted *pro hac vice*)
Lauren C. Doyle, Esq. (admitted *pro hac vice*)
**MILBANK LLP**
55 Hudson Yards
New York, New York 10001
Telephone:   (212) 530-5000
Facsimile:   (212) 530-5219
Email:      ddunne@milbank.com
             mbrod@milbank.com
             ldoyle@milbank.com

Andrew M. Leblanc, Esq. (admitted *pro hac vice*)
**MILBANK LLP**
1101 New York Avenue, NW
Washington DC 20005
Telephone:   (202) 835-7500
Facsimile:   (202) 263-7586
Email:      aleblanc@milbank.com

*Co-Counsel for Debtors in Possession*

RLF1 35599804v.1