**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

|  |  |  |
|---|---|---|
| In re: | ) | Chapter 11 |
|  | ) |  |
| LIGADO NETWORKS LLC, *et al.*,[1] | ) | Case No. 25-10006 (TMH) |
|  | ) |  |
| Debtors. | ) | (Jointly Administered) |
|  | ) |  |
|  | ) |  |

## NOTICE OF RESCHEDULED OMNIBUS HEARING DATE

**PLEASE TAKE NOTICE** that the omnibus hearing previously scheduled in the above-captioned chapter 11 cases for Monday, May 11, 2026 at 2:00 p.m. (prevailing Eastern Time) before The Honorable Thomas M. Horan, United States Bankruptcy Judge, at the United States Bankruptcy Court for the District of Delaware, 824 North Market Street, 5th Floor, Courtroom No. 5, Wilmington, Delaware 19801 has been rescheduled to **Friday, May 29, 2026 at 11:00 a.m. (prevailing Eastern Time).**  All matters previously scheduled to be heard on May 11, 2026 at 2:00 p.m. (prevailing Eastern Time) will now be heard on **May 29, 2026 at 11:00 a.m. (prevailing Eastern Time)**.

---

[1]    The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, as applicable, are:  Ligado Networks LLC (3801); ATC Technologies, LLC (N/A); Ligado Networks (Canada) Inc. (N/A); Ligado Networks Build LLC (N/A); Ligado Networks Corp. (N/A); Ligado Networks Finance LLC (N/A); Ligado Networks Holdings (Canada) Inc. (N/A); Ligado Networks Inc. of Virginia (9725); Ligado Networks Subsidiary LLC (N/A); One Dot Six LLC (8763); and One Dot Six TVCC LLC (N/A).  The Debtors' headquarters is located at: 10802 Parkridge Boulevard, Reston, Virginia 20191.

Dated:  April 24, 2026          /s/ Zachary J. Javorsky
Wilmington, Delaware            Mark D. Collins, Esq. (Bar No. 2981)
                                Michael J. Merchant, Esq. (Bar No. 3854)
                                Amanda R. Steele, Esq. (Bar No. 5530)
                                Zachary J. Javorsky, Esq. (Bar No. 7069)
                                **RICHARDS, LAYTON & FINGER, P.A.**
                                One Rodney Square
                                920 North King Street
                                Wilmington, DE 19801
                                Telephone:    (302) 651-7700
                                Facsimile:    (302) 651-7701
                                Email:        collins@rlf.com
                                              merchant@rlf.com
                                              steele@rlf.com
                                              javorsky@rlf.com

                                -and-

                                Dennis F. Dunne, Esq. (admitted *pro hac vice*)
                                Matthew L. Brod, Esq. (admitted *pro hac vice*)
                                Lauren C. Doyle, Esq. (admitted *pro hac vice*)
                                **MILBANK LLP**
                                55 Hudson Yards
                                New York, New York 10001
                                Telephone:    (212) 530-5000
                                Facsimile:    (212) 530-5219
                                Email:        ddunne@milbank.com
                                              mbrod@milbank.com
                                              ldoyle@milbank.com

                                Andrew M. Leblanc, Esq. (admitted *pro hac vice*)
                                **MILBANK LLP**
                                1101 New York Avenue, NW
                                Washington DC 20005
                                Telephone:    (202) 835-7500
                                Facsimile:    (202) 263-7586
                                Email:        aleblanc@milbank.com

                                *Co-Counsel for Debtors in Possession*

2