**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

|  |  |  |
|---|---|---|
| | ) | |
| In re: | ) | Chapter 11 |
| | ) | |
| LIGADO NETWORKS LLC, *et al.*,[1] | ) | Case No. 25-10006 (TMH) |
| | ) | |
| Debtors. | ) | (Jointly Administered) |
| | ) | |

**NOTICE OF AGENDA OF MATTERS SCHEDULED FOR HEARING ON
MAY 27, 2026 AT 3:00 P.M. (ET), BEFORE THE HONORABLE
THOMAS M. HORAN, AT THE UNITED STATES BANKRUPTCY
COURT FOR THE DISTRICT OF DELAWARE, 5th FLOOR, COURTROOM 5**

*AS NO MATTERS ARE SCHEDULED TO GO FORWARD, THE HEARING HAS BEEN
CANCELLED WITH PERMISSION FROM THE COURT*

**I.    RESOLVED MATTERS:**

1.    (SEALED) Debtors' Motion for Entry of an Order (I) Approving the Third Amendment to the DIP Credit Agreement and (II) Granting Related Relief [Docket No. 1672; filed May 13, 2026]

Objection / Response Deadline:    May 20, 2026 at 4:00 p.m. (ET)

Objections / Responses Received:    None.

Related Documents:

i.    Debtors' Motion to File Under Seal the DIP Amendment Motion [Docket No. 1673; filed May 13, 2026]

ii.    (REDACTED) Debtors' Motion for Entry of an Order (I) Approving the Third Amendment to the DIP Credit Agreement and (II) Granting Related Relief [Docket No. 1674; filed May 13, 2026]

---

[1]    The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, as applicable, are:  Ligado Networks LLC (3801); ATC Technologies, LLC (N/A); Ligado Networks (Canada) Inc. (N/A); Ligado Networks Build LLC (N/A); Ligado Networks Corp. (N/A); Ligado Networks Finance LLC (N/A); Ligado Networks Holdings (Canada) Inc. (N/A); Ligado Networks Inc. of Virginia (9725); Ligado Networks Subsidiary LLC (N/A); One Dot Six LLC (8763); and One Dot Six TVCC LLC (N/A).  the Debtors' headquarters is located at: 10802 Parkridge Boulevard, Reston, Virginia 20191.

    iii.    Certificate of No Objection Regarding Debtors' Motion for Entry of an Order (I) Approving the Third Amendment to the DIP Credit Agreement and (II) Granting Related Relief [Docket No. 1691; filed May 21, 2026]

    iv.    Order (I) Approving the Third Amendment to the DIP Credit Agreement and (II) Granting Related Relief [Docket No. 1694; entered May 22, 2026]

Status: On May 22, 2026, the Court entered an order regarding this matter.  Accordingly, a hearing on this matter is no longer necessary.

2.    Debtors' Motion to File Under Seal the DIP Amendment Motion [Docket No. 1673; filed May 13, 2026]

Objection / Response Deadline:    May 20, 2026 at 4:00 p.m. (ET)

Objections / Responses Received:    None.

Related Documents:

    i.    (SEALED) Debtors' Motion for Entry of an Order (I) Approving the Third Amendment to the DIP Credit Agreement and (II) Granting Related Relief [Docket No. 1672; filed May 13, 2026]

    ii.    (REDACTED) Debtors' Motion for Entry of an Order (I) Approving the Third Amendment to the DIP Credit Agreement and (II) Granting Related Relief [Docket No. 1674; filed May 13, 2026]

    iii.    Certificate of No Objection Regarding Debtors' Motion to File Under Seal the DIP Amendment Motion [Docket No. 1692; filed May 21, 2026]

    iv.    Order Authorizing the Debtors to File Under Seal the DIP Amendment Motion [Docket No. 1695; entered May 22, 2026]

Status: On May 22, 2026, the Court entered an order regarding this matter.  Accordingly, a hearing on this matter is no longer necessary.

Dated:  May 22, 2026
Wilmington, Delaware

/s/ Zachary J. Javorsky
Mark D. Collins, Esq. (Bar No. 2981)
Michael J. Merchant, Esq. (Bar No. 3854)
Amanda R. Steele, Esq. (Bar No. 5530)
Zachary J. Javorsky, Esq. (Bar No. 7069)
Colin A. Meehan (Bar No. 7237)
**RICHARDS, LAYTON & FINGER, P.A.**
One Rodney Square
920 North King Street
Wilmington, DE 19801
Telephone:     (302) 651-7700
Facsimile:     (302) 651-7701
Email:           collins@rlf.com
                     merchant@rlf.com
                     steele@rlf.com
                     javorsky@rlf.com
                     meehan@rlf.com

-and-

Dennis F. Dunne, Esq. (admitted *pro hac vice*)
Matthew L. Brod, Esq. (admitted *pro hac vice*)
Lauren C. Doyle, Esq. (admitted *pro hac vice*)
**MILBANK LLP**
55 Hudson Yards
New York, New York 10001
Telephone:     (212) 530-5000
Facsimile:     (212) 530-5219
Email:           ddunne@milbank.com
                     mbrod@milbank.com
                     ldoyle@milbank.com

Andrew M. Leblanc, Esq. (admitted *pro hac vice*)
**MILBANK LLP**
1101 New York Avenue, NW
Washington DC 20005
Telephone:     (202) 835-7500
Facsimile:     (202) 263-7586
Email:           aleblanc@milbank.com

*Co-Counsel for Debtors in Possession*