**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| LIGADO NETWORKS LLC, *et al.*,[1] | Case No. 25-10006 (TMH) |
| Debtors. | (Jointly Administered) |

**DEBTORS LIGADO NETWORKS LLC AND ITS AFFILIATES'**
**NOTICE OF DEPOSITION OF JOSEPH RAKOW, PH.D., P.E.**

**PLEASE TAKE NOTICE** that, pursuant to Rule 30 of the Federal Rules of Civil Procedure (made applicable to this proceeding through Rule 9014 of the Federal Rules of Bankruptcy Procedure), the *Order Approving Stipulation Between Boeing and the Debtors (I) Resolving the Motion to Compel and (II) Establishing a Schedule Regarding Boeing Cure Dispute* [D.I. 770, as amended], and the agreement of the parties, counsel for Debtors Ligado Networks LLC and its above-captioned affiliates, as debtors and debtors in possession will take the deposition upon oral examination of Joseph Rakow, Ph.D., P.E. in his capacity as Boeing Satellite System, Inc.'s expert witness.

**PLEASE TAKE FURTHER NOTICE** that the deposition will commence at 10:00 a.m. prevailing Eastern Time on Friday, May 29, 2026, at the offices of Jones Day, 51 Louisiana Avenue, N.W., Washington, D.C. 20001-2113, before a person duly authorized to administer oaths. The deposition may be adjourned from day to day until completed and may occur over

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, as applicable, are: Ligado Networks LLC (3801); ATC Technologies, LLC (N/A); Ligado Networks (Canada) Inc. (N/A); Ligado Networks Build LLC (N/A); Ligado Networks Corp. (N/A); Ligado Networks Finance LLC (N/A); Ligado Networks Holdings (Canada) Inc. (N/A); Ligado Networks Inc. of Virginia (9725); Ligado Networks Subsidiary LLC (N/A); One Dot Six LLC (8763); and One Dot Six TVCC LLC (N/A). The Debtors' headquarters is located at: 10802 Parkridge Boulevard, Reston, Virginia 20191.

1

several days. The deposition shall be taken before a duly certified court reporter and will be recorded by stenographic means and by video.

Dated: May 26, 2026
Wilmington, Delaware

Respectfully submitted,

/s/ Robert C. Maddox
**RICHARDS, LAYTON & FINGER, P.A.**
Mark D. Collins, Esq. (Bar No. 2981)
Michael J. Merchant, Esq. (Bar No. 3854)
Amanda R. Steele (Bar No. 5530)
Robert C. Maddox, Esq. (Bar No. 5356)
Zachary J. Javorsky, Esq. (Bar No. 7069)
Colin A. Meehan, Esq. (Bar No. 7237)
One Rodney Square
920 North King Street
Wilmington, DE 19801
Telephone: (302) 651-7700
Email: collins@rlf.com
merchant@rlf.com
steele@rlf.com
maddox@rlf.com
javorsky@rlf.com
meehan@rlf.com

*Co-Counsel for Debtors in Possession*

–and–

Richard A. Edlin, Esq. (*pro hac vice*)
Jennifer A. Surprenant, Esq. (*pro hac vice*)
**GREENBERG TRAURIG, LLP**
One Vanderbilt Avenue
New York, New York 10017
Telephone: (212) 801-9200
Email: EdlinR@gtlaw.com
SurprenantJ@gtlaw.com

Robert W. Angle, Esq. (*pro hac vice*)
S. Mohsin Reza, Esq. (*pro hac vice* pending)
**GREENBERG TRAURIG, LLP**
1750 Tysons Boulevard
McLean, Virginia 22102
Telephone: (703) 749-1300
Email: AngleW@gtlaw.com
Mohsin.Reza@gtlaw.com

2

Jasmine Sharma, Esq. (*pro hac vice*)
**GREENBERG TRAURIG, LLP**
2101 L Street NW, Suite 1000
Washington, D.C. 20037
Telephone: (202) 331-3100
Email: Jasmine.Sharma@gtlaw.com

Samuel G. Husman, Esq. (*pro hac vice* pending)
**GREENBERG TRAURIG, LLP**
360 N. Green Street, Suite 1300
Chicago, Illinois 60607
Telephone: (312) 456-8400
Email: Samuel.Husman@gtlaw.com

*Special Counsel to the Debtors*

ACTIVE 724397530v1