## CERTIFICATE OF SERVICE

I hereby certify that on May 26, 2026, the foregoing Notice of Deposition of Joseph Rakow, Ph.D., P.E. was electronically filed via CM/ECF and served via CM/ECF upon all parties registered to receive CM/ECF notices in these cases, and that I caused the foregoing to be served upon the following parties via email:

**JONES DAY**
Matthew E. Papez, Esq.
Patrick T. Haney, Esq.
Stephen Cowen, Esq.
51 Louisiana Avenue, N.W.
Washington, D.C. 20001-2113
Telephone: (202) 879-3939
Email: mpapez@jonesday.com
       phaney@jonesday.com
       scowen@jonesday.com

Eric P. Stephens, Esq.
Thaddeus Lopatka, Esq.
250 Vesey Street
New York, New York 10281-1047
Telephone: (212) 326-3939
Email: epstephens@jonesday.com
       tlopatka@jonesday.com

Chris Pottmeyer, Esq.
500 Grant Street, Suite 4500
Pittsburgh, Pennsylvania 15219-2514
Telephone: (412) 391-3939
Email: cpottmeyer@jonesday.com

Lauren Straight, Esq.
680 Atlantic Avenue, Suite 2400
Boston, Massachusetts 02110-3439
Telephone: (617) 960-3939
Email: lstraight@jonesday.com

*Counsel for Boeing Satellite Systems, Inc.*

**ASHBY & GEDDES, P.A.**
Michael D. DeBaecke, Esq. (Bar No. 3186)
500 Delaware Avenue, 8th Floor
Wilmington, Delaware 19801
Telephone: (302) 654-1888
Email: mdebaecke@ashbygeddes.com

*Counsel for Boeing Satellite Systems, Inc.*

Dated: May 26, 2026
Wilmington, Delaware

/s/ Robert C. Maddox
Robert C. Maddox, Esq. (Bar No. 5356)

ACTIVE 724397530v1