**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| LIGADO NETWORKS LLC, *et al.*,[1] | ) | Case No. 25-10006 (TMH) |
| | ) | |
| Debtors. | ) | (Jointly Administered) |
| | ) | |

**NOTICE OF AGENDA OF MATTERS SCHEDULED FOR HEARING ON**
**JUNE 12, 2026 AT 2:30 P.M. (ET), BEFORE THE HONORABLE**
**THOMAS M. HORAN, AT THE UNITED STATES BANKRUPTCY**
**COURT FOR THE DISTRICT OF DELAWARE, 3rd FLOOR, COURTROOM 7**

> **This proceeding will be conducted remotely via Zoom. Please refer to Judge Horan's Chambers Procedures and the Court's website (http://www.deb.uscourts.gov/ecourt-appearances) for information on the method of allowed participation (video or audio), Judge Horan's expectations of remote participants, and the advance registration requirements. Registration is required by 4:00 p.m. (Eastern time) the business day before the hearing unless otherwise noticed using the eCourt Appearances tool available on the Court's website.**

**I.    MATTER GOING FORWARD:**

1.    [SEALED] Letter Motion to Strike the Supplemental Expert Report of Dr. Graeme Shaw [Docket No. 1740; filed June 8, 2026]

Objection / Response Deadline:        June 11, 2026 at 4:00 p.m. (ET)

Objections / Responses Received:    None as of this date.

Related Documents:    None as of this date.

Status: A hearing on this matter is going forward.

---

[1]    The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, as applicable, are:  Ligado Networks LLC (3801); ATC Technologies, LLC (N/A); Ligado Networks (Canada) Inc. (N/A); Ligado Networks Build LLC (N/A); Ligado Networks Corp. (N/A); Ligado Networks Finance LLC (N/A); Ligado Networks Holdings (Canada) Inc. (N/A); Ligado Networks Inc. of Virginia (9725); Ligado Networks Subsidiary LLC (N/A); One Dot Six LLC (8763); and One Dot Six TVCC LLC (N/A).  the Debtors' headquarters is located at: 10802 Parkridge Boulevard, Reston, Virginia 20191.

Dated: June 10, 2026
      Wilmington, Delaware

Respectfully submitted,

*/s/ Robert C. Maddox*
RICHARDS, LAYTON & FINGER, P.A.
Mark D. Collins, Esq. (Bar No. 2981)
Michael J. Merchant, Esq. (Bar No. 3854)
Amanda R. Steele, Esq. (Bar No. 5530)
Robert C. Maddox, Esq. (Bar No. 5356)
Zachary J. Javorsky, Esq. (Bar No. 7069)
Colin A. Meehan, Esq. (Bar No. 7237)
One Rodney Square
920 North King Street
Wilmington, DE 19801
Telephone: (302) 651-7700
Email: collins@rlf.com
      merchant@rlf.com
      steele@rlf.com
      maddox@rlf.com
      javorsky@rlf.com
      meehan@rlf.com

-and-

Jennifer A. Surprenant, Esq. (admitted *pro hac vice*)
Richard A. Edlin, Esq. (admitted *pro hac vice*)
GREENBERG TRAURIG, LLP
One Vanderbilt Avenue
New York, NY 10017
Telephone: (212) 801-9200
Email: SurprenantJ@gtlaw.com
      EdlinR@gtlaw.com

Robert W. Angle, Esq. (admitted *pro hac vice*)
GREENBERG TRAURIG, LLP
1750 Tysons Boulevard
McLean, VA 22102
Telephone: (703) 749-1391
Email: AngleW@gtlaw.com

Jasmine Sharma, Esq. (admitted *pro hac vice*)
GREENBERG TRAURIG, LLP
2101 L Street NW, Suite 1000
Washington, DC 20037
Telephone: (202) 533-2379
Email: Jasmine.Sharma@gtlaw.com

*Co-Counsel for Debtors in Possession*