### IN THE UNITED STATES BANKRUPTCY COURT
### FOR
### THE NORTHERN DISTRICT OF DELAWARE

**Date Stamp Copy Returned**

| | | |
|---|---|---|
| In re: **LIGADO NETWORKS LLC** | ) | **Case Number: 25-10006 (THM)** |
| **dba ONE DOT SIX LLC** | ) | |
| | ) | **Chapter 11** |
| | ) | |
| | ) | |
| Debtor. | ) | |

### NOTICE OF
### WITHDRAWAL OF PROOF OF CLAIM

PLEASE TAKE NOTICE that the undersigned creditor in the above-mentioned case withdraws the proof of claim number 17, filed on April 1, 2025, in the amount of $242.16 respectively for Ad valorem taxes.

Respectfully submitted,

JOHN M. FOTHERGILL
TULSA COUNTY TREASURER

_s/Carol L. Handy_

BY:    Carol L. Handy
Deputy Treasurer
218 W 6th St 8th Floor
Tulsa, Oklahoma 74119-1004
(918) 596-5071 Fax (918) 596-5029
On Behalf of:
John M. Fothergill,
Tulsa County Treasurer

STRETTO

JUL 1 5 2026

RECEIVED

1459807152680000000123