**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| | ) | |
| In re: | ) | Chapter 11 |
| | ) | |
| LIGADO NETWORKS LLC, *et al.*,[1] | ) | Case No. 25-10006 (TMH) |
| | ) | |
| Debtors. | ) | (Jointly Administered) |
| | ) | |

**NOTICE OF AGENDA OF MATTERS SCHEDULED FOR HEARING ON
JULY 23, 2026 AT 2:00 P.M. (ET), BEFORE THE HONORABLE
THOMAS M. HORAN, AT THE UNITED STATES BANKRUPTCY
COURT FOR THE DISTRICT OF DELAWARE, 5th FLOOR, COURTROOM 5**

*AS NO MATTERS ARE SCHEDULED TO GO FORWARD, THE HEARING HAS BEEN
CANCELLED WITH PERMISSION FROM THE COURT*

**I.      RESOLVED MATTER:**

1.      Motion for Entry of an Order (I) Approving the Settlement Agreement By and Among Ligado and Boeing, (II) Authorizing Ligado to Take Any and All Actions Necessary to Effectuate the Terms of the Settlement Agreement, and (III) Granting Related Relief [Docket No. 1781; filed July 2, 2026]

      Objection / Response Deadline:     July 16, 2026

      Objection / Responses Received:    None.

      Related Documents:

      i.      Certification of No Objection Regarding Motion for Entry of an Order (I) Approving the Settlement Agreement By and Among Ligado and Boeing, (II) Authorizing Ligado to Take Any and All Actions Necessary to Effectuate the Terms of the Settlement Agreement, and (III) Granting Related Relief [Docket No. 1795; filed July 17, 2026]

---

[1]     The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, as applicable, are:  Ligado Networks LLC (3801); ATC Technologies, LLC (N/A); Ligado Networks (Canada) Inc. (N/A); Ligado Networks Build LLC (N/A); Ligado Networks Corp. (N/A); Ligado Networks Finance LLC (N/A); Ligado Networks Holdings (Canada) Inc. (N/A); Ligado Networks Inc. of Virginia (9725); Ligado Networks Subsidiary LLC (N/A); One Dot Six LLC (8763); and One Dot Six TVCC LLC (N/A).  the Debtors' headquarters is located at: 10802 Parkridge Boulevard, Reston, Virginia 20191.

ii.     Order Granting Motion for Entry of an Order (I) Approving the Settlement Agreement By and Among Ligado and Boeing, (II) Authorizing Ligado to Take Any and All Actions Necessary to Effectuate the Terms of the Settlement Agreement, and (III) Granting Related Relief [Docket No. 1796; entered July 20, 2026]

Status: On July 20, 2026, the Court entered an order regarding this matter.  Accordingly, a hearing on this matter is no longer necessary.

Dated: July 20, 2026
Wilmington, Delaware

Respectfully submitted,

/s/ Zachary J. Javorsky
RICHARDS, LAYTON & FINGER, P.A.
Mark D. Collins, Esq. (Bar No. 2981)
Michael J. Merchant, Esq. (Bar No. 3854)
Amanda R. Steele, Esq. (Bar No. 5530)
Robert C. Maddox, Esq. (Bar No. 5356)
Zachary J. Javorsky, Esq. (Bar No. 7069)
One Rodney Square
920 North King Street
Wilmington, DE 19801
Telephone: (302) 651-7700
Email: collins@rlf.com
      merchant@rlf.com
      steele@rlf.com
      maddox@rlf.com
      javorsky@rlf.com

-and-

Anthony W. Clark, Esq. (No. 2051)
GREENBERG TRAURIG, LLP
222 Delaware Avenue, Suite 1600
Wilmington, DE 19801
Telephone: (302) 661-7000
Email: Anthony.Clark@gtlaw.com

Richard A. Edlin, Esq. (admitted *pro hac vice*)
Jennifer A. Surprenant, Esq. (admitted *pro hac vice*)
One Vanderbilt Avenue
New York, NY 10017
Telephone: (212) 801-9200
Email: EdlinR@gtlaw.com
      Jennifer.Surprenant@gtlaw.com

Robert W. Angle, Esq. (admitted *pro hac vice*)
S. Mohsin Reza, Esq. (admitted *pro hac vice*)
1750 Tysons Boulevard, Suite 1000
McLean, VA 22102
Telephone: (703) 749-1300
Email: AngleW@gtlaw.com
      Mohsin.Reza@gtlaw.com

3

Juliana Laurello, Esq. (admitted *pro hac vice*)
Jasmine Sharma, Esq. (admitted *pro hac vice*)
2101 L Street NW, Suite 1000
Washington, DC 20037
Telephone: (202) 331-3100
Email: laurelloj@gtlaw.com
   Jasmine.Sharma@gtlaw.com

Samuel G. Husman, Esq. (admitted *pro hac vice*)
360 North Green Street, Suite 1300
Chicago, Illinois 60607
Telephone: (312) 456-8400
Email: Samuel.Husman@gtlaw.com

*Special Counsel to the Debtors-in-Possession*