STRETTO

## Claims Register as of 10/1/2026

Sorted by Claim Number

| Claim No. | Creditor Name | Attention | Address 1 | Address 2 | City | State | Zip | Date Filed | Total Amount | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | MidAmerican Energy Company | Attn: Credit | PO Box 4350 | | Davenport | IA | 52808 | 01/21/2025 | $228.89 | | | | $228.89 |
| 2 | NJ Dept. of Labor, Div. Employer Accounts | | PO Box 379 | | Trenton | NJ | 08625 | 01/29/2025 | $260.48 | | | | $260.48 |
| 3 | Level 3 Communications, LLC a CenturyLink Company | c/o Lumen Technologies Group | Attn: Legal | 931 14th St, 9th Fl | Denver | CO | 80202 | 01/30/2025 | $0.00 | | | | Withdrawn |
| 4 | Tennessee Department of Revenue | c/o Attorney General | PO Box 20207 | | Nashville | TN | 37202-0207 | 01/30/2025 | $0.00 | | | Withdrawn | |
| 5 | Ameren Missouri | c/o Bankruptcy Desk MC 310 | PO Box 66881 | | St Louis | MO | 63166 | 01/28/2025 | $0.00 | | | | Withdrawn |
| 6 | Synoptek, LLC | c/o Hawley Troxell Ennis & Hawley LLP | Attn: Devin G Bray | PO Box 1617 | Boise | ID | 83701-1617 | 02/13/2025 | $0.00 | Withdrawn | | | |
| 7 | Department of Treasury - Internal Revenue Service | | PO Box 7346 | | Philadelphia | PA | 19101-7346 | 02/18/2025 | $0.00 | | | Withdrawn | Withdrawn |
| 8 | Voided - Entered In Error (25-10006, Claim No. 8) | | | | | | | 01/05/2025 | $0.00 | | | | Voided |
| 9 | Snohomish County Treasurer | | 3000 Rockefeller Ave, M/S 501 | | Everett | WA | 98201 | 02/24/2025 | $154.00 | | $77.00 | $77.00 | |
| 10 | TeleMedia Policy Corp. | | 5729 Potomac Ave NW | | Washington | DC | 20016-2559 | 02/27/2025 | $0.00 | | | | Withdrawn |
| 11 | Universal Service Administrative Company | | 700 12th NW St | | Washington | DC | 20005 | 02/28/2025 | $0.00 | | | | Withdrawn |
| 12 | Verizon Business Global LLC, on behalf of its affiliates and subsidiaries | Attn: William M Vermette | 22001 Loudoun County Pkwy | | Ashburn | VA | 20147 | 03/05/2025 | $37,556.45 | | | | $37,556.45 |
| 13 | Snohomish County Treasurer | | 3000 Rockefeller Ave, M/S 501 | | Everett | WA | 98201 | 02/27/2025 | $0.00 | | Withdrawn | Withdrawn | |
| 14 | Department of Treasury - Internal Revenue Service | | PO Box 7346 | | Philadelphia | PA | 19101-7346 | 03/13/2025 | $0.00 | | | Withdrawn | Withdrawn |
| 15 | Wells Fargo Equipment Finance, Inc. | | 800 Walnut St, F0006-051 | | Des Moines | IA | 50309 | 03/25/2025 | $8,752.06 | | | | $8,752.06 |
| 16 | TeleMedia Policy Corp. | | 5729 Potomac Ave NW | | Washington | DC | 20016-2559 | 03/31/2025 | $7,741.94 | $3,870.97 | | $3,870.97 | |
| 17 | Tulsa County Treasurer | | 218 W 6th St, 8th Fl | | Tulsa | OK | 74119 | 04/01/2025 | $0.00 | | | Withdrawn | |
| 18 | Blakeslee Electric Inc. | | PO Box 1951 | | Santa Rosa | CA | 95402 | 04/04/2025 | $0.00 | | | | Withdrawn |
| 19 | Texas Comptroller of Public Accounts | c/o Office of the Attorney General | Attn: Bankruptcy & Collections Division | PO Box 12548, MC-008 | Austin | TX | 78711 | 04/05/2025 | $0.00 | | | Withdrawn | |
| 20 | Randy Segal | | Address on File | | | | | 04/07/2025 | $125,000.00 | | | | $125,000.00 |
| 21 | Teleworld Solutions Inc | | 14850 Conference Center Dr, Ste 250 | | Chantilly | VA | 20151 | 04/07/2025 | $0.00 | | | | Withdrawn |
| 22 | TeleMedia Policy Corp. | | 5729 Potomac Ave NW | | Washington | DC | 20016-2559 | 04/07/2025 | $7,741.94 | $3,870.97 | | $3,870.97 | |
| 23 | Federal Insurance Company on its own behalf and on behalf of all Chubb Companies | c/o Duane Morris LLP | Attn: Wendy Simkulak | 30 S 17th St | Philadelphia | PA | 19103 | 04/15/2025 | $68,871.00 | | | | $68,871.00 |
| 24 | U.S. Bank National Association, as Trustee | Attn: Peter F Finkel | 60 Livingston Ave | | St Paul | MN | 55107 | 04/11/2025 | $5,491,770,702.00 | | $5,491,770,702.00 | | |
| 25 | Mayer Brown LLP | | 311 W Monroe St | | Chicago | IL | 60606 | 04/11/2025 | $121,186.05 | | | | $121,186.05 |
| 26 | Federal Insurance Company on its own behalf and on behalf of all Chubb Companies | c/o Duane Morris LLP | Attn: Wendy Simkulak | 30 S 17th St | Philadelphia | PA | 19103 | 04/16/2025 | $52,488.00 | | | | $52,488.00 |
| 27 | Zayo Group, LLC | Attn: Brittany McNamara | 1401 Wynkoop St, Ste 500 | | Denver | CO | 80202 | 04/16/2025 | $982.35 | | | | $982.35 |
| 28 | Boeing Satellite Systems, Inc. | c/o Jones Day | Attn: Oliver Zeltner | 901 Lakeside Ave | Cleveland | OH | 44114 | 04/17/2025 | $33,045,639.32 | | | | $33,045,639.32 |
| 29 | US Bank Trust Company, National Association, as Administrative Agent | Attn: James Hanley | 214 N Tryon St, 27th Fl | | Charlotte | NC | 28202 | 04/14/2025 | $441,774,744.00 | | $441,774,744.00 | | |
| 30 | Wilmington Savings Fund Society, FSB in its capacity as 2L Notes Trustee | c/o Seward & Kissel LLP | Attn: John R Ashmead | 1 Battery Park Plz | New York | NY | 10004 | 04/16/2025 | $2,051,102,719.57 | | $2,051,102,719.57 | | |
| 31 | Inmarsat Global Limited | Attn: Robert Blair | 6155 El Camino Real | | Carlsbad | CA | 92009 | 04/16/2025 | $0.00 | Expunged | | | |
| 32 | Voided - Entered in Error (25-10006, Claim No. 32) | | | | | | | 01/05/2025 | $0.00 | | | | Voided |
| 33 | Viasat, Inc. | Attn: Robert Blair, Brittney Vycital | 6155 El Camino Real | | Carlsbad | CA | 92009-1699 | 04/17/2025 | $0.00 | | | | Expunged |
| 34 | Boeing Satellite Systems, Inc. | c/o Jones Day | Attn: Oliver Zeltner | 901 Lakeside Ave | Cleveland | OH | 44114 | 05/09/2025 | $33,055,639.32 | | | | $33,055,639.32 |
| 35 | Howard County Maryland | Attn: Gary Kuc, Kristen Bowen Perry | 3450 Courthouse Dr | | Ellicott City | MD | 21043 | 05/16/2025 | $0.00 | | Withdrawn | | |
| 36 | Teleworld Solutions Inc | | 14850 Conference Center Dr, Ste 250 | | Chantilly | VA | 20151 | 05/12/2025 | $0.00 | | | | Withdrawn |
| 37 | Department of Treasury - Internal Revenue Service | | PO Box 7346 | | Philadelphia | PA | 19101-7346 | 05/23/2025 | $70,223,720.61 | | | $70,146,292.57 | $77,428.04 |
| 38 | Travis County | Attn: Jason A. Starks | PO Box 1748 | | Austin | TX | 78767 | 06/18/2025 | $0.00 | | Withdrawn | Withdrawn | |
| 39 | City of Virginia Beach | c/o Office of the City Attorney | Attn: City Treasurer - Bankruptcy Department | 2401 Courthouse Dr, Bldg 1, Rm 2098 | Virginia Beach | VA | 23456 | 07/01/2025 | $0.00 | | | Withdrawn | |
| 40 | Synoptek, LLC | c/o Hawley Troxell Ennis & Hawley LLP | Attn: Devin G Bray | PO Box 1617 | Boise | ID | 83701-1617 | 07/03/2025 | $0.00 | Withdrawn | | | |
| 41 | Department of Treasury - Internal Revenue Service | | PO Box 7346 | | Philadelphia | PA | 19101-7346 | 09/20/2025 | $70,360,550.61 | | | $70,146,292.57 | $214,258.04 |
| 42 | Department of Treasury - Internal Revenue Service | | PO Box 7346 | | Philadelphia | PA | 19101-7346 | 11/21/2025 | $70,220,900.61 | | | $70,146,292.57 | $74,608.04 |

STRETTO

**Claims Register as of 10/1/2026**
Sorted Alphabetically

| Claim No. | Creditor Name | Attention | Address 1 | Address 2 | City | State | Zip | Date Filed | Total Amount | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 5 | Ameren Missouri | c/o Bankruptcy Desk MC 310 | PO Box 66881 | | St Louis | MO | 63166 | 01/28/2025 | $0.00 | | | | Withdrawn |
| 18 | Blakeslee Electric Inc. | | PO Box 1951 | | Santa Rosa | CA | 95402 | 04/04/2025 | $0.00 | | | | Withdrawn |
| 28 | Boeing Satellite Systems, Inc. | c/o Jones Day | Attn: Oliver Zeltner | 901 Lakeside Ave | Cleveland | OH | 44114 | 04/17/2025 | $33,045,639.32 | | | | $33,045,639.32 |
| 34 | Boeing Satellite Systems, Inc. | c/o Jones Day | Attn: Oliver Zeltner | 901 Lakeside Ave | Cleveland | OH | 44114 | 05/09/2025 | $33,055,639.32 | | | | $33,055,639.32 |
| 39 | City of Virginia Beach | c/o Office of the City Attorney | Attn: City Treasurer - Bankruptcy Department | 2401 Courthouse Dr, Bldg 1, Rm 2098 | Virginia Beach | VA | 23456 | 07/01/2025 | $0.00 | | | Withdrawn | |
| 7 | Department of Treasury - Internal Revenue Service | | PO Box 7346 | | Philadelphia | PA | 19101-7346 | 02/18/2025 | $0.00 | | | Withdrawn | Withdrawn |
| 14 | Department of Treasury - Internal Revenue Service | | PO Box 7346 | | Philadelphia | PA | 19101-7346 | 03/13/2025 | $0.00 | | | Withdrawn | Withdrawn |
| 37 | Department of Treasury - Internal Revenue Service | | PO Box 7346 | | Philadelphia | PA | 19101-7346 | 05/23/2025 | $70,223,720.61 | | | $70,146,292.57 | $77,428.04 |
| 41 | Department of Treasury - Internal Revenue Service | | PO Box 7346 | | Philadelphia | PA | 19101-7346 | 09/20/2025 | $70,360,550.61 | | | $70,146,292.57 | $214,258.04 |
| 42 | Department of Treasury - Internal Revenue Service | | PO Box 7346 | | Philadelphia | PA | 19101-7346 | 11/21/2025 | $70,220,900.61 | | | $70,146,292.57 | $74,608.04 |
| 23 | Federal Insurance Company on its own behalf and on behalf of all Chubb Companies | c/o Duane Morris LLP | Attn: Wendy Simkulak | 30 S 17th St | Philadelphia | PA | 19103 | 04/15/2025 | $68,871.00 | | | | $68,871.00 |
| 26 | Federal Insurance Company on its own behalf and on behalf of all Chubb Companies | c/o Duane Morris LLP | Attn: Wendy Simkulak | 30 S 17th St | Philadelphia | PA | 19103 | 04/16/2025 | $52,488.00 | | | | $52,488.00 |
| 35 | Howard County Maryland | Attn: Gary Kuc, Kristen Bowen Perry | 3450 Courthouse Dr | | Ellicott City | MD | 21043 | 05/16/2025 | $0.00 | | Withdrawn | | |
| 31 | Inmarsat Global Limited | Attn: Robert Blair | 6155 El Camino Real | | Carlsbad | CA | 92009 | 04/16/2025 | $0.00 | Expunged | | | |
| 3 | Level 3 Communications, LLC a CenturyLink Company | c/o Lumen Technologies Group | Attn: Legal | 931 14th St, 9th Fl | Denver | CO | 80202 | 01/30/2025 | $0.00 | | | | Withdrawn |
| 25 | Mayer Brown LLP | | 311 W Monroe St | | Chicago | IL | 60606 | 04/11/2025 | $121,186.05 | | | | $121,186.05 |
| 1 | MidAmerican Energy Company | Attn: Credit | PO Box 4350 | | Davenport | IA | 52808 | 01/21/2025 | $228.89 | | | | $228.89 |
| 2 | NJ Dept. of Labor, Div. Employer Accounts | | PO Box 379 | | Trenton | NJ | 08625 | 01/29/2025 | $260.48 | | | | $260.48 |
| 20 | Randy Segal | | Address on File | | | | | 04/07/2025 | $125,000.00 | | | | $125,000.00 |
| 9 | Snohomish County Treasurer | | 3000 Rockefeller Ave, M/S 501 | | Everett | WA | 98201 | 02/24/2025 | $154.00 | | $77.00 | $77.00 | |
| 13 | Snohomish County Treasurer | | 3000 Rockefeller Ave, M/S 501 | | Everett | WA | 98201 | 02/27/2025 | $0.00 | | Withdrawn | Withdrawn | |
| 6 | Synoptek, LLC | c/o Hawley Troxell Ennis & Hawley LLP | Attn: Devin G Bray | PO Box 1617 | Boise | ID | 83701-1617 | 02/13/2025 | $0.00 | Withdrawn | | | |
| 40 | Synoptek, LLC | c/o Hawley Troxell Ennis & Hawley LLP | Attn: Devin G Bray | PO Box 1617 | Boise | ID | 83701-1617 | 07/03/2025 | $0.00 | Withdrawn | | | |
| 10 | TeleMedia Policy Corp. | | 5729 Potomac Ave NW | | Washington | DC | 20016-2559 | 02/27/2025 | $0.00 | | | | Withdrawn |
| 16 | TeleMedia Policy Corp. | | 5729 Potomac Ave NW | | Washington | DC | 20016-2559 | 03/31/2025 | $7,741.94 | $3,870.97 | | $3,870.97 | |
| 22 | TeleMedia Policy Corp. | | 5729 Potomac Ave NW | | Washington | DC | 20016-2559 | 04/07/2025 | $7,741.94 | $3,870.97 | | $3,870.97 | |
| 21 | Teleworld Solutions Inc | | 14850 Conference Center Dr, Ste 250 | | Chantilly | VA | 20151 | 04/07/2025 | $0.00 | | | | Withdrawn |
| 36 | Teleworld Solutions Inc | | 14850 Conference Center Dr, Ste 250 | | Chantilly | VA | 20151 | 05/12/2025 | $0.00 | | | | Withdrawn |
| 4 | Tennessee Department of Revenue | c/o Attorney General | PO Box 20207 | | Nashville | TN | 37202-0207 | 01/30/2025 | $0.00 | | | Withdrawn | |
| 19 | Texas Comptroller of Public Accounts | c/o Office of the Attorney General | Attn: Bankruptcy & Collections Division | PO Box 12548, MC-008 | Austin | TX | 78711 | 04/05/2025 | $0.00 | | | Withdrawn | |
| 38 | Travis County | Attn: Jason A. Starks | PO Box 1748 | | Austin | TX | 78767 | 06/18/2025 | $0.00 | | Withdrawn | Withdrawn | |
| 17 | Tulsa County Treasurer | | 218 W 6th St, 8th Fl | | Tulsa | OK | 74119 | 04/01/2025 | $0.00 | | | Withdrawn | |
| 24 | U.S. Bank National Association, as Trustee | Attn: Peter F Finkel | 60 Livingston Ave | | St Paul | MN | 55107 | 04/11/2025 | $5,491,770,702.00 | | $5,491,770,702.00 | | |
| 11 | Universal Service Administrative Company | | 700 12th NW St | | Washington | DC | 20005 | 02/28/2025 | $0.00 | | | | Withdrawn |
| 29 | US Bank Trust Company, National Association, as Administrative Agent | Attn: James Hanley | 214 N Tryon St, 27th Fl | | Charlotte | NC | 28202 | 04/14/2025 | $441,774,744.00 | | $441,774,744.00 | | |
| 12 | Verizon Business Global LLC, on behalf of its affiliates and subsidiaries | Attn: William M Vermette | 22001 Loudoun County Pkwy | | Ashburn | VA | 20147 | 03/05/2025 | $37,556.45 | | | | $37,556.45 |
| 33 | Viasat, Inc. | Attn: Robert Blair, Brittney Vycital | 6155 El Camino Real | | Carlsbad | CA | 92009-1699 | 04/17/2025 | $0.00 | | | | Expunged |
| 32 | Voided - Entered in Error (25-10006, Claim No. 32) | | | | | | | 01/05/2025 | $0.00 | | | | Voided |
| 8 | Voided - Entered In Error (25-10006, Claim No. 8) | | | | | | | 01/05/2025 | $0.00 | | | | Voided |
| 15 | Wells Fargo Equipment Finance, Inc. | | 800 Walnut St, F0006-051 | | Des Moines | IA | 50309 | 03/25/2025 | $8,752.06 | | | | $8,752.06 |
| 30 | Wilmington Savings Fund Society, FSB in its capacity as 2L Notes Trustee | c/o Seward & Kissel LLP | Attn: John R Ashmead | 1 Battery Park Plz | New York | NY | 10004 | 04/16/2025 | $2,051,102,719.57 | | $2,051,102,719.57 | | |
| 27 | Zayo Group, LLC | Attn: Brittany McNamara | 1401 Wynkoop St, Ste 500 | | Denver | CO | 80202 | 04/16/2025 | $982.35 | | | | $982.35 |